# EXHIBIT
# 1

# State of Delaware

# Annual Franchise Tax Report

| CORPORATION NAME | | | | TAX YR. |
|---|---|---|---|---|
| NOVA GROUP, INC. | | | | 2011 |

| FILE NUMBER | INCORPORATION DATE | RENEWAL/REVOCATION DATE | |
|---|---|---|---|
| 3563933 | 2002/08/30 | | |

**PRINCIPAL PLACE OF BUSINESS**       **PHONE NUMBER**
100 Grist Mill Road       860/408-7000 ext: 212

Simsbury CT 06070 United States

**REGISTERED AGENT**       **AGENT NUMBER**
THE CORPORATION TRUST COMPANY       9000010

CORPORATION TRUST CENTER
1209 ORANGE STREET

WILMINGTON       DE 19801

| AUTHORIZED STOCK | | DESIGNATION/ | NO. OF SHARES | PAR VALUE/ SHARE |
|---|---|---|---|---|
| BEGIN DATE | END DATE | STOCK CLASS | | |
| 2002/08/30 | | COMMON | 1,500 | |

| OFFICER | NAME | STREET/CITY/STATE/ZIP | TITLE |
|---|---|---|---|
| Wayne H Bursey | | | |
| 100 Grist Mill Road | | | President and Secretary |
| Simsbury CT 06070 United States | | | |

| DIRECTORS | NAME | STREET/CITY/STATE/ZIP |
|---|---|---|
| Corporation currently has no Directors | | |

===================================================================
Total number of directors:0

*NOTICE: Pursuant to 8 Del. C. 502(b), If any officer or director of a corporation required to make an annual franchise tax report to the Secretary of State shall knowingly make any false statement in the report, such officer or director shall be guilty of perjury.*

| AUTHORIZED BY (OFFICER, DIRECTOR OR INCORPORATOR) | DATE | TITLE |
|---|---|---|
| Wayne H Bursey | | |
| 100 Grist Mill Road | | President and Secretary |
| | 2012-07-18 | |
| Simsbury CT 06070 United States | | |