UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------

| | |
|---|---|
| UNIVERSITAS EDUCATION, LLC, | : |
| | : Case No.: 11 CV 1590-LTS-HBP |
| Petitioner, | : |
| -v- | : |
| NOVA GROUP, INC., as Trustee, Sponsor and Named Fiduciary of the CHARTER OAK TRUST WELFARE BENEFIT PLAN, | : |
| Respondent. | : |

------------------------------------------------------------------------

| | |
|---|---|
| NOVA GROUP, INC., as Trustee, Sponsor and Named Fiduciary of the CHARTER OAK TRUST WELFARE BENEFIT PLAN, | : |
| | : Case No.: 11 CV 8726-LTS-RLE |
| Petitioner, | : |
| -v- | : |
| UNIVERSITAS EDUCATION, LLC, | : |
| Respondent. | : |

------------------------------------------------------------------------

## **NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in these cases for the following parties:

**Nova Group, Inc.**

**Charter Oak Trust Welfare Benefit Plan**

Dated: Stamford, Connecticut
September 5, 2012

        NOVA GROUP, INC. and
        CHARTER OAK TRUST WELFARE BENEFIT PLAN

        */s/ Jack E. Robinson*
        Jack E. Robinson (JR5124)
        **ROBINSON LAW OFFICES**
        300 First Stamford Place, Suite 201
        Stamford, CT 06902
        (203) 425-4500
        (203) 425-4555-fax
        Robinsonesq@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 5, 2012, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

        */s/ Jack E. Robinson*
        Jack E. Robinson (ct16022)