# EXHIBIT E

# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

|  |  |
|---|---|
| UNIVERSITAS EDUCATION, LLC, ) | |
| ) | |
| Petitioner-Appellee, ) | |
| ) | |
| v. ) | No. 12-3504 |
| ) | |
| NOVA GROUP, INC., as Sponsor, Trustee and ) | |
| Named Fiduciary of the CHARTER OAK ) | |
| TRUST WELFARE BENEFIT PLAN, and the ) | |
| CHARTER OAK TRUST WELFARE BENEFIT ) | |
| PLAN, ) | **Emergency Relief** |
| Respondents-Appellants. ) | **Requested by** |
| ) | **September 19, 2012** |

## *EMERGENCY MOTION* TO STAY THE PROCEEDINGS BELOW PENDING APPEAL, OR, IN THE ALTERNATIVE, FOR A TEMPORARY STAY

Jack E. Robinson
ROBINSON LAW OFFICES
300 First Stamford Place
Stamford, CT 06902
(203) 425-4500
(203) 425-4555-fax
Robinsonesq@aol.com

*Attorneys for Nova Group, Inc. and Charter Oak Trust Welfare Benefit Plan*

# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

|  |  |
|---|---|
| UNIVERSITAS EDUCATION, LLC, )<br>)<br>Petitioner-Appellee, )<br>)<br>v. )<br>)<br>NOVA GROUP, INC., as Sponsor, Trustee and )<br>Named Fiduciary of the CHARTER OAK )<br>TRUST WELFARE BENEFIT PLAN, and the )<br>CHARTER OAK TRUST WELFARE BENEFIT )<br>PLAN, )<br>Respondents-Appellants. )<br>) | No. 12-3504<br><br>**Emergency Relief<br>Requested by<br>September 19, 2012** |

### REPLY TO RESPONSE REGARDING *EMERGENCY MOTION* TO STAY THE PROCEEDINGS BELOW PENDING APPEAL, OR, IN THE ALTERNATIVE, FOR A TEMPORARY STAY

Jack E. Robinson
ROBINSON LAW OFFICES
300 First Stamford Place, Suite 201
Stamford, CT 06902
(203) 425-4500
(203) 425-4555-fax
Robinsonesq@aol.com

*Attorneys for Nova Group, Inc. and Charter Oak Trust Welfare Benefit Plan*