UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| UNIVERSITAS EDUCATION, LLC, | Case No.: 11 CV 1590-LTS-HBP |
| Petitioner, | |
| -v- | |
| NOVA GROUP, INC., as Trustee, Sponsor and Named Fiduciary of the CHARTER OAK TRUST WELFARE BENEFIT PLAN, | |
| Respondent. | |
| NOVA GROUP, INC., as Trustee, Sponsor and Named Fiduciary of the CHARTER OAK TRUST WELFARE BENEFIT PLAN, | Case No.: 11 CV 8726-LTS-RLE |
| Petitioner, | |
| -v- | |
| UNIVERSITAS EDUCATION, LLC, | |
| Respondent. | |

PLEASE TAKE NOTICE, that the Respondent, Daniel Carpenter, hereby appears in the above entitled action, and that the undersigned has been retained as Attorney for said Respondent.

Dated: December 28, 2012

Anthony J. Siano, Esq.
333 Westchester Ave., S.302
White Plains, New York 10604
(914)997-0100

1