UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------X
:
UNIVERSITAS EDUCATION, LLC,                    :

        Judgment Creditor,             :

     -against-                                       :  Case Nos. 11 CV 1590-LTS-HBP
                                        and 11-8726-LTS

NOVA GROUP, INC. as trustee, sponsor     :   **AFFIRMATION OF SERVICE**
and fiduciary of The CHARTER OAK
TRUST WELFARE BENEFIT PLAN,            :

        Judgment Debtor.                :

                                                     :
---------------------------------------------------------X

     BRYAN I. REYHANI, an attorney duly admitted in the State of New York, hereby affirms the following under penalty of perjury:

     On March 4, 2013, I served true copies of Judge Swain's Temporary Restraining Order, and the underlying papers including the Declaration of Bryan I. Reyhani, the Memorandum of Law in support thereof and the accompanying Exhibits, upon USAA, by FedEx overnight delivery at the address indicated below:

        USAA
        9800 Fredericksburg Rd.
        San Antonio, TX 78288

Dated:  New York, New York
           March 4, 2013


                                                By: */s/ Bryan I. Reyhani*
                                                     Bryan I. Reyhani