4/26/13 Supplemental Declaration of Bryan Reyhani

EXHIBIT 35



PAULA K. COLBATH
Partner

345 Park Avenue
New York, NY 10154

Direct 212.407.4905
Main 212.407.4000
Fax 212.937.3189
pcolbath@loeb.com

April 23, 2013

Anthony J. Siano
333 Westchester Avenue
White Plains, NY 10607

Dan E. LaBelle
Halloran & Sage LLP
315 Post Road
Westport, CT 06880

Re: Court-Ordered Document Production in *Universitas Education, LLC v. Nova Group, Inc.*, Case No. 11-1590-LTS-HBP (S.D.N.Y.)

Dear Messrs. Siano and LaBelle:

We write to follow up on document requests we made on April 17 during the depositions of Daniel E. Carpenter, Molly Carpenter and Moonstone Partners, LLC ("Moonstone"). These documents should have been produced by March 25, pursuant to the Court's March 4 Order that the deponents produce (among other items) all documents relating to the series of money transfers that culminated with Moonstone's purchase of the property at 392B Cards Pond Road in South Kingstown, Rhode Island (hereinafter the "Rhode Island Property").

To date, these documents still have not been produced, and so we write to reiterate our request for the following categories of documents:

- All financial records, including all bank account records, for Carpenter Financial Group, for the year 2009;

- All documents supporting Mr. Carpenter's contention that the funds used to purchase the Rhode Island Property originated with the Carpenter Financial Group;

- All documents supporting Mr. Carpenter's contention that Phoenix Capital Management, LLC loaned $2.2 million to Grist Mill Holdings, LLC prior to the purchase of the Rhode Island Property;

- All documents supporting Mr. Carpenter's contention that Grist Mill Capital, LLC put Nova Group, Inc. and/or the Charter Oak Trust on notice of a "default" on a loan from Grist Mill Capital to the Charter Oak Trust, and all documents evidencing that such a "default" actually took place;

- All documents constituting an application to Washington Trust for a mortgage to fund the purchase of the Rhode Island Property, and all communications between the Carpenters and/or Moonstone, on the one hand, and Washington Trust, on the other hand, regarding Washington Trust's rejection of the mortgage application;



Anthony J. Siano
Dan E. LaBelle
April 23, 2013
Page 2

- Copies of any insurance policies for the Rhode Island Property that are issued or serviced by USAA; and

- "Accounting" statements and/or "Accountings" identified by Ms. Carpenter that purportedly detail the amount of money that the Charter Oak Trust allegedly owes Grist Mill Capital, LLC; to the extent attorney-client privilege is claimed, a privilege log entry should be produced for each such document withheld from production

Given that the documents should have been produced by March 25 and Universitas' Reply is due this Friday, we need to have the documents produced immediately.

Thank you for your prompt attention to this matter.

Sincerely,

Paula K. Colbath
Partner


cc:   Bryan Reyhani (via e-mail)