4/26/13 Supplemental Declaration of Bryan Reyhani

EXHIBIT 36

