4/26/13 Supplemental Declaration of Bryan Reyhani

# EXHIBIT 41

TD - Universitas 0107

## CHECKING DEPOSIT

**TD Bank**

DATE: Oct 27, 2009

NAME: Cook Multi Capital LLC (Delaware)

CHECKING ACCOUNT NUMBER: 4242774712 $19,800,000.00

⑂4242774712⑂ ⑈52⑉40⑉40 20⑈

Account: 4242774712
Amount: 19,800,000.00
PostDate: 20091027
Tran_ID: 401038132
CheckNum: 0
DIN: 401038132
ReturnReasonDescription:
ECEItemSeqNum:

---

Commercial Deposit $19,800,000.00 4242774712
Simsbury SYOUROUS 4 4523 507

Account: 4242774712
Amount: 19,800,000.00
PostDate: 20091027
Tran_ID: 401038132
CheckNum: 0
DIN: 401038132
ReturnReasonDescription:
ECEItemSeqNum:

---

## CHECKING WITHDRAWAL

**TD Bank**

NAME: Chester Oak Trust DATE: Oct 27, 2009

Nineteen million eight hundred thousand dollars

ACCOUNT NUMBER: 4242774548 $19,800,000.00

TOTAL AMOUNT: 500

⑈5⑉40⑉⑈054⑈

Account: 4242774548
Amount: 19,800,000.00
PostDate: 20091027
Tran_ID: 401038132
CheckNum: 0
DIN: 401038133
ReturnReasonDescription:
ECEItemSeqNum:

---

DDA Withdrawal $19,800,000.00 4242774548
Simsbury SYOUROUS 4 4523 507

Account: 4242774548
Amount: 19,800,000.00
PostDate: 20091027
Tran_ID: 401038132
CheckNum: 0
DIN: 401038133
ReturnReasonDescription:
ECEItemSeqNum: