**Exhibit 31**

TD - Universitas 0107



# Exhibit 32

 **Banknorth**

STATEMENT OF ACCOUNT

CHARTER OAK TRUST
WAYNE H BURSEY TRUSTEE
100 GRIST MILL RD
SIMSBURY CT 06070

Page:                                      1 of 2
Statement Period:  May 12 2009-May 20 2009
Cust Ref #:              4242774548-726-T-###
Primary Account #:                424-2774548

Business Premier Money Market
CHARTER OAK TRUST                                                      Account # 424-2774548
WAYNE H BURSEY TRUSTEE

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 0.00 | Average Collected Balance | 6,817,433.13 |
| Deposits | 30,677,296.85 | Interest Paid this Period | 2,084.38 |
| Other Credits | 2,084.38 | Interest Paid Year-to-Date | 2,084.38 |
| | | Annual Percentage Yield Earned | 0.28% |
| Ending Balance | 30,679,381.23 | Days in Period | 9 |

### DAILY ACCOUNT ACTIVITY

Deposits

| POSTING DATE | DESCRIPTION | SERIAL NO. | AMOUNT |
|---|---|---|---|
| 5/13 | DEPOSIT | | 20.00 |
| 5/18 | DEPOSIT | | 30,677,276.85 |
| | | Subtotal: | 30,677,296.85 |

Other Credits

| POSTING DATE | DESCRIPTION | SERIAL NO. | AMOUNT |
|---|---|---|---|
| 5/20 | INTEREST PAID | | 2,084.38 |
| | | Subtotal: | 2,084.38 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 5/12 | 0.00 | 5/18 | 30,677,296.85 |
| 5/13 | 20.00 | 5/20 | 30,679,381.23 |

Call 1-800-428-7000 for 24-hour Direct Banking service

BANK DEPOSITS FDIC INSURED         WWW.TDBANKNORTH.COM    

TD-Universitas 0011

# How to Balance your Account

Begin by adjusting your account register
as follows:

ı   Subtract any services charges shown
    on this statement.

ı   Subtract any automatic payments,
    transfers or other electronic with-
    drawals not previously recorded.

ı   Add any interest earned if you have
    an interest-bearing account.

ı   Add any automatic deposit or
    overdraft line of credit.

ı   Review all withdrawals shown on
    this statement and check them off
    in your account register.

ı   Follow instructions 2-5 to verify
    your ending account balance.

1.  Your ending balance shown on this
    statement is:

2.  List below the amount of deposits
    or credit transfers which do not
    appear on this statement. Total the
    deposits and enter on Line 2.

3.  Subtotal by adding lines 1 and 2.

4.  List below the total amount of
    withdrawals that do not appear on
    this statement. Total the
    withdrawals and enter on Line 4.

5.  Subtract Line 4 from 3. This
    adjusted balance should equal your
    account balance.

| DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

**FOR CONSUMER ACCOUNTS ONLY • IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377.

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why you need more information is needed. Please include:

ı   Your name and account number.
ı   A description of the error or transaction you are unsure about
ı   The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

TD Banknorth is a trade name of TD Bank, N.A.

**FOR CONSUMER ACCOUNTS ONLY •  BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

ı   Your name and account number.
ı   The dollar amount of the suspected error.
ı   Describe the error and explain, if you can, why you believe there is an error.
    If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

**FINANCE CHARGES:** Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge.  The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full.  To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle.  The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day.  There is no grace period during which no finance charge accrues.  Finance charge adjustments are included in your total finance charge.

TD-Universitas 0012

 **Banknorth**

STATEMENT OF ACCOUNT

CHARTER OAK TRUST
WAYNE H BURSEY TRUSTEE
100 GRIST MILL RD
SIMSBURY CT  06070

| | |
|---|---|
| Page: | 1 of 2 |
| Statement Period: | May 21 2009-Jun 20 2009 |
| Cust Ref #: | 4242774548-726-T-### |
| Primary Account #: | 424-2774548 |

Business Premier Money Market
CHARTER OAK TRUST
WAYNE H BURSEY TRUSTEE

Account # 424-2774548

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 30,679,381.23 | Average Collected Balance | 20,168,824.13 |
| Other Credits | 19,025.17 | Interest Paid this Period | 19,025.17 |
| | | Interest Paid Year-to-Date | 21,109.55 |
| Other Withdrawals | 10,863,842.75 | Annual Percentage Yield Earned | 1.12% |
| Ending Balance | 19,834,563.65 | Days in Period | 31 |

### DAILY ACCOUNT ACTIVITY

Other Credits

| POSTING DATE | DESCRIPTION | SERIAL NO. | AMOUNT |
|---|---|---|---|
| 6/19 | INTEREST PAID | | 19,025.17 |
| | | Subtotal: | 19,025.17 |

Other Withdrawals

| POSTING DATE | DESCRIPTION | SERIAL NO. | AMOUNT |
|---|---|---|---|
| 5/21 | DEBIT | | 8,677,276.75 |
| 5/26 | DEBIT | | 2,186,566.00 |
| | | Subtotal: | 10,863,842.75 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 5/20 | 30,679,381.23 | 5/26 | 19,815,538.48 |
| 5/21 | 22,002,104.48 | 6/19 | 19,834,563.65 |

Call 1-800-428-7000 for 24-hour Direct Banking service

BANK DEPOSITS FDIC INSURED            ©             WWW.TDBANKNORTH.COM            

TD-Universitas 0013

# How to Balance your Account

Page:        2 of 2

Begin by adjusting your account register as follows:

1. Subtract any services charges shown on this statement.

1. Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.

1. Add any interest earned if you have an interest-bearing account.

1. Add any automatic deposit or overdraft line of credit.

1. Review all withdrawals shown on this statement and check them off in your account register.

1. Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

| DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

**FOR CONSUMER ACCOUNTS ONLY • IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377.

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

1. Your name and account number.
1. A description of the error or transaction you are unsure about.
f. The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

TD Banknorth is a trade name of TD Bank, N.A.

**FOR CONSUMER ACCOUNTS ONLY • BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

1. Your name and account number..
1. The dollar amount of the suspected error.
1. Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in the billing cycle, and the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.

TD-Universitas 0014

 **Banknorth**

STATEMENT OF ACCOUNT

CHARTER OAK TRUST
WAYNE H BURSEY TRUSTEE
100 GRIST MILL RD
SIMSBURY CT 06070

| | |
|---|---|
| Page: | 1 of 2 |
| Statement Period: | Jun 21 2009-Jul 20 2009 |
| Cust Ref #: | 4242774548-726-T-### |
| Primary Account #: | 424-2774548 |

Business Premier Money Market
CHARTER OAK TRUST
WAYNE H BURSEY TRUSTEE

Account # 424-2774548

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 19,834,563.65 | Average Collected Balance | 19,834,984.79 |
| Other Credits | 12,634.35 | Interest Paid this Period | 12,634.35 |
| | | Interest Paid Year-to-Date | 33,743.90 |
| Ending Balance | 19,847,198.00 | Annual Percentage Yield Earned | 0.78% |
| | | Days in Period | 30 |

### DAILY ACCOUNT ACTIVITY

Other Credits

| POSTING DATE | DESCRIPTION | SERIAL NO. | AMOUNT |
|---|---|---|---|
| 7/20 | INTEREST PAID | | 12,634.35 |
| | | Subtotal: | 12,634.35 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE |
|---|---|
| 6/20 | 19,834,563.65 |
| 7/20 | 19,847,198.00 |

Call 1-800-428-7000 for 24-hour Direct Banking service

BANK DEPOSITS FDIC INSURED   © WWW.TDBANKNORTH.COM 

TD-Universitas 0015

# How to Balance your Account

Begin by adjusting your account register
as follows:

ı Subtract any services charges shown
on this statement.

ı Subtract any automatic payments,
transfers or other electronic with-
drawals not previously recorded.

ı Add any interest earned if you have
an interest-bearing account.

ı Add any automatic deposit or
overdraft line of credit.

ı Review all withdrawals shown on
this statement and check them off
in your account register.

ı Follow instructions 2-5 to verify
your ending account balance.

1. Your ending balance shown on this
statement is;

2. List below the amount of deposits
or credit transfers which do not
appear on this statement. Total the
deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of
withdrawals that do not appear on
this statement. Total the
withdrawals and enter on Line 4.

5 Subtract Line 4 from 3. This
adjusted balance should equal your
account balance.

| DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| Total Deposits |  |  |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| Total Withdrawals |  |  |

**FOR CONSUMER ACCOUNTS ONLY - IN CASE OF ERRORS OR
QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error
on your bank statement or receipt relating to an electronic fund transfer, telephone the
bank immediately at the phone number listed on the front of your statement or write to:

Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377.

We must hear from you no later than sixty (60) calendar days after we sent you the first
statement upon which the error or problem first appeared. When contacting the Bank,
please explain as clearly as you can why you believe there is an error or why more
information is needed. Please include:

ı   Your name and account number.
ı   A description of the error or transaction you are unsure about.
ı   The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in
writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more
than ten (10) business days to do this, we will credit your account for the amount you
think is in error, so that you have the use of the money during the time it takes to complete
our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the
Internal Revenue Service and State tax authorities. The amount to be reported will be
reported separately to you by the Bank.

TD Banknorth is a trade name of TD Bank, N.A

**FOR CONSUMER LOAN ACCOUNTS ONLY - BILLING RIGHTS
SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on
your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible.
We must hear from you no later than sixty (60) days after we sent you the FIRST bill on
which the error or problem appeared. You can telephone us, but doing so will not preserve
your rights. In your letter, give us the following information:

ı   Your name and account number.
ı   The dollar amount of the suspected error.
ı   Describe the error and explain, if you can, why you believe there is an error.
     If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still
obligated to pay the parts of your bill that are not in question. While we investigate your
question, we cannot report you as delinquent or take any action to collect the amount you
question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the
finance charge on your Moneyline/Overdraft Protection account (the terms "ODP" or "OD"
refer to Overdraft Protection), the Bank discloses the Average Daily Balance on the
periodic statement as an easier method for you to calculate the finance charge. The
finance charge begins to accrue on the date advances and other debits are posted to your
account and will continue until the balance has been paid in full. To compute the finance
charge, multiply the Average Daily Balance (since the Days in Period times the Daily
Periodic Rate (as listed in the Account Summary section on the front of this statement).
The Average Daily Balance is calculated by adding the balance for each day of the billing
cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily
balance is the balance for the day after advances have been added and payments or credits
have been subtracted plus or minus any other adjustments that might have occurred that
day. There is no grace period during which no finance charge accrues. Finance charge
adjustments are included in your total finance charge.

TD-Universitas 0016

 **Banknorth**

STATEMENT OF ACCOUNT

CHARTER OAK TRUST
WAYNE H BURSEY TRUSTEE
100 GRIST MILL RD
SIMSBURY CT 06070

| | |
|---|---|
| Page: | 1 of 2 |
| Statement Period: | Jul 21 2009-Aug 20 2009 |
| Cust Ref #: | 4242774548-726-T-### |
| Primary Account #: | 424-2774548 |

Business Premier Money Market
CHARTER OAK TRUST
WAYNE H BURSEY TRUSTEE

Account # 424-2774548

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 19,847,198.00 | Average Collected Balance | 19,847,605.81 |
| Other Credits | 12,642.39 | Interest Paid this Period | 12,642.39 |
| | | Interest Paid Year-to-Date | 46,386.29 |
| Ending Balance | 19,859,840.39 | Annual Percentage Yield Earned | 0.75% |
| | | Days in Period | 31 |

### DAILY ACCOUNT ACTIVITY

Other Credits

| POSTING DATE | DESCRIPTION | SERIAL NO. | AMOUNT |
|---|---|---|---|
| 8/20 | INTEREST PAID | | 12,642.39 |
| | | Subtotal: | 12,642.39 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE |
|---|---|
| 7/20 | 19,847,198.00 |
| 8/20 | 19,859,840.39 |

Call 1-800-428-7000 for 24-hour Direct Banking service

BANK DEPOSITS FDIC INSURED        WWW.TDBANKNORTH.COM    

TD-Universitas 0017

6

66666666666666666666666666666666666666666666666666666666666666666666666666666666

# How to Balance your Account

Page: 2 of 2

Begin by adjusting your account register as follows:

- Subtract any services charges shown on this statement.
- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.
- Add any interest earned if you have an interest-bearing account.
- Add any automatic deposit or overdraft line of credit.
- Review all withdrawals shown on this statement and check them off in your account register.
- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

| DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
| --- | --- | --- |
| | | |
| | | |
| | | |
| | | |
| TOTAL Deposits | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
| --- | --- | --- |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
| --- | --- | --- |
| | | |
| | | |
| | | |
| | | |

**FOR CONSUMER ACCOUNTS ONLY • IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377.

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

TD Banknorth is a trade name of TD Bank, N.A.

**FOR CONSUMER LOAN ACCOUNTS ONLY • BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your MoneyLine/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balances by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.

TD-Universitas 0018

 **Banknorth**

STATEMENT OF ACCOUNT

CHARTER OAK TRUST
WAYNE H BURSEY TRUSTEE
100 GRIST MILL RD
SIMSBURY CT 06070

Page:                                          1 of 2
Statement Period:   Aug 21 2009-Sep 20 2009
Cust Ref #:           4242774548-726-T-###
Primary Account #:              424-2774548

Business Premier Money Market
CHARTER OAK TRUST
WAYNE H BURSEY TRUSTEE

Account # 424-2774548

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 19,859,840.39 | Average Collected Balance | 19,860,248.46 |
| Other Credits | 12,650.45 | Interest Paid this Period | 12,650.45 |
| | | Interest Paid Year-to-Date | 59,036.74 |
| Ending Balance | 19,872,490.84 | Annual Percentage Yield Earned | 0.75% |
| | | Days in Period | 31 |

### DAILY ACCOUNT ACTIVITY

Other Credits

| POSTING DATE | DESCRIPTION | SERIAL NO. | AMOUNT |
|---|---|---|---|
| 9/18 | INTEREST PAID | | 12,650.45 |
| | | Subtotal: | 12,650.45 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE |
|---|---|
| 8/20 | 19,859,840.39 |
| 9/18 | 19,872,490.84 |

Call 1-800-428-7000 for 24-hour Direct Banking service

BANK DEPOSITS FDIC INSURED                    WWW.TDBANKNORTH.COM          

TD-Universitas 0019

# How to Balance your Account

Page: 2 of 2

Begin by adjusting your account register as follows:

- Subtract any services charges shown on this statement.

- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.

- Add any interest earned if you have an interest-bearing account.

- Add any automatic deposit or overdraft line of credit.

- Review all withdrawals shown on this statement and check them off in your account register.

- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.



| DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

## FOR CONSUMER ACCOUNTS ONLY • IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377.

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

### INTEREST NOTICE

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

TD Banknorth is a trade name of TD Bank, N.A.

## FOR CONSUMER LOAN ACCOUNTS ONLY • BILLING RIGHTS SUMMARY

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.

# Exhibit 33

3/25/13 at 13:57:58.84                                                                 Page: 7

## GRIST MILL CAPITAL - DEL 09-10
### General Ledger
### For the Period From Jan 1, 2009 to Dec 31, 2009

Filter Criteria includes: Report order is by ID. Report is printed with shortened descriptions and with Hide Period Subtotals on Multi-Period Report and in Detail Format.

| Account ID / Account Description | Date | Reference | Jrnl | Trans Description | Debit Amt | Credit Amt | Balance |
|---|---|---|---|---|---|---|---|
| Due (To) B 419 Plan | 12/31/09 | | | Ending Balance | | | -225,000.00 |
| **14401** Due (To) HECTOR | 1/1/09 | | | Beginning Balance | | | -2,025,000.00 |
| | 12/31/09 | | | Ending Balance | | | -2,025,000.00 |
| **14800** Due (To) Phoenix Cap | 1/1/09 | | | Beginning Balance | | | -700,000.00 |
| | 7/13/09 | 71309 | CRJ | PHOENIX CAPITA | | 2,500,000.00 | |
| | | | | Change | | 2,500,000.00 | -2,500,000.00 |
| | 12/31/09 | | | Ending Balance | | | -2,500,000.00 |
| **149600** Due (To) Nova Benefit | 1/1/09 | | | Beginning Balance | | | -700,000.00 |
| | 12/31/09 | | GEN | To record activity. | 50,000.00 | | |
| | | | | Change | 50,000.00 | | 50,000.00 |
| | 12/31/09 | | | Ending Balance | | | -650,000.00 |
| **16000** Accrued Interest | 1/1/09 | | | Beginning Balance | | | -508,000.00 |
| | 12/31/09 | | GEN | To reclass amount | | 3,232,803.00 | |
| | 12/31/09 | | GEN | To reclass for SML | 641,023.52 | | |
| | | | | Change | 641,023.52 | 3,232,803.00 | -2,591,779.48 |
| | 12/31/09 | | | Ending Balance | | | -3,099,779.48 |
| **27001** Note Payable - Ridge | 1/1/09 | | | Beginning Balance | | | -8,004,136.20 |
| | 12/31/09 | | GEN | To reclass amount | 3,232,803.00 | | |
| | | | | Change | 3,232,803.00 | | 3,232,803.00 |
| | 12/31/09 | | | Ending Balance | | | -4,771,333.20 |
| **27002** Note Payable - Ridge | 1/1/09 | | | Beginning Balance | | | |
| | 5/21/09 | 52109 | CRJ | CHARTER OAK T | | 8,677,276.75 | |
| | 5/26/09 | 52609 | CRJ | CHARTER OAK T | | 2,186,566.00 | |
| | 10/27/09 | 102709 | CRJ | UNKNOWN DEPO | | 19,800,000.00 | |
| | 10/30/09 | | CDJ | UNKNOWN | 1,800,000.00 | | |
| | | | | Change | 1,800,000.00 | 30,663,842.75 | -28,863,842.7 |
| | 12/31/09 | | | Ending Balance | | | -28,863,842.7 |
| **38500** Member's Draw | 1/1/09 | | | Beginning Balance | | | |
| | 7/7/09 | | CDJ | CASH | 5,000.00 | | |
| | 10/28/09 | 102809 | CRJ | GRIST MILL HOLD | | 3,000,000.00 | |
| | 10/28/09 | | CDJ | GRIST MILL HOLD | 19,000,000.00 | | |
| | 10/30/09 | | CDJ | UNKNOWN | 150,000.00 | | |
| | 12/28/09 | 122809 | CRJ | GRIST MILL HOLD | | 214,740.00 | |
| | 12/29/09 | 122909 | CRJ | GRIST MILL HOLD | | 340,900.00 | |
| | 12/29/09 | 122909 | CRJ | GRIST MILL HOLD | | 52,777.55 | |
| | 12/29/09 | 122909 | CRJ | GRIST MILL HOLD | | 25,000.00 | |
| | 12/30/09 | 123009 | CRJ | GRIST MILL HOLD | | 274,400.00 | |
| | 12/30/09 | 123009 | CRJ | GRIST MILL HOLD | | 127,800.00 | |
| | 12/31/09 | 123109 | CRJ | GRIST MILL HOLD | | 86,299.20 | |
| | 12/31/09 | 123109 | CRJ | GRIST MILL HOLD | | 8,000.00 | |
| | 12/31/09 | | GEN | To reclass for SML | | 3,592,066.20 | |
| | | | | Change | 19,155,000.00 | 7,721,982.95 | 11,433,017.0 |
| | 12/31/09 | | | Ending Balance | | | 11,433,017.0 |

# Exhibit 34



**Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

GRIST MILL CAPITAL LLC
100 GRIST MILL ROAD
SIMSBURY CT 06070

Page:                                        1 of 3
Statement Period:    Oct 01 2009-Oct 31 2009
Cust Ref #:              4242774712-720-T-###
Primary Account #:            424-2774712

## REG GG/INTERNET GAMBLING NOTIFICATION

PURSUANT TO THE UNLAWFUL INTERNET GAMBLING ENFORCEMENT ACT OF 2006 AND
REGULATION GG, "RESTRICTED TRANSACTIONS" SUCH AS THOSE IN WHICH A PERSON ACCEPTS
CREDIT, FUNDS, INSTRUMENTS OR OTHER PROCEEDS FROM ANOTHER PERSON IN CONNECTION
WITH UNLAWFUL INTERNET GAMBLING ARE PROHIBITED FROM BEING PROCESSED THROUGH
YOUR ACCOUNT OR RELATIONSHIP WITH OUR INSTITUTION.

### Business Convenience Checking
GRIST MILL CAPITAL LLC                                              Account # 424-2774712

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 435,289.20 | Average Collected Balance | 1,280,856.94 |
| Deposits | 19,800,000.00 | | |
| Electronic Deposits | 3,000,000.00 | | |
| Other Credits | 67,547.00 | | |
| | | | |
| Electronic Payments | 19,169,537.00 | | |
| Other Withdrawals | 2,420,690.00 | | |
| Ending Balance | 1,712,609.20 | | |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | SERIAL NO. | AMOUNT |
|---|---|---|---|
| 10/27 | DEPOSIT | | 19,800,000.00 |
| | | Subtotal: | 19,800,000.00 |

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | SERIAL NO. | AMOUNT |
|---|---|---|---|
| 10/28 | eTransfer Credit | | 3,000,000.00 |
| | Online Xfer | | |
| | Transfer from CK 4242617136 | | |
| | | Subtotal: | 3,000,000.00 |

**Other Credits**

| POSTING DATE | DESCRIPTION | SERIAL NO. | AMOUNT |
|---|---|---|---|
| 10/15 | WIRE TRANSFER INCOMING | | 67,547.00 |
| | CALEDON TRUST COMPANY | | |
| | | Subtotal: | 67,547.00 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | SERIAL NO. | AMOUNT |
|---|---|---|---|
| 10/7 | eTransfer Debit | | 100,000.00 |
| | Online Xfer | | |
| | Transfer to CK 4242774689 | | |

Call 1-800-YES-2000 for 24-hour Direct Banking service

BANK DEPOSITS FDIC INSURED          ©          WWW.TDBANK.COM

# How to Balance your Account

Begin by adjusting your account register as follows:

ꜰ Subtract any services charges shown on this statement.

ꜰ Subtract any automatic payments, transfers or other electronic with-drawals not previously recorded.

ꜰ Add any interest earned if you have an interest-bearing account.

ꜰ Add any automatic deposit or overdraft line of credit.

ꜰ Review all withdrawals shown on this statement and check them off in your account register.

ꜰ Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

| | | |
|---|---|---|
| ❶ Ending Balance | 1,712,609.20 | |
| ❷ Total Deposits | + | |
| ❸ Sub Total | | |
| ❹ Total Withdrawals | - | |
| ❺ Adjusted Balance | | |

| ❷ DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Deposits** | | ❷ |

| ❹ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Withdrawals** | | ❹ |

**FOR CONSUMER ACCOUNTS ONLY • IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

ꜰ Your name and account number.
ꜰ A description of the error or transaction you are unsure about.
ꜰ The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

INTEREST NOTICE

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY • BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

ꜰ Your name and account number.
ꜰ The dollar amount of the suspected error.
ꜰ Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your accounts and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.



**Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

GRIST MILL CAPITAL LLC

| | |
|---|---|
| Page: | 3 of 3 |
| Statement Period: | Oct 01 2009-Oct 31 2009 |
| Cust Ref #: | 4242774712-720-T-### |
| Primary Account #: | 424-2774712 |

---

### DAILY ACCOUNT ACTIVITY

Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | SERIAL NO. | AMOUNT |
|---|---|---|---|
| 10/15 | eTransfer Debit | | 69,537.00 |
| | Online Xfer | | |
| | Transfer to CK 4242774655 | | |
| 10/28 | eTransfer Debit | | 19,000,000.00 |
| | Online Xfer | | |
| | Transfer to CK 4242617136 | | |
| | | Subtotal: | 19,169,537.00 |

Other Withdrawals

| POSTING DATE | DESCRIPTION | SERIAL NO. | AMOUNT |
|---|---|---|---|
| 10/15 | WIRE TRANSFER FEE | | 10.00 |
| 10/27 | DEBIT | | 333,000.00 |
| 10/27 | WIRE TRANSFER OUTGOING | | 105,700.00 |
| | Lincoln National Life Insurance Co | | |
| 10/27 | WIRE TRANSFER OUTGOING | | 31,950.00 |
| | Lincoln National Life Insurance Co | | |
| 10/27 | WIRE TRANSFER FEE | | 15.00 |
| 10/27 | WIRE TRANSFER FEE | | 15.00 |
| 10/30 | DEBIT | | 1,800,000.00 |
| 10/30 | DEBIT | | 150,000.00 |
| | | Subtotal: | 2,420,690.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 9/30 | 435,289.20 | 10/27 | 19,662,609.20 |
| 10/7 | 335,289.20 | 10/28 | 3,662,609.20 |
| 10/15 | 333,289.20 | 10/30 | 1,712,609.20 |

---

Call 1-800-YES-2000 for 24-hour Direct Banking service

BANK DEPOSITS FDIC INSURED          ©          WWW.TDBANK.COM          

TD- UNIVERSITAS  0370

# Exhibit 35



CHECKS
LIST SEPARATELY
RECORD OF CHECKS FOR DEPOSIT
DOLLARS
CENTS

$6,710,065.92
4242774689

Commercial Deposit

Simsbury          RDEASY    4    4523    507

Account: 4242774689
Amount: 6,710,065.92
PostDate: 20091112
Tran_ID: 401030751
CheckNum: 0
DIN: 401030751
ReturnReasonCode:
ReturnReasonDescription:

$6,710,065.92
4242774712

DDA Withdrawal

Simsbury          RDEASY    4    4523    507

Account: 4242774712
Amount: 6,710,065.92
PostDate: 20091112
Tran_ID: 401030751
CheckNum: 0
DIN: 401030751
ReturnReasonCode:
ReturnReasonDescription:

TD-UNIVERSITAS-0835

**TD Bank**

CHECKING DEPOSIT

DATE Nov 11, 2009

NAME Param Cupta

ACCT.# 4242774689

$ 6,710,065.92

Account: 4242774689
Amount: 6,710,065.92
PostDate: 20091112
Tran_ID: 401030751
CheckNum: 0
DIN: 401030751
ReturnReasonCode:
ReturnReasonDescription:

**TD Bank**

CHECKING WITHDRAWAL

NAME Cristmil Cupital DE     DATE Nov 11, 2009

Six million six hundred ten thousand sixty five dollars

ACCT.# 4242774712

$ 6,710,065.92

500

Account: 4242774712
Amount: 6,710,065.92
PostDate: 20091112
Tran_ID: 401030751
CheckNum: 0
DIN: 401030752
ReturnReasonCode:
ReturnReasonDescription:

Page - 4

# Exhibit 36

**TD Banknorth**

# LIMITED LIABILITY COMPANY BANKING RESOLUTION
## (For Deposit Accounts)

| Account Holder: | Financial Institution: |
|---|---|
| AVON CAPITAL LLC<br>100 GRIST MILL ROAD<br>SIMSBURY , CT 06070 | TD Bank, N.A.<br>Drake Mill Mall, 714 Hopmeadow St<br><br>Simsbury, CT  06070 |
| **Account No.**  4242774689 | **State / Commonwealth:**  CT |

In consideration of the existing or proposed banking relationship between  AVON CAPITAL LLC
a Limited Liability Company (the "Company") and TD Bank, N.A., the persons signing below jointly and severally and on behalf of the Company do hereby certify that and agree as follows:

AVON CAPITAL LLC _____ is the complete and correct name of the Account Holder.

Managers, Members and Authorized Signers:  We further certify that the following is a complete list of the names of all managers, members and authorized signers of the Company.  We agree to notify the Financial Institution of any change in the Company, including the adding of new members and leaving of current members from the Company, before the change takes effect.

| Title | Name | Signature |
|---|---|---|
| Chairman Managing Member | DANIEL E CARPENTER | *Daniel E Carpenter* |
| Secretary | AMANDA ROSSI | *A. Rossi* |
|  |  |  |
|  |  |  |

Assumed Business Names:  Excluding the name of the Company, the following is a complete list of all assumed business names under which the Company does business:

Assumed Business Name #1: _____

Assumed Business Name #2: _____

We further certify that at a meeting of the members of the Company (or by other duly authorized Company action in lieu of a meeting, duly called and held on   *May 20 2009*   , at which a quorum was present and voting, the following resolutions were adopted:

**Be It Resolved**, that TD Bank, N.A., at any one or more of its branches, be and it hereby is designated as the Financial Institution of and depository for the funds of this Company, which may be withdrawn on checks, drafts, advices of debit, notes or other orders for the payment of money;

**Be It Further Resolved**, that any one (1) of the Authorized signers ("Agents") listed above may enter into any such agreements and perform such other acts as they deem reasonably necessary in furtherance of the Company's Banking Relationship with the Financial Institution, and those agreements will bind the Company, and acting for an on behalf of the Company and as its act and deed be, and they hereby are, authorized and empowered;

Page 1 of 2

**Execute Documents:**  To execute and deliver to Financial institution the form of Limited Liability Company Banking Resolution and other account opening documents submitted by Financial Institution, confirming the nature and existence of Account Holder and evidencing the terms of the agreement between Financial Institution and Account Holder.

**Agent's Authority:**  Any one of such Agents is authorized to endorse all checks, drafts, notes and other items payable to or owned by this Company for deposit with the Financial Institution, or for collection or discount by the Financial Institution; and to accept draft and other items payable at the Financial Institution.  The Financial Institution is hereby directed to accept and pay without further inquiry any item drawn against any of the Company's accounts with the Financial Institution bearing the signature of any one of the Agents, as authorized above or otherwise, even though drawn or endorsed to the order of Any Agent signing or tendered by such Agent for cashing or in payment of the individual obligation of such Agent or for deposit to the Agent's personal account, and the Financial Institution shall not be required or be under any obligation to inquire as to the circumstances of the issue or use of any item signed in accordance with the resolutions contained herein, or the application or disposition of such item or the proceeds of the item.

**Further Acts:**  The above-named Agents are authorized and empowered to execute such other agreements, including, but not limited to, special depository agreements and arrangements regarding the manner, conditions or purposes for which funds, checks or items of Account Holder may be deposited, collected or withdrawn and to perform such other acts as they deem reasonably necessary to carry out the provisions of this resolutions.

**Be It Further Resolved**, that the authority hereby conferred upon the above-named Agents shall be and remain in full force and effect until written notice of any amendment or revocation thereof shall have been delivered and received by the Financial Institution at each location where an account is maintained.  Financial Institution shall be indemnified and held harmless by the Company from any loss suffered or any liability incurred by it in continuing to act in accordance with this resolution.  Any such notice shall not affect any items in process at the time notice given.

**We Further Certify** that the authorized signers name above are duly elected, appointed or employed by or for the Company, as the case may be, and occupy the positions set opposite their respective names; that the foregoing resolutions now stand of record on the books of the Company; and that the resolutions are in full force and effect and have not been modified or revoked in any manner whatsoever.

We have each read all of the provisions of this Limited Liability Company Resolution, and we each jointly and severally and on behalf of the Company certify and agree to its terms.

This Agreement is dated:  05/20/2009

Account Holder:    AVON CAPITAL LLC

By: _____      By: _____

By: _____      By: _____

TD-UNIVERSITAS 0783



**DEAN HELLER**
Secretary of State
206 North Carson Street
Carson City, Nevada 89701-4299
(775) 684 5708
Website: secretaryofstate.biz

Entity #
**E0419312006-2**
Document Number:
**20060362087-34**

Date Filed:
6/6/2006 11:45:58 AM
In the office of

*Dean Heller*

Dean Heller
Secretary of State
ABOVE

## Articles Of Organization
## Limited-Liability Company
### (PURSUANT TO NRS 86)

| | | |
|---|---|---|
| **1. Name of Limited-Liability Company** | AVON CAPITAL, LLC | Check box if a Series Limited-Liability Company ☐ |

**2. Resident Agent Name and Street Address:**
(must be a Nevada address where process may be served)

CSC SERVICES OF NEVADA, INC.
Name

| 502 EAST JOHN STREET | CARSON CITY | NEVADA | 89706 |
|---|---|---|---|
| Physical Street Address | City | | Zip Code |
| | | | |
| Additional Mailing Address | City | State | Zip Code |

**3. Dissolution Date:** (OPTIONAL see instructions)

Latest date upon which the company is to dissolve (if existence is not perpetual):

**4. Management:** (check one)

Company shall be managed by ☐ Manager(s) OR ☒ Members

**5. Names Addresses, of Manager(s) or Members:** (attach additional pages as necessary)

| GRISTMILL CAPITAL, LLC | | | |
|---|---|---|---|
| Name | | | |
| 100 GRIST MILL ROAD | SIMBURY | CT | 06070 |
| Address | City | State | Zip Code |
| Name | | | |
| Address | City | State | Zip Code |
| Name | | | |
| Address | City | State | Zip Code |

**6. Names, Addresses and Signatures of Organizers** (If more than one, attach additional pages)

| CSC SERVICES OF NEVADA, INC. | *Norma Hull* |
|---|---|
| Name | Signature |

| 502 EAST JOHN STREET | CARSON CITY | NV | 89706 |
|---|---|---|---|
| Address | City | State | Zip Code |

**7. Certificate of Acceptance of Appointment of Resident Agent:**

I hereby accept appointment as Resident Agent for the above named limited-liability company.

*Norma Hull*
Authorized Signature of R.A. or On Behalf of R.A. Company     Date 6/6/06

*This form must be accompanied by appropriate fees.*

Nevada Secretary of State LLC AR16-2006
Revised on 12/18/06

Reset

TD-UNIVERSITAS 0784





SECRETARY OF STATE

STATE OF NEVADA

## LIMITED LIABILITY COMPANY CHARTER

I, DEAN HELLER, the Nevada Secretary of State, do hereby certify that **AVON CAPITAL, LLC** did on June 6, 2006, file in this office the Articles of Organization for a Limited Liability Company, that said Articles of Organization are now on file and of record in the office of the Nevada Secretary of State, and further, that said Articles contain all the provisions required by the laws governing Limited Liability Companies in the State of Nevada.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the Great Seal of State, at my office on June 6, 2006.

DEAN HELLER
Secretary of State

By

Certification Clerk

(Page 1 of 1)

**TD Banknorth**

# NEW NON-PERSONAL ACCOUNT

| | |
|---|---|
| REGION: TD Banknorth CT Mid-Atl | DATE OPENED: 05/20/2009 |
| ACCOUNT #: 4242774689 | TYPE OF ACCOUNT: IM    Business Convenience Checking |
| TAX ID #: 201196827 | TYPE CODE: 720    CATEGORY: Non-Personal Checking |
| BRANCH #: 507 | BANK REPRESENTATIVE: Carolyn M Starr |

**Account Officer Information** (Complete only if an officer will be assigned to this account)

Officer Number: _____    Officer Name: _____    Telephone: _____

BUSINESS NAME/ADDRESS:    TIN:

AVON CAPITAL LLC    201196827    BUSINESS PHONE: (860) 408-7000

100 GRIST MILL ROAD

SIMSBURY , CT    USA    06070

eFunds Verification: _____    If Existing Customer, Enter the RM Number: 0000001581440

Account Relationship: Corporation or LLC-2 Signers

Additional Account Verification: *Articles of Organization*

☒ Business/Entity Documentation: ~~Certificate of Good Standing~~ & Resolution/Consent

☒ Previous Bank: *Bank of America*    ☐ Visual Inspection of Business
(Enter Name of Previous Bank)

## IMPORTANT INFORMATION

Federal law requires all financial institutions to obtain, verify and record information that identifies each person who opens an account.

The undersigned acknowledge(s) receipt of the Deposit Account Agreement and Fee Schedule which govern my/our accounts with the Bank. My/our use of this account shall evidence my/our acceptance of the terms and conditions as set forth in the Deposit Account Agreement and Fee Schedule as the same may be amended from time to time.

The undersigned, both individually and on behalf of the account owner, if different, hereby authorize(s) the Bank to, from time to time, request consumer reports containing references about me/us from third parties, such as a consumer reporting agency, in connection with opening and maintaining this account. If you (the Bank) are unable to open a deposit account, you will provide me/us with an additional notice containing data regarding the consumer reporting agency.

I/We acknowledge and understand that TD Banknorth and TD Bank are trade names of TD Bank, N.A. I/We further acknowledge and understand that for FDIC insurance purposes, my/our deposits are not separately insured from any other deposits I/we may have at TD Banknorth and/or TD Bank.

This section does not apply to U.S. non-resident aliens. Under penalty of perjury, the undersigned certify(ies) that:
1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and
3. I am a U.S. person (including a U.S. resident, alien).

Certification Instructions. You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return or for any other reason. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the Certification, but you must provide your correct TIN.

The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

| | | | | |
|---|---|---|---|---|
| X _signature_ | DANIEL E CARPENTER | 05/25/1954 | 048524417 | eFunds Verification |
| Date Signed: 5/21/09 | | If Existing Personal Customer, Enter the RM Number: | | 00000014558684 |
| X _signature_ | AMANDA ROSSI | 11/07/1980 | 040801423 | eFunds Verification |
| Date Signed: 5/21/09 | | If Existing Personal Customer, Enter the RM Number: | | 00000016447084 |
| X _____ | _____ | _____ | _____ | eFunds Verification |
| Date Signed: _____ | | If Existing Personal Customer, Enter the RM Number: | | |
| X _____ | _____ | _____ | _____ | eFunds Verification |
| Date Signed: _____ | | If Existing Personal Customer, Enter the RM Number: | | |

| For Deposit Operations Use Only |
|---|
| SIC: _____    Entered By: _____ |

Rev. 11/2006

TD UNIVERSITAS 0786

**Exhibit 37**



**Bank**

America's Most Convenient Bank®

T

GRIST MILL HOLDINGS LLC
100 GRIST MILL ROAD
SIMSBURY CT 06070

STATEMENT OF ACCOUNT

Page:                                          1 of 4
Statement Period:  Nov 01 2009-Nov 30 2009
Cust Ref #:            4242617136-720-T-###
Primary Account #:            424-2617136

## REG GG/INTERNET GAMBLING NOTIFICATION

PURSUANT TO THE UNLAWFUL INTERNET GAMBLING ENFORCEMENT ACT OF 2006 AND
REGULATION GG, "RESTRICTED TRANSACTIONS" SUCH AS THOSE IN WHICH A PERSON ACCEPTS
CREDIT, FUNDS, INSTRUMENTS OR OTHER PROCEEDS FROM ANOTHER PERSON IN CONNECTION
WITH UNLAWFUL INTERNET GAMBLING ARE PROHIBITED FROM BEING PROCESSED THROUGH
YOUR ACCOUNT OR RELATIONSHIP WITH OUR INSTITUTION.

Business Convenience Checking
GRIST MILL HOLDINGS  LLC                                          Account # 424-2617136

## THE PERFECT GIFT FOR EMPLOYEES AND CUSTOMERS!

GIVE THE TD BANK VISA GIFT CARD. YOU CHOOSE THE AMOUNT AND THEY DECIDE WHERE TO USE
IT. AVAILABLE FROM $25-$500. BULK ORDERS AND FREE PERSONALIZATION WITH YOUR BUSINESS
NAME WHEN YOU PURCHASE 25 CARDS OR MORE. NO PURCHASE FEE FOR CUSTOMERS. ASK FOR IT
TODAY AT ANY TD BANK OR CALL 1-888-751-9000.

---

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 16,724,493.35 | Average Collected Balance | 7,029,079.17 |
| Deposits | 69,380.68 | | |
| Electronic Payments | 4,140,000.00 | | |
| Other Withdrawals | 11,220,230.92 | | |
| Ending Balance | 1,433,643.11 | | |

---

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | SERIAL NO. | AMOUNT |
|---|---|---|---|
| 11/3 | DEPOSIT | | 2,310.50 |
| 11/12 | DEPOSIT | | 45,660.58 |
| 11/24 | DEPOSIT | | 21,409.60 |
| | | Subtotal: | 69,380.68 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | SERIAL NO. | AMOUNT |
|---|---|---|---|
| 11/12 | eTransfer Debit | | 4,140,000.00 |
| | Online Xfer | | |
| | Transfer to CK 4242774697 | | |
| | | Subtotal: | 4,140,000.00 |

**Other Withdrawals**

| POSTING DATE | DESCRIPTION | SERIAL NO. | AMOUNT |
|---|---|---|---|
| 11/2 | WIRE TRANSFER OUTGOING | | 10,000.00 |
| | Alliance Charitable Remainder Trust | | |
| 11/2 | WIRE TRANSFER FEE | | 15.00 |

---

Call 1-800-YES-2000 for 24-hour Direct Banking service

BANK DEPOSITS FDIC INSURED            ©            WWW.TDBANK.COM

# How to Balance your Account

Begin by adjusting your account register as follows:

⌐ Subtract any services charges shown on this statement.

⌐ Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.

⌐ Add any interest earned if you have an interest-bearing account.

⌐ Add any automatic deposit or overdraft line of credit.

⌐ Review all withdrawals shown on this statement and check them off in your account register.

⌐ Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

| ❶ Ending Balance | 1,433,643.11 |
| ❷ Total Deposits | |
| ❸ Sub Total | |
| ❹ Total Withdrawals | |
| ❺ Adjusted Balance | |

| ❷ DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| Total Deposits ❷ | | |

| ❹ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| Total Withdrawals ❹ | | |

**FOR CONSUMER ACCOUNTS ONLY •  IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared.  When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed.  Please include:

⌐   Your name and account number.
⌐   A description of the error or transaction you are unsure about.
⌐   The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY •  BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

⌐   Your name and account number..
⌐   The dollar amount of the suspected error.
⌐   Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES:Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge.  The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until this balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle.  The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day.  There is no grace period during which no finance charge accrues.  Finance charge adjustments are included in your total finance charge.



**Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

GRIST MILL HOLDINGS  LLC

| | |
|---|---|
| Page: | 3 of 4 |
| Statement Period: | Nov 01 2009-Nov 30 2009 |
| Cust Ref #: | 4242617136-720-T-### |
| Primary Account #: | 424-2617136 |

---

### DAILY ACCOUNT ACTIVITY

**Other Withdrawals (continued)**

| POSTING DATE | DESCRIPTION | SERIAL NO. | AMOUNT |
|---|---|---|---|
| 11/12 | DEBIT | | 6,710,065.92 |
| 11/12 | DEBIT | | 1,000,000.00 |
| 11/12 | DEBIT | | 1,000,000.00 |
| 11/12 | DEBIT | | 750,000.00 |
| 11/12 | WIRE TRANSFER OUTGOING<br>Avon Charitable Remainder Trust | | 250,000.00 |
| 11/12 | WIRE TRANSFER OUTGOING<br>Phoenix Charitable Remainder Trust | | 250,000.00 |
| 11/12 | WIRE TRANSFER OUTGOING<br>Alliance Charitable Remainder Trust | | 250,000.00 |
| 11/12 | WIRE TRANSFER OUTGOING<br>Atlantic Charitable Remainder Trust | | 250,000.00 |
| 11/12 | WIRE TRANSFER OUTGOING<br>Carpenter Charitable Remainder Trst | | 250,000.00 |
| 11/12 | WIRE TRANSFER OUTGOING<br>Avon Charitable Remainder Trust | | 100,000.00 |
| 11/12 | WIRE TRANSFER OUTGOING<br>Atlantic Charitable Remainder Trust | | 100,000.00 |
| 11/12 | WIRE TRANSFER OUTGOING<br>Carpenter Charitable Remainder Trst | | 100,000.00 |
| 11/12 | WIRE TRANSFER OUTGOING<br>Phoenix Charitable Remainder Trust | | 100,000.00 |
| 11/12 | WIRE TRANSFER OUTGOING<br>Alliance Charitable Remainder Trust | | 100,000.00 |
| 11/12 | WIRE TRANSFER FEE | | 15.00 |
| 11/12 | WIRE TRANSFER FEE | | 15.00 |
| 11/12 | WIRE TRANSFER FEE | | 15.00 |
| 11/12 | WIRE TRANSFER FEE | | 15.00 |
| 11/12 | WIRE TRANSFER FEE | | 15.00 |
| 11/12 | WIRE TRANSFER FEE | | 15.00 |
| 11/12 | WIRE TRANSFER FEE | | 15.00 |
| 11/12 | WIRE TRANSFER FEE | | 15.00 |
| 11/12 | WIRE TRANSFER FEE | | 15.00 |
| 11/12 | WIRE TRANSFER FEE | | 15.00 |
| | | Subtotal: | 11,220,230.92 |

---

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 10/31 | 16,724,493.35 | 11/3 | 16,716,788.85 |
| 11/2 | 16,714,478.35 | 11/12 | 1,412,233.51 |

Call 1-800-YES-2000 for 24-hour Direct Banking service

BANK DEPOSITS FDIC INSURED          ©          WWW.TDBANK.COM

 **Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

GRIST MILL HOLDINGS LLC

Page:                                    4 of 4
Statement Period:  Nov 01 2009-Nov 30 2009
Cust Ref #:              4242617136-720-T-###
Primary Account #:              424-2617136

---

**DAILY BALANCE SUMMARY**

| DATE | BALANCE |
|------|---------|
| 11/24 | 1,433,643.11 |

---

Call 1-800-YES-2000 for 24-hour Direct Banking service

BANK DEPOSITS FDIC INSURED          ©          WWW.TDBANK.COM          

# Exhibit 38

 **Banknorth**

# CERTIFICATE OF RESOLUTION OF CORPORATION

**Depository Account**
**Authority to Open Account(s) and to Deposit and Withdraw Funds**

| To: | TD Bank, N.A.          ("Depository") | From: (Name/Address of Corporation) |
|-----|----------------------------------------|--------------------------------------|
|     | Drake Mill Mall, 714 Hopmeadow St      | CARPENTER FINANCIAL GROUP, INC.      |
|     |                                        | 100 GRIST MILL RD.                   |
|     | Simsbury, CT 06070                     | SIMSBURY, CT 06070                   |
|     | Region:  TDBN Mid-Atl CT               |                                      |

I hereby certify that I am the duly elected and qualified Secretary/Clerk and keeper of the records of the Corporation named above, that the following is a true and complete copy of a Resolution duly adopted at a meeting of the Board of Directors or shareholders of said Corporation held on, or dated on the date shown below in accordance with law and the by-laws of, or by consent of, said Corporation, and that my delivery of this Certificate of Resolution to Depository certifies to Depository that such Resolution is still in full force and effect.

RESOLVED, the following officers, employees or agents of Corporation, whose names and signatures appear below, are hereby authorized, acting singly or jointly, for and on behalf of the Corporation, to open and maintain a deposit account or accounts of the Corporation with Depository, subject to the terms and conditions specified in the applicable Account Agreement(s), and to endorse and deposit with said Depository negotiable instruments or other orders for the payment of money, which endorsements may be made in writing or by stamp and without the designation of the person endorsing.

Be it further resolved, the undersigned officers, employees or agents of Corporation may sign checks or other orders for the payment of money, withdrawing funds from Corporation account(s) with Depository. Such signature may be in writing or by facsimile. In the event this Corporation uses facsimile signature(s) for these persons it shall promptly notify the Depository and execute any form(s) that may be requested by Depository in connection therewith. This Corporation assumes all responsibility for the use of actual or purported facsimile signature(s) and shall indemnify and hold harmless the Depository from any and all liability, costs, expenses, suits, claims, or actions arising out of any action or inaction taken by the Depository in good faith under the terms of this Resolution. The signature of any one the officers, employees, or agents indicated below is necessary to act under this Resolution.

RESOLVED, that the Depository be promptly notified in writing by the Secretary/Clerk or any officer of this Corporation of any change in this Resolution, such notice to be given to the Depository in which any account of this Corporation may be maintained, and that until it has actually so received such notice in writing it is authorized to act in reliance on this Resolution, and that until it has actually received such notice it shall be indemnified and held harmless from any loss suffered or liability incurred by it in continuing to act in reliance of this Resolution even though this Resolution may have been changed.

RESOLVED, that the Depository may, in its discretion, accept in lieu of an original signature, a legible facsimile or photocopy of a signature of any of the officers designated in the foregoing Resolution.

RESOLVED, that the Corporation shall be bound by the terms and conditions of the Account Agreement as it may be revised and or amended from time to time.

| Title | Name | Signature |
|-------|------|-----------|
| Chairman + Secretary | DANIEL E CARPENTER | *(signature)* |
| Vice President | AMANDA ROSSI | *(signature)* |
|  |  |  |
|  |  |  |
|  |  |  |

| | Corporate Seal (if any) |
|---|---|
| I further certify that the foregoing are titles, names and genuine signatures of the present officers, employees and agents of the Corporation authorized by the above Resolution.<br><br>In Witness thereof, I have hereunto subscribed my name as Secretary/Clerk and have affixed the seal of this Corporation, if any, on the date shown below.<br><br>*(signature)*<br>Secretary's/Clerk's Signature<br><br>Date of Resolution: 5-20-09 | *(seal impression)* |

Rev. 08/2008   TD Banknorth is a trade name of TD Bank, N.A.

TD-UNIVERSITAS 0895

STATE OF DELAWARE
SECRETARY OF STATE
DIVISION OF CORPORATIONS
FILED 09:00 AM 05/03/1995
950097263 ~ 2503693

# CERTIFICATE OF INCORPORATION

## OF

## CARPENTER FINANCIAL GROUP, INC.

FIRST.   The name of this corporation shall be:

CARPENTER FINANCIAL GROUP, INC.

SECOND.   Its registered office in the State of Delaware
is to be located at 1013 Centre Road, in the City of
Wilmington, County of New Castle, 19805, and its registered
agent at such address is CORPORATE AGENTS, INC.

THIRD.   The purpose or purposes of the corporation shall
be:

To engage in any lawful act or activity for which
corporations may be organized under the General Corporation
Law of Delaware.

FOURTH.   The total number of shares of stock which this
corporation is authorized to issue is:

One Thousand Five Hundred (1,500) shares without par value.

FIFTH.   The name and mailing address of the incorporator
is as follows:

Sarah Thomas
Corporate Agents, Inc.
1013 Centre Road
Wilmington, DE  19805

SIXTH.   The Board of Directors shall have the power to
adopt, amend or repeal the by-laws.

IN WITNESS WHEREOF, The undersigned, being the
incorporator hereinbefore named, has executed, signed and
acknowledged this certificate of incorporation this
third day of May, A.D. 1995.

Sarah Thomas
Incorporator

TD-UNIVERSITAS 0896

**TD Banknorth**

# NEW NON-PERSONAL ACCOUNT

| | | | |
|---|---|---|---|
| REGION: | TD Banknorth CT Mid-All | DATE OPENED: | 05/20/2009 |
| ACCOUNT #: | 4242774697 | TYPE OF ACCOUNT: IM   Business Convenience Checking | |
| TAX ID #: | 061536689 | TYPE CODE: 720 | CATEGORY: Non-Personal Checking |
| BRANCH #: | 507 | BANK REPRESENTATIVE: Carolyn M Starr | |

**Account Officer Information** (Complete only if an officer will be assigned to this account)

Officer Number: _____   Officer Name: _____   Telephone: _____

BUSINESS NAME/ADDRESS:          TIN:

CARPENTER FINANCIAL GROUP, INC.     061536689      BUSINESS PHONE: (860) 408-7000

100 GRIST MILL RD.

SIMSBURY, CT          USA          06070

eFunds Verification: _____   If Existing Customer, Enter the RM Number: 0000014658678

Account Relationship: Corporation or LLC-2 Signers

Additional Account Verification: *Certificate of Incorporation*
☒ Business/Entity Documentation: Certified Formation Docs & Resolution/Consent

☐ Previous Bank: _____          ☐ Visual Inspection of Business
      (Enter Name of Previous Bank)

## IMPORTANT INFORMATION

Federal law requires all financial institutions to obtain, verify and record information that identifies each person who opens an account.

The undersigned acknowledge(s) receipt of the Deposit Account Agreement and Fee Schedule which govern my/our accounts with the Bank. My/our use of this account shall evidence my/our acceptance of the terms and conditions as set forth in the Deposit Account Agreement and Fee Schedule as the same may be amended from time to time.

The undersigned, both individually and on behalf of the account owner, if different, hereby authorize(s) the Bank to, from time to time, request consumer reports containing references about me/us from third parties, such as a consumer reporting agency, in connection with opening and maintaining this account. If you (the Bank) are unable to open a deposit account, you will provide me/us with an additional notice containing data regarding the consumer reporting agency.

I/We acknowledge and understand that TD Banknorth and TD Bank are trade names of TD Bank, N.A. I/We further acknowledge and understand that for FDIC insurance purposes, my/our deposits are not separately insured from any other deposits I/we may have at TD Banknorth and/or TD Bank.

This section does not apply to U.S. non-resident aliens. Under penalty of perjury, the undersigned certify(ies) that:
1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and
3. I am a U.S. person (including a U.S. resident, alien).

Certification Instructions. You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return or for any other reason. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the Certification, but you must provide your correct TIN.

The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

| | | | | |
|---|---|---|---|---|
| X *Daniel E Carpenter* | DANIEL E CARPENTER | 05/25/1954 | 048524417 | eFunds Verification |
| Signature | Print Name | Date of Birth | SSN | |
| Date Signed: 5/21/09 | | If Existing Personal Customer, Enter the RM Number: | 0000014658664 | |
| X *[signature]* | AMANDA ROSSI | 11/07/1980 | 040801423 | eFunds Verification |
| Signature | Print Name | Date of Birth | SSN | |
| Date Signed: 5/21/09 | | If Existing Personal Customer, Enter the RM Number: | 0000016447084 | |
| X _____ | _____ | | | eFunds Verification |
| Signature | Print Name | Date of Birth | SSN | |
| Date Signed: _____ | | If Existing Personal Customer, Enter the RM Number: | | |
| X _____ | _____ | | | eFunds Verification |
| Signature | Print Name | Date of Birth | SSN | |
| Date Signed: _____ | | If Existing Personal Customer, Enter the RM Number: | | |

**For Deposit Operations Use Only**

SIC: _____          Entered By: _____

Rev. 11/2008

# Exhibit 39

 **Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

GRIST MILL HOLDINGS  LLC
100 GRIST MILL ROAD
SIMSBURY CT  06070

| Page: | 1 of 3 |
|---|---|
| Statement Period: | Dec 01 2009-Dec 31 2009 |
| Cust Ref #: | 4242617136-720-T-### |
| Primary Account #: | 424-2617136 |

## Business Convenience Checking

GRIST MILL HOLDINGS  LLC

Account # 424-2617136

### KEEPING YOU INFORMED

EARLIER THIS YEAR WE COMMUNICATED TO YOU THAT WE WOULD BE CHANGING THE ORDER IN
WHICH WE POST YOUR DAILY TRANSACTIONS TO YOUR ACCOUNT. THIS CHANGE WILL NOT BE
GOING INTO EFFECT AT THIS TIME. INSTEAD, WE WILL CONTINUE TO USE OUR CURRENT
METHOD OF POSTING CREDITS FIRST, FOLLOWED BY DEBITS, WITH DEBITS SORTED FROM
LARGEST TO SMALLEST. OUR POSTING ORDER MAY CHANGE IN THE FUTURE.

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 1,433,643.11 | Average Collected Balance | 894,350.93 |
| Deposits | 197,421.27 | | |
| Electronic Deposits | 6,500,000.00 | | |
| Electronic Payments | 8,129,916.75 | | |
| Ending Balance | 1,147.63 | | |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | SERIAL NO. | AMOUNT |
|---|---|---|---|
| 12/9 | DEPOSIT | | 2,816.71 |
| 12/28 | DEPOSIT | | 170,820.42 |
| 12/30 | DEPOSIT | | 23,784.14 |
| | | Subtotal: | 197,421.27 |

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | SERIAL NO. | AMOUNT |
|---|---|---|---|
| 12/3 | eTransfer Credit | | 6,500,000.00 |
| | Online Xfer | | |
| | Transfer from CK 4242774689 | | |
| | | Subtotal: | 6,500,000.00 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | SERIAL NO. | AMOUNT |
|---|---|---|---|
| 12/3 | eTransfer Debit | | 7,000,000.00 |
| | Online Xfer | | |
| | Transfer to CK 4242774697 | | |
| 12/28 | eTransfer Debit | | 214,740.00 |
| | Online Xfer | | |
| | Transfer to CK 4242774712 | | |
| 12/29 | eTransfer Debit | | 340,900.00 |
| | Online Xfer | | |
| | Transfer to CK 4242774712 | | |

Call 1-800-YES-2000 for 24-hour Direct Banking service

BANK DEPOSITS FDIC INSURED          ©          WWW.TDBANK.COM

# How to Balance your Account

Page:    2 of 3

Begin by adjusting your account register as follows:

ᛏ Subtract any services charges shown on this statement.

ᛏ Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.

ᛏ Add any interest earned if you have an interest-bearing account.

ᛏ Add any automatic deposit or overdraft line of credit.

ᛏ Review all withdrawals shown on this statement and check them off in your account register.

ᛏ Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

| ❶ Ending Balance | 1,147.63 |
| ❷ Total Deposits | + |
| ❸ Sub Total | = |
| ❹ Total Withdrawals | - |
| ❺ Adjusted Balance | = |

| ❷ DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| Total Deposits | | ❷ |

| ❹ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| Total Withdrawals | | ❹ |

**FOR CONSUMER ACCOUNTS ONLY • IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

ᛏ Your name and account number.
ᛏ A description of the error or transaction you are unsure about.
ᛏ The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY • BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

ᛏ Your name and account number..
ᛏ The dollar amount of the suspected error.
ᛏ Describe the error and explain, if you can, why you believe there is an error.
   If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES:Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advanced and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing that total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.

TD- UNIVERSITAS   0506



**Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

GRIST MILL HOLDINGS  LLC

| | |
|---|---|
| Page: | 3 of 3 |
| Statement Period: | Dec 01 2009-Dec 31 2009 |
| Cust Ref #: | 4242617136-720-T-### |
| Primary Account #: | 424-2617136 |

---

### DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | SERIAL NO. | AMOUNT |
|---|---|---|---|
| 12/29 | eTransfer Debit<br>Online Xfer<br>Transfer to CK 4242774712 | | 52,777.55 |
| 12/29 | eTransfer Debit<br>Online Xfer<br>Transfer to CK 4242774712 | | 25,000.00 |
| 12/30 | eTransfer Debit<br>Online Xfer<br>Transfer to CK 4242774712 | | 274,400.00 |
| 12/30 | eTransfer Debit<br>Online Xfer<br>Transfer to CK 4242774712 | | 127,800.00 |
| 12/31 | eTransfer Debit<br>Online Xfer<br>Transfer to CK 4242774712 | | 86,299.20 |
| 12/31 | eTransfer Debit<br>Online Xfer<br>Transfer to CK 4242774712 | | 8,000.00 |
| | | Subtotal: | 8,129,916.75 |

---

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 11/30 | 1,433,643.11 | 12/29 | 473,862.69 |
| 12/3 | 933,643.11 | 12/30 | 95,446.83 |
| 12/9 | 936,459.82 | 12/31 | 1,147.63 |
| 12/28 | 892,540.24 | | |

---

Call 1-800-YES-2000 for 24-hour Direct Banking service

BANK DEPOSITS FDIC INSURED        ©        WWW.TDBANK.COM        

TD- UNIVERSITAS  0507

**Exhibit 40**



**Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

CARPENTER FINANCIAL GROUP, INC.
100 GRIST MILL RD.
SIMSBURY CT 06070

| | |
|---|---|
| Page: | 1 of 4 |
| Statement Period: | Dec 01 2009-Dec 31 2009 |
| Cust Ref #: | 4242774697-720-T-### |
| Primary Account #: | 424-2774697 |

Business Convenience Checking
CARPENTER FINANCIAL GROUP, INC.

Account # 424-2774697

## KEEPING YOU INFORMED

EARLIER THIS YEAR WE COMMUNICATED TO YOU THAT WE WOULD BE CHANGING THE ORDER IN
WHICH WE POST YOUR DAILY TRANSACTIONS TO YOUR ACCOUNT. THIS CHANGE WILL NOT BE
GOING INTO EFFECT AT THIS TIME. INSTEAD, WE WILL CONTINUE TO USE OUR CURRENT
METHOD OF POSTING CREDITS FIRST, FOLLOWED BY DEBITS, WITH DEBITS SORTED FROM
LARGEST TO SMALLEST. OUR POSTING ORDER MAY CHANGE IN THE FUTURE.

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 1,970,194.14 | Average Collected Balance | 3,404,078.91 |
| Electronic Deposits | 7,000,000.00 | | |
| Other Credits | 125,015.00 | | |
| | | | |
| Checks Paid | 56,997.87 | | |
| Electronic Payments | 6,403,669.36 | | |
| Other Withdrawals | 758,045.00 | | |
| Ending Balance | 1,876,496.91 | | |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | SERIAL NO. | AMOUNT |
|---|---|---|---|
| 12/3 | eTransfer Credit | | 7,000,000.00 |
| | Online Xfer | | |
| | Transfer from CK 4242617136 | | |
| | | Subtotal: | 7,000,000.00 |

**Other Credits**

| POSTING DATE | DESCRIPTION | SERIAL NO. | AMOUNT |
|---|---|---|---|
| 12/3 | WIRE TRANSFER INCOMING | | 125,000.00 |
| | CARPENTER FINANCIAL GROUP, INC | | |
| 12/4 | CREDIT | | 15.00 |
| | | Subtotal: | 125,015.00 |

**Checks Paid**    No. Checks: 10    *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 12/2 | 1030 | 755.16 | 12/22 | 1035 | 1,904.60 |
| 12/7 | 1031 | 500.00 | 12/28 | 1038* | 5,000.00 |
| 12/7 | 1032 | 500.00 | 12/31 | 1039 | 2,500.00 |
| 12/9 | 1033 | 3,000.00 | 12/30 | 1040 | 33,941.93 |
| 12/23 | 1034 | 1,423.65 | 12/30 | 1041 | 7,472.53 |
| | | | | Subtotal: | 56,997.87 |

Call 1-800-YES-2000 for 24-hour Direct Banking service

BANK DEPOSITS FDIC INSURED    ©    WWW.TDBANK.COM

TD-UNIVERSITAS 0915

# How to Balance your Account

Begin by adjusting your account register
as follows:

I  Subtract any services charges shown
on this statement.

I  Subtract any automatic payments,
transfers or other electronic with-
drawals not previously recorded.

I  Add any interest earned if you have
an interest-bearing account.

I  Add any automatic deposit or
overdraft line of credit.

I  Review all withdrawals shown on
this statement and check them off
in your account register.

I  Follow instructions 2-5 to verify
your ending account balance.

1.  Your ending balance shown on this
statement is:

2.  List below the amount of deposits
or credit transfers which do not
appear on this statement. Total the
deposits and enter on Line 2.

3.  Subtotal by adding lines 1 and 2.

4.  List below the total amount of
withdrawals that do not appear on
this statement. Total the
withdrawals and enter on Line 4.

5.  Subtract Line 4 from 3. This
adjusted balance should equal your
account balance.

| ❶ Ending Balance | 1,875,496.91 |
| ❷ Total Deposits | |
| ❸ SubTotal | |
| ❹ Total Withdrawals | |
| ❺ Adjusted Balance | |

❷

| DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
| --- | --- | --- |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Total Deposits | | ❷ |

❹

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
| --- | --- | --- |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
| --- | --- | --- |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Total Withdrawals | | ❹ |

**FOR CONSUMER ACCOUNTS ONLY • IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

I  Your name and account number.
I  A description of the error or transaction you are unsure about.
I  The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY • BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

I  Your name and account number.
I  The dollar amount of the suspected error.
I  Describe the error and explain, if you can, why you believe there is an error.
I  If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.


**Bank**

America's Most Convenient Bank®

CARPENTER FINANCIAL GROUP, INC.

STATEMENT OF ACCOUNT

Page:                                          3 of 4
Statement Period:   Dec 01 2009-Dec 31 2009
Cust Ref #:              4242774697-720-T-###
Primary Account #:             424-2774697

---

## DAILY ACCOUNT ACTIVITY

**Electronic Payments**

| POSTING DATE | DESCRIPTION | SERIAL NO. | AMOUNT |
|---|---|---|---|
| 12/3 | eTransfer Debit | | 5,000,000.00 |
| | Online Xfer | | |
| | Transfer to CK 4242774671 | | |
| 12/10 | eTransfer Debit | | 1,000.00 |
| | Online Xfer | | |
| | Transfer to CK 4244041325 | | |
| 12/29 | eTransfer Debit | | 10,200.00 |
| | Online Xfer | | |
| | Transfer to CK 4243768219 | | |
| 12/30 | eTransfer Debit | | 778,000.00 |
| | Online Xfer | | |
| | Transfer to CK 4242774689 | | |
| 12/31 | eTransfer Debit | | 514,469.36 |
| | Online Xfer | | |
| | Transfer to CK 4242774689 | | |
| 12/31 | eTransfer Debit | | 100,000.00 |
| | Online Xfer | | |
| | Transfer to CK 4242774712 | | |
| | | Subtotal: | 6,403,669.36 |

**Other Withdrawals**

| POSTING DATE | DESCRIPTION | SERIAL NO. | AMOUNT |
|---|---|---|---|
| 12/3 | WIRE TRANSFER OUTGOING | | 125,000.00 |
| | Jack Robinson Esq. | | |
| 12/3 | WIRE TRANSFER FEE | | 15.00 |
| 12/4 | WIRE TRANSFER OUTGOING | | 125,000.00 |
| | Jack Robinson Esq | | |
| 12/4 | WIRE TRANSFER FEE | | 15.00 |
| 12/17 | WIRE TRANSFER OUTGOING | | 500,000.00 |
| | Gilbride, Spellane Trustee Acct | | |
| 12/17 | WIRE TRANSFER FEE | | 15.00 |
| 12/23 | DEBIT | | 8,000.00 |
| | | Subtotal: | 758,045.00 |

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 11/30 | 1,970,194.14 | 12/9 | 3,840,423.98 |
| 12/2 | 1,969,438.98 | 12/10 | 3,839,423.98 |
| 12/3 | 3,969,423.98 | 12/17 | 3,339,408.98 |
| 12/4 | 3,844,423.98 | 12/22 | 3,337,504.38 |
| 12/7 | 3,843,423.98 | 12/23 | 3,328,080.73 |

Call 1-800-YES-2000 for 24-hour Direct Banking service

BANK DEPOSITS FDIC INSURED          ©          WWW.TDBANK.COM

TD-UNIVERSITAS 0917



**Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

CARPENTER FINANCIAL GROUP, INC.

Page:                                          4 of 4
Statement Period:   Dec 01 2009-Dec 31 2009
Cust Ref #:              4242774697-720-T-###
Primary Account #:              424-2774697

DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|
| 12/28 | 3,323,080.73 | 12/30 | 2,493,466.27 |
| 12/29 | 3,312,880.73 | 12/31 | 1,876,496.91 |

Call 1-800-YES-2000 for 24-hour Direct Banking service

BANK DEPOSITS FDIC INSURED          ©          WWW.TDBANK.COM          

TD-UNIVERSITAS 0918