# Exhibit 21



TD- UNIVERSITAS   0348

# Exhibit 22



TD- UNIVERSITAS   0349

# Exhibit 23

**TD Banknorth**

STATEMENT OF ACCOUNT

GRIST MILL CAPITAL LLC
100 GRIST MILL ROAD
SIMSBURY CT  06070

Page:                                    1 of 2
Statement Period: May 20 2009-May 31 2009
Cust Ref #:            4242774712-720-T-##
Primary Account #:          424-2774712

**Business Convenience Checking**
GRIST MILL CAPITAL LLC

Account # 424-2774712

## ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 0.00 | Average Collected Balance | 4,266,846.68 |
| Deposits | 10,863,842.75 | | |
| Other Withdrawals | 6,156,740.00 | | |
| Ending Balance | 4,707,102.75 | | |

## DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | SERIAL NO. | AMOUNT |
|---|---|---|---|
| | | | 8,677,276.75 |
| 5/21 | DEPOSIT | | 2,186,566.00 |
| 5/26 | DEPOSIT | | |
| | | Subtotal: | 10,863,842.75 |

**Other Withdrawals**

| POSTING DATE | DESCRIPTION | SERIAL NO. | AMOUNT |
|---|---|---|---|
| | | | 3,356,700.00 |
| 5/22 | WIRE TRANSFER OUTGOING | | |
| | GRIST MILL CAPITAL LLC | | 2,100,000.00 |
| 5/22 | DEBIT | | 20.00 |
| 5/22 | WIRE TRANSFER FEE | | |
| 5/28 | WIRE TRANSFER OUTGOING | | 700,000.00 |
| | GRIST MILL CAPITAL LLC | | 20.00 |
| 5/28 | WIRE TRANSFER FEE | | |
| | | Subtotal: | 6,156,740.00 |

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 5/20 | 0.00 | 5/26 | 5,407,122.75 |
| 5/21 | 8,677,276.75 | 5/28 | 4,707,102.75 |
| 5/22 | 3,220,556.75 | | |

Call 1-800-428-7000 for 24-hour Direct Banking service

BANK DEPOSITS FDIC INSURED  WWW.TDBANKNORTH.COM 

TD- UNIVERSITAS   0357

# How to Balance your Account

Page:    2 of 2

Begin by adjusting your account register as follows:

- Subtract any services charges shown on this statement.

- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.

- Add any interest earned if you have an interest-bearing account.

- Add any automatic deposit or overdraft line of credit.

- Review all withdrawals shown on this statement and check them off in your account register.

- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.



| DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

**FOR CONSUMER ACCOUNTS ONLY • IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377.

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

TD Banknorth is a trade name of TD Bank, N.A.

**FOR CONSUMER ACCOUNTS ONLY • BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

**FINANCE CHARGES:** Although the Bank uses the Daily Balance method to calculate the finance charge on your MoneyLine/Overdraft Protection account (the term "OD" or "OO" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance (times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payment or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.

TD- UNIVERSITAS   0358

**TD Banknorth**

STATEMENT OF ACCOUNT

GRIST MILL CAPITAL LLC
100 GRIST MILL ROAD
SIMSBURY CT 06070

Page:                                  1 of 2
Statement Period:   Jun 01 2009-Jun 30 2009
Cust Ref #:            4242774712-720-T-###
Primary Account #:            424-2774712

**Business Convenience Checking**
GRIST MILL CAPITAL LLC

Account # 424-2774712

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 4,707,102.75 | Average Collected Balance | 1,702,892.02 |
| Other Withdrawals | 4,234,927.81 | | |
| Ending Balance | 472,174.94 | | |

### DAILY ACCOUNT ACTIVITY

Other Withdrawals

| POSTING DATE | DESCRIPTION | SERIAL NO. | AMOUNT |
|---|---|---|---|
| 6/9 | WIRE TRANSFER OUTGOING GRIST MILL TRUST | | 2,833,568.64 |
| 6/9 | WIRE TRANSFER OUTGOING GRIST MILL TRUST | | 965,314.17 |
| 6/9 | WIRE TRANSFER FEE | | 15.00 |
| 6/9 | WIRE TRANSFER FEE | | 15.00 |
| 6/15 | WIRE TRANSFER OUTGOING ANDREW D AND MARIA G TERRELL | | 10,000.00 |
| 6/15 | WIRE TRANSFER FEE | | 15.00 |
| 6/16 | DEBIT | | 425,000.00 |
| 6/16 | DEBIT | | 1,000.00 |
| | | Subtotal: | 4,234,927.81 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 5/31 | 4,707,102.75 | 6/15 | 898,174.94 |
| 6/9 | 908,189.94 | 6/16 | 472,174.94 |

Call 1-800-428-7000 for 24-hour Direct Banking service

BANK DEPOSITS FDIC INSURED          ©          WWW.TDBANKNORTH.COM          

TD- UNIVERSITAS   0359

# How to Balance your Account

Begin by adjusting your account register as follows:

- Subtract any services charges shown on this statement.

- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.

- Add any interest earned if you have an interest-bearing account.

- Add any automatic deposit or overdraft line of credit.

- Review all withdrawals shown on this statement and check them off is your account register.

- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.



| DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

## FOR CONSUMER ACCOUNTS ONLY • IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement of receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377.

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

### INTEREST NOTICE

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

TD Banknorth is a trade name of TD Bank, N.A.

## FOR CONSUMER ACCOUNTS ONLY • BILLING RIGHTS SUMMARY

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number..
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error.
  If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay all the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance as the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balances have been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of this statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.

# Exhibit 24

(Page 1 of 1)

**TD Banknorth**

# NEW NON-PERSONAL ACCOUNT

| | | |
|---|---|---|
| REGION: TD Banknorth CT Mid-A8 | DATE OPENED: 06/20/2009 | |
| ACCOUNT #: 4242274712 | TYPE OF ACCOUNT: M4  Business Convenience Checking | |
| TAX ID #: 810807858 | TYPE CODE: 720 | CATEGORY: Non-Personal Checking |
| BRANCH #: 507 | BANK REPRESENTATIVE: Carolyn M Starr | |

**Account Officer Information** (Complete only if an officer will be assigned to this account)

Officer Number: _____  Officer Name: _____  Telephone: _____

**BUSINESS NAME/ADDRESS:**  TIN:
GRIST MILL CAPITAL LLC       810807858        BUSINESS PHONE: (860) 408-4000
100 GRIST MILL ROAD

SIMSBURY , CT        USA        06070

eFunds Verification: _____  If Existing Customer, Enter the RM Number: 6000004861363

Account Relationship: Corporation or LLC-2 Signers

**Additional Account Verification:** _State Website Report_

☒ Business/Entity Documentation: _Certificate of Good Standing & Resolution/Consent_

☐ Previous Bank: _____     ☐ Visual Inspection of Business
(Enter Name of Previous Bank)

---

**IMPORTANT INFORMATION**

Federal law requires all financial institutions to obtain, verify and record information that identifies each person who opens an account.

The undersigned acknowledge(s) receipt of the Deposit Account Agreement and Fee Schedule which govern my/our accounts with the Bank. My/our use of this account shall evidence my/our acceptance of the terms and conditions as set forth in the Deposit Account Agreement and Fee Schedule as the same may be amended from time to time.

The undersigned, both individually and on behalf of the account owner, if different, hereby authorizes(s) the Bank to, from time to time, request consumer reports containing references about me/us from third parties, such as a consumer reporting agency, in connection with opening and maintaining this account. If you (the Bank) are unable to open a deposit account, you will provide me/us with an additional notice containing data regarding the consumer reporting agency.

I/We acknowledge and understand that TD Banknorth and TD Bank are trade names of TD Bank, N.A. I/We further acknowledge and understand that for FDIC insurance purposes, my/our deposits are not separately insured from any other deposits I/we may have at TD Banknorth and/or TD Bank.

This section does not apply to U.S. non-resident aliens.  Under penalty of perjury, the undersigned certify(ies) that:
1.  The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and
2.  I am not subject to backup withholding because:  (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and
3.  I am a U.S. person (including a U.S. resident, alien).

Certification Instructions.  You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return or for any other reason.  For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the Certification, but you must provide your correct TIN.

The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

---

X _David E Carpenter_        DANIEL E CARPENTER        ███ ███        If Existing Personal Customer, Enter the RM Number: 6000004-4888884
Date Signed: 5/21/09

X _Amanda_        AMANDA ROSSI        ███ ███        If Existing Personal Customer, Enter the RM Number: 6000204464/2004
Date Signed: 5/21/09

X _____        _____        If Existing Personal Customer, Enter the RM Number: _____
Date Signed: _____

X _____        _____        If Existing Personal Customer, Enter the RM Number: _____
Date Signed: _____

---

**For Deposit Institution Use Only**

By: _____        Entered By: _____

Rev. 11/2008

TD- UNIVERSITAS   0356

# Exhibit 25

(Page 1 of 1)

**TD Banknorth**

# NEW NON-PERSONAL ACCOUNT

| | | |
|---|---|---|
| **REGION:** TD Banknorth CT Mid-Att | | **DATE OPENED:** 05/20/2009 |
| **ACCOUNT #:** 4242617136 | **TYPE OF ACCOUNT:** IM   Business Convenience Checking | |
| **TAX ID #:** 200888307 | **TYPE CODE:** 720 | **CATEGORY:** Non-Personal Checking |
| **BRANCH #:** 507 | **BANK REPRESENTATIVE:** Carolyn M Starr | |

**Account Officer Information** (Complete only if an officer will be assigned to this account)

| | | |
|---|---|---|
| Officer Number: | Officer Name: | Telephone: |

**BUSINESS NAME/ADDRESS:**          TIN:

GRIST MILL HOLDINGS LLC                    200888307          **BUSINESS PHONE:** (860) 408-7000

100 GRIST MILL ROAD

SIMSBURY , CT          USA          06070

**eFunds Verification:** _____          If Existing Customer, Enter the RM Number: 000000184…900

**Account Relationship:** Corporation or LLC-2 Signers

**Additional Account Verification:**

☑ Business/Entity Documentation:   Certified Formation Docs & Resolution/Consent

☐ Previous Bank: _____          ☐ Visual Inspection of Business
          (Enter Name of Previous Bank)

## IMPORTANT INFORMATION

Federal law requires all financial institutions to obtain, verify and record information that identifies each person who opens an account.

The undersigned acknowledge(s) receipt of the Deposit Account Agreement and Fee Schedule which govern my/our accounts with the Bank. My/our use of this account shall evidence my/our acceptance of the terms and conditions as set forth in the Deposit Account Agreement and Fee Schedule as the same may be amended from time to time.

The undersigned, both individually and on behalf of the account owner, if different, hereby authorize(s) the Bank to, from time to time, request consumer reports containing references about me/us from third parties, such as a consumer reporting agency, in connection with opening and maintaining this account. If you (the Bank) are unable to open a deposit account, you will provide me/us with an additional notice containing data regarding the consumer reporting agency.

I/We acknowledge and understand that TD Banknorth and TD Bank are trade names of TD Bank, N.A. I/We further acknowledge and understand that for FDIC insurance purposes, my/our deposits are not separately insured from any other deposits I/we may have at TD Banknorth and/or TD Bank.

This section does not apply to U.S. non-resident aliens. Under penalty of perjury, the undersigned certify(ies) that:
1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and
3. I am a U.S. person (including a U.S. resident, alien).

Certification Instructions. You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return or for any other reason. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the Certification, but you must provide your correct TIN.

The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

| | | |
|---|---|---|
| X _Daniel E Carpenter_ (signature)   **DANIEL E CARPENTER**   Print Name | | ▮▮▮▮  ▮▮▮▮   eFunds Verification: 000000018894944 |
| Date Signed: 5-11-09 | | If Existing Personal Customer, Enter the RM Number: 000000184894944 |
| X _signature_   **AMANDA ROSSI**   Print Name | | ▮▮▮▮  ▮▮▮▮   eFunds Verification: |
| Date Signed: 5/21/09 | | If Existing Personal Customer, Enter the RM Number: 000000184894944 |
| X _____   Signature                Print Name | | ▮▮▮▮  ▮▮▮▮   eFunds Verification: |
| Date Signed: _____ | | If Existing Personal Customer, Enter the RM Number: |
| X _____   Signature                Print Name | | ▮▮▮▮  ▮▮▮▮   eFunds Verification: |
| Date Signed: _____ | | If Existing Personal Customer, Enter the RM Number: |

| For Deposit Operations Use Only |
|---|
| SIC: _____          Entered By: _____ |

Rev. 11/2008

TD - Universitas  0091

(Page 2 of 5)

**TD Banknorth**

# LIMITED LIABILITY COMPANY BANKING RESOLUTION
## (For Deposit Accounts)

| Account Holder: | Financial Institution: |
|---|---|
| GRIST MILL HOLDINGS LLC<br>100 GRIST MILL ROAD<br>SIMSBURY, CT 06070 | TD Bank, N.A.<br>Drake Mill Mall, 714 Hopmeadow St<br><br>Simsbury, CT 06070 |
| Account No. 4242617136 | State / Commonwealth: CT |

In consideration of the existing or proposed banking relationship between  GRIST MILL HOLDINGS LLC
a Limited Liability Company (the "Company") and TD Bank, N.A., the persons signing below jointly and severally and on behalf of the Company do hereby certify that and agree as follows:

GRIST MILL HOLDINGS LLC _____ is the complete and correct name of the Account Holder.

Managers, Members and Authorized Signers:  We further certify that the following is a complete list of the names of all managers, members and authorized signers of the Company.  We agree to notify the Financial Institution of any change in the Company, including the adding of new members and leaving of current members from the Company, before the change takes effect.

| Title | Name | Signature |
|---|---|---|
| Chairman Managing Mmbr | DANIEL E CARPENTER | *signature* |
| Secretary | AMANDA ROSSI | *signature* |
| | | |
| | | |
| | | |

Assumed Business Names:  Excluding the name of the Company, the following is a complete list of all assumed business names under which the Company does business:

Assumed Business Name #1: _____

Assumed Business Name #2: _____

We further certify that at a meeting of the members of the Company (or by other duly authorized Company action in lieu of a meeting, duly called and held on  5/21/09 _____, at which a quorum was present and voting, the following resolutions were adopted:

Be it Resolved, that TD Bank, N.A., at any one or more of its branches, be and it hereby is designated as the Financial Institution and depository for the funds of this Company, which may be withdrawn on checks, drafts, advices of debit, notes or other orders for the payment of money;

Be it Further Resolved, that any one (1) of the Authorized signers ("Agents") listed above may enter into any such agreements and perform such other acts as they deem reasonably necessary in furtherance of the Company's Banking Relationship with the Financial Institution, and those agreements will bind the Company, and acting for an on behalf of the Company and as its act and deed be, and they hereby are, authorized and empowered;

Page 1 of 2

**Execute Documents:** To execute and deliver to Financial Institution the form of Limited Liability Company Banking Resolution and other account opening documents submitted by Financial Institution, confirming the nature and existence of Account Holder and evidencing the terms of the agreement between Financial Institution and Account Holder.

**Agent's Authority:** Any one of such Agents is authorized to endorse all checks, drafts, notes and other items payable to or owned by this Company for deposit with the Financial Institution, or for collection or discount by the Financial Institution; and to accept draft and other items payable at the Financial Institution. The Financial Institution is hereby directed to accept and pay without further inquiry any item drawn against any of the Company's accounts with the Financial Institution bearing the signature of any one of the Agents, as authorized above or otherwise, even though drawn or endorsed to the order of Any Agent signing or tendered by such Agent for cashing or in payment of the individual obligation of such Agent or for deposit to the Agent's personal account, and the Financial Institution shall not be required or be under any obligation to inquire as to the circumstances of the issue or use of any item signed in accordance with the resolutions contained herein, or the application or disposition of such item or the proceeds of the item.

**Further Acts:** The above-named Agents are authorized and empowered to execute such other agreements, including, but not limited to, special depository agreements and arrangements regarding the manner, conditions or purposes for which funds, checks or items of Account Holder may be deposited, collected or withdrawn and to perform such other acts as they deem reasonably necessary to carry out the provisions of this resolutions.

**Be It Further Resolved,** that the authority hereby conferred upon the above-named Agents shall be and remain in full force and effect until written notice of any amendment or revocation thereof shall have been delivered and received by the Financial Institution at each location where an account is maintained. Financial Institution shall be indemnified and held harmless by the Company from any loss suffered or any liability incurred by it in continuing to act in accordance with this resolution. Any such notice shall not affect any items in process at the time notice given.

**We Further Certify** that the authorized signers name above are duly elected, appointed or employed by or for the Company, as the case may be, and occupy the positions set opposite their respective names; that the foregoing resolutions now stand of record on the books of the Company; and that the resolutions are in full force and effect and have not been modified or revoked in any manner whatsoever.

We have each read all of the provisions of this Limited Liability Company Resolution, and we each jointly and severally and on behalf of the Company certify and agree to its terms.

This Agreement is dated: 05/20/2009

Account Holder:   GRIST MILL HOLDINGS  LLC

By: _____   By: _____

By: _____   By: _____

TD - Universitas  0093

# Delaware

PAGE 1

### The First State

I, HARRIET SMITH WINDSOR, SECRETARY OF STATE OF THE STATE OF
DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT
COPY OF THE CERTIFICATE OF FORMATION OF "GRIST MILL HOLDINGS,
LLC", FILED IN THIS OFFICE ON THE SEVENTEENTH DAY OF JANUARY,
A.D. 2003, AT 9 O'CLOCK A.M.



*Harriet Smith Windsor*
Harriet Smith Windsor, Secretary of State

3615870   8100                    AUTHENTICATION: 2218154

030036439                              DATE: 01-22-03

TD - Universitas  0094

STATE OF DELAWARE
SECRETARY OF STATE
DIVISION OF CORPORATIONS
FILED 09:00 AM 01/17/2003
030036439 - 3615670

## CERTIFICATE OF FORMATION
### OF
### LIMITED LIABILITY COMPANY

FIRST.   The name of the limited liability company is  GRIST MILL HOLDINGS, LLC

SECOND.   The address of its registered office in the State of Delaware is 2711 Centerville Road, Suite 400 in the City of Wilmington.  The name of its Registered Agent at such address is THE COMPANY CORPORATION.

IN WITNESS WHEREOF, the undersigned have executed this Certificate of Formation of GRIST MILL HOLDINGS, LLC this 17th day of January 2003.

NAME: _____
Angela Norton
Authorized Person

# Exhibit 26

TD UNIVERSITAS 0523

CHARGES (not paid)   SELLER   TIME

TOTALS

03/22/2009 12:08 00A Dep Val
0051 . 424266171.36
Slewsbury   NK CT 8907

Account: 4242661713G
Amount: 2,100,000.00
PostDate: 20090522
Tran_ID: 402011840
CheckNum: 0
DIN: 402011840
ReturnReasonDescription:
ECEItemSeqNum:

03/22/2009 12:08 On-Us Cash Chk Val
0053 . 4242774712
Slewsbury   NK CT 8907

Account: 4242774712
Amount: 2,100,000.00
PostDate: 20090522
Tran_ID: 402011840
CheckNum: 0
DIN: 402011841
ReturnReasonDescription:
ECEItemSeqNum:

**TD Bank worth**

Date 3-12-09
Your Name Grist Mill Holdings LLC

PLEASE ENDORSE ALL CHECKS

ACCOUNT NUMBER
4242617136   $   2100000.00

CHECKING DEPOSIT

CASH
CON
KEY   2,100,000.00
CHECKS

TOTAL DEPOSIT
2100000.00

Account: 4242617136
Amount: 2,100,000.00
PostDate: 20090522
Tran_ID: 402011840
CheckNum: 0
DIN: 402011840
ReturnReasonDescription:
ECEItemSeqNum:

**TD Bank worth**

Date 03/30/09   Your Name Grist Mill Capital
Xfer to Subpital 00L-3

4242774712   $   2100000.00

CHECKING DEBIT MEMO

500

$ 2100000.00

Approved by DF
Signature David C Coppity

Account: 4242774712
Amount: 2,100,000.00
PostDate: 20090522
Tran_ID: 402011840
CheckNum: 0
DIN: 402011841
ReturnReasonDescription:
ECEItemSeqNum:

# Exhibit 27

Paymt Source   MAX
Time   14:52:49
UserID
Value Date   12/31/2009   12:00:00AM

MIF_AMOUNT   2,833,568.64
Account No   4242774712
Amount   2,833,568.64
BBI
Bene Bank
Beneficiary   GRIST MILL TRUST
BNF ADDR1   100 GRIST MILL ROAD
BNF ADDR2   SIMSBURY CT 06070
BNF ADDR3
BNF ID   904393305
Branch ID   001
Country Code   US
Currency   USD
Wire Date   6/9/2009   12:00:00AM
Direction   O
FAX
Fee   15.00
Intermd Bank
IMAD   20090609A1B7001S000103
MID   090609095518PR00
Paymt Method   FED
Msg Status   COMPLETE
Msg Type   10
Msg Subtype   00
OBI
Office   004
OMAD   20090609B1QGC01R01020506091000FT01
Originator   GRIST MILL CAPITAL LLC
ORG ADDR1   100 GRIST MILL ROAD
ORG ADDR2   SIMSBURY, CT 06070-
ORG ADDR3
ORG ID   4242774712
ORG ID Code   AC
Recv ABA   021000021
Recv Name   JPMCHASE
REF IMAD
Reference   090609095518PR00
Sender ABA
Sender Name   TD BANKNORTH
Paymt Source
Time   09:59:57
UserID   RPIDGEON
6/9/2009   12:00:00AM

MIF_AMOUNT   965,314.17
Account No   4242774712
Amount   965,314.17
BBI
Bene Bank
Beneficiary   GRIST MILL TRUST
BNF ADDR1   100 GRIST MILL ROAD

TD- UNIVERSITAS   0405

| | |
|---|---|
| BNF ADDR2 | SIMSBURY CT 06070 |
| BNF ADDR3 | |
| BNF ID | 904393305 |
| Branch ID | 001 |
| Country Code | US |
| Currency | USD |
| Wire Date | 6/9/2009  12:00:00AM |
| Direction | O |
| FAX | |
| Fee | 15.00 |
| Intermd Bank | |
| IMAD | 20090609A1B7001S000104 |
| MID | 090609095557PR00 |
| Paymt Method | FED |
| Msg Status | COMPLETE |
| Msg Type | 10 |
| Msg Subtype | 00 |
| OBI | |
| Office | 004 |
| OMAD | 20090609B1QGC01R01028206091000FT01 |
| Originator | GRIST MILL CAPITAL LLC |
| ORG ADDR1 | 100 GRIST MILL ROAD |
| ORG ADDR2 | SIMSBURY, CT 06070- |
| ORG ADDR3 | |
| ORG ID | 4242774712 |
| ORG ID Code | AC |
| Recv ABA | 021000021 |
| Recv Name | JPMCHASE |
| REF IMAD | |
| Reference | 090609095557PR00 |
| Sender ABA | 011103093 |
| Sender Name | TD BANKNORTH |
| Paymt Source | |
| Time | 10:00:49 |
| UserID | RPIDGEON |
| Value Date | 6/9/2009  12:00:00AM |

| | |
|---|---|
| MIF_AMOUNT | 65,589.00 |
| Account No | 4242774712 |
| Amount | 65,589.00 |
| BBI | |
| Bene Bank | |
| Beneficiary | Lincoln National Life Ins Co |
| BNF ADDR1 | 100 NORTH GREENE ST |
| BNF ADDR2 | |
| BNF ADDR3 | GREENSBORONC |
| BNF ID | 3750011427 |
| Branch ID | 001 |
| Country Code | US |
| Currency | USD |
| Wire Date | 12/23/2009  12:00:00AM |
| Direction | O |
| FAX | |
| Fee | 15.00 |
| Intermd Bank | |
| IMAD | 20091223C1B76E1C001810 |
| MID | 091223122604XI00 |
| Paymt Method | FED |
| Msg Status | COMPLETE |

TD- UNIVERSITAS    0406

# Exhibit 28

| | |
|---|---|
| Paymt Source | MAX |
| Time | 14:52:49 |
| UserID | |
| Value Date | 12/31/2009  12:00:00AM |

| | |
|---|---|
| MIF_AMOUNT | 2,833,568.64 |
| Account No | 4242774712 |
| Amount | 2,833,568.64 |
| BBI | |
| Bene Bank | |
| Beneficiary | GRIST MILL TRUST |
| BNF ADDR1 | 100 GRIST MILL ROAD |
| BNF ADDR2 | SIMSBURY CT 06070 |
| BNF ADDR3 | |
| BNF ID | 904393305 |
| Branch ID | 001 |
| Country Code | US |
| Currency | USD |
| Wire Date | 6/9/2009  12:00:00AM |
| Direction | O |
| FAX | |
| Fee | 15.00 |
| Intermd Bank | |
| IMAD | 20090609A1B7001S000103 |
| MID | 090609095518PR00 |
| Paymt Method | FED |
| Msg Status | COMPLETE |
| Msg Type | 10 |
| Msg Subtype | 00 |
| OBI | |
| Office | 004 |
| OMAD | 20090609B1QGC01R01020506091000FT01 |
| Originator | GRIST MILL CAPITAL LLC |
| ORG ADDR1 | 100 GRIST MILL ROAD |
| ORG ADDR2 | SIMSBURY, CT 06070- |
| ORG ADDR3 | |
| ORG ID | 4242774712 |
| ORG ID Code | AC |
| Recv ABA | 021000021 |
| Recv Name | JPMCHASE |
| REF IMAD | |
| Reference | 090609095518PR00 |
| Sender ABA | |
| Sender Name | TD BANKNORTH |
| Paymt Source | |
| Time | 09:59:57 |
| UserID | RPIDGEON |
| | 6/9/2009  12:00:00AM |

| | |
|---|---|
| MIF_AMOUNT | 965,314.17 |
| Account No | 4242774712 |
| Amount | 965,314.17 |
| BBI | |
| Bene Bank | |
| Beneficiary | GRIST MILL TRUST |
| BNF ADDR1 | 100 GRIST MILL ROAD |

TD- UNIVERSITAS  0405

| | |
|---|---|
| **BNF ADDR2** | SIMSBURY CT 06070 |
| **BNF ADDR3** | |
| **BNF ID** | 904393305 |
| **Branch ID** | 001 |
| **Country Code** | US |
| **Currency** | USD |
| **Wire Date** | 6/9/2009  12:00:00AM |
| **Direction** | O |
| **FAX** | |
| **Fee** | 15.00 |
| **Intermd Bank** | |
| **IMAD** | 20090609A1B7001S000104 |
| **MID** | 090609095557PR00 |
| **Paymt Method** | FED |
| **Msg Status** | COMPLETE |
| **Msg Type** | 10 |
| **Msg Subtype** | 00 |
| **OBI** | |
| **Office** | 004 |
| **OMAD** | 20090609B1QGC01R01028206091000FT01 |
| **Originator** | GRIST MILL CAPITAL LLC |
| **ORG ADDR1** | 100 GRIST MILL ROAD |
| **ORG ADDR2** | SIMSBURY, CT 06070- |
| **ORG ADDR3** | |
| **ORG ID** | 4242774712 |
| **ORG ID Code** | AC |
| **Recv ABA** | 021000021 |
| **Recv Name** | JPMCHASE |
| **REF IMAD** | |
| **Reference** | 090609095557PR00 |
| **Sender ABA** | 011103093 |
| **Sender Name** | TD BANKNORTH |
| **Paymt Source** | |
| **Time** | 10:00:49 |
| **UserID** | RPIDGEON |
| **Value Date** | 6/9/2009  12:00:00AM |

| | |
|---|---|
| **MIF_AMOUNT** | 65,589.00 |
| **Account No** | 4242774712 |
| **Amount** | 65,589.00 |
| **BBI** | |
| **Bene Bank** | |
| **Beneficiary** | Lincoln National Life Ins Co |
| **BNF ADDR1** | 100 NORTH GREENE ST |
| **BNF ADDR2** | |
| **BNF ADDR3** | GREENSBORONC |
| **BNF ID** | 3750011427 |
| **Branch ID** | 001 |
| **Country Code** | US |
| **Currency** | USD |
| **Wire Date** | 12/23/2009  12:00:00AM |
| **Direction** | O |
| **FAX** | |
| **Fee** | 15.00 |
| **Intermd Bank** | |
| **IMAD** | 20091223C1B76E1C001810 |
| **MID** | 091223122604XI00 |
| **Paymt Method** | FED |
| **Msg Status** | COMPLETE |

# Exhibit 29

 **Banknorth**

STATEMENT OF ACCOUNT

HANOVER TRUST COMPANY
DANIEL E CARPENTER TRUSTEE
100 GRIST MILL RD
SIMSBURY CT 06070

Page:                                                    1 of 2
Statement Period:  Jul 13 2009-Jul 31 2009
Cust Ref #:              4725632940-339-T-0
Primary Account #:        00004725632940

### Business Premier Savings MMKT
HANOVER TRUST COMPANY
DANIEL E CARPENTER TRUSTEE

Account # 00004725632940

**ACCOUNT SUMMARY**

| | | | |
|---|---|---|---|
| Beginning Balance | 0.00 | Interest Paid this Period | 36.14 |
| Deposits | 1,210,000.00 | Interest Paid Year-to-Date | 36.14 |
| Other Credits | 36.14 | Annual Percentage Yield Earned | 0.70% |
| | | Days in Period | 19 |
| Other Withdrawals | 1,100,000.00 | | |
| Ending Balance | 110,036.14 | | |

**DAILY ACCOUNT ACTIVITY**

**Deposits**

| POSTING DATE | DESCRIPTION | SERIAL NO. | AMOUNT |
|---|---|---|---|
| 7/13 | DEPOSIT | | 10,000.00 |
| 7/15 | DEPOSIT | | 1,200,000.00 |
| | | Subtotal: | 1,210,000.00 |

**Other Credits**

| POSTING DATE | DESCRIPTION | SERIAL NO. | AMOUNT |
|---|---|---|---|
| 7/31 | INTEREST PAID | | 36.14 |
| | | Subtotal: | 36.14 |

**Other Withdrawals**

| POSTING DATE | DESCRIPTION | SERIAL NO. | AMOUNT |
|---|---|---|---|
| 7/15 | WITHDRAWAL | | 1,100,000.00 |
| | | Subtotal: | 1,100,000.00 |

Call 1-800-428-7000 for 24-hour Direct Banking service

TD Banknorth

SAVINGS/CD DEPOSIT

DATE 7/15/09

PRINT NAME *Hanover Trust*

| | CASH | | |
|---|---|---|---|
| | COIN | | |
| | LIST CHECKS | | |
| | | | |
| | CASH BACK | | |

PLEASE ENDORSE ALL CHECKS

ACCOUNT NUMBER

TOTAL DEPOSIT

4725632940     $  1,200,000.08

⑈5240⑈0120⑈

Account: 4725632940
Amount: 1,200,000.00
PostDate: 20090715
Tran_ID: 401049530
CheckNum: 0
DIN: 401049530
ReturnReasonDescription:
ECEItemSeqNum:

>>521274168<<
CMSTARR  4  4523 507        Gransbury

STMT Savings Deposit     $1,200,000.00

003 11:55AM#  07/15/09  3        4725632940

Account: 4725632940
Amount: 1,200,000.00
PostDate: 20090715
Tran_ID: 401049530
CheckNum: 0
DIN: 401049530
ReturnReasonDescription:
ECEItemSeqNum:

TD-UNIVERSITAS 1365

**TD Banknorth**

**CHECKING DEBIT MEMO**

DATE 7/15/09   ACCOUNT TITLE *GRIST MILL HOLDINGS*

DESCRIPTION

T/C   DESCRIPTION
☐ DEBIT MEMO
☐ ENCODING ERROR
☐ DEPOSIT CORRECTION

T/C   DESCRIPTION
Please Check One
☐ RETURNED DEPOSIT ITEM
☐ SERVICE CHARGE

ACCOUNT NUMBER
*4242617136*

APPROVED BY

OFFSET ENTRY ACCOUNT NO.

CKON-04 (04/07)

*Daniel E Carpenter*

TOTAL AMOUNT
$ *1,200,000.00*

⑃5140⑁ 1084⑁

Account: 4242617136
Amount: 1,200,000.00
PostDate: 20090715
Tran_ID: 401049530
CheckNum: 0
DIN: 401049529
ReturnReasonDescription:
ECEItemSeqNum:

Account: 4242617136
Amount: 1,200,000.00
PostDate: 20090715
Tran_ID: 401049530
CheckNum: 0
DIN: 401049529
ReturnReasonDescription:
ECEItemSeqNum:

TD-UNIVERSITAS 1366

# Exhibit 30

(Page 1 of 1)

**TD Banknorth**

**NEW PERSONAL ACCOUNT**

REGION: TDBN Mid-Atl CT

ACCOUNT #: 4725632940

TYPE CODE: 339     BRANCH #: 507

OFFICER CODE: _____

TYPE OF ACCOUNT: ST  Business Premier Mmkt Sav

CATEGORY: Non-Personal Money Market

DATE OPENED: 07/13/2009

BANK REPRESENTATIVE: Carolyn M Starr

ACCOUNT TITLING / ADDRESS:

HANOVER TRUST COMPANY

DANIEL E CARPENTER TRUSTEE

100 GRIST MILL RD

SIMSBURY, CT          USA          06070

**ACCOUNT RELATIONSHIP:**

Trust - Legal, 1 Trustee

**CUSTOMER #1 INFORMATION**                    00000018825282

IDENTIFICATION (Describe below)

ID Type #1:                          ID Type #2:

State/Country of Issuance:           State/Country of Issuance:

Number:                              Number:

Expiration Date:                     Expiration Date:

276108375          1          (000) 000-0000
TIN              TIN TYPE     DATE OF BIRTH   HOME PHONE

LEGAL ADDRESS (Of primary account owner):
100 GRIST MILL RD
SIMSBURY, CT 06070

MAILING ADDRESS (Of primary account owner):
100 GRIST MILL RD

SIMSBURY, CT 06070

eFUNDS VERIFICATION

**CUSTOMER #2 INFORMATION**
Existing Customer                    00000014558884

IDENTIFICATION (Describe below)

ID Type #1:                          ID Type #2:

State/Country of Issuance:           State/Country of Issuance:

Number:                              Number:

Expiration Date:                     Expiration Date:

048524417          2          05/25/1954
TIN              TIN TYPE     DATE OF BIRTH

LEGAL ADDRESS (If different from primary account owner):
16 PONDSIDE LN
WEST SIMSBURY, CT 06092

MAILING ADDRESS (If different from primary account owner):
16 PONDSIDE LN

WEST SIMSBURY, CT 06092

eFUNDS VERIFICATION

**CUSTOMER #3 INFORMATION**

IDENTIFICATION (Describe below)

ID Type #1:                          ID Type #2:

State/Country of Issuance:           State/Country of Issuance:

Number:                              Number:

Expiration Date:                     Expiration Date:

TIN              TIN TYPE     DATE OF BIRTH

LEGAL ADDRESS (If different from primary account owner):

MAILING ADDRESS (If different from primary account owner):

eFUNDS VERIFICATION

**CUSTOMER #4 INFORMATION**

IDENTIFICATION (Describe below)

ID Type #1:                          ID Type #2:

State/Country of Issuance:           State/Country of Issuance:

Number:                              Number:

Expiration Date:                     Expiration Date:

TIN              TIN TYPE     DATE OF BIRTH

LEGAL ADDRESS (If different from primary account owner):

MAILING ADDRESS (If different from primary account owner):

eFUNDS VERIFICATION

**ADDITIONAL CUSTOMER VERIFICATION:**

☐ Employment    ☐ Address/Phone    ☐ Reference: _____    ☐ Previous Bank: _____
                                        (Enter Name)                    (Enter Name of Bank)

**IMPORTANT INFORMATION**

**Federal law requires all financial institutions to obtain, verify and record information that identifies each person who opens an account.**

The undersigned acknowledge(s) receipt of the Deposit Account Agreement, Account Maintenance Information grid, Fee Schedule and rates, which govern my/our accounts with the Bank. My/our use of this account shall evidence my/our acceptance of the terms and conditions set forth in the Deposit Account Agreement, Account Maintenance Information grid and Fee Schedule as the same may be amended from time to time.

Your signature constitutes authorization for debit card insurance for any signatory on this account.

The undersigned, both individually and on behalf of the account owner, if different, hereby authorize(s) the Bank to, from time to time, request consumer reports containing references about me/us from third parties, such as a consumer reporting agency, in connection with opening and maintaining this account. If you (the Bank) are unable to open a deposit account, you will provide me/us with an additional notice regarding the consumer reporting agency.

We acknowledge and understand that TD Banknorth and TD Bank, N.A. We further acknowledge and understand that for FDIC insurance purposes, my/our deposits may not be separately insured from any other deposits We may have at TD Banknorth and/or TD Bank.

By signing this signature card, I acknowledge that the deposit account to which I am being added as a co-owner may have an existing Moneyline account attached. I understand that a Moneyline account is a line of credit for overdraft protection. I acknowledge receipt of the Moneyline Agreement and disclosures and agree to their terms and conditions. I understand and agree that, as a co-owner of the deposit account, I will be fully responsible for payments on the Moneyline account (including any outstanding balances at this time) and that payment history and other credit information may be reported to consumer reporting agencies. By signing below, I authorize the Bank to automatically deduct the Minimum Payment Due for my Moneyline Account from the corresponding checking account if the Minimum Payment Due is not received by the Payment Due Date listed on the statement. Further, I agree to maintain sufficient funds in your checking account to cover this automatic payment.

This section does not apply to U.S. non-resident aliens. Under penalty of perjury, the undersigned certify(ies) that:
1.  The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and
2.  I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and
3.  I am a U.S. person (including a U.S. resident alien).

Certification Instructions. You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return or for any other reason. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA) and, generally, payments other than interest and dividends, you are not required to sign the Certification, but you must provide your correct TIN.

The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

(1)  X _____          HANOVER TRUST COMPANY
          Signature            Date        Print Name

(2)  X _Daniel E Carpenter_  _7/11/09_     DANIEL E CARPENTER
          Signature            Date        Print Name

(3)  X _____          _____
          Signature            Date        Print Name

(4)  X _____          _____
          Signature            Date        Print Name

Rev. 11/2006

**TD-UNIVERSITAS 1371**