# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| Universitas Education, LLC | ) | |
| _Plaintiff_ | ) | |
| v. | ) | Case No. 11 Civ. 1590 (LTS) (HBP) |
| Nova Group, Inc. | ) | 11 Civ. 8726 (LTS) (HBP) |
| _Defendant_ | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Nova Group, Inc.

Date: October 25, 2013

_Attorney's signature_

Roger L. Stavis
_Printed name and bar number_

Gallet Dreyer & Berkey, LLP
845 Third Avenue, 8th Floor
New York, NY 10022
_Address_

rls@gdblaw.com
_E-mail address_

(212) 935-3131
_Telephone number_

(212) 935-4514
_FAX number_