# EXHIBIT 72 TO DECLARATION OF MICHAEL BARNETT

# In The Matter Of:

*UNIVERSITAS EDUCATION, LLC, v*
*DANIEL E. CARPENTER, et al.,*

*November 22, 2013*

*SOUTHERN DISTRICT REPORTERS*
*500 PEARL STREET*
*NEW YORK, NY 10007*
*212 805-0330*

Original File dbm2uniF.txt
**Min-U-Script® with Word Index**

UNIVERSITAS EDUCATION, LLC, v
DANIEL E. CARPENTER, et al.,                                                                November 22, 2013

### Page 1

```
              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF NEW YORK
              ------------------------------x
              UNIVERSITAS EDUCATION, LLC,

                       Petitioner,                  New York, N.Y.

                       v.                           11 Civ. 1590(LTS)

              DANIEL E. CARPENTER, et al.,

                       Respondents.

              ------------------------------x
                                                   November 22, 2013
                                                        2:10 p.m.
              Before:

                         HON. LAURA TAYLOR SWAIN,

                                                   District Judge

                                APPEARANCES

              LOEB & LOEB, LLP
                    Attorneys for Petitioner
              BY:   PAULA K. COLBATH
                    MICHAEL S. BARNETT

              ANTHONY J. SIANO
                    Attorney for Respondent Daniel E. Carpenter

                 - and -

              HALLORAN & SAGE, LLP
                    Attorneys for Respondent Daniel E. Carpenter
              BY:   DAN E. LA BELLE
```

### Page 2

1  THE COURT: Good afternoon. Counsel, would you state
2  your appearances, please.
3  MS. COLBATH: Yes, your Honor. Good afternoon. Paula
4  Colbath, from the firm of Loeb & Loeb, LLP, representing
5  Universitas Education LLC.
6  THE COURT: Good afternoon, Ms. Colbath.
7  MR. BARNETT: Good afternoon, your Honor. Michael
8  Barnett, also with Loeb & Loeb, also representing
9  Universitas.
10  THE COURT: Good afternoon, Mr. Barnett.
11  MR. SIANO: Good afternoon, your Honor. Anthony J.
12  Siano, representing Daniel E. Carpenter.
13  There are counsel for other respondents here in the
14  courtroom, your Honor, but I can't anticipate whether or not
15  they will be needing to appear or speak to the court. But I am
16  happy to introduce them or they are happy to introduce
17  themselves, but they are outside the rail.
18  The only other attorney who may be seating with me at
19  counsel table is Mr. LaBelle, who your Honor has met in the
20  Moonstone hearing. He is running a little late, courtesy of
21  Metro-North.
22  THE COURT: Good afternoon, Mr. Siano.
23  Would you introduce the people who are --
24  MR. SIANO: We have Mr. Matthew Brief, Brief, Carmen &
25  Kleiman, who represents Nova and Charter Oak.

### Page 3

1  THE COURT: Good afternoon, Mr. Brief.
2  MR. BRIEF: Hello.
3  MS. BERNSTEIN: Good afternoon.
4  MR. SIANO: Next to him, Carole Bernstein, counsel for
5  Grist Mill Capital, Avon Trust --
6  MS. BERNSTEIN: Avon Capital.
7  MR. SIANO: Avon Capital. Excuse me. I'm sorry. and
8  Mr. Glenn Duhl, who I don't believe your Honor has met
9  previously, who represents Grist Mill Trust, with his
10  associate, Angelica Wilson.
11  THE COURT: Good afternoon, Ms. Bernstein and
12  Mr. Duhl.
13  MR. DUHL: Good afternoon.
14  MS. WILSON: Good afternoon.
15  THE COURT: Good afternoon.
16  Well, as I understand it, today's proceeding is
17  limited to the preliminary injunction application against
18  Mr. Carpenter. Is that correct, Ms. Colbath.
19  MS. COLBATH: Yes, your Honor, that's correct.
20  THE COURT: So I don't anticipate the need to hear
21  from other parties this afternoon. But thank you all for being
22  here and Mr. Siano for introducing everyone.
23  Have you all received my decision of November 20 on
24  the USAA turnover motion?
25  MR. SIANO: Yes, your Honor.

### Page 4

1  MS. COLBATH: Yes, your Honor.
2  THE COURT: Thank you.
3  So I think, with the common understanding that we are
4  just looking at the preliminary injunction application, let's
5  go straight to the ten-minute opening statements, unless there
6  is anything that either counsel want me to hear separately from
7  that before we begin.
8  MS. COLBATH: No, that's fine, your Honor. I am happy
9  to start. Would you like me to go to the podium or is the
10  table sufficient?
11  THE COURT: As long as you can stay in proximity of
12  the microphone and speak loud enough for the court reporter,
13  it's fine for to you speak from the table.
14  MS. COLBATH: Okay. Thank you.
15  THE COURT: Ms. Ng will hold up signs when you have
16  three minutes, she has --
17  MS. COLBATH: I am sure I will being done well before
18  she has to hold up the red stop sign.
19  THE COURT: Fair enough.
20  MS. COLBATH: Your Honor, Universitas is here today to
21  seek a preliminary injunction against Mr. Carpenter from
22  transferring assets that he holds directly or indirectly, in
23  any of his entities, or in his name personally. We have
24  reached this point after a lot of discovery; and really, to sum
25  it up, all roads here lead to Mr. Carpenter.