# EXHIBIT 75 TO DECLARATION OF MICHAEL BARNETT

# ZEICHNER ELLMAN & KRAUSE LLP

575 LEXINGTON AVENUE
NEW YORK, NEW YORK 10022
(212) 223-0400
FAX: (212) 753-0396
www.zeklaw.com

35 MASON STREET
GREENWICH, CT 06830
(203) 622-0900
FAX: (203) 862-9889
————
103 EISENHOWER PARKWAY
ROSELAND, NJ 07068
(973) 618-9100
FAX: (973) 364-9960

DIRECT DIAL
(212) 826-5355
krudd@zeklaw.com

November 30, 2012

**BY EMAIL**

Bryan Reyhani
Reyhani Nemirovsky LLP
200 Park Avenue, 17th Floor
New York, NY 10166
**Email: bryan@rnlawfirm.com**

**Universitas Education, LLC (Judgment Creditor) v. Nova Group, as trustee,
sponsor and fiduciary of Charter Oak Trust (Judgment Debtor)
<u>Subpoena to TD Bank dated September 24, 2012</u>**

Dear Bryan:

Reference is made to the subpoena you served on TD Bank, N.A. dated September 24, 2012, TD Bank's Response and Objection thereto dated October 22, 2012 (the "Objections"), and the Order of Magistrate Judge Pitman dated November 21, 2012.

Subject to TD Bank's Objections, enclosed are documents Bates-stamped TD-Universitas0086-0109.

This production is made without in any way waiving or intending to waive but, to the contrary, intending to reserve and reserving: (i) all questions as to competency, relevancy, materiality, privilege and admissibility as evidence for any purpose in any subsequent proceeding in, or the trial of this action, of any response or its subject matter; (ii) the right to object to the use of any response, or it subject matter, in any subsequent proceeding in, or the trial of this action on any ground; (iii) the right to object on any ground at any time to a demand for further responses to these or other requests or to other discovery procedures involving or relating to the subject matter of the requests answered; and (iv) the right to revise, correct, add to or clarify any of the responses propounded herein.

Please feel free to contact me if you have any questions. Thank you very much for your courtesy and cooperation.

Very truly yours,

Kenneth C. Rudd

Attachments

(Page 1 of 1)

**TD Banknorth**

### NEW NON-PERSONAL ACCOUNT

| | | |
|---|---|---|
| REGION: TD Banknorth CT Mid-Ali | | DATE OPENED: 05/20/2009 |
| ACCOUNT #: 4242774671 | TYPE OF ACCOUNT: IM  Business Convenience Checking | |
| TAX ID #: 204006871 | TYPE CODE: 720 | CATEGORY: Non-Personal Checking |
| BRANCH #: 507 | BANK REPRESENTATIVE: Carolyn M Starr | |

**Account Officer Information**  *(Complete only if an officer will be assigned to this account)*

| Officer Number: | Officer Name: | Telephone: |
|---|---|---|

| BUSINESS NAME/ADDRESS: | TIN: | |
|---|---|---|
| PHOENIX CAPITAL MANAGEMENT LLC | 204006871 | BUSINESS PHONE: (860) 428-7000 |
| 100 GRIST MILL ROAD | | |
| | | |
| SIMSBURY , CT | USA  06070 | |

eFunds Verification: _____ If Existing Customer, Enter the RM Number: 00000015681402

Account Relationship: Corporation or LLC-2 Signers

**Additional Account Verification:**

☒ Business/Entity Documentation: Certified Formation Docs & Resolution/Consent

☐ Previous Bank: _____  ☐ Visual Inspection of Business
   *(Enter Name of Previous Bank)*

---

#### IMPORTANT INFORMATION

Federal law requires all financial institutions to obtain, verify and record information that identifies each person who opens an account.

The undersigned acknowledge(s) receipt of the Deposit Account Agreement and Fee Schedule which govern my/our accounts with the Bank. My/our use of this account shall evidence my/our acceptance of the terms and conditions as set forth in the Deposit Account Agreement and Fee Schedule as the same may be amended from time to time.

The undersigned, both individually and on behalf of the account owner, if different, hereby authorize(s) the Bank to, from time to time, request consumer reports containing references about me/us from third parties, such as a consumer reporting agency, in connection with opening and maintaining this account. If you (the Bank) are unable to open a deposit account, you will provide me/us with an additional notice containing data regarding the consumer reporting agency.

I/We acknowledge and understand that TD Banknorth and TD Bank are trade names of TD Bank, N.A. I/We further acknowledge and understand that for FDIC insurance purposes, my/our deposits are not separately insured from any other deposits I/we may have at TD Banknorth and/or TD Bank.

This section does not apply to U.S. non-resident aliens.  Under penalty of perjury, the undersigned certify(ies) that:
1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and
2. I am not subject to backup withholding because:  (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and
3. I am a U.S. person (including a U.S. resident, alien).

Certification Instructions.  You must cross out Item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return or for any other reason.  For real estate transactions, Item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the Certification, but you must provide your correct TIN.

The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

---

| | | | | |
|---|---|---|---|---|
| X _Daniel E Carpenter (signature)_ | DANIEL E CARPENTER | 05/25/1954 | 048524417 | eFunds Verification |
| Date Signed: 6/21/09 | Print Name | Date of Birth | SSN | If Existing Personal Customer, Enter the RM Number: 00000014558884 |
| X _Amanda Rossi (signature)_ | AMANDA ROSSI | 11/07/1980 | 040801423 | eFunds Verification |
| Date Signed: 6/21/09 | Print Name | Date of Birth | SSN | If Existing Personal Customer, Enter the RM Number: 00000015447084 |
| X _____ | Print Name | Date of Birth | SSN | eFunds Verification |
| Date Signed: _____ | | | | If Existing Personal Customer, Enter the RM Number: |
| X _____ | Print Name | Date of Birth | SSN | eFunds Verification |
| Date Signed: _____ | | | | If Existing Personal Customer, Enter the RM Number: |

---

#### For Deposit Operations Use Only

SIC: _____  Entered By: _____

Rev. 11/2008

TD - Universitas  0086

**TD Banknorth**

# LIMITED LIABILITY COMPANY BANKING RESOLUTION
## (For Deposit Accounts)

| Account Holder: | Financial Institution: |
|---|---|
| PHOENIX CAPITAL MANAGEMENT LLC<br>100 GRIST MILL ROAD<br>SIMSBURY , CT 06070 | TD Bank, N.A.<br>Drake Mill Mall, 714 Hopmeadow St<br><br>Simsbury, CT 06070 |
| Account No.  4242774671 | State / Commonwealth:  CT |

In consideration of the existing or proposed banking relationship between PHOENIX CAPITAL MANAGEMENT LLC a Limited Liability Company (the "Company") and TD Bank, N.A., the persons signing below jointly and severally and on behalf of the Company do hereby certify that and agree as follows:

PHOENIX CAPITAL MANAGEMENT LLC _____ is the complete and correct name of the Account Holder.

Managers, Members and Authorized Signers:  We further certify that the following is a complete list of the names of all managers, members and authorized signers of the Company.  We agree to notify the Financial Institution of any change in the Company, including the adding of new members and leaving of current members from the Company, before the change takes effect.

| Title | Name | Signature |
|---|---|---|
| Chairman Managing Member | DANIEL E CARPENTER | Daniel E Carpenter |
| Secretary | AMANDA ROSSI | And R |
| | | |
| | | |

Assumed Business Names:  Excluding the name of the Company, the following is a complete list of all assumed business names under which the Company does business:

Assumed Business Name #1: _____

Assumed Business Name #2: _____

We further certify that at a meeting of the members of the Company (or by other duly authorized Company action in lieu of a meeting, duly called and held on  5/21/09 _____ , at which a quorum was present and voting, the following resolutions were adopted:

**Be It Resolved,** that TD Bank, N.A., at any one or more of its branches, be and it hereby is designated as the Financial Institution of and depository for the funds of this Company, which may be withdrawn on checks, drafts, advices of debit, notes or other orders for the payment of money;

**Be It Further Resolved,** that any one (1) of the Authorized signers ("Agents") listed above may enter into any such agreements and perform such other acts as they deem reasonably necessary in furtherance of the Company's Banking Relationship with the Financial Institution, and those agreements will bind the Company, and acting for an on behalf of the Company and as its act and deed be, and they hereby are, authorized and empowered;

Page 1 of 2

(Page 3 of 5)

**Execute Documents:** To execute and deliver to Financial Institution the form of Limited Liability Company Banking Resolution and other account opening documents submitted by Financial Institution, confirming the nature and existence of Account Holder and evidencing the terms of the agreement between Financial Institution and Account Holder.

**Agent's Authority:** Any one of such Agents is authorized to endorse all checks, drafts, notes and other items payable to or owned by this Company for deposit with the Financial Institution, or for collection or discount by the Financial Institution; and to accept draft and other items payable at the Financial Institution. The Financial Institution is hereby directed to accept and pay without further inquiry any item drawn against any of the Company's accounts with the Financial Institution bearing the signature of any one of the Agents, as authorized above or otherwise, even though drawn or endorsed to the order of Any Agent signing or tendered by such Agent for cashing or in payment of the individual obligation of such Agent or for deposit to the Agent's personal account, and the Financial Institution shall not be required or be under any obligation to inquire as to the circumstances of the issue or use of any item signed in accordance with the resolutions contained herein, or the application or disposition of such item or the proceeds of the item.

**Further Acts:** The above-named Agents are authorized and empowered to execute such other agreements, including, but not limited to, special depository agreements and arrangements regarding the manner, conditions or purposes for which funds, checks or items of Account Holder may be deposited, collected or withdrawn and to perform such other acts as they deem reasonably necessary to carry out the provisions of this resolutions.

**Be It Further Resolved,** that the authority hereby conferred upon the above-named Agents shall be and remain in full force and effect until written notice of any amendment or revocation thereof shall have been delivered and received by the Financial Institution at each location where an account is maintained. Financial Institution shall be indemnified and held harmless by the Company from any loss suffered or any liability incurred by it in continuing to act in accordance with this resolution. Any such notice shall not affect any items in process at the time notice given.

**We Further Certify** that the authorized signers name above are duly elected, appointed or employed by or for the Company, as the case may be, and occupy the positions set opposite their respective names; that the foregoing resolutions now stand of record on the books of the Company; and that the resolutions are in full force and effect and have not been modified or revoked in any manner whatsoever.

We have each read all of the provisions of this Limited Liability Company Resolution, and we each jointly and severally and on behalf of the Company certify and agree to its terms.

This Agreement is dated:  05/20/2009

Account Holder:        PHOENIX CAPITAL MANAGEMENT LLC

By: _____        By: _Daniel E Carpenter_

By: _____        By: _____

TD - Universitas  0088



# *Delaware*

PAGE   1

## *The First State*

I, HARRIET SMITH WINDSOR, SECRETARY OF STATE OF THE STATE OF
DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT
COPY OF THE CERTIFICATE OF FORMATION OF "PHOENIX CAPITAL
MANAGEMENT GROUP, LLC", FILED IN THIS OFFICE ON THE THIRTIETH
DAY OF DECEMBER, A.D. 2005, AT 1 O'CLOCK P.M.



*Harriet Smith Windsor*
Harriet Smith Windsor, Secretary of State

4086984   8100

051076651

AUTHENTICATION: 4417328

DATE: 01-03-06

*State of Delaware*
*Secretary of State*
*Division of Corporations*
*Delivered 02:01 PM 12/30/2005*
*FILED 01:00 PM 12/30/2005*
*SRV 051076651 - 4086984 FILE*

# CERTIFICATE OF FORMATION
## OF
## LIMITED LIABILITY COMPANY

FIRST.   The name of the limited liability company is PHOENIX CAPITAL MANAGEMENT GROUP, LLC.

SECOND.   The address of its registered office in the State of Delaware is 2711 Centerville Road, Suite 400, Wilmington, Delaware, 19808. The name of its registered agent at such address is The Company Corporation.

IN WITNESS WHEREOF, the undersigned have executed this Certificate of Formation of PHOENIX CAPITAL MANAGEMENT GROUP, LLC this 30th day of December, 2005.

NAME:

Keith R. Jones
Authorized Person

TD - Universitas  0090

(Page 1 of 1)

**Banknorth**

## NEW NON-PERSONAL ACCOUNT

| | | |
|---|---|---|
| **REGION:** TD Banknorth CT Mid-Atl | **DATE OPENED:** 05/20/2009 | |
| **ACCOUNT #:** 4242617136 | **TYPE OF ACCOUNT:** IM  Business Convenience Checking | |
| **TAX ID #:** 200688307 | **TYPE CODE:** 720 | **CATEGORY:** Non-Personal Checking |
| **BRANCH #:** 507 | **BANK REPRESENTATIVE:** Carolyn M Starr | |

**Account Officer Information**  (Complete only if an officer will be assigned to this account)

Officer Number: _____  Officer Name: _____  Telephone: _____

**BUSINESS NAME/ADDRESS:**            **TIN:**

GRIST MILL HOLDINGS  LLC            200688307            **BUSINESS PHONE:** (860) 408-7000

100 GRIST MILL ROAD

SIMSBURY , CT            USA            06070

eFunds Verification: _____  If Existing Customer, Enter the RM Number: 00000010581500

Account Relationship:  Corporation or LLC-2 Signers

**Additional Account Verification:**

[X] Business/Entity Documentation:  Certified Formation Docs & Resolution/Consent

[ ] Previous Bank: _____            [ ] Visual Inspection of Business
        (Enter Name of Previous Bank)

### IMPORTANT INFORMATION

Federal law requires all financial institutions to obtain, verify and record information that identifies each person who opens an account.

The undersigned acknowledge(s) receipt of the Deposit Account Agreement and Fee Schedule which govern my/our accounts with the Bank. My/our use of this account shall evidence my/our acceptance of the terms and conditions as set forth in the Deposit Account Agreement and Fee Schedule as the same may be amended from time to time.

The undersigned, both individually and on behalf of the account owner, if different, hereby authorize(s) the Bank to, from time to time, request consumer reports containing references about me/us from third parties, such as a consumer reporting agency, in connection with opening and maintaining this account. If you (the Bank) are unable to open a deposit account, you will provide me/us with an additional notice containing data regarding the consumer reporting agency.

I/We acknowledge and understand that TD Banknorth and TD Bank are trade names of TD Bank, N.A. I/We further acknowledge and understand that for FDIC insurance purposes, my/our deposits are not separately insured from any other deposits I/we may have at TD Banknorth and/or TD Bank.

This section does not apply to U.S. non-resident aliens.  Under penalty of perjury, the undersigned certify(ies) that:
1.  The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and
2.  I am not subject to backup withholding because:  (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and
3.  I am a U.S. person (including a U.S. resident, alien).

Certification Instructions.  You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return or for any other reason.  For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the Certification, but you must provide your correct TIN.

The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

| | | | | |
|---|---|---|---|---|
| X _Daniel E Carpenter_ | DANIEL E CARPENTER | 05/25/1954 | 048524417 | |
| Signature | Print Name | Date of Birth | SSN | eFunds Verification |
| Date Signed:  5-21-09 | | If Existing Personal Customer, Enter the RM Number: | | 00000014550584 |
| X _signature_ | AMANDA ROSSI | 11/07/1980 | 040801423 | |
| Signature | Print Name | Date of Birth | SSN | eFunds Verification |
| Date Signed:  6/2/09 | | If Existing Personal Customer, Enter the RM Number: | | 00000015447084 |
| X _____ | | | | |
| Signature | Print Name | Date of Birth | SSN | eFunds Verification |
| Date Signed: _____ | | If Existing Personal Customer, Enter the RM Number: | | |
| X _____ | | | | |
| Signature | Print Name | Date of Birth | SSN | eFunds Verification |
| | | If Existing Personal Customer, Enter the RM Number: | | |

**For Deposit Operations Use Only**

SIC: _____            Entered By: _____

Rev. 11/2005

(Page 2 of 5)

**TD** Banknorth

# LIMITED LIABILITY COMPANY BANKING RESOLUTION
## (For Deposit Accounts)

| Account Holder: | Financial Institution: |
|---|---|
| GRIST MILL HOLDINGS  LLC <br> 100 GRIST MILL ROAD <br> SIMSBURY , CT 06070 | TD Bank, N.A. <br> Drake Mill Mall, 714 Hopmeadow St <br> <br> Simsbury, CT  06070 |
| **Account No.**  4242617136 | **State / Commonwealth:**  CT |

In consideration of the existing or proposed banking relationship between  GRIST MILL HOLDINGS LLC
a Limited Liability Company (the "Company") and TD Bank, N.A., the persons signing below jointly and severally and on behalf of the Company do hereby certify that and agree as follows:

GRIST MILL HOLDINGS  LLC                                         is the complete and correct name of the Account Holder.

Managers, Members and Authorized Signers:  We further certify that the following is a complete list of the names of all managers, members and authorized signers of the Company.  We agree to notify the Financial Institution of any change in the Company, including the adding of new members and leaving of current members from the Company, before the change takes effect.

| Title | Name | Signature |
|---|---|---|
| Chairman Managing Member | DANIEL E CARPENTER | _Daniel E Carpenter_ |
| Secretary | AMANDA ROSSI | _Amanda Rossi_ |
| | | |
| | | |

Assumed Business Names:  Excluding the name of the Company, the following is a complete list of all assumed business names under which the Company does business:

Assumed Business Name #1:  _____

Assumed Business Name #2:  _____

We further certify that at a meeting of the members of the Company (or by other duly authorized Company action in lieu of a meeting, duly called and held on  5/21/09                                , at which a quorum was present and voting, the following resolutions were adopted:

**Be It Resolved,** that TD Bank, N.A., at any one or more of its branches, be and it hereby is designated as the Financial Institution of and depository for the funds of this Company, which may be withdrawn on checks, drafts, advices of debit, notes or other orders for the payment of money;

**Be It Further Resolved,** that any one (1) of the Authorized signers ("Agents") listed above may enter into any such agreements and perform such other acts as they deem reasonably necessary in furtherance of the Company's Banking Relationship with the Financial Institution, and those agreements will bind the Company, and acting for an on behalf of the Company and as its act and deed be, and they hereby are, authorized and empowered;

TD - Universitas  0092

(Page 3 of 5)

**Execute Documents:**   To execute and deliver to Financial Institution the form of Limited Liability Company Banking Resolution and other account opening documents submitted by Financial Institution, confirming the nature and existence of Account Holder and evidencing the terms of the agreement between Financial Institution and Account Holder.

**Agent's Authority:**   Any one of such Agents is authorized to endorse all checks, drafts, notes and other items payable to or owned by this Company for deposit with the Financial Institution, or for collection or discount by the Financial Institution; and to accept draft and other items payable at the Financial Institution.  The Financial Institution is hereby directed to accept and pay without further inquiry any item drawn against any of the Company's accounts with the Financial Institution bearing the signature of any one of the Agents, as authorized above or otherwise, even though drawn or endorsed to the order of Any Agent signing or tendered by such Agent for cashing or in payment of the individual obligation of such Agent or for deposit to the Agent's personal account, and the Financial Institution shall not be required or be under any obligation to inquire as to the circumstances of the issue or use of any item signed in accordance with the resolutions contained herein, or the application or disposition of such item or the proceeds of the item.

**Further Acts:**   The above-named Agents are authorized and empowered to execute such other agreements, including, but not limited to, special depository agreements and arrangements regarding the manner, conditions or purposes for which funds, checks or items of Account Holder may be deposited, collected or withdrawn and to perform such other acts as they deem reasonably necessary to carry out the provisions of this resolutions.

**Be It Further Resolved,** that the authority hereby conferred upon the above-named Agents shall be and remain in full force and effect until written notice of any amendment or revocation thereof shall have been delivered and received by the Financial Institution at each location where an account is maintained.  Financial Institution shall be indemnified and held harmless by the Company from any loss suffered or any liability incurred by it in continuing to act in accordance with this resolution.  Any such notice shall not affect any items in process at the time notice given.

**We Further Certify** that the authorized signers name above are duly elected, appointed or employed by or for the Company, as the case may be, and occupy the positions set opposite their respective names; that the foregoing resolutions now stand of record on the books of the Company; and that the resolutions are in full force and effect and have not been modified or revoked in any manner whatsoever.

We have each read all of the provisions of this Limited Liability Company Resolution, and we each jointly and severally and on behalf of the Company certify and agree to its terms.

This Agreement is dated:   05/20/2009

Account Holder:   GRIST MILL HOLDINGS  LLC

By: _____     By: _____

By: _____     By: _____

TD - Universitas  0093

(Page 4 of 5)

# Delaware

PAGE 1

## The First State

I, HARRIET SMITH WINDSOR, SECRETARY OF STATE OF THE STATE OF
DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT
COPY OF THE CERTIFICATE OF FORMATION OF "GRIST MILL HOLDINGS,
LLC", FILED IN THIS OFFICE ON THE SEVENTEENTH DAY OF JANUARY,
A.D. 2003, AT 9 O'CLOCK A.M.



*Harriet Smith Windsor*
Harriet Smith Windsor, Secretary of State

3615870   8100

030036439

AUTHENTICATION: 2218154

DATE: 01-22-03

STATE OF DELAWARE
SECRETARY OF STATE
DIVISION OF CORPORATIONS
FILED 09:00 AM 01/17/2003
030036939 - 3615870

# CERTIFICATE OF FORMATION
## OF
## LIMITED LIABILITY COMPANY

FIRST.    The name of the limited liability company is  GRIST MILL HOLDINGS, LLC

SECOND.    The address of its registered office in the State of Delaware is 2711 Centerville Road, Suite 400 in the City of Wilmington.   The name of its Registered Agent at such address is THE COMPANY CORPORATION.

IN WITNESS WHEREOF, the undersigned have executed this Certificate of Formation of GRIST MILL HOLDINGS, LLC this 17th day of January 2003.

NAME:
Angela Norton
Authorized Person

TD - Universitas  0095

(Page 1 of 1)

## TD Banknorth

### NEW NON-PERSONAL ACCOUNT

| | | | | |
|---|---|---|---|---|
| REGION: | TD Banknorth CT Mid-Atl | | DATE OPENED: | 05/20/2009 |
| ACCOUNT #: | 4242774655 | TYPE OF ACCOUNT: IM | Business Convenience Checking | |
| TAX ID #: | 262386232 | TYPE CODE: 720 | CATEGORY: | Non-Personal Checking |
| BRANCH #: | 507 | BANK REPRESENTATIVE: | Carolyn M Starr | |

**Account Officer Information** (Complete only if an officer will be assigned to this account)

Officer Number: _____ Officer Name: _____ Telephone: _____

BUSINESS NAME/ADDRESS: TIN:
GRIST MILL CAPITAL LLC                262386232        BUSINESS PHONE: (860) 408-7000
100 GRIST MILL ROAD

SIMSBURY, CT          USA          06070

eFunds Verification: _____ If Existing Customer, Enter the RM Number: 00000015681360

Account Relationship: Corporation or LLC-2 Signers

Additional Account Verification:
[X] Business/Entity Documentation: State Website Report & Resolution/Consent
[ ] Previous Bank: _____ [ ] Visual Inspection of Business
(Enter Name of Previous Bank)

### IMPORTANT INFORMATION

Federal law requires all financial institutions to obtain, verify and record information that identifies each person who opens an account.

The undersigned acknowledge(s) receipt of the Deposit Account Agreement and Fee Schedule which govern my/our accounts with the Bank. My/our use of this account shall evidence my/our acceptance of the terms and conditions as set forth in the Deposit Account Agreement and Fee Schedule as the same may be amended from time to time.

The undersigned, both individually and on behalf of the account owner, if different, hereby authorize(s) the Bank to, from time to time, request consumer reports containing references about me/us from third parties, such as a consumer reporting agency. In connection with opening and maintaining this account. If you (the Bank) are unable to open a deposit account, you will provide me/us with an additional notice containing data regarding the consumer reporting agency.

I/We acknowledge and understand that TD Banknorth and TD Bank are trade names of TD Bank, N.A. I/We further acknowledge and understand that for FDIC insurance purposes, my/our deposits are not separately insured from any other deposits I/we may have at TD Banknorth and/or TD Bank.

This section does not apply to U.S. non-resident aliens. Under penalty of perjury, the undersigned certify(ies) that:
1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and
3. I am a U.S. person (including a U.S. resident, alien).

Certification Instructions. You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return or for any other reason. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the Certification, but you must provide your correct TIN.

The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

| | | | | | |
|---|---|---|---|---|---|
| X _Daniel E Carpenter_ | DANIEL E CARPENTER | 05/25/1954 | 048524417 | | |
| Signature Date Signed: 5/21/09 | Print Name | Date of Birth | SSN | eFunds Verification If Existing Personal Customer, Enter the RM Number: | 00000014668684 |
| X _Amanda Rossi_ | AMANDA ROSSI | 11/07/1980 | 040801423 | | |
| Signature Date Signed: 5/21/09 | Print Name | Date of Birth | SSN | eFunds Verification If Existing Personal Customer, Enter the RM Number: | 00000015447084 |
| X _____ | | | | | |
| Signature Date Signed: | Print Name | Date of Birth | SSN | If Existing Personal Customer, Enter the RM Number: | |
| X _____ | | | | | |
| Signature Date Signed: | Print Name | Date of Birth | SSN | If Existing Personal Customer, Enter the RM Number: | |

**For Deposit Operations Use Only**

SIC: _____     Entered By: _____

Rev. 11/2008

TD - Universitas  0096

(Page 2 of 5)

**Banknorth**

# LIMITED LIABILITY COMPANY BANKING RESOLUTION
## (For Deposit Accounts)

| Account Holder: | Financial Institution: |
|---|---|
| GRIST MILL CAPITAL LLC<br>100 GRIST MILL ROAD<br>SIMSBURY, CT 06070 | TD Bank, N.A.<br>Drake Mill Mall, 714 Hopmeadow St<br><br>Simsbury, CT 06070 |
| Account No.  4242774655 | State / Commonwealth:  CT |

In consideration of the existing or proposed banking relationship between  GRIST MILL CAPITAL LLC
a Limited Liability Company (the "Company") and TD Bank, N.A., the persons signing below jointly and severally and on behalf of the Company do hereby certify that and agree as follows:

GRIST MILL CAPITAL LLC                              is the complete and correct name of the Account Holder.

Managers, Members and Authorized Signers:  We further certify that the following is a complete list of the names of all managers, members and authorized signers of the Company.  We agree to notify the Financial Institution of any change in the Company, including the adding of new members and leaving of current members from the Company, before the change takes effect.

| Title | Name | Signature |
|---|---|---|
| Chairman of Managing Memb | DANIEL E CARPENTER | Daniel E Carpenter |
| Secretary | AMANDA ROSSI | Arda R. |
| | | |
| | | |

Assumed Business Names:  Excluding the name of the Company, the following is a complete list of all assumed business names under which the Company does business:

Assumed Business Name #1: _____

Assumed Business Name #2: _____

We further certify that at a meeting of the members of the Company (or by other duly authorized Company action in lieu of a meeting, duly called and held on ___5 21 09_____ , at which a quorum was present and voting, the following resolutions were adopted:

**Be It Resolved**, that TD Bank, N.A., at any one or more of its branches, be and it hereby is designated as the Financial Institution of and depository for the funds of this Company, which may be withdrawn on checks, drafts, advices of debit, notes or other orders for the payment of money;

**Be It Further Resolved**, that any one (1) of the Authorized signers ("Agents") listed above may enter into any such agreements and perform such other acts as they deem reasonably necessary in furtherance of the Company's Banking Relationship with the Financial Institution, and those agreements will bind the Company, and acting for an on behalf of the Company and as its act and deed be, and they hereby are, authorized and empowered;

Page 1 of 2

**Execute Documents:**   To execute and deliver to Financial Institution the form of Limited Liability Company Banking Resolution and other account opening documents submitted by Financial Institution, confirming the nature and existence of Account Holder and evidencing the terms of the agreement between Financial Institution and Account Holder.

**Agent's Authority:**  Any one of such Agents is authorized to endorse all checks, drafts, notes and other items payable to or owned by this Company for deposit with the Financial Institution, or for collection or discount by the Financial Institution; and to accept draft and other items payable at the Financial Institution.  The Financial Institution is hereby directed to accept and pay without further inquiry any item drawn against any of the Company's accounts with the Financial Institution bearing the signature of any one of the Agents, as authorized above or otherwise, even though drawn or endorsed to the order of Any Agent signing or tendered by such Agent for cashing or in payment of the individual obligation of such Agent or for deposit to the Agent's personal account, and the Financial Institution shall not be required or be under any obligation to inquire as to the circumstances of the issue or use of any item signed in accordance with the resolutions contained herein, or the application or disposition of such item or the proceeds of the item.

**Further Acts:**  The above-named Agents are authorized and empowered to execute such other agreements, including, but not limited to, special depository agreements and arrangements regarding the manner, conditions or purposes for which funds, checks or items of Account Holder may be deposited, collected or withdrawn and to perform such other acts as they deem reasonably necessary to carry out the provisions of this resolutions.

**Be It Further Resolved,** that the authority hereby conferred upon the above-named Agents shall be and remain in full force and effect until written notice of any amendment or revocation thereof shall have been delivered and received by the Financial Institution at each location where an account is maintained.  Financial Institution shall be indemnified and held harmless by the Company from any loss suffered or any liability incurred by it in continuing to act in accordance with this resolution.  Any such notice shall not affect any items in process at the time notice given.

**We Further Certify** that the authorized signers name above are duly elected, appointed or employed by or for the Company, as the case may be, and occupy the positions set opposite their respective names; that the foregoing resolutions now stand of record on the books of the Company; and that the resolutions are in full force and effect and have not been modified or revoked in any manner whatsoever.

We have each read all of the provisions of this Limited Liability Company Resolution, and we each jointly and severally and on behalf of the Company certify and agree to its terms.

This Agreement is dated: 05/20/2009 _____

Account Holder:   GRIST MILL CAPITAL LLC _____

By: _____   By: _____

By: _____   By: _____

TD - Universitas  0098

(Page 4 of 5)



# Delaware

PAGE 1

*The First State*

I, HARRIET SMITH WINDSOR, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF FORMATION OF "GRIST MILL CAPITAL, LLC", FILED IN THIS OFFICE ON THE SEVENTEENTH DAY OF JANUARY, A.D. 2003, AT 9 O'CLOCK A.M.



*Harriet Smith Windsor*
Harriet Smith Windsor, Secretary of State

3615868  8100

030036432

AUTHENTICATION: 2218158

DATE: 01-22-03

TD - Universitas  0099

STATE OF DELAWARE
SECRETARY OF STATE
DIVISION OF CORPORATIONS
FILED 09:00 AM 01/17/2003
030036432 - 3615868

# CERTIFICATE OF FORMATION
## OF
## LIMITED LIABILITY COMPANY

FIRST.   The name of the limited liability company is  GRIST MILL CAPITAL, LLC

SECOND.   The address of its registered office in the State of Delaware is 2711 Centerville Road, Suite 400 in the City of Wilmington.   The name of its Registered Agent at such address is THE COMPANY CORPORATION.

IN WITNESS WHEREOF, the undersigned have executed this Certificate of Formation of GRIST MILL CAPITAL, LLC this 17th day of January 2003,

NAME:  *[signature]*
Angela Norton
Authorized Person

TD - Universitas  0100

(Page 1 of 1)

## TD Banknorth

# NEW NON-PERSONAL ACCOUNT

| | | | | |
|---|---|---|---|---|
| **REGION:** | TD Banknorth CT Mid-All | | **DATE OPENED:** | 05/20/2009 |
| **ACCOUNT #:** | 4242774712 | **TYPE OF ACCOUNT:** IM   Business Convenience Checking | | |
| **TAX ID #:** | 810607868 | **TYPE CODE:** 720 | **CATEGORY:** | Non-Personal Checking |
| **BRANCH #:** | 507 | **BANK REPRESENTATIVE:** Carolyn M Starr | | |

**Account Officer Information** (Complete only if an officer will be assigned to this account)

Officer Number: _____   Officer Name: _____   Telephone: _____

**BUSINESS NAME/ADDRESS:**                 TIN:

GRIST MILL CAPITAL LLC                    810607868         **BUSINESS PHONE:** (860) 408-4000

100 GRIST MILL ROAD

SIMSBURY , CT            USA          06070

eFunds Verification: _____   If Existing Customer, Enter the RM Number: 00000015661392

Account Relationship:  Corporation or LLC-2 Signers

Additional Account Verification: State Website Report
☒ Business/Entity Documentation:  Certificate of Good Standing & Resolution/Consent

☐ Previous Bank: _____   ☐ Visual Inspection of Business
              (Enter Name of Previous Bank)

### IMPORTANT INFORMATION

Federal law requires all financial institutions to obtain, verify and record information that identifies each person who opens an account.

The undersigned acknowledge(s) receipt of the Deposit Account Agreement and Fee Schedule which govern my/our accounts with the Bank.  My/our use of this account shall evidence my/our acceptance of the terms and conditions as set forth in the Deposit Account Agreement and Fee Schedule as the same may be amended from time to time.

The undersigned, both individually and on behalf of the account owner, if different, hereby authorize(s) the Bank to, from time to time, request consumer reports containing references about me/us from third parties, such as a consumer reporting agency, in connection with opening and maintaining this account.  If you (the Bank) are unable to open a deposit account, you will provide me/us with an additional notice containing data regarding the consumer reporting agency.

I/We acknowledges and understand that TD Banknorth and TD Bank are trade names of TD Bank, N.A.  I/We further acknowledge and understand that for FDIC insurance purposes, my/our deposits are not separately insured from any other deposits I/we may have at TD Banknorth and/or TD Bank.

This section does not apply to U.S. non-resident aliens.  Under penalty of perjury, the undersigned certify(ies) that:
1.  The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and
2.  I am not subject to backup withholding because:  (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and
3.  I am a U.S. person (including a U.S. resident, alien).

Certification Instructions.  You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return or for any other reason.  For real estate transactions, item 2 does not apply.  For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the Certification, but you must provide your correct TIN.

The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

| | | | | |
|---|---|---|---|---|
| X *Daniel E Carpenter* | DANIEL E CARPENTER | 05/26/1954 | 048524417 | eFunds Verification |
| Signature | Print Name | Date of Birth | SSN | |
| Date Signed: 5/21/09 | | If Existing Personal Customer, Enter the RM Number: | 00000074556694 | |
| X *Amanda Rossi* | AMANDA ROSSI | 11/07/1980 | 040801423 | eFunds Verification |
| Signature | Print Name | Date of Birth | SSN | |
| Date Signed: 5/21/09 | | If Existing Personal Customer, Enter the RM Number: | 00000015447084 | |
| X | | | | eFunds Verification |
| Signature | Print Name | Date of Birth | SSN | |
| Date Signed: ___ | | If Existing Personal Customer, Enter the RM Number: | | |
| X | | | | eFunds Verification |
| Signature | Print Name | Date of Birth | SSN | |
| Date Signed: ___ | | If Existing Personal Customer, Enter the RM Number: | | |

| For Deposit Operations Use Only | |
|---|---|
| SIC: _____ | Entered By: _____ |

Rev. 11/2008

(Page 2 of 4)

**Banknorth**

# LIMITED LIABILITY COMPANY BANKING RESOLUTION
### (For Deposit Accounts)

| Account Holder: | Financial Institution: |
|---|---|
| GRIST MILL CAPITAL LLC<br>100 GRIST MILL ROAD<br>SIMSBURY , CT 06070 | TD Bank, N.A.<br>Drake Mill Mall, 714 Hopmeadow St<br><br>Simsbury, CT 06070 |
| Account No.  4242774712 | State / Commonwealth:  CT |

In consideration of the existing or proposed banking relationship between  GRIST MILL CAPITAL LLC
a Limited Liability Company (the "Company") and TD Bank, N.A., the persons signing below jointly and severally and on behalf of the Company do hereby certify that and agree as follows:

GRIST MILL CAPITAL LLC                                      is the complete and correct name of the Account Holder.

Managers, Members and Authorized Signers:  We further certify that the following is a complete list of the names of all managers, members and authorized signers of the Company.  We agree to notify the Financial Institution of any change in the Company, including the adding of new members and leaving of current members from the Company, before the change takes effect.

| Title | Name | Signature |
|---|---|---|
| Chairman Managing Member | DANIEL E CARPENTER | *Daniel E Carpenter* |
| Secretary | AMANDA ROSSI | *signature* |
| | | |
| | | |

Assumed Business Names:  Excluding the name of the Company, the following is a complete list of all assumed business names under which the Company does business:

Assumed Business Name #1:  _____

Assumed Business Name #2:  _____

We further certify that at a meeting of the members of the Company (or by other duly authorized Company action in lieu of a meeting, duly called and held on ___5/21/09_____ , at which a quorum was present and voting, the following resolutions were adopted:

**Be It Resolved**, that TD Bank, N.A., at any one or more of its branches, be and it hereby is designated as the Financial Institution of and depository for the funds of this Company, which may be withdrawn on checks, drafts, advices of debit, notes or other orders for the payment of money;

**Be It Further Resolved**, that any one (1) of the Authorized signers ("Agents") listed above may enter into any such agreements and perform such other acts as they deem reasonably necessary in furtherance of the Company's Banking Relationship with the Financial Institution, and those agreements will bind the Company, and acting for an on behalf of the Company and as its act and deed be, and they hereby are, authorized and empowered;

Page 1 of 2

(Page 3 of 4)

**Execute Documents:** To execute and deliver to Financial Institution the form of Limited Liability Company Banking Resolution and other account opening documents submitted by Financial Institution, confirming the nature and existence of Account Holder and evidencing the terms of the agreement between Financial Institution and Account Holder.

**Agent's Authority:** Any one of such Agents is authorized to endorse all checks, drafts, notes and other items payable to or owned by this Company for deposit with the Financial Institution, or for collection or discount by the Financial Institution; and to accept draft and other items payable at the Financial Institution. The Financial Institution is hereby directed to accept and pay without further inquiry any item drawn against any of the Company's accounts with the Financial Institution bearing the signature of any one of the Agents, as authorized above or otherwise, even though drawn or endorsed to the order of Any Agent signing or tendered by such Agent for cashing or in payment of the individual obligation of such Agent or for deposit to the Agent's personal account, and the Financial Institution shall not be required or be under any obligation to inquire as to the circumstances of the issue or use of any item signed in accordance with the resolutions contained herein, or the application or disposition of such item or the proceeds of the item.

**Further Acts:** The above-named Agents are authorized and empowered to execute such other agreements, including, but not limited to, special depository agreements and arrangements regarding the manner, conditions or purposes for which funds, checks or items of Account Holder may be deposited, collected or withdrawn and to perform such other acts as they deem reasonably necessary to carry out the provisions of this resolutions.

**Be It Further Resolved,** that the authority hereby conferred upon the above-named Agents shall be and remain in full force and effect until written notice of any amendment or revocation thereof shall have been delivered and received by the Financial Institution at each location where an account is maintained. Financial Institution shall be indemnified and held harmless by the Company from any loss suffered or any liability incurred by it in continuing to act in accordance with this resolution. Any such notice shall not affect any items in process at the time notice given.

**We Further Certify** that the authorized signers name above are duly elected, appointed or employed by or for the Company, as the case may be, and occupy the positions set opposite their respective names; that the foregoing resolutions now stand of record on the books of the Company; and that the resolutions are in full force and effect and have not been modified or revoked in any manner whatsoever.

We have each read all of the provisions of this Limited Liability Company Resolution, and we each jointly and severally and on behalf of the Company certify and agree to its terms.

This Agreement is dated:  05/20/2009

Account Holder:  GRIST MILL CAPITAL LLC

By: _____        By: _____

By: _____        By: _____

TD - Universitas  0103

C.O.N.C.O.R.D.                                                                    Page 1 of 1

# business inquiry

**BUSINESS DETAILS:**

| Business Name: | Business ID: | Business Address: |
|---|---|---|
| GRIST MILL CAPITAL, LLC | 0879745 | 100 GRIST MILL ROAD, SIMSBURY, CT, 06070 |

| Mailing Address: | Citizenship/State Inc: | Last Report Year: |
|---|---|---|
| NONE | Domestic/CT | |

| Business Type: | Business Status: | Date Inc./Register: |
|---|---|---|
| Domestic Limited Liability Company | Active | Nov 21, 2006 |

**PRINCIPALS:**

| Name/Title: | Business Address: | Residence Address: |
|---|---|---|
| WAYNE H. BURSEY MANAGER | 100 GRIST MILL ROAD, SIMSBURY, CT, 06070 | 100 GRIST MILL ROAD, SIMSBURY, CT, 06070 |

**IMPORTANT:** There are more principals for this business that are not shown here.

**BUSINESS SUMMARY:**

| Agent Name: | Agent Business Address: | Agent Residence Address: |
|---|---|---|
| HALLORAN & SAGE LLP | ONE GOODWIN SQUARE, 225 ASYLUM STREET, HARTFORD, CT, 06103 | NONE |

» View Name History            » View Filing History            » View Shares

Cancel

TD - Universitas  0104

TD - Universitas   0105



**TD Banknorth**

CHECKING DEPOSIT

DATE 05/21/09

FIRM NAME Grist Mill Capital DE

PLEASE ENDORSE ALL CHECKS

| | |
|---|---|
| CASH | |
| COIN | |
| LIST CHECKS | |
| | Xfer |
| | |
| CASH BACK | |

ACCOUNT NUMBER 4242774713 $ 8677276.75

TOTAL DEPOSIT

⑆5240⑈ 10 20⑆

Account: 4242774712
Amount: 8,677,276.75
PostDate: 20090521
Tran_ID: 401120851
CheckNum: 0
DIN: 401120851
ReturnReasonDescription:
ECEItemSeqNum:

---

0072 . 4242774712
Simsbury
OR CT 8507          $8,6      .276.75

DDA Dep Val

Account: 4242774712
Amount: 8,677,276.75
PostDate: 20090521
Tran_ID: 401120851
CheckNum: 0
DIN: 401120851
ReturnReasonDescription:
ECEItemSeqNum:

---



**TD Banknorth**

CHECKING DEBIT MEMO

DATE 05/21/09   ACCOUNT TITLE Charter Oak Trust

DESCRIPTION

APPROVED BY   OFFSET ENTRY ACCOUNT NO. Xfer

ACCOUNT NUMBER 4242774548

500

$ 8677276.75

⑆5140⑈ 1054⑆

Account: 4242774548
Amount: 8,677,276.75
PostDate: 20090521
Tran_ID: 401120851
CheckNum: 0
DIN: 401120852
ReturnReasonDescription:
ECEItemSeqNum:

---



0072 . 4242774548
Simsbury
OR CT 8507          $8,677,276.75

On-Us Cash Chk Val          TROEASY

Account: 4242774548
Amount: 8,677,276.75
PostDate: 20090521
Tran_ID: 401120851
CheckNum: 0
DIN: 401120852
ReturnReasonDescription:
ECEItemSeqNum:



TD - Universitas  0106

TD - Universitas   0107

**CHECKING DEPOSIT**

**TD Bank**

DATE Oct. 27, 2009

NAME Grist Mill Capital LLC (Delaware)

CHECKING ACCOUNT NUMBER

4242774712 $ 19800000.00

⑆5240⋯1020⑆

Account: 4242774712
Amount: 19,800,000.00
PostDate: 20091027
Tran_ID: 401038132
CheckNum: 0
DIN: 401038132
ReturnReasonDescription:
ECEItemSeqNum:



Commercial Deposit         $19,800,000.00

Simsbury              SYOUROUS 4   4523 507

Account: 4242774712
Amount: 19,800,000.00
PostDate: 20091027
Tran_ID: 401038132
CheckNum: 0
DIN: 401038132
ReturnReasonDescription:
ECEItemSeqNum:



**CHECKING WITHDRAWAL**

**TD Bank**

NAME Charter Oak Trust        DATE Oct. 27, 2009

Nineteen million Eight hundred thousand dollars

ACCOUNT NUMBER        TOTAL AMOUNT

4242774548 $ 19800000.00

⑆5140⋯1064⑆              500

Account: 4242774548
Amount: 19,800,000.00
PostDate: 20091027
Tran_ID: 401038132
CheckNum: 0
DIN: 401038133
ReturnReasonDescription:
ECEItemSeqNum:



DDA Withdrawal           $19,800,000.00

Simsbury              SYOUROUS 4   4523 507

Account: 4242774548
Amount: 19,800,000.00
PostDate: 20091027
Tran_ID: 401038132
CheckNum: 0
DIN: 401038133
ReturnReasonDescription:
ECEItemSeqNum:



TD - Universitas  0109

**CHECKING DEPOSIT**

**TD Bank**

DATE 5/28/10

NAME Alsira Group Inc.

ACCT.# 4242774663

$ 1,694,009.55

⑆5240⑈1020⑆



~109~~:39AM~  05/28/10  ~~ 4242774663
Commercial Deposit          $1,694,009.55
Simsbury          RDEASY  4  4523 507

---

Account: 4242774663
Amount: 1,694,009.55
PostDate: 20100528
Tran_ID: 402038665
CheckNum: 0
DIN: 402038665
ReturnReasonDescription:
ECEItemSeqNum:

---

Account: 4242774663
Amount: 1,694,009.55
PostDate: 20100528
Tran_ID: 402038665
CheckNum: 0
DIN: 402038665
ReturnReasonDescription:
ECEItemSeqNum:

---

**CHECKING WITHDRAWAL**

**TD Bank**

NAME Wasim Borg

DATE 5/28/10

Wasim Hosserin

ACCT.# 4242774548

$1,694,009.55
1,694,009.55

⑆5140⑈1064⑆     500

---

~109~~:39AM~  05/28/10  ~~ 4242774548
DDA Withdrawal          $1,694,009.55
Simsbury          RDEASY  4  4523 507

---

Account: 4242774548
Amount: 1,694,009.55
PostDate: 20100528
Tran_ID: 402038665
CheckNum: 0
DIN: 402038666
ReturnReasonDescription:
ECEItemSeqNum:

---

Account: 4242774548
Amount: 1,694,009.55
PostDate: 20100528
Tran_ID: 402038665
CheckNum: 0
DIN: 402038666
ReturnReasonDescription:
ECEItemSeqNum: