UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNIVERSITAS EDUCATION, LLC, :

        Judgment Creditor, :

v. :   Case Nos.  11 CV 1590-LTS-HBP
                            and
:   11 Civ. 8726 (LTS) (HBP)

NOVA GROUP, INC., as trustee, sponsor :
and fiduciary of THE CHARTER OAK   APPEARANCE OF COUNSEL
TRUST WELFARE BENEFIT PLAN, :

        Judgment Debtor, :

    -and- :

Daniel E. Carpenter, Charter Oak Trust Welfare :
Benefit Plan, Grist Mill Capital, LLC, Grist Mill
Holdings, LLC, the Grist Mill Trust Welfare :
Benefit Plan, Avon Capital, LLC, Hanover Trust
Company, Carpenter Financial Group and Phoenix :
Capital Management, LLC,

:
        Respondents.
------------------------------------------------------------x

To:   The Clerk of Court and all Counsel of Record:

PLEASE TAKE NOTICE that the undersigned appears in these consolidated cases for non-party, CuraLeaf, LLC.

Dated: New York, NY
       February 10, 2014

                        Respectfully submitted,
                        ROBINSON & COLE LLP
                        By:   /s/ Joseph L. Clasen
                        Joseph L. Clasen (JC 1759)
                        666 Third Avenue, 20th Floor
                        New York, NY  10017
                        (212) 451-2910
                        *Attorneys for Non-Party*
                        *CuraLeaf, LLC*

12736332-v1