UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

UNIVERSITAS EDUCATION, LLC,                      :

          Judgment Creditor,                    :

     v.                                            :     Case Nos.  11 CV 1590-LTS-HBP
                                      and
                                     :     11 Civ. 8726 (LTS) (HBP)

NOVA GROUP, INC., as trustee, sponsor           :
and fiduciary of THE CHARTER OAK                       APPEARANCE OF COUNSEL
TRUST WELFARE BENEFIT PLAN,               :

          Judgment Debtor,                     :

     -and-                                         :

Daniel E. Carpenter, Charter Oak Trust Welfare  :
Benefit Plan, Grist Mill Capital, LLC, Grist Mill
Holdings, LLC, the Grist Mill Trust Welfare      :
Benefit Plan, Avon Capital, LLC, Hanover Trust
Company, Carpenter Financial Group and Phoenix: 
Capital Management, LLC,

                                     :

          Respondents.                         :
-------------------------------------------------------------x

To:    The Clerk of Court and all Counsel of Record:

PLEASE TAKE NOTICE that the undersigned appears in these consolidated cases for non-party, CuraLeaf, LLC.

Dated: Hartford, Connecticut
       February 10, 2014

                         Respectfully submitted,
                         ROBINSON & COLE LLP
                         By:    /s/ Frank F. Coulom, Jr.
                         Frank F. Coulom, Jr. (FC-1378)
                         280 Trumbull Street
                         Hartford, Connecticut 06103-3597
                         (860) 275-8276
                         *Attorneys for Non-Party*
                         *CuraLeaf, LLC*