UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

UNIVERSITAS EDUCATION, LLC,

       Petitioner,

-v-                                          No. 11 Civ. 1590 (LTS)(HBP)

NOVA GROUP, INC.,

       Respondent.

-----------------------------------------------------------x

NOVA GROUP, INC.,

       Petitioner,

-v-                                          No. 11 Civ. 8726 (LTS)(HBP)

UNIVERSITAS EDUCATION, LLC,

       Respondent.

-----------------------------------------------------------x

<u>ORDER</u>

       Petitioner, Universitas Education, LLC, filed a motion for turnover and permanent injunction against Respondents Daniel E. Carpenter, Charter Oak Trust Welfare, Benefit Plan, Grist Mill Capital, LLC, Grist Mill, Holdings, LLC, the Grist Mill Trust Welfare, Benefit Plan, Avon Capital, LLC, Hanover Trust, Company, Carpenter Financial Group and Phoenix Capital Management, LLC, on October 21, 2013. (Docket entry no. 308 in case no. 11 Civ. 1590.) The Court will hold an oral argument on **Wednesday, June 4, 2014, at 10:00 a.m. in Courtroom 17C** regarding the legal and factual entitlement of Petitioner to the non-financial remedies sought in that motion. (<u>See</u> docket entry no. 308 in case no. 11 Civ. 1590 at ¶¶ (b - d).) The parties are

directed to submit lists of any additional case law and other authorities on which they expect to rely no later than Monday, June 2, 2014.

    SO ORDERED.

Dated: New York, New York
   May 23, 2014

                       /s/
                     LAURA TAYLOR SWAIN
                     United States District Judge