USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/8/2014

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

UNIVERSITAS EDUCATION, LLC,

                   Petitioner,

-against-

NOVA GROUP, INC.,

                   Respondent.

------------------------------------------------------------X

11 **CIVIL** 1590 (LTS) (HBP)

## JUDGMENT

Petitioner Universitas Education, LLC ("Universitas") having moved for an award of $1,101,232.84 in post-judgment attorneys' fees and costs, pursuant to section 8.02(d) of the Charter Oak Trust Welfare Benefit Plan ("Charter Oak Trust"), and $134,015.85 in post-judgment interest, against Respondent Nova Group, Inc. ("Nova"); Universitas also having applied for $34,980.00 in attorneys' fees incurred in prosecuting a Rule 11 motion against Nova, pursuant to this Court's September 30, 2013, order awarding such sanctions to Universitas; Universitas further having requested that the $268,810.01 in attorneys' fees awarded in the Court's October 5, 2012 order be reduced to judgment; Nova having timely filed objections to both applications for attorneys' fees; Nova does not object to Universitas' application for reduction of the earlier award of $268,810.01 to judgment, and the matter having come before the Honorable Laura Taylor Swain, United States District Judge, and the Court, on October 8, 2014, having rendered its Amended Order granting Universitas $1,131,472.84 in attorneys' fees and costs, and $134,015.85 in post-judgment interest against Nova, without prejudice to further interest accruals on unsatisfied amounts, granting Universitas' request to reduce the October 5, 2012, attorneys' fee award of $268,810.01 against Nova to judgment, and requesting the Clerk of the Court to vacate the judgment entered on October 1, 2014 (docket entry no. 489) and to enter a new judgment consistent with this Amended Order, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Amended Order dated October 8, 2014, Universitas is granted $1,131,472.84 in attorneys' fees and costs, and $134,015.85 in post-judgment interest against Nova, without prejudice to further interest accruals on unsatisfied amounts; Universitas' request to reduce the October 5, 2012, attorneys' fee award of $268,810.01 against Nova to judgment is granted.

**Dated:** New York, New York
October 8, 2014

RUBY J. KRAJICK
Clerk of Court
BY:
Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____