UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------x

UNIVERSITAS EDUCATION, LLC,

        Petitioner,

    -v-

NOVA GROUP, INC.,

        Respondent.

----------------------------------------------------------x

NOVA GROUP, INC.,

        Petitioner,

    -v-

UNIVERSITAS EDUCATION, LLC,

        Respondent.

----------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: NOV 0 5 2014

No. 11 Civ. 1590 (LTS)(HBP)

No. 11 Civ. 8726 (LTS)(HBP)

## ORDER

Universitas Education, LLC ("Universitas") moved on September 25, 2014, to

register the judgment entered on August 15, 2014 in other judicial districts pursuant to 28 U.S.C. §

1963. (Docket entry no. 485.)[1]  No opposition to this motion was filed. For substantially the

reasons stated in Universitas' memorandum in support of its motion (docket entry no. 496), and

supported by the September 25, 2014 Declaration of Michael Barnett (docket entry no. 487), the

motion is granted.

---

[1]    Docket entry numbers in this Order refer exclusively to those in case number 11 Civ.
1590.

This Order resolves docket entry no. 485.

SO ORDERED.

Dated: New York, New York
November 5, 2014

LAURA TAYLOR SWAIN
United States District Judge