# EXHIBIT 15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNIVERSITAS EDUCATION, LLC, : CASE NO. 11-1590-LTS-HBP
Plaintiff

vs. :

NOVA GROUP, INC., as trustee, sponsor and fiduciary of the CHARTER OAK TRUST WELFARE BENEFIT PLAN,
Defendant : NOVEMBER 29, 2012

DEPOSITION OF MOLLY CARPENTER

SUSAN K. WHITT, RPR, LSR
Licensed Shorthand Reporter No. 1

A P P E A R A N C E S:

For Universitas Education, LLC:

LOEB & LOEB, LLP
345 Park Avenue
New York, New York 10154
BY: MICHAEL BARNETT, ESQ.

For Molly Carpenter:

HALLORAN & SAGE, LLP
315 Post Road West
Westport, Connecticut 06580
BY: DAN E. LaBELLE, ESQ.

for the record, just to state for the record, whether there is a criminal proceeding under way that is causing you to make the recommendation that the client assert a Fifth Amendment privilege.

MR. LaBELLE: I can answer you generally that there are two grand jury investigations pending.

MR. BARNETT: Okay.

BY MR. BARNETT:

Q Are you employed, Ms. Carpenter?

MR. LaBELLE: I'm going to -- never mind.

MR. BARNETT: I'm sorry. Did I interrupt you?

MR. LaBELLE: No, no.

BY MR. BARNETT:

Q I'll restate the question. Are you employed, Ms. Carpenter?

MR. LaBELLE: You can answer.

A Yes.

BY MR. BARNETT:

Q Where are you employed?

A Benistar Admin Services, Inc.

Q And is that the only place that you're employed?

A Yes.

Q And do you know what I mean by a W-2 form?
A Yes.
Q In the last few years, let's say the last three years, has Benistar Admin Services, Inc., been the only entity that has sent you a W-2 form?
MR. LaBELLE: I'll advise the witness not to answer and to assert her privilege under the Fifth Amendment of the Constitution.
A I accept my attorney's advice, and I'm taking my Fifth Amendment privilege.
BY MR. BARNETT:
Q Now, you just referred to an entity that you called Benistar Admin Services, Inc.; is that correct?
A Correct.
Q Is it acceptable to you if I call it BASI for short?
A Yes.
Q Do you volunteer your services to any other company or corporation?
MR. LaBELLE: I'll direct the witness not to answer and to assert her privilege under the Fifth Amendment of the Constitution.
A I accept my attorney's advice, and I'm asserting my Fifth Amendment privilege.

BY MR. BARNETT:

Q What is your yearly income?

MR. LaBELLE: I advise the witness not to answer and to assert her privilege under the Fifth Amendment of the Constitution.

A I accept my attorney's advice, and I'm taking the Fifth Amendment.

BY MR. BARNETT:

Q Does all of your income come from BASI?

MR. LaBELLE: I'll advise the witness not to answer and to assert a privilege under the Fifth Amendment of the Constitution.

A I accept my attorney's advice. I'm taking my Fifth Amendment privilege.

BY MR. BARNETT:

Q What position do you have at BASI?

A I'm the chairman of the company.

Q And how long have you been the chairman of the company?

MR. LaBELLE: I'll advise the witness not to answer and to assert her privilege under the Fifth Amendment of the Constitution.

A I accept my attorney's advice and take the Fifth Amendment privilege.

BY MR. BARNETT:

Q And as part of your duties as BASI chairperson, are you the custodian of bank account records?

MR. LaBELLE: I'll advise the witness not to answer and to assert her privilege under the Fifth Amendment of the Constitution.

A I accept my attorney's advice, and I'm taking the Fifth Amendment privilege.

BY MR. BARNETT:

Q Now, you gave a business address before of 100 Grist Mill Road in Simsbury, Connecticut; is that correct?

A Correct.

Q Now, is BASI located at 100 Grist Mill Road?

A Yes.

Q Does it have an office anywhere else?

A Yes.

Q And where does it have offices besides 100 Grist Mill Road?

A Stamford, Connecticut.

Q Is that the only other place?

A Chicago.

Q And what is the address in Stamford, Connecticut, of BASI's offices?

A 100 First Stamford Place.

Q Now, I just passed that on my way here. That's

a big building. Is there an office number or a suite number?

A I'm not sure.

Q But it doesn't occupy that whole --

A It doesn't occupy the whole building, no.

Q Okay. The address of 100 Grist Mill Road, is it an office complex?

A It's an office building.

Q And does that office building house any other companies or corporations besides BASI?

MR. LaBELLE: I'll advise the witness not to answer and to assert a privilege under the Fifth Amendment of the Constitution.

A I accept my attorney's advice, and I'm asserting the Fifth Amendment privilege.

BY MR. BARNETT:

Q Now, at 100 Grist Mill Road, is there an executive suite area?

MR. LaBELLE: I'll advise the witness not to answer and to assert a privilege under the Fifth Amendment of the Constitution.

A I accept my attorney's advice and assert the Fifth Amendment privilege.

BY MR. BARNETT:

Q Have you ever been to a TD Bank branch?

MR. LaBELLE: I'll advise the witness not to answer and to assert a privilege under the Fifth Amendment of the Constitution.

A I accept my attorney's advice and am asserting my Fifth Amendment privilege.

BY MR. BARNETT:

Q Can you tell me the name of every entity, aside from Benistar or BASI, that has paid you for work in the last three years?

MR. LaBELLE: I'll advise the witness not to answer and assert a privilege under the Fifth Amendment of the Constitution.

A I accept my attorney's advice, and I'm asserting my Fifth Amendment privilege.

BY MR. BARNETT:

Q Now, your testimony before is that you're the chairperson of BASI; is that correct?

A Yes.

Q Does that make you an officer of BASI?

MR. LaBELLE: You can answer.

A Yes.

BY MR. BARNETT:

Q And are you the officer of any other companies?

MR. LaBELLE: I'll advise the witness not to answer and to assert her privilege under the

Fifth Amendment of the Constitution.

A I accept my attorney's advice, and I'm asserting the Fifth Amendment privilege.

BY MR. BARNETT:

Q Does BASI have a corporate treasurer?

MR. LaBELLE: You can answer.

A Yes.

BY MR. BARNETT:

Q And who is that?

A I believe it's me.

Q And what is your understanding of your responsibilities as a corporate treasurer?

MR. LaBELLE: I'll advise the witness not to answer and to assert a privilege under the Fifth Amendment of the Constitution.

A I accept my attorney's advice, and I'm asserting my Fifth Amendment privilege.

BY MR. BARNETT:

Q Do you understand what it means to be a director of a company or corporation?

MR. LaBELLE: I'll advise the witness not to answer and to assert a privilege under the Fifth Amendment of the Constitution.

A I accept my attorney's advice, and I'm asserting my Fifth Amendment privilege.

BY MR. BARNETT:

Q Are you a director of BASI?

A Yes.

Q Are you a director of any other companies?

MR. LaBELLE: I'll advise the witness not to answer and to assert her privilege under the Fifth Amendment of Constitution.

A I accept my attorney's advice, and I'm asserting the Fifth Amendment privilege.

BY MR. BARNETT:

Q Have you ever been deposed before?

A Yes.

Q About how many times?

A I think twice.

Q When was the last time you were deposed prior to today?

A A couple of years ago.

Q And do you recall in what matter that was?

MR. LaBELLE: I'll object and --

Well, go ahead. You can answer. It's a matter of public record.

A It was in regard to Benistar Property Exchange.

BY MR. BARNETT:

Q Are you referring to an action in the District of Massachusetts?

A Yes.

Q Have you ever given testimony at a trial?

A Yes.

Q How many times?

A Once.

Q And was that also in what you described as something involving Benistar Property Exchange?

A Yes.

Q Have you traveled outside the country in the last five years?

MR. LaBELLE: I'll object and direct the witness not to answer and to assert a privilege under the Fifth Amendment of the Constitution.

A I accept my attorney's advice, and I'm asserting my Fifth Amendment privilege.

MR. LaBELLE: Actually, you know what? Can I confer with the witness?

MR. BARNETT: Sure.

(Discussion off the record.)

MR. LaBELLE: I'll withdraw the advice on the last question with respect to travel outside the country.

A No, I haven't.

BY MR. BARNETT:

Q That is to say you haven't traveled outside the

MR. LaBELLE: I'll object, and I'll advise the witness not to answer and assert a privilege under the Fifth Amendment of the Constitution.

A I'll accept my attorney's advice, and I'm asserting my Fifth Amendment privilege.

BY MR. BARNETT:

Q You said that Mr. Carpenter works at 100 Grist Mill Road, correct?

A Correct.

Q Does he work for BASI?

MR. LaBELLE: I'll advise the witness not to answer and assert a privilege under the Fifth Amendment of the Constitution.

A I accept my attorney's advice, and I'm asserting my Fifth Amendment privilege.

BY MR. BARNETT:

Q Does he work for a company other than BASI?

MR. LaBELLE: I'll advise the witness not to answer and to assert a privilege under the Fifth Amendment of the Constitution.

A I accept my attorney's advice, and I'm asserting my Fifth Amendment privilege.

BY MR. BARNETT:

Q About how many employees does BASI have as of today?

MR. LaBELLE: You can answer.

A Around sixty.

BY MR. BARNETT:

Q And is Mr. Carpenter one of those employees?

MR. LaBELLE: I'll advise the witness not to answer and to assert a privilege under the Fifth Amendment.

A I accept my attorney's advice, and I'm asserting the privilege under the Fifth Amendment.

BY MR. BARNETT:

Q Are you Mr. Carpenter's supervisor?

MR. LaBELLE: I'll advise the witness not to answer and to assert a privilege under the Fifth Amendment of the Constitution.

A I accept my attorney's advice, and I'm asserting my Fifth Amendment privilege.

BY MR. BARNETT:

Q Do you understand what I mean by the term "supervisor"? Someone that oversees the work of another.

MR. LaBELLE: You can answer.

A Yes.

BY MR. BARNETT:

Q I just want to make sure we understand what I mean by the use of the word "supervisor."

Does Mr. Carpenter supervise any work that you

do at BASI?

MR. LaBELLE: I'll advise the witness not to answer and to assert a privilege under the Fifth Amendment of the Constitution.

A I accept my attorney's advice, and I'm asserting my Fifth Amendment privilege.

BY MR. BARNETT:

Q Has Mr. Carpenter ever appointed you to be a corporate director or officer?

MR. LaBELLE: I'll advise the witness not to answer and to assert a privilege under the Fifth Amendment of the Constitution.

A I accept my attorney's advice, and I'm asserting my Fifth Amendment privilege.

BY MR. BARNETT:

Q Have you ever refused a corporate appointment that Mr. Carpenter asked you to take?

MR. LaBELLE: I'll advise the witness not to answer and to assert a privilege under the Fifth Amendment of the Constitution.

A I'll accept my attorney's advice, and I'm asserting my Fifth Amendment privilege.

BY MR. BARNETT:

Q Has anyone else besides than Mr. Carpenter ever appointed you to a corporate position?

MR. LaBELLE: I'll advise the witness not to answer and to assert a privilege under the Fifth Amendment of the Constitution.

A I accept my attorney's advice and assert my Fifth Amendment privilege.

BY MR. BARNETT:

Q Does Mr. Carpenter have an interest in any company or corporation that operates outside of the United States?

MR. LaBELLE: I advise the witness not to answer and to assert a privilege under the Fifth Amendment of the Constitution

A I accept my attorney's advice, and I assert my Fifth Amendment privilege.

BY MR. BARNETT:

Q Did Mr. Carpenter accompany you here today to your deposition?

MR. LaBELLE: You can answer.

A He drove me.

BY MR. BARNETT:

Q He drove you?

A Mm-hmm.

Q Okay. Is he waiting for you while this deposition is taking place?

A No.

Q So he's not in the building right now?

A I haven't checked the closets. But, no, I don't believe he is.

MR. LaBELLE: I haven't seen him.

BY MR. BARNETT:

Q Do you know Wayne Bursey?

A Yes, I do.

Q And how do you know him?

A I work with him. I also know him through my family.

Q Can you elaborate on how you know him through your family?

A He's married to my sister.

Q Has your husband ever loaned money to Mr. Bursey?

MR. LaBELLE: I'll advise the witness not to answer and to assert a privilege under the Fifth Amendment of the Constitution.

A I'll accept my attorney's advice, and I'm asserting the Fifth Amendment privilege.

BY MR. BARNETT:

Q Have you ever loaned any money to Mr. Bursey?

MR. LaBELLE: I'll advise the witness not to answer and to assert a privilege under the Fifth Amendment of the Constitution.

A I accept my attorney's advice, and I'm asserting my Fifth Amendment privilege.

BY MR. BARNETT:

Q Now, Mr. Bursey's wife is named Mary, correct?

A Correct.

Q And she's your sister, correct?

A Correct.

Q Now, have you ever loaned more than $5,000 to Mary Bursey?

MR. LaBELLE: I'll advise the witness not to answer and to assert a privilege under the Fifth Amendment of the Constitution.

A I accept my attorney's advice, and I'm asserting my Fifth Amendment privilege.

BY MR. BARNETT:

Q Has Mr. Carpenter ever loaned Mary Bursey any money?

MR. LaBELLE: I'll advise the witness not to answer and to assert a privilege under the Fifth Amendment of the Constitution.

A I accept my attorney's advice, and I'm asserting the Fifth Amendment privilege.

BY MR. BARNETT:

Q You said you work with Mr. Bursey?

A Yes.

Q So what does Mr. Bursey do for a living?

MR. LaBELLE: I'll advise the witness not to answer and to assert a privilege under the Fifth Amendment of the Constitution.

A I accept my attorney's advice and assert the Fifth Amendment privilege.

BY MR. BARNETT:

Q Is Mr. Bursey an employee of BASI?

MR. LaBELLE: I advise the witness not to answer and to assert a privilege under the Fifth Amendment of the Constitution.

A I accept my attorney's advice and assert my Fifth Amendment privilege.

BY MR. BARNETT:

Q Now, you said you work with Mr. Bursey. Does that mean he works at 100 Grist Mill Road?

(Discussion off the record.)

BY MR. BARNETT:

Q I'm sorry. Well, I'll withdraw that.

A I don't think I said that.

Q Sure.

MR. LaBELLE: I thought you said he works at.

MR. BARNETT: Susan, can you go back to my first question about Mr. Bursey and have the

question and answer repeated?

(The court reporter read the above testimony as follows:

"QUESTION: Do you know Wayne Bursey?

"ANSWER: Yes, I do.

"QUESTION: And how do you know him?

"ANSWER: I work with him. I also know him through my family.")

A I apologize. I don't think that's what I said.

BY MR. BARNETT:

Q Now, you said you work with Mr. Bursey. Does he work at 100 Grist Mill Road?

MR. LaBELLE: Can I confer with the witness?

MR. BARNETT: Sure.

(Discussion off the record.)

MR. LaBELLE: You can answer.

A Yes, sometimes.

BY MR. BARNETT:

Q Well, does he work anywhere else?

A I don't know.

Q Now, just to be clear for the record, when I say "100 Grist Mill Road," I mean 100 Grist Mill Road, Simsbury, Connecticut. Is that acceptable to you?

A Yes.

Q So is Mr. Bursey -- forgive me if I've asked

this, but I'm going to ask it again. Is Mr. Bursey a BASI employee?

MR. LaBELLE: I advise the witness not to answer and to assert a privilege under the Fifth Amendment of the Constitution.

A I'm accepting my attorney's advice, and I'm asserting my Fifth Amendment privilege.

BY MR. BARNETT:

Q Are you Mr. Bursey's supervisor for any of the work he does at 100 Grist Mill Road?

MR. LaBELLE: I advise the witness not to answer and to assert a privilege under the Fifth Amendment of the Constitution.

A I accept my attorney's advice, and I'm asserting my Fifth Amendment privilege.

BY MR. BARNETT:

Q Has Mr. Bursey ever appointed you to a corporate position as an officer?

MR. LaBELLE: I advise the witness not to answer and to assert a privilege under the Fifth Amendment of the Constitution.

A I accept my attorney's advice. I'm asserting my Fifth Amendment privilege.

BY MR. BARNETT:

Q Have you ever appointed Mr. Bursey to a

BY MR. BARNETT:

Q Do you know who Amanda Rossi is?

A Yes.

Q And how do you know her?

A From work.

Q Are you her supervisor?

A In some respects, yes.

Q Well, in what respects?

MR. LaBELLE: I'll advise her not to answer and to assert a privilege under the Fifth Amendment of the Constitution.

A I accept my attorney's advice, and I'm asserting my Fifth Amendment privilege under the Constitution.

BY MR. BARNETT:

Q Do you view her as your assistant?

MR. LaBELLE: I'll advise her not to answer and assert a privilege under the Fifth Amendment of the Constitution.

A I accept my attorney's advice, and I'm asserting my Fifth Amendment privilege.

BY MR. BARNETT:

Q When was the last time you spoke with Ms. Rossi about this case?

MR. LaBELLE: I advise you not to answer and to assert a privilege under the Fifth Amendment

of the Constitution.

A I accept my attorney's advice, and I'm asserting my Fifth Amendment privilege.

BY MR. BARNETT:

Q Who is Donald Trudeau?

MR. LaBELLE: You can answer.

A A person who is an officer of Benistar Admin Services.

BY MR. BARNETT:

Q And is he the president of BASI?

MR. LaBELLE: You can answer.

A Yes.

BY MR. BARNETT:

Q Have you ever spoken with Mr. Trudeau about this case?

MR. LaBELLE: I advise the witness not to answer and to assert a privilege under the Fifth Amendment of the Constitution.

A I accept my attorney's advice, and I'm asserting my Fifth Amendment privilege.

BY MR. BARNETT:

Q Now, Jack E. Robinson, you know him, correct?

A Yes.

Q And how do you know him?

A I've known him for probably over twenty-five

years.

Q Well, does he work at BASI?

MR. LaBELLE: You can answer generally.

A He is the general counsel for BASI.

BY MR. BARNETT:

Q How much does he get paid on a monthly basis?

MR. LaBELLE: I advise the witness not to answer and assert a privilege under the Fifth Amendment of the Constitution.

A I accept my attorney's advice, and I'm asserting my Fifth Amendment privilege.

BY MR. BARNETT:

Q As part of your preparation for this deposition, did you review any documents?

MR. LaBELLE: You can answer that.

A No.

BY MR. BARNETT:

Q That's the answer for on your own and also with Mr. LaBelle?

A I don't understand.

Q Did you review any documents to prepare for this deposition outside of the presence of Mr. LaBelle?

A No.

Q Are you familiar with an entity called Nova Group?

MR. LaBELLE: I advise the witness not to answer and to -- is she familiar with it? Is that the question?

MR. BARNETT: Yes.

MR. LaBELLE: You can answer yes or no if you're familiar with it.

A I'm familiar that it exists.

BY MR. BARNETT:

Q What is the basis of your understanding that it exists?

A I'm sitting here at a deposition today.

Q Well, okay. Do you have a position with Nova Group?

MR. LaBELLE: I'll advise the witness not to answer and to assert a privilege under the Fifth Amendment of the Constitution.

A I accept my attorney's advice, and I'm asserting my Fifth Amendment privilege.

BY MR. BARNETT:

Q Have you ever done any work for Nova Group?

MR. LaBELLE: I advise the witness not to answer and to assert a privilege under the Fifth Amendment of the Constitution.

A I accept my attorney's advice, and I'm asserting my Fifth Amendment privilege.

BY MR. BARNETT:

Q Did you ever open a bank account in Nova Group's name?

MR. LaBELLE: I advise the witness not to answer and to assert a privilege under the Fifth Amendment of the Constitution.

A I accept my attorney's advice, and I'm asserting my Fifth Amendment privilege.

BY MR. BARNETT:

Q Do you know what it means to have signature authority over a bank account?

MR. LaBELLE: Are you asking your question generally?

MR. BARNETT: Yes.

MR. LaBELLE: You can answer.

A Yes.

BY MR. BARNETT:

Q What does it mean?

A That you're on bank forms when you open a bank account.

Q Okay. Anything else?

A No.

Q Have you ever had signature authority for a bank account that stood in the name of Nova Group?

MR. LaBELLE: I advise the witness not to

answer and to assert a privilege under the Fifth Amendment of the Constitution.

A I accept my attorney's advice, and I'm asserting my Fifth Amendment privilege.

BY MR. BARNETT:

Q Is there a president of Nova Group?

MR. LaBELLE: I advise the witness not to answer and to assert a privilege under the Fifth Amendment of the Constitution.

A I accept my attorney's advice, and I'm asserting my Fifth Amendment privilege.

BY MR. BARNETT:

Q And who runs Nova Group?

MR. LaBELLE: I'll advise the witness not to answer and to assert a privilege under the Fifth Amendment of the Constitution.

A I accept my attorney's advice. I'm asserting my Fifth Amendment privilege.

BY MR. BARNETT:

Q Who are the officers of Nova Group?

MR. LaBELLE: I advise the witness not to answer and to assert a privilege under the Fifth Amendment of the Constitution.

A I accept my attorney's advice. I'm asserting my Fifth Amendment privilege.

BY MR. BARNETT:

Q And who are the directors of Nova Group?

MR. LaBELLE: I'll advise the witness not to answer and to assert a privilege under the Fifth Amendment of the Constitution.

A I accept my attorney's advice, and I'm asserting my Fifth Amendment privilege.

BY MR. BARNETT:

Q Who or what are the shareholders of Nova Group?

MR. LaBELLE: I advise the witness not to answer and to assert a privilege under the Fifth Amendment of the Constitution.

A I accept my attorney's advice, and I'm asserting my Fifth Amendment privilege.

BY MR. BARNETT:

Q Does Nova Group have any other employees?

MR. LaBELLE: I advise the witness not to answer and to assert a privilege under the Fifth Amendment of the Constitution.

A I accept my attorney's advice, and I'm asserting my Fifth Amendment privilege.

BY MR. BARNETT:

Q Are you aware of the business address for Nova Group?

MR. LaBELLE: You can answer that.

A Yes.

BY MR. BARNETT:

Q And what business address is that?

A I believe it's 100 Grist Mill Road.

Q And that's the same business address -- that's a business address for BASI, correct?

A Correct.

Q Does Nova Group have office space at 100 Grist Mill Road?

MR. LaBELLE: I advise the witness not to answer and to assert a privilege under the Fifth Amendment of the Constitution.

A I accept my attorney's advice, and I'm asserting my Fifth Amendment privilege.

BY MR. BARNETT:

Q Does Nova Group have any office space that is independent from that occupied by BASI?

MR. LaBELLE: I advise the witness not to answer and to assert a privilege under the Fifth Amendment of the Constitution.

A I accept my attorney's advice. I'm asserting my Fifth Amendment privilege.

BY MR. BARNETT:

Q Do you know what it means for a company to have a parent corporation, generally?

Amendment of the Constitution.

A I accept my attorney's advice and am asserting my Fifth Amendment privilege.

BY MR. BARNETT:

Q When I say "Nova Group," does any person or persons come to mind?

MR. LaBELLE: I advise the witness not to answer and to assert a privilege under the Fifth Amendment of the Constitution.

A I accept my attorney's advice, and I'm asserting my Fifth Amendment privilege.

BY MR. BARNETT:

Q Now, you said you're chairperson of BASI; is that correct?

A That's correct.

Q Does BASI perform any services for Nova Group?

MR. LaBELLE: I'll advise the witness not to answer and to assert a privilege under the Fifth Amendment of the Constitution.

A I accept my attorney's advice, and I'm asserting my Fifth Amendment privilege.

BY MR. BARNETT:

Q Does BASI perform any services for the Charter Oak Trust?

MR. LaBELLE: I advise the witness not to

answer and to assert a privilege under the Fifth Amendment of the Constitution.

A I accept my attorney's advice, and I'm asserting my Fifth Amendment privilege.

MR. BARNETT: I'm marking for identification a document that I'm going to label Molly Carpenter Exhibit 5, giving a copy to the deponent as well as her counsel. I'd like the deponent to review it and let me know when she's done. It is a double-sided document. I'm just trying to conserve paper.

(Exhibit 5: Marked for identification.)

BY MR. BARNETT:

Q Let me know when you're done reviewing this document.

MR. BARNETT: And just for the record I'll state that I received this document pursuant to a subpoena to the accounting firm Simione Macca & Larrow. This was produced to me as a single document. At the top of the first page in the top left-hand corner it says "Form 1120." At the top right hand of the page it gives a year, 2009. And then about right underneath in the center under "Name" it says "Nova Group, Inc.," and it supplies an employer identification

BY MR. BARNETT:

Q Who has custody over Nova Group's documents?

MR. LaBELLE: I advise the witness not to answer and to assert a privilege under the Fifth Amendment of the Constitution.

A I accept my attorney's advice, and I'm asserting my Fifth Amendment privilege.

BY MR. BARNETT:

Q In your office do you have bank account records for Nova Group or the Charter Oak Trust?

MR. LaBELLE: I advise the witness not to answer and to assert a privilege under the Fifth Amendment of the Constitution.

A I accept my attorney's advice, and I'm asserting my Fifth Amendment privilege.

MR. BARNETT: I'm going to mark for identification a document. We'll call it Molly Carpenter 11. It's actually a copy of an exhibit which we labeled Amanda Rossi 8 in the Amanda Rossi deposition. I'm going to hand a copy to the deponent and also to counsel.

(Exhibit 11: Marked for identification.)

BY MR. BARNETT:

Q Please review it.

MR. BARNETT: For the record, I'll state

that this is a four-page document. On page 4 it appears to be dated November 20, 2012. On the first page there's a court caption. It says "United States District Court, District of Connecticut, In Re: Grand Jury Investigation, Miscellaneous No. 3:12CV882," and it's titled "Stipulation, RE: Duplication of Seized and Subpoenaed Material."

BY MR. BARNETT:

Q Have you ever seen this document before, Ms. Carpenter?

MR. LaBELLE: You can answer.

A No, I haven't.

BY MR. BARNETT:

Q Can you read paragraph 3, which is contained on page 2? Can you read it to yourself and let me know when you're done?

A I'm done.

Q Now, you're the chairperson of BASI, correct?

A Correct.

Q And am I correct when I say that paragraph 3 -- I'm paraphrasing here, but it says that BASI representatives copied certain seized and subpoenaed material?

MR. LaBELLE: Are you asking?

MR. BARNETT: Yes. Am I correct.

MR. LaBELLE: Can you repeat the question?

BY MR. BARNETT:

Q Now, you've read paragraph 3, correct?

A I have.

Q And am I accurate when I say that paragraph 3 -- and I'm paraphrasing here -- says that representatives of BASI copied certain seized and subpoenaed materials?

A I don't think that's what it says.

Q For the record, why don't you read paragraph 3 out loud?

A "On August 31, 2012, representatives of BASI and associated businesses reviewed the seized and subpoenaed material and requested to have certain of that material copied at their own expense. As part of that review, BASI representatives identified boxes to be provided to One Stop Copy Shop, located at 19 Thomas Street, East Hartford, Connecticut."

Q Okay. Now, were you one of the BASI representatives that reviewed the seized and subpoenaed material discussed in paragraph 3?

MR. LaBELLE: I advise the witness not to answer and to assert a privilege under the Fifth Amendment of the Constitution.

A I accept my attorney's advice, and I'm asserting

my Fifth Amendment privilege.

BY MR. BARNETT:

Q Now, there was a raid of BASI's offices in April of 2011; is that correct?

MR. LaBELLE: You can answer.

A Can you repeat the question?

BY MR. BARNETT:

Q I'm going to actually withdraw that question and rephrase it or restate it. There was a raid of BASI's offices by the agents acting on behalf of the Department of Labor on May 26, 2011; is that correct?

A Yes.

Q Do you have an understanding of what material was taken in that raid?

MR. LaBELLE: I advise the witness not to answer and to assert a privilege under the Fifth Amendment of the Constitution.

A I accept my attorney's advice. I'm asserting my Fifth Amendment privilege.

BY MR. BARNETT:

Q Do you have any understanding of whether any material taken in that raid on May 26, 2011, has been copied by BASI and is back in its possession?

MR. LaBELLE: I advise the witness not to answer and assert a privilege under the Fifth

Amendment of the Constitution.

A I accept my attorney's advice, and I'm asserting my Fifth Amendment privilege.

BY MR. BARNETT:

Q Now, do you know whether any of the material that BASI copied pertains to Nova Group or the Charter Oak Trust?

MR. LaBELLE: I advise the witness not to answer and assert a privilege under the Fifth Amendment of the Constitution.

A I accept my attorney's advice, and I'm asserting my Fifth Amendment privilege.

BY MR. BARNETT:

Q Now, the raid that you said occurred on May 26, 2011, do you understand that raid to have been part of the grand jury investigation?

MR. LaBELLE: You can answer yes or no.

A Yes.

BY MR. BARNETT:

Q Do you believe yourself to be a target of that grand jury investigation?

MR. LaBELLE: I advise the witness not to answer and assert a privilege under the Fifth Amendment of the Constitution.

A I accept my attorney's advice and assert my

Fifth Amendment privilege.

MR. BARNETT: Now is a good time to take a break if you'd like to take one. I'm okay, but if you want to.

(Discussion off the record.)

(Recess from 12:15 p.m. until 1:34 p.m.)

BY MR. BARNETT:

Q Ms. Carpenter, I'd like to remind you that you're still under oath. Do you understand that?

A Yes, I do.

Q Toward the beginning of the deposition we were talking about homes that you own, either directly or as a member of an LLC. Do you recall that conversation that we had?

A Yes, I recall it.

Q Now, do you have any other real estate investments?

MR. LaBELLE: Is the question directed to her personally?

MR. BARNETT: Yes, or through an LLC. I can torture it out. Or through a corporation or any entity. I can torture it out like that.

MR. LaBELLE: Can I confer with her for a minute?

MR. BARNETT: Yes.