UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
UNIVERSITAS EDUCATION, LLC

                Judgment-Creditor,    :

      -against-                :     Nos. 11 Civ. 1590 (LTS) (HBP),
                                                   11 Civ. 8726 (LTS)

NOVA GROUP, INC., as trustee, sponsor and    :     **NOTICE OF APPEARANCE**
fiduciary of THE CHARTER OAK TRUST
WELFARE BENEFIT PLAN,              :

                Judgment-Debtor.     :
------------------------------------------------------------X

       PLEASE TAKE NOTICE that Frank D. D'Angelo of Loeb & Loeb LLP hereby appears in the above-entitled actions as counsel for Judgment Creditor Universitas Education, LLC and demands that a copy of all notices and other papers in this action be served upon the attorney noted below at 345 Park Avenue, New York, New York 10154.

Dated: New York, New York
         December 5, 2014

                                      LOEB & LOEB LLP

                                      By: /s/ Frank D. D'Angelo
                                          Frank D. D'Angelo
                                          345 Park Avenue
                                          New York, New York 10154
                                          (212) 407-4000

                                        *Attorneys for Judgment Creditor*
                                        *Universitas Education, LLC*