UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNIVERSITAS EDUCATION, LLC,

                              Petitioner,

     v.

NOVA GROUP, INC.,

                              Respondent.
-----------------------------------------------------------x

11 – Civ. 1590 (LTS)(HBP)
11 – Civ. 8726 (LTS)(HBP)

**NOTICE OF APPEAL
IN A CIVIL CASE**

**NOTICE** is hereby given that Nova Group, Inc. hereby appeals to the United States Court of Appeals for the Second Circuit from the Order Document 534 (copy attached) entered in this action on the 18th day of December, 2014.

_____
Roger L. Stavis
GALLET DREYER & BERKEY, LLP
845 Third Avenue – 8th Floor
New York, New York 10022
(212) 935-3131

Dated: December 22, 2014

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNIVERSITAS EDUCATION, LLC,

      Petitioner,

-v-                                                No. 11CV1590-LTS-HBP

NOVA GROUP, INC.,

      Respondent.

------------------------------------------------------------x

NOVA GROUP, INC.,

      Petitioner,

-v-                                                No. 11-8726-LTS-HBP

UNIVERSITAS EDUCATION, LLC,

      Respondent.

------------------------------------------------------------x

## ORDER

      The United States Court of Appeals for the Second Circuit entered a remand order on December 10, 2014, directing this Court to clarify "the disposition of the proposed $30 million sanction after it is paid into the court." (See docket entry no. 522 in case no. 11CV1590.) Therefore, the Order of this Court entered on September 30, 2013, (docket entry no. 295 in case no. 11CV1590) is hereby modified insofar as respondent Nova Group, Inc. is ordered to deposit the $30,181,880.30, as a sanction, with the Clerk of the Court, for payment to petitioner Universitas Education, LLC in satisfaction of the judgment up to the outstanding amount of the judgment with any excess to be paid to the general sanction fund of the Court.

SO ORDERED.

Dated: New York, New York
December 18, 2014

_____
LAURA TAYLOR SWAIN
United States District Judge