# EXHIBIT 11



AUDIT RISK INDEMNITY
ASSOCIATION LLC
DANIEL E CARPENTER
100 GRIST MILL RD
SIMSBURY CT 06070

**Statement of Accounts**
6500051039

**Statement Date**
May 31, 2012

Total days in statement period
31

Back of Statement
(Checking Account)
Back of Statement (CD or Savings)


View as PDF

Direct Inquiries to:
CALL CENTER
1-800-894-0300
Peoples United Bank
27 East Main Street
Avon CT 06001

## Statement Summary

| Account | Number | Ending Balance |
|---|---|---|
| Business Advantage | 6500051039 | $562,985.61 |

## Business Advantage 6500051039

| | | |
|---|---|---|
| Average balance | | $485,672.09 |

| Date | Description | Additions | Subtractions | Balance |
|---|---|---|---|---|
| 04-30 | Beginning balance | | | $153,711.05 |
| 05-04 | Check 1139 | | $27,423.88- | $126,287.17 |
| 05-07 | Check 1135 | | $7,535.11- | $118,752.06 |
| 05-07 | Check 1136 | | $3,329.00- | $115,423.06 |
| 05-07 | Check 1137 | | $2,573.55- | $112,849.51 |
| 05-07 | Check 1138 | | $963.90- | $111,885.61 |
| 05-10 | #Online Xfr Out Ref 1311536L Funds Transfer To Dep 6500051040 From | | $50,000.00- | $61,885.61 |
| 05-15 | #Deposit | $2,500,000.00 | | $2,561,885.61 |
| 05-15 | #Deposit | $1,100.00 | | $2,562,985.61 |
| 05-17 | #Online Xfr Out Ref 1381029L Funds Transfer To Dep 6500051007 From | | $2,000,000.00- | $562,985.61 |
| 05-31 | Ending totals | $2,501,100.00 | $2,091,825.44- | $562,985.61 |

OVERDRAFT/RETURN ITEM FEES

|  | Total for this Period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

5 Enclosures

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1135 | May 07, 2012 | $7,535.11- | 1137 | May 07, 2012 | $2,573.55- | 1139 | May 04, 2012 | $27,423.88- |
| 1136 | May 07, 2012 | $3,329.00- | 1138 | May 07, 2012 | $963.90- | | | |

```
                                                            6500023291        PAGE


##XXH1136DPCSTM        07311006500023291



Statement of Account
6500023291





                GMT                                              July 31, 2010
                SPECIAL ACCOUNT                     Total days in statement period: 31
                DANIEL E CARPENTER                                         (0 )
                100 GRIST MILL LN                                    Page  1 of  1
                SIMSBURY CT 06070-2484



                Direct Inquiries to:
                CALL CENTER
                1-800-894-0300


                Peoples United Bank
                27 East Main Street
                Avon CT                 06001

                Summary of Account Balance



                Account                      Number                 Ending Balance
                Business Advantage           6500023291                $595,025.00



   Business Advantage    6500023291


   Average balance          $595,025.00

   Date    Description                  Additions     Subtractions        Balance

   06-30   Beginning balance                                          $595,025.00
   07-31   Ending totals                      .00            .00      $595,025.00

                ------------------------------------------------------------------
                |                              | Total for   |    Total         |
                |                              | this period | year-to-date     |
                |------------------------------|-------------|------------------|
                | Total Overdraft Fees         |    $0.00    |    $0.00         |
                |------------------------------|-------------|------------------|
                | Total Returned Item Fees     |    $0.00    |    $0.00         |
                ------------------------------------------------------------------
```

COT_PEOPLES0000211

```
                                                     6500023291        PAGE
```

##XXH1136DPCSTM        08311006500023291

Statement of Account
6500023291

```
        G M T                                              August 31, 2010
        SPECIAL ACCOUNT                     Total days in statement period: 31
        DANIEL E CARPENTER                                              (0  )
        100 GRIST MILL LN                                       Page  1 of  1
        SIMSBURY CT 06070-2484


        Direct Inquiries to:
        CALL CENTER
        1-800-894-0300

        Peoples United Bank
        27 East Main Street
        Avon CT                06001

        Summary of Account Balance


        Account                       Number                  Ending Balance
        Business Advantage            6500023291                 $595,025.00


Business Advantage   6500023291


Average balance           $595,025.00

Date   Description                Additions     Subtractions         Balance

07-31  Beginning balance                                         $595,025.00
08-31  Ending totals                    .00             .00      $595,025.00

        ----------------------------------------------------------------
        |                              | Total for    |    Total         |
        |                              | this period  | year-to-date     |
        |------------------------------|--------------|------------------|
        | Total Overdraft Fees         |      $0.00   |      $0.00       |
        |------------------------------|--------------|------------------|
        | Total Returned Item Fees     |      $0.00   |      $0.00       |
        ----------------------------------------------------------------
```

COT_PEOPLES0000212

```
                                      6500023291        PAGE


##XXH1136DPCSTM         09301006500023291


Statement of Account
6500023291




    G M T                                        September 30, 2010
    SPECIAL ACCOUNT                      Total days in statement period: 30
    DANIEL E CARPENTER                                        (1 )
    100 GRIST MILL LN                                    Page  1 of  1
    SIMSBURY CT 06070-2484



    Direct Inquiries to:
    CALL CENTER
    1-800-894-0300

    Peoples United Bank
    27 East Main Street
    Avon CT              06001

    Summary of Account Balance


    Account                      Number              Ending Balance
    Business Advantage           6500023291          $564,622.66



Business Advantage   6500023291


Average balance         $564,622.66
                                                                1 Enclosure

  Date  Description         Additions     Subtractions      Balance Number      Date        Amount

  08-31 Beginning balance                                $595,025.00 1010      09-01      30,402.34
  09-01 Check   1010       00006146789818  -30,402.34     564,622.66
  09-30 Ending totals             .00      -30,402.34    $564,622.66
```

|                          | Total for this period | Total year-to-date |
|--------------------------|-----------------------|--------------------|
| Total Overdraft Fees     | $0.00                 | $0.00              |
| Total Returned Item Fees | $0.00                 | $0.00              |

COT_PEOPLES0000213



PHOENIX CAPITAL MANAGEMENT
GROUP LLC
DANIEL E CARPENTER
100 GRIST MILL LN
SIMSBURY CT 06070-2484

**Statement of Accounts**
6500051007

**Statement Date**
August 31, 2010

**Total days in statement period**
31

Back of Statement
(Checking Account)
Back of Statement (CD or Savings)

Direct Inquiries to:
CALL CENTER
1-800-894-0300
Peoples United Bank
27 East Main Street
Avon CT 06001

## Statement Summary

| Account | Number | Ending Balance |
|---|---|---|
| Business Advantage | 6500051007 | $354,450.00 |

## Business Advantage 6500051007

Average balance     $354,450.00

| Date | Description | Additions | Subtractions | Balance |
|---|---|---|---|---|
| 07-31 | Beginning balance | | | $354,450.00 |
| 08-31 | Ending totals | $0.00 | $0.00- | $354,450.00 |

### OVERDRAFT/RETURN ITEM FEES

| | Total for this Period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |



PHOENIX CAPITAL MANAGEMENT
GROUP LLC
DANIEL E CARPENTER
100 GRIST MILL LN
SIMSBURY CT 06070-2484

**Statement of Accounts**
6500051007

**Statement Date**
September 30, 2010

**Total days in statement period**
30

Back of Statement (Checking Account)
Back of Statement (CD or Savings)

**Direct Inquiries to:**
**CALL CENTER**
**1-800-894-0300**
**Peoples United Bank**
**27 East Main Street**
**Avon CT 06001**

## Statement Summary

| Account | Number | Ending Balance |
|---|---|---|
| Business Advantage | 6500051007 | $354,450.00 |

### Business Advantage 6500051007

| Average balance | $354,450.00 |
|---|---|

| Date | Description | Additions | Subtractions | Balance |
|---|---|---|---|---|
| 08-31 | Beginning balance | | | $354,450.00 |
| 09-30 | Ending totals | $0.00 | $0.00- | $354,450.00 |

### OVERDRAFT/RETURN ITEM FEES

| | Total for this Period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |



PHOENIX CAPITAL MANAGEMENT GROUP LLC
DANIEL E CARPENTER
100 GRIST MILL LN
SIMSBURY CT 06070-2484

**Statement of Accounts**
6500051007

**Statement Date**
October 31, 2010

**Total days in statement period**
31

**Direct Inquiries to:**
CALL CENTER
1-800-894-0300
Peoples United Bank
27 East Main Street
Avon CT 06001

Back of Statement (Checking Account)
Back of Statement (CD or Savings)

## Statement Summary

| Account | Number | Ending Balance |
|---|---|---|
| Business Advantage | 6500051007 | $354,450.00 |

## Business Advantage 6500051007

| Average balance | $354,450.00 |
|---|---|

| Date | Description | Additions | Subtractions | Balance |
|---|---|---|---|---|
| 09-30 | Beginning balance | | | $354,450.00 |
| 10-31 | Ending totals | $0.00 | $0.00- | $354,450.00 |

### OVERDRAFT/RETURN ITEM FEES

| | Total for this Period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |