# EXHIBIT 4

[Page 1]

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

CASE NO. 11-1590-LTS-HBP


UNIVERSITAS EDUCATION, LLC

        Plaintiff,


        VS.


NOVA GROUP, INC., as trustee,

sponsor and fiduciary of the

CHARTER OAK TRUST WELFARE

BENEFIT PLAN,

        Defendant.


        April 17, 2013

        10:00 a.m.

        DEPOSITION OF DANIEL E. CARPENTER


REPORTED BY:

MARY G. VAN DINA, Certified Court Reporter,

Certified LiveNote Reporter.

[Page 14]

1            Daniel Carpenter 4/17/13
2    BY MS. COLBATH:
3         Q.   What is the significance, if any, to
4    the January 26, 2001 date that you referenced in
5    your last answer?
6         A.   The company that I work for invested
7    money for Section 1031 tax-free exchanges, and I
8    lost a little over $8 million in the great stock
9    market fall of December of 2000, and shortly
10   thereafter, in January of 2001, there were a
11   number of lawsuits that started against the
12   company and me personally and that litigation is
13   still going on today in Boston.
14        Q.   Is that company you're referring to
15   Benistar Property Exchange?
16        A.   It's now called Boston Property
17   Exchange, but at that time it was Benistar
18   Property Exchange, but it's now Boston Property
19   Exchange, but at the time it was Benistar
20   Property Exchange Trust Company, but the name has
21   been changed to Boston Property Exchange.
22        Q.   Who were the shareholders of Caroline
23   Financial Group, Inc.?
24        A.   I don't know.
25        Q.   Who would know?