# EXHIBIT 5

[Page 1]

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

CASE NO. 11-1590-LTS-HBP


UNIVERSITAS EDUCATION, LLC

    Plaintiff,


VS.


NOVA GROUP, INC., as trustee,

sponsor and fiduciary of the

CHARTER OAK TRUST WELFARE

BENEFIT PLAN,

    Defendant.


JULY 26, 2013

9:30 a.m.

DEPOSITION OF PETER A. GOLDMAN



REPORTED BY:

MARY G. VAN DINA, Certified Court Reporter,

Certified LiveNote Reporter

[Page 30]

```
 1                    Goldman 7/26/13
 2        Q.    Did you have more than one
 3   conversation with Mr. Westcott?
 4        A.    Yes.
 5        Q.    Approximately how many conversations?
 6        A.    Just about Nova Group and Charter Oak?
 7        Q.    Yes.
 8        A.    Two or three.
 9        Q.    And when did those conversations take
10   place?
11        A.    The most recent one was this week.
12   Prior to that, five or six months ago.
13        Q.    And what did you and Mr. Westcott talk
14   about this week?
15        A.    Well, I asked him again to confirm
16   about tax returns, that I wanted to make sure
17   that whatever they gave me was what they had.
18              I wanted to make sure who the trustee
19   for Charter Oak Trust was.  I wanted to know the
20   status of Nova Group and if they filed more
21   returns, who was operating Nova Group, if it was
22   operating, who the officers were, who the
23   shareholders were, just information about the
24   corporate entity and the trust.
25        Q.    Okay.  So tell me what Mr. Westcott
```

[Page 31]

1            Goldman 7/26/13

2  told you about who the officers, directors and

3  shareholders were of Nova Group, Inc.?

4       A.   Well, there are no officers because

5  Wayne Bursey, who had been president, resigned.

6  I don't have an exact date, but a while back.

7            I asked him about shareholders, and he

8  said no stock certificates had been issued, and

9  he said the entity was still in existence because

10 they were continued to file the required

11 franchise reports with the state of Connecticut.

12      Q.   Aside from the fact that no stock

13 certificates were actually prepared, who were the

14 owners of Nova Group, Inc.?

15      A.   It's not indicated on the tax return

16 that I saw, and I don't know who the shareholders

17 are because no stock certificates were issued,

18 and Matt didn't say so and so are the

19 shareholders.

20      Q.   Did you ask him who the shareholders

21 were?

22      A.   Yes, I did.

23      Q.   What did he tell you?

24      A.   He said no stock certificates had been

25 issued, so he didn't know who the shareholders

[Page 32]

```
 1                    Goldman 7/26/13
 2   were.
 3        Q.   You're here on behalf of Nova Group,
 4   Inc.  You're telling me that as the agent for
 5   Nova Group, Inc., you don't know who the
 6   shareholders of the entity that you're
 7   representing here today are?
 8        A.   That's what I'm telling you.
 9        Q.   Tell me, is there anything else you
10   did to identify who the owners are of the entity
11   that you're here representing, other than the
12   conversation you just testified to with
13   Mr. Westcott?
14        A.   I looked at tax returns, because they
15   might have been an indication of who the
16   shareholders were.  I didn't see anything on
17   that.
18        Q.   All right.
19        A.   Because -- because Matt said that
20   there were no shares of stock ever issued, I
21   didn't need to look at the corporate book.  At
22   one point, I asked for it.  I never got it, but
23   he said there were no shares issued.
24             I saw one or two filings with the
25   state of Connecticut regarding the continuation
```