# EXHIBIT 8

[Page 1]

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

CASE NO. 11-1590-LTS-HBP

UNIVERSITAS EDUCATION, LLC

    Plaintiff,

VS.

NOVA GROUP, INC., as trustee, sponsor and fiduciary of the CHARTER OAK TRUST WELFARE BENEFIT PLAN,

    Defendant.

April 17, 2013

10:00 a.m.

DEPOSITION OF DANIEL E. CARPENTER

REPORTED BY:

MARY G. VAN DINA, Certified Court Reporter, Certified LiveNote Reporter.

[Page 13]

```
 1              Daniel Carpenter 4/17/13
 2   it to.
 3        Q.   To whom have you rented the property?
 4        A.   A number of employees of USB Group, as
 5   well as Benistar.
 6        Q.   Why was an LLC formed to take
 7   ownership of the property?
 8        A.   All of -- anything that I invested in
 9   is either held in an LLC or it's held in a trust,
10   you know, for either estate planning purposes or
11   protection, you know, asset protection, you know,
12   type purposes, so that if something happens on
13   one property, people can only sue that property
14   and they cannot sue other properties that are
15   owned by different trusts or different LLCs.
16        Q.   Is part of your motivation also to
17   avoid being sued personally?
18        A.   I've been constantly sued since about
19   January 6th of 2001, so I've been under a
20   constant siege of lawsuits since early January of
21   2001.
22             MR. SIANO:  May I have a moment,
23        please?
24             MS. COLBATH:  Sure.
25             (Off-the-record discussion.)
```