# EXHIBIT 16

```
                                                                    1043
SADI TRUST 2007   12-07
100 GRIST MILL ROAD
SIMSBURY, CT  06070                                                51-38/211 482
                                        DATE  3/2/11

PAY TO THE
ORDER OF   Updike, Kelly & Spellacy             $ 150,000.00

One hundred fifty thousand & 00/100                    DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
Greenwich, Connecticut 06830
www.Chase.com

Legal Services In Full Payment & Settlement of all Accounts    [signature]

⑆001043⑆  ⑉021100361⑉     7268633271⑈
```

03/03/2011

$ 104,823.31  For Payment
of Nova Group, Inc.

COT_UPDIKE00054