# EXHIBIT 17



**NOVA**
BENEFIT PLANS, LLC

GRIST MILL PLAZA
100 GRIST MILL ROAD
SIMSBURY, CT 06070

April 15, 2014

To: **Grist Mill Trust**
100 Grist Mill Road
Simsbury, CT 06070

From: Nova Benefit Plans, LLC

Re: **Resignation of Plan Sponsor and Appointment of Successor Plan Sponsor for the Grist Mill Trust**

To Whom It May Concern:

Effective the date listed above, Nova Benefit Plans, LLC is resigning from its position as Sponsor of the Trust, along with any responsibilities, titles, and any or all other interests it may have or may have had in the Trust.

Therefore, pursuant to the Trust's Plan Documents, Nova Benefit Plans, LLC appoints Hanover Benefit Plans, LLC as the successor Plan Sponsor for the Trust.

**Nova Benefit Plans, LLC:**                    **Hanover Benefit Plans, LLC:**

_____                          _____

Wayne H. Bursey                                  Kathleen Kehoe


Attest:
_____

TEL: (860) 408-7000  •  WWW.NOVAPLANS.COM  •  FAX: (860) 408-7022