# EXHIBIT 19

Grist Mill Trust Policies/Values

| CARRIER | POLICY # | EFF DATE | DEATH BENEFIT | CASH VALUE | CASH VALUE SURRENDER |
|---|---|---|---|---|---|
| SUN LIFE | 020095030 | 12/05/2003 | 7,000,000.00 | 775,804.48 | 731,704.48 |
| JOHN HANCOCK | 056005200 | 04/05/2004 | 5,000,000.00 | 1,755,207.78 | 1,576,207.78 |
| MASS MUTUAL | 15502844 | 09/17/2001 | 1,000,000.00 | 106,011.89 | 41,919.75 |
| MASS MUTUAL | 15503664 | 09/17/2001 | 1,000,000.00 | 202,794.30 | 188,519.59 |
| MASS MUTUAL | 15505247 | 07/18/2001 | 850,000.00 | 269,475.78 | 255,773.06 |
| MASS MUTUAL | 15514004 | 06/24/2001 | 1,150,000.00 | 187,516.55 | 185,385.47 |
| MASS MUTUAL | 15514421 | 06/24/2001 | 300,000.00 | 115,002.95 | 107,686.98 |
| MASS MUTUAL | 15514469 | 06/25/2001 | 685,000.00 | 122,775.23 | 121,291.66 |
| MASS MUTUAL | 15515290 | 06/21/2001 | 550,000.00 | 90,540.93 | 89,422.89 |
| MASS MUTUAL | 15516109 | 06/24/2001 | 500,000.00 | 139,353.68 | 133,064.48 |
| MASS MUTUAL | 15527596 | 12/10/2001 | 1,400,000.00 | 135,875.84 | 134,472.48 |
| MASS MUTUAL | 15530820 | 01/09/2002 | 1,400,000.00 | 138,119.19 | 136,057.83 |
| MASS MUTUAL | 15533714 | 05/01/2002 | 750,000.00 | 184,041.67 | 180,330.97 |
| MASS MUTUAL | 15541495 | 01/17/2003 | 1,400,000.00 | 163,932.68 | 27,903.43 |
| MASS MUTUAL | 15578855 | 09/23/2004 | 3,000,000.00 | 78,278.06 | 32,002.58 |
| ING SECURITY L | 1566520 | 01/27/2003 | 200,000.00 | 28,001.34 | 28,001.34 |
| ING SECURITY L | 1566521 | 01/27/2003 | 1,000,000.00 | 14,547.22 | 14,547.22 |
| ING SECURITY L | 1566522 | 01/28/2003 | 1,000,000.00 | 22,254.47 | 22,254.47 |
| ING SECURITY L | 1615242 | 01/18/2007 | 2,000,000.00 | 54,501.61 | 0.00 |
| ING RELIASTAR | 3102126M | 01/18/2007 | 4,000,000.00 | | |
| ING RELIASTAR | 3102185M | 01/08/2007 | 2,500,000.00 | | |
| TRANSAMERICA | 42432322 | 02/12/2007 | 2,196,250.00 | | |
| TRANSAMERICA | 42432323 | 06/04/2007 | 2,428,750.00 | | |
| JEFFERSON PILO | 506039609 | 12/28/1998 | 250,000.00 | 17,133.24 | 17,133.24 |
| JEFFERSON PILO | 506039611 | 12/28/1998 | 1,500,000.00 | 30,615.23 | 30,615.23 |
| JOHN HANCOCK | 53782001 | 03/15/2006 | 255,568.00 | 109,391.20 | 109,391.20 |
| JEFFERSON PILO | 546009405 | 07/01/2001 | 1,500,000.00 | 94,903.92 | 94,903.92 |
| JEFFERSON PILO | 546009409 | 07/01/2001 | 1,500,000.00 | 126,259.39 | 126,259.39 |
| JEFFERSON PILO | 546101272N | 01/24/2005 | 1,000,000.00 | 95,405.97 | 84,635.97 |
| JEFFERSON PILO | 546103549 | 10/17/2005 | 8,600,000.00 | 502,429.63 | 439,615.62 |
| JEFFERSON PILO | 546103551 | 10/15/2005 | 10,000,000.00 | 447,833.58 | 389,328.58 |

GMT-000277

| Carrier | Policy | Date | Amount | Value 1 | Value 2 |
|---|---|---|---|---|---|
| JEFFERSON PILO | 546103877 | 12/27/2005 | 10,000,000.00 | 778,022.19 | 377,489.05 |
| JEFFERSON PILO | 546105229 | 08/03/2006 | 800,000.00 | 47,683.90 | 36,931.90 |
| JEFFERSON PILO | 546105667 | 10/12/2006 | 1,250,000.00 | 35,736.90 | 18,936.90 |
| JEFFERSON PILO | 546106303 | 12/08/2006 | 3,500,000.00 | 558,700.05 | 491,135.05 |
| AXA EQUITABLE | 564205091 | 06/19/2014 | 4,500,000.00 | | |
| AVIVA | 706359 | 07/21/2012 | 630,000.00 | 652,103.88 | 540,290.04 |
| LINCOLN NATION | 7079473 | 04/20/1999 | 1,500,000.00 | 266,600.00 | 266,600.00 |
| MASS MUTUAL | 7968323 | 10/13/2001 | 1,000,000.00 | 16,038.41 | 13,798.41 |
| PENN MUTUAL | 8158463 | 11/04/2004 | 500,000.00 | 7,854.88 | 7,854.88 |
| PENN MUTUAL | 8166093 | 02/01/2005 | 500,000.00 | 13,096.29 | 11,122.05 |
| PENN MUTUAL | 8168993 | 06/07/2005 | 1,000,000.00 | 0.00 | 0.00 |
| PENN MUTUAL | 8175458 | 12/23/2005 | 2,500,000.00 | 126,563.34 | 121,309.14 |
| PENN MUTUAL | 8177245 | 12/27/2005 | 3,500,000.00 | 481,820.30 | 472,370.30 |
| PENN MUTUAL | 8183825 | 05/17/2006 | 3,750,000.00 | 371,088.63 | 371,088.63 |
| PENN MUTUAL | 8183829 | 05/17/2006 | 2,567,500.00 | 224,725.57 | 224,725.57 |
| PENN MUTUAL | 8193483 | 01/15/2007 | 241,000.00 | 42,244.15 | 41,154.18 |
| PENN MUTUAL | 8194910 | 06/26/2007 | 1,200,000.00 | 8,688.92 | 0.00 |
| PENN MUTUAL | 8195189 | 08/01/2007 | 1,500,000.00 | 94,019.00 | 94,019.00 |
| PENN MUTUAL | 8199632 | 06/06/2007 | 1,750,000.00 | 44,636.30 | 41,023.97 |
| PENN MUTUAL | 8200885 | 03/10/2007 | 1,500,000.00 | 299,492.52 | 287,360.07 |
| PENN MUTUAL | 8252154 | 07/24/2010 | 850,000.00 | 285,188.27 | 270,653.27 |
| MASS MUTUAL | 8267684 | 03/28/2000 | 430,000.00 | 47,798.81 | 47,454.28 |
| MASS MUTUAL | 8267690 | 03/28/2000 | 430,000.00 | 47,073.49 | 46,078.65 |
| MASS MUTUAL | 8277386 | 09/28/2000 | 900,000.00 | 159,401.27 | 157,707.47 |
| MASS MUTUAL | 8286609 | 01/10/2000 | 395,000.00 | | |
| MASS MUTUAL | 8294160 | 06/01/2000 | 1,900,000.00 | 201,590.48 | 200,120.40 |
| MASS MUTUAL | 8294893 | 02/27/2001 | 925,000.00 | 57,639.44 | 57,280.65 |
| PENN MUTUAL | 8561451 | 08/21/2002 | 1,100,000.00 | 346,443.04 | 118,884.57 |
| PENN MUTUAL | 8561454 | 07/24/2002 | 1,200,000.00 | 387,484.63 | 82,201.28 |
| PENN MUTUAL | 8564878 | 11/15/2002 | 1,000,000.00 | 333,694.99 | 56,196.53 |
| PENN MUTUAL | 8581997 | 06/22/2007 | 1,500,000.00 | 205,155.06 | 188,880.06 |
| PENN MUTUAL | 8581998 | 06/22/2007 | 1,250,000.00 | 193,930.34 | 177,686.59 |
| PENN MUTUAL | 9206742 | 09/21/2008 | 2,000,000.00 | 341,609.77 | 321,359.77 |
| PENN MUTUAL | 9210186 | 01/24/2010 | 1,750,000.00 | 184,375.18 | 157,993.93 |

| Company | Policy # | Date | Amount 1 | Amount 2 | Amount 3 |
|---|---|---|---|---|---|
| PENN MUTUAL | 9210187 | 10/01/2009 | 1,750,000.00 | 171,143.42 | 149,093.42 |
| PENN MUTUAL | 9211822 | 06/11/2010 | 700,000.00 | 299,178.71 | 288,625.71 |
| PENN MUTUAL | 9221325 | 04/17/2012 | 2,049,992.00 | 801,984.62 | 303,858.47 |
| AMERICAN GENER | A10197025L | 04/05/2002 | 4,000,000.00 | 19,201.74 | 16,419.72 |
| AMERICAN GENER | A70006068L | 03/20/2000 | 2,500,000.00 | 584,575.55 | 544,575.55 |
| AMERICAN GENER | A70006608L | 08/20/2000 | 4,000,000.00 | 385,493.34 | 319,733.34 |
| AMERICAN GENER | A70066653L | 09/05/2000 | 1,500,000.00 | 267,949.54 | 258,949.54 |
| AMERICAN GENER | A70010528L | 12/12/2001 | 12,000,000.00 | 922,779.86 | 798,757.30 |
| AMERICAN GENER | A7E122221L | 01/20/2014 | 5,700,000.00 | | |
| AMERICAN GENER | A7E122222L | 01/28/2014 | 5,700,000.00 | | |
| AMERUS LIFE IN | AB02020100 | 06/28/2006 | 3,000,000.00 | 108,229.71 | 12,962.71 |
| UNION CENTRAL | I000000878 | 07/29/1999 | 250,000.00 | 19,999.56 | 19,294.56 |
| INDIANAPOLIS/A | IL00588470 | 05/01/2006 | 2,000,000.00 | 295,947.71 | 246,915.41 |
| INDIANAPOLIS/A | IL00588590 | 04/17/2006 | 2,000,000.00 | 369,222.79 | 349,147.79 |
| INDIANAPOLIS/A | IL00610650 | 06/28/2006 | 1,300,000.00 | 274,015.89 | 243,320.19 |
| INDIANAPOLIS/A | IL00610660 | 06/28/2006 | 2,500,000.00 | 495,391.61 | 446,569.77 |
| INDIANAPOLIS/A | IL00610670 | 06/28/2006 | 1,425,000.00 | 275,391.77 | 243,827.84 |
| INDIANAPOLIS/A | IL00610680 | 04/17/2006 | 1,450,000.00 | 284,195.01 | 245,749.07 |
| INDIANAPOLIS/A | IL00906840 | 05/13/2007 | 2,000,000.00 | | |
| JEFFERSON PILO | JF5432048 | 01/28/2005 | 2,325,000.00 | 718,625.25 | 404,031.58 |
| JEFFERSON PILO | JF5564246 | 02/14/2007 | 1,000,000.00 | 146,694.99 | 126,804.99 |
| JEFFERSON PILO | JF5564256 | 12/26/2006 | 1,000,000.00 | 160,998.89 | 138,183.89 |
| JEFFERSON PILO | JF5564264 | 02/14/2007 | 1,000,000.00 | | |
| JEFFERSON PILO | JF5566104 | 01/28/2007 | 1,500,000.00 | 204,502.58 | 16,026.06 |
| JEFFERSON PILO | JF5566106 | 01/24/2007 | 1,200,000.00 | 188,511.48 | 6,512.89 |
| LINCOLN/JEFFER | JJ7004065 | 12/19/2007 | 2,000,000.00 | 33,540.50 | 0.00 |
| LINCOLN/JEFFER | JJ7004199 | 07/15/2007 | 4,600,000.00 | 146,601.93 | 0.00 |
| LINCOLN/JEFFER | JJ7004258 | 01/26/2007 | 3,500,000.00 | 99,485.61 | 43,285.61 |
| LINCOLN/JEFFER | JJ7012953 | 12/20/2007 | 1,000,000.00 | 41,102.41 | 13,052.41 |
| LINCOLN/JEFFER | JJ7013049 | 01/28/2008 | 1,000,000.00 | 33,854.17 | 11,754.17 |
| LINCOLN/JEFFER | JJ7017065 | 12/18/2007 | 1,000,000.00 | 29,335.66 | 0.00 |
| LINCOLN/JEFFER | JJ7018330 | 12/27/2007 | 1,500,000.00 | 60,767.63 | 19,547.63 |
| LINCOLN/JEFFER | JJ7018527 | 12/27/2007 | 1,500,000.00 | 152,033.88 | 100,658.88 |
| LINCOLN FINANC | JJ7056010 | 12/17/2008 | 1,900,000.00 | 119,935.22 | 72,150.22 |

GMT-000279

| Company | Policy Number | Date | Amount 1 | Amount 2 | Amount 3 |
|---|---|---|---|---|---|
| JEFFERSON PILO | JP5278974 | 02/16/2003 | 26,750,000.00 | 1,310,637.90 | 758,119.63 |
| JEFFERSON PILO | JP5440869 | 05/06/2004 | 26,750,000.00 | 2,229,146.82 | 733,403.18 |
| JEFFERSON PILO | JP5442735 | 05/12/2004 | 1,500,000.00 | 104,458.60 | 28,898.34 |
| JEFFERSON PILO | JP5503900 | 12/28/2004 | 1,550,000.00 | 155,770.25 | 155,770.25 |
| JEFFERSON PILO | JP5508297 | 12/28/2005 | 2,000,000.00 | 24,983.17 | 24,983.17 |
| JEFFERSON PILO | JP5508303 | 12/28/2004 | 5,000,000.00 | 100,142.54 | 100,142.54 |
| JEFFERSON PILO | JP5513935 | 09/01/2005 | 4,000,000.00 | 405,399.93 | 254,991.24 |
| JEFFERSON PILO | JP5532566 | 12/13/2005 | 3,800,000.00 | 186,418.66 | 52,732.29 |
| JEFFERSON PILO | JP5562495 | 09/08/2006 | 4,000,000.00 | 101,403.46 | 48,395.74 |
| JEFFERSON PILO | JP5563894 | 12/28/2006 | 2,000,000.00 | 479,412.41 | 419,052.00 |
| FIDELITY & GUA | L0776439 | 05/05/2007 | 1,000,000.00 | 86,961.61 | 48,651.68 |
| OLD MUTUAL | L0871225 | 04/24/2007 | 1,000,000.00 | 62,409.44 | 0.00 |
| FIDELITY & GUA | L0898699 | 05/10/2007 | 5,000,000.00 | 475,134.59 | 299,634.59 |
| FIDELITY & GUA | L0917886 | 06/01/2007 | 1,325,000.00 | 67,032.53 | 57,261.48 |
| FIDELITY & GUA | L0917887 | 06/01/2007 | 1,564,000.00 | 61,597.73 | 55,292.87 |
| OLD MUTUAL | L0932290 | 05/08/2007 | 2,000,000.00 | 157,354.14 | 105,754.14 |
| UNION CENTRAL | L200003035 | 04/23/2007 | 5,419,227.00 | 472,616.77 | 374,493.48 |
| JEFFERSON PILO | LF-5504778 | 11/05/2004 | 1,600,000.00 | 559,280.23 | 542,129.79 |
| LSW(LIFE OF TH | LS0147497 | 07/23/2007 | 1,750,000.00 | 78,297.04 | 63,967.04 |
| LINCOLN/JEFFER | ME7005912 | 08/28/2007 | 3,500,000.00 | | |
| NATIONWIDE | N101430030 | 10/29/2002 | 1,200,000.00 | 125,188.38 | 125,188.38 |
| NATIONWIDE | N101430100 | 10/29/2001 | 1,300,000.00 | 126,603.44 | 126,603.44 |
| UNION CENTRAL | U000036364 | 02/16/2007 | 2,000,000.00 | 261,264.28 | 205,309.55 |
| AMERICAN GENER | U100145111L | 04/05/2002 | 4,000,000.00 | 560,921.80 | 539,921.18 |
| AMERICAN GENER | U100145121L | 04/05/2002 | 1,000,000.00 | | |
| JOHN HANCOCK | UL1203151 | 03/07/2006 | 839,823.00 | 316,073.93 | 307,558.13 |
| AMERICAN GENER | UM0002561L | 02/20/2003 | 2,000,000.00 | 174,259.27 | 134,427.95 |
| AMERICAN GENER | UME164469L | 02/05/2007 | 2,500,000.00 | 95,973.04 | 28,473.04 |
| AMERICAN GENER | UME164470L | 02/05/2007 | 2,500,000.00 | 148,453.16 | 80,963.16 |
| AMERICAN GENER | VL1006911V | 10/20/2001 | 7,000,000.00 | 800,166.02 | 800,166.02 |
| AMERICAN GENER | VL1006912V | 11/26/2001 | 10,000,000.00 | 848,252.57 | 848,252.57 |
| AMERICAN GENER | VL5000000V | 11/06/2002 | 1,500,000.00 | 359,956.40 | 359,956.40 |
| HARTFORD | VL9228858 | 03/15/1999 | 500,000.00 | 194,076.47 | 180,829.44 |
| HARTFORD | VL9243539 | 08/16/2001 | 8,000,000.00 | 849,481.91 | 849,481.91 |

GMT-000280

| | | | | |
|---|---|---|---|---|
| HARTFORD | VL9253198 | 06/26/2002 | 1,500,000.00 | 41,052.39 | 41,052.39 |
| HARTFORD | VL9253199 | 12/09/2002 | 1,500,000.00 | 51,946.28 | 51,946.28 |
| HARTFORD | VL9410275 | 06/25/2001 | 500,000.00 | 75,536.72 | 75,536.72 |
| UNION CENTRAL | X000000534 | 04/26/2000 | 5,419,227.00 | 82,590.21 | 81,279.36 |
| UNION CENTRAL | X000002118 | 02/08/2001 | 1,000,000.00 | 150,405.51 | 147,581.19 |
| UNION CENTRAL | X000002397 | 01/23/2001 | 700,000.00 | 121,148.01 | 120,064.65 |
| UNION CENTRAL | X010001322 | 10/31/2001 | 1,000,000.00 | 107,529.65 | 105,810.68 |
| UNION CENTRAL | X990000835 | 07/29/1999 | 50,000.00 | 198.04 | 169.71 |
| | | | 364,601,337.00 | 33,188,734.14 | 25,372,190.52 |

GMT-000281