# EXHIBIT 20

# New England Financial®

## A MetLife Company

### Graded Premium Life

| | |
|---|---|
| Policy Information as of: 10/24/2014 | Policy Number: 08209771 |
| Insured: DANIEL E CARPENTER | Base Face Amount: $500,000.00 |
| Risk Class: Male Preferred | Inforce Net Death Benefit: $481,869.59 |
| Issue Age: 32 | Current Dividend Option: Paid-Up Additions |
| Premium Payment Mode: Semi-Annual | Current Annual Premium: $8,865.00 |
| State: New York | Issue Date: 3/27/1986 |

## What This Inforce Illustration Shows

This illustration shows values over time for the New England Life Insurance Company policy and riders shown above on a guaranteed and a non-guaranteed basis. This illustration:

- reflects your policy's actual values as of the date this illustration was prepared
- does not change any provisions of your policy
- was designed to help you understand how this policy works and is NOT a projection of how it will perform

This policy is eligible for dividends, which cannot be guaranteed and are subject to change by MetLife.

Under the Paid-Up Additions dividend option illustrated, dividends are used to purchase lifetime paid-up insurance coverage. This additional insurance, which requires no further premium payments, has an immediate cash value that grows over time.

The basic ledger section of this illustration reflects the policy's values assuming you have paid all premiums due prior to the date this illustration was prepared. The basic ledger also reflects any hypothetical changes requested for the future.

Under these assumptions, the policy's guaranteed values will never be less than those shown. If the policy has a Paid Up Additions Rider, the Rider values are included in the Guaranteed Cash Value column so those values could change if you withdraw those Rider values. All values shown include any past dividends credited to the policy and any prior surrenders and/or loans. The non-guaranteed values shown also include future dividends and further assume that the illustrated dividend scale and other non-guaranteed elements (e.g., purchase rates for one-year term insurance, interest rates for dividend accumulations) will continue unchanged for all years shown. This is not likely to occur, and actual results may be more or less favorable than those shown.

In addition, the extent to which you borrow or surrender your policy's cash value in the future will also cause your cash values and death benefits to vary, as will any change in the dividend option chosen.

### Guaranteed Scenario

Guaranteed Scenario values assume maximum guaranteed rates and charges and assume no dividends are paid. Guaranteed values will differ if premiums are not paid as shown or loans, loan repayments, variable loan interest or surrenders are other than as illustrated. Variable loan interest is not guaranteed even when shown in the Guaranteed Scenario.

### Non-Guaranteed Scenario

Non-Guaranteed Scenario values are based on current scale rates, charges and dividends. Current scale rates, charges and dividends are not guaranteed. Non-Guaranteed current scale elements are illustrated as continuing unchanged for all years shown which is not likely to occur. Since the rates, charges and dividends are determined annually by the Company, actual values may be higher or lower.

### Dividends

Dividends are not guaranteed; they are determined annually by the Company. Non-Guaranteed dividends may be included in the following Non-Guaranteed Scenario columns; Premium Outlay; Cash Value Divs/PUAR Surrendered; Net Cash Value; and Net Death Benefit. The current dividend scale in this illustration is based on the Company's current experience with respect to mortality, expenses and investment returns. The dividends actually paid will be determined by the Company's future experience in these factors and will likely differ from those illustrated, being either higher or lower.

THIS REPORT IS NOT VALID UNLESS ACCOMPANIED BY ALL PAGES

Graded Premium Life is issued by Metropolitan Life Insurance Company, Serviced by New England Financial, A MetLife Affiliate
One Financial Center, Boston, MA 02111 on Policy Form NEL-1600

# New England Financial®

## A MetLife Company

### Modified Premium Life

Policy Information as of: 10/24/2014
Insured: DANIEL E CARPENTER
Risk Class: Male Preferred
Issue Age: 40
Premium Payment Mode: Quarterly
State: Connecticut

Policy Number: 08857845
Base Face Amount: $3,000,000.00
Inforce Net Death Benefit: $2,767,622.88
Current Dividend Option: Paid-Up Additions
Current Annual Premium: $48,425.00
Issue Date: 11/24/1994

## What This Inforce Illustration Shows

This illustration shows values over time for the New England Life Insurance Company policy and riders shown above on a guaranteed and a non-guaranteed basis. This illustration:

- reflects your policy's actual values as of the date this illustration was prepared
- does not change any provisions of your policy
- was designed to help you understand how this policy works and is NOT a projection of how it will perform

This policy is eligible for dividends, which cannot be guaranteed and are subject to change by MetLife.

Under the Paid-Up Additions dividend option illustrated, dividends are used to purchase lifetime paid-up insurance coverage. This additional insurance, which requires no further premium payments, has an immediate cash value that grows over time.

The basic ledger section of this illustration reflects the policy's values assuming you have paid all premiums due prior to the date this illustration was prepared. The basic ledger also reflects any hypothetical changes requested for the future.

Under these assumptions, the policy's guaranteed values will never be less than those shown. If the policy has a Paid Up Additions Rider, the Rider values are included in the Guaranteed Cash Value column so those values could change if you withdraw those Rider values. All values shown include any past dividends credited to the policy and any prior surrenders and/or loans. The non-guaranteed values shown also include future dividends and further assume that the illustrated dividend scale and other non-guaranteed elements (e.g., purchase rates for one-year term insurance, interest rates for dividend accumulations) will continue unchanged for all years shown. This is not likely to occur, and actual results may be more or less favorable than those shown.

In addition, the extent to which you borrow or surrender your policy's cash value in the future will also cause your cash values and death benefits to vary, as will any change in the dividend option chosen.

### Guaranteed Scenario

Guaranteed Scenario values assume maximum guaranteed rates and charges and assume no dividends are paid. Guaranteed values will differ if premiums are not paid as shown or loans, loan repayments, variable loan interest or surrenders are other than as illustrated. Variable loan interest is not guaranteed even when shown in the Guaranteed Scenario.

### Non-Guaranteed Scenario

Non-Guaranteed Scenario values are based on current scale rates, charges and dividends. Current scale rates, charges and dividends are not guaranteed. Non-Guaranteed current scale elements are illustrated as continuing unchanged for all years shown which is not likely to occur. Since the rates, charges and dividends are determined annually by the Company, actual values may be higher or lower.

### Dividends

Dividends are not guaranteed; they are determined annually by the Company. Non-Guaranteed dividends may be included in the following Non-Guaranteed Scenario columns; Premium Outlay; Cash Value Divs/PUAR Surrendered; Net Cash Value; and Net Death Benefit. The current dividend scale in this illustration is based on the Company's current experience with respect to mortality, expenses and investment returns. The dividends actually paid will be determined by the Company's future experience in these factors and will likely differ from those illustrated, being either higher or lower.

THIS REPORT IS NOT VALID UNLESS ACCOMPANIED BY ALL PAGES

Modified Premium Life is issued by Metropolitan Life Insurance Company, Serviced by New England Financial, A MetLife Affiliate
One Financial Center, Boston, MA 02111 on Policy Form NEL-1600

Metropolitan Life Insurance Company
New England Life Insurance Company
500 Schoolhouse Road
Johnstown PA 15904

**MetLife®**

Statement of Loan Account

| Daniel E Carpenter | CTC | 12/26/1983 |
|---|---|---|
| Insured | Requesting Agency | Premium Anniversary |
| 06924909 | 10/28/14 | Heather Nealen |
| Policy Number | Statement Date | Completed By |

Prior Balance:

| Report Date | Entry Description | Premium Due Date | Interest Paid | Charge to Account | Payment to Account | Balance |
|---|---|---|---|---|---|---|
| | Deposits Used | | | | 1,979.52 | 22,643.32 |
| | Interest Capitalized | | | 1,423.03 | | 24,066.35 |
| 03/06/01 | Premium Paid by Loan | 12/26/00 | | | | 24,066.35 |
| | Deposits Used | | | 7,150.00 | | 31,216.35 |
| | Interest Capitalized | | | | 2,168.17 | 29,048.18 |
| 01/02/02 | Interest Paid | | 2,477.88 | 1,925.31 | | 30,973.49 |
| 03/06/03 | Premium Paid by Loan | 12/26/02 | | | | 30,973.49 |
| | Deposits Used | | | 7,780.00 | | 38,753.49 |
| | Interest Capitalized | | | | 5,060.79 | 33,692.70 |
| 01/05/04 | Interest Paid | | 2,477.88 | 2,477.88 | | 36,170.58 |
| 03/07/05 | Premium Paid by Loan | 12/26/04 | 2,893.65 | | | 36,170.58 |
| | Deposits Used | | | 8,095.00 | | 44,265.58 |
| | Interest Capitalized | | | | 5,558.83 | 38,706.75 |
| 03/06/06 | Premium Paid by Loan | 12/26/05 | | 2,893.65 | | 41,600.40 |
| | Deposits Used | | | 8,095.00 | | 49,695.40 |
| | Interest Capitalized | | | | 3,111.56 | 46,583.84 |
| 03/06/07 | Premium Paid by Loan | 12/26/06 | | 3,328.03 | | 49,911.87 |
| | Deposits Used | | | 8,095.00 | | 58,006.87 |
| | Interest Capitalized | | | | 3,439.86 | 54,567.01 |
| 03/06/08 | Premium Paid by Loan | 12/26/07 | | 3,992.95 | | 58,559.96 |
| | Deposits Used | | | 8,095.00 | | 66,654.96 |
| | Interest Capitalized | | | | 3,778.70 | 62,876.26 |
| | | | | 4,684.80 | | 67,561.06 |

Page 2

501 Boylston Street
Boston, Massachusetts 02116-3700

**Metropolitan Life Insurance Company**
**New England Life Insurance Company**

| For Company Use Only |
| New Policy No(s): |

**Application to:**

[X] **Change Policy**
[ ] **Convert Term Insurance**
[ ] **Exercise Purchase Option**

Policy Number: _08226679_

Insured(s): _Daniel Carpenter_

| **Policy Change** | 1. | Rider: [ ] Add [ ] Increase [ ] Reduce [ ] Cancel |
| | | a. Name of the Rider: _____ |
| | | b. Amount of the Rider after change: $ _____ |
| | 2. | [ ] Change Policy Plan to: _____ |
| | 3. | [X] Reduce Basic Face Amount to (*Surrender Charges may apply*): $ _100,000_ |
| | 4. | [ ] Exchange Insurance to a Substitute Insured per attached application |
| | 5. | [ ] Other: As shown in the Special Request box. |

| **Term Conversion** | 6. | [ ] Full Conversion |
| | 7. | [ ] Partial Conversion of Term Policy (with balance to terminate). |
| | 8. | [ ] Partial Conversion of Term Policy/Rider (with balance to remain in force). |
| | | a. Amount Converted $ _____ b. Policy Date _____ |
| | | c. Plan of Insurance _____ |
| | | d. Riders on the new Policy: |
| | | $ _____ |
| | | $ _____ |
| | | e. If available, premiums in default to be paid automatically: |
| | | From Dividend Accumulations [ ] Yes [ ] No |
| | | By Policy Loan [ ] Yes [ ] No |

| **Purchase Option** | 9. | [ ] Exercise Scheduled Option |
| | 10. | [ ] Exercise Advanced Option due to Marriage: Date of Marriage: _____ |
| | 11. | [ ] Exercise Advanced Option due to Birth or Adoption: |
| | | Date of Birth or Adoption: _____ |
| | | a. Policy Date _____ |
| | | b. Plan of Insurance _____ c. Face Amount $ _____ |

| **Special Request** (Give details of any change to the Policy not shown above) | 12. | Reduce face to $100,000, surrender additions + take loan to repay corporate Advance of $23,791.22. Release "Mvt" + policy from salary savings Issue duplicate policy assign to agency 41 Ag 54608 |

APP-486-98

```
MPQAGT  08226679 ZZZ
INSD: DANIEL E CARPENTER                    NEM    TRADL   TNEGA   TNE01
ALPH: CAR   DOB:          ASGN: LGL   PREM:          TYPE: DIR  PAIDTO: PAIDUP
OWNR: I     STAT: EXT     LGLST: CT   FREQ: A  CNO:             BILLTO:
AGY: 041/041    AGT: 100510/BARRET   PEN INFO:                  LSTACT: 121004
        - COVERAGE -                                            LSTTXN: 101014
PLAN: L65           DB/MI:      90958.00    - DIVIDEND -        DIV CR: 100114
 SER: 2407   SEX: G  AGE: 32    STAT: HIST    AMT:              ANNIVR: 1001
 DEP: N      APL: N  NFO: EX  AVIA:      CURR OPT: NO  NO  NO   POLICY: 100186
MEC STAT: G   7-PAY LMT:             7-PAY PRM:                 MEC-DT:
AGY: 138  ANZ: 0  AGR: 04 RCPT: 012887  AGY:     ANZ:    AGR:      RCPT:
CORP:      POL TRANSF: 0   SHR: 100.00  CORP:        POL TRANSF:    SHR:
RNL COMM: 01 OVRD COMM: 01 PRS BUS: N  RNL COMM:    OVRD COMM:    PRS BUS:
AGT    AMD CR AS SA NM CL  1ST    REN   AGT    AMD CR AS SA NM CL  1ST    REN
555020    M2 Z     12 100.00 100.00
```

```
W-E31  POLICY IS NOT PREMIUM PAYING    H-G250 TRANSACTION COMPLETE
```

# New England Financial®
**A MetLife Company**

**Ordinary Life**

Policy Information as of: 10/24/2014
Insured: CAROLINE D CARPENTER
Risk Class: Female Standard
Issue Age: 0
Premium Payment Mode: Quarterly
State: New York

Policy Number: 08211419
Base Face Amount: $100,000.00
Inforce Net Death Benefit: $300,744.91
Current Dividend Option: Paid-Up Additions
Current Annual Premium: $535.00
Issue Date: 4/8/1986

## Policy Information
**(Please read your policy for a more complete description and explanation of this coverage)**

| Illustrated Coverage | Death Benefit | Current Contract Premium | Paid Up Date | Maturity Date |
|---|---|---|---|---|
| Ordinary Life | $100,000.00 | $510.00 | 4/8/2086 | 4/8/2086 |
| Policy Fee: | | $25.00 | | |
| Total Current Annual Contract Premium: | | $535.00 | | |
| Premium Mode: | | | Quarterly | |

This illustration reflects premium payments and values based on an Annual premium payment mode, regardless of your actual premium payment mode. Please note that paying insurance premiums more often than annually (more than once a year) will cost more than paying them once a year.

THIS REPORT IS NOT VALID UNLESS ACCOMPANIED BY ALL PAGES
Ordinary Life is issued by Metropolitan Life Insurance Company, Serviced by New England Financial, A MetLife Affiliate
One Financial Center, Boston, MA 02111 on Policy Form NEL-1600

# New England Financial®

A MetLife Company

### Graded Premium Life

Policy Information as of: 10/24/2014
Insured: MOLLY DEABLER CARPENTER
Risk Class: Female Standard
Issue Age: 26
Premium Payment Mode: Annual
State: New York

Policy Number: 08006237
Base Face Amount: $200,000.00
Inforce Net Death Benefit: $209,433.49
Current Dividend Option: Paid-Up Additions
Current Annual Premium: $2,527.00
Issue Date: 2/1/1984

---

## Inforce Basic Ledger

| | | Guaranteed Assuming no future divs. & loan int. rate of 8.00% | | | Non-Guaranteed Assuming Current Dividend Scale & loan int. rate of 8.00% | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Policy Year | | Total Annual Premium (BOY) | Total Guar Cash Val (EOY) | Total Guar Death Benefit (EOY) | Annual Loan (BOY) | Annual Loan Interest (BOY) | Annual Cash Outlay (BOY) | Net Cash Value (EOY) | Total Loan (BOY) | Net Death Benefit (EOY) |
| 2014-2015 | 31 | 2,527 | 65,388 | 200,000 | 0 | 0 | 2,527 | 30,609 | 69,126 | 210,394 |
| 2015-2016 | 32 | 2,527 | 69,000 | 200,000 | 0 | 5,530 | 8,057 | 36,998 | 69,126 | 213,779 |
| 2016-2017 | 33 | 2,527 | 72,636 | 200,000 | 0 | 5,530 | 8,057 | 43,495 | 69,126 | 217,117 |
| 2017-2018 | 34 | 2,527 | 76,292 | 200,000 | 0 | 5,530 | 8,057 | 50,094 | 69,126 | 220,414 |
| 2018-2019 | 35 | 2,527 | 79,960 | 200,000 | 0 | 5,530 | 8,057 | 56,788 | 69,126 | 223,674 |
| 2019-2020 | 36 | 2,527 | 83,638 | 200,000 | 0 | 5,530 | 8,057 | 63,609 | 69,126 | 226,941 |
| 2020-2021 | 37 | 2,527 | 87,316 | 200,000 | 0 | 5,530 | 8,057 | 70,532 | 69,126 | 230,238 |
| 2021-2022 | 38 | 2,527 | 90,988 | 200,000 | 0 | 5,530 | 8,057 | 77,543 | 69,126 | 233,541 |
| 2022-2023 | 39 | 2,527 | 94,650 | 200,000 | 0 | 5,530 | 8,057 | 84,640 | 69,126 | 236,851 |
| 2023-2024 | 40 | 2,527 | 98,290 | 200,000 | 0 | 5,530 | 8,057 | 91,814 | 69,126 | 240,178 |
| 2024-2025 | 41 | 2,527 | 101,898 | 200,000 | 0 | 5,530 | 8,057 | 99,135 | 69,126 | 243,615 |
| 2025-2026 | 42 | 2,527 | 105,460 | 200,000 | 0 | 5,530 | 8,057 | 106,613 | 69,126 | 247,252 |
| 2026-2027 | 43 | 2,527 | 108,962 | 200,000 | 0 | 5,530 | 8,057 | 114,255 | 69,126 | 251,126 |
| 2027-2028 | 44 | 2,527 | 112,400 | 200,000 | 0 | 5,530 | 8,057 | 122,070 | 69,126 | 255,262 |
| 2028-2029 | 45 | 2,527 | 115,768 | 200,000 | 0 | 5,530 | 8,057 | 130,072 | 69,126 | 259,679 |
| 2029-2030 | 46 | 2,527 | 119,076 | 200,000 | 0 | 5,530 | 8,057 | 138,281 | 69,126 | 264,381 |
| 2030-2031 | 47 | 2,527 | 122,330 | 200,000 | 0 | 5,530 | 8,057 | 146,702 | 69,126 | 269,350 |
| 2031-2032 | 48 | 2,527 | 125,552 | 200,000 | 0 | 5,530 | 8,057 | 155,356 | 69,126 | 274,558 |
| 2032-2033 | 49 | 2,527 | 128,744 | 200,000 | 0 | 5,530 | 8,057 | 164,072 | 69,126 | 279,810 |
| 2033-2034 | 50 | 2,527 | 131,910 | 200,000 | 0 | 5,530 | 8,057 | 173,036 | 69,126 | 285,285 |

**Please see Notes Page(s) for more information.**

### THIS REPORT IS NOT VALID UNLESS ACCOMPANIED BY ALL PAGES

Graded Premium Life is issued by Metropolitan Life Insurance Company, Serviced by New England Financial, A MetLife Affiliate
One Financial Center, Boston, MA 02111 on Policy Form NEL-1600

L0214363477[exp0516][All States]
Version 2014.2.5359.19805 S2014