# EXHIBIT 23

| Form **1120** | | U.S. Corporation Income Tax Return | | | OMB No. 1545-0123 |
|---|---|---|---|---|---|
| Department of the Treasury Internal Revenue Service | | For calendar year 2009 or tax year beginning _____ , ending _____ | | | **2009** |

| A Check if: | | Use IRS label. Otherwise, print or type. | Name NOVA GROUP, INC. | B Employer identification number 81-0607866 |
|---|---|---|---|---|
| 1a Consolidated return (attach Form 851) | ☐ | | | |
| b Life/nonlife consolidated return | ☐ | | Number, street, and room or suite no. If a P.O. box, see instructions. 100 GRIST MILL RD | C Date incorporated 08/30/2002 |
| 2 Personal holding co. (attach Sch. PH) | ☐ | | | |
| 3 Personal service corp. (see instructions) | ☐ | | City or town, state, and ZIP code SIMSBURY, CT 06070 | D Total assets (see instructions) $ 793,000. |
| 4 Schedule M-3 attached | ☐ | | | |

E Check if: (1) ☐ Initial return (2) ☐ Final return (3) ☐ Name change (4) ☐ Address change

| | | | |
|---|---|---|---|
| Income | 1 a Gross receipts or sales _____ b Less returns and allowances _____ c Bal ▶ | 1c | |
| | 2 Cost of goods sold (Schedule A, line 8) | 2 | |
| | 3 Gross profit. Subtract line 2 from line 1c | 3 | |
| | 4 Dividends (Schedule C, line 19) | 4 | |
| | 5 Interest | 5 | |
| | 6 Gross rents | 6 | |
| | 7 Gross royalties | 7 | |
| | 8 Capital gain net income (attach Schedule D (Form 1120)) | 8 | |
| | 9 Net gain or (loss) from Form 4797, Part II, line 17 (attach Form 4797) | 9 | |
| | 10 Other income (attach schedule) | 10 | |
| | 11 Total income. Add lines 3 through 10 ▶ | 11 | |
| Deductions (See instructions for limitations on deductions.) | 12 Compensation of officers (Schedule E, line 4) ▶ | 12 | |
| | 13 Salaries and wages (less employment credits) | 13 | |
| | 14 Repairs and maintenance | 14 | |
| | 15 Bad debts | 15 | |
| | 16 Rents | 16 | |
| | 17 Taxes and licenses | 17 | |
| | 18 Interest | 18 | |
| | 19 Charitable contributions | 19 | |
| | 20 Depreciation from Form 4562 not claimed on Schedule A or elsewhere on return (attach Form 4562) | 20 | |
| | 21 Depletion | 21 | |
| | 22 Advertising | 22 | |
| | 23 Pension, profit-sharing, etc., plans | 23 | |
| | 24 Employee benefit programs | 24 | |
| | 25 Domestic production activities deduction (attach Form 8903) | 25 | |
| | 26 Other deductions (attach schedule) | 26 | |
| | 27 Total deductions. Add lines 12 through 26 ▶ | 27 | |
| | 28 Taxable income before net operating loss deduction and special deductions. Subtract line 27 from line 11 | 28 | 0. |
| | 29 Less: a Net operating loss deduction _____ 29a | | |
| | b Special deductions (Schedule C, line 20) _____ 29b | 29c | |
| | 30 Taxable income. Subtract line 29c from line 28 (see instructions) | 30 | 0. |
| Tax, Refundable Credits, and Payments | 31 Total tax (Schedule J, line 10) | 31 | 0. |
| | 32 a 2008 overpayment credited to 2009   32a | | |
| | b 2009 estimated tax payments   32b | | |
| | c 2009 refund applied for on Form 4466  32c ( ) d Bal ▶ 32d | | |
| | e Tax deposited with Form 7004   32e | | |
| | f Credits: (1) Form 2439 _____ (2) Form 4136 _____   32f | | |
| | g Refundable credits from Form 3800, line 19c, and Form 8827, line 8c   32g | 32h | |
| | 33 Estimated tax penalty (see instructions). Check if Form 2220 is attached ▶ ☐ | 33 | |
| | 34 Amount owed. If line 32h is smaller than the total of lines 31 and 33, enter amount owed | 34 | 0. |
| | 35 Overpayment. If line 32h is larger than the total of lines 31 and 33, enter amount overpaid | 35 | |
| | 36 Enter amount from line 35 you want: Credited to 2010 estimated tax ▶ _____ Refunded ▶ | 36 | |

Sign Here
Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

▶ *[signature]*   9-9-10   ▶ Secretary

May the IRS discuss this return with the preparer shown below? [X] Yes ☐ No

| Paid Preparer's Use Only | Preparer's signature ▶ *[signature]*, CPA | Date 9-9-10 | Check if self-employed ☐ | Preparer's SSN or PTIN 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 |
|---|---|---|---|---|
| | Firm's name (or yours if self-employed), address, and ZIP code ▶ SIMIONE MACCA & LARROW, LLP 175 CAPITAL BOULEVARD ROCKY HILL, CT 06067 | | EIN 06-1586075 Phone no. (860)529-5600 | |

911601 12-17-09   JWA   For Privacy/Paperwork Reduction Act Notice, see instructions.   1   Form 1120 (2009)

09170902 797779 02130.27       2009.04012 NOVA GROUP, INC.       02130_Z1

Form 1120 (2009)   NOVA GROUP, INC.                                                                      81-0607866   Page 2

| Schedule A | Cost of Goods Sold (see instructions) | |
|---|---|---|
| 1 | Inventory at beginning of year | 1 |
| 2 | Purchases | 2 |
| 3 | Cost of labor | 3 |
| 4 | Additional section 263A costs (attach schedule) | 4 |
| 5 | Other costs (attach schedule) | 5 |
| 6 | Total. Add lines 1 through 5 | 6 |
| 7 | Inventory at end of year | 7 |
| 8 | Cost of goods sold. Subtract line 7 from line 6. Enter here and on page 1, line 2 | 8 |

9 a  Check all methods used for valuing closing inventory:
   (i) ☐ Cost
   (ii) ☐ Lower of cost or market
   (iii) ☐ Other (Specify method used and attach explanation.) ▶ _____
 b  Check if there was a writedown of subnormal goods ............................................................. ▶ ☐
 c  Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) ............ ▶ ☐
 d  If the LIFO inventory method was used for this tax year, enter percentage (or amounts) of
    closing inventory computed under LIFO .................................................... | 9d |
 e  If property is produced or acquired for resale, do the rules of section 263A apply to the corporation? ........... ☐ Yes ☐ No
 f  Was there any change in determining quantities, cost, or valuations between opening and closing inventory?
    If "Yes," attach explanation ..................................................................................... ☐ Yes ☐ No

| Schedule C | Dividends and Special Deductions (see instructions) | (a) Dividends received | (b) % | (c) Special deductions (a) × (b) |
|---|---|---|---|---|
| 1 | Dividends from less-than-20%-owned domestic corporations (other than debt-financed stock) | | 70 | |
| 2 | Dividends from 20%-or-more-owned domestic corporations (other than debt-financed stock) | | 80 | |
| 3 | Dividends on debt-financed stock of domestic and foreign corporations | | see instructions | |
| 4 | Dividends on certain preferred stock of less-than-20%-owned public utilities | | 42 | |
| 5 | Dividends on certain preferred stock of 20%-or-more-owned public utilities | | 48 | |
| 6 | Dividends from less-than-20%-owned foreign corporations and certain FSCs | | 70 | |
| 7 | Dividends from 20%-or-more-owned foreign corporations and certain FSCs | | 80 | |
| 8 | Dividends from wholly owned foreign subsidiaries | | 100 | |
| 9 | Total. Add lines 1 through 8 | | | |
| 10 | Dividends from domestic corporations received by a small business investment company operating under the Small Business Investment Act of 1958 | | 100 | |
| 11 | Dividends from affiliated group members | | 100 | |
| 12 | Dividends from certain FSCs | | 100 | |
| 13 | Dividends from foreign corporations not included on lines 3, 6, 7, 8, 11, or 12 | | | |
| 14 | Income from controlled foreign corporations under subpart F (attach Form(s) 5471) | | | |
| 15 | Foreign dividend gross-up | | | |
| 16 | IC-DISC and former DISC dividends not included on lines 1, 2, or 3 | | | |
| 17 | Other dividends | | | |
| 18 | Deduction for dividends paid on certain preferred stock of public utilities | | | |
| 19 | Total dividends. Add lines 1 through 17. Enter here and on page 1, line 4 ▶ | | | |
| 20 | Total special deductions. Add lines 9, 10, 11, 12, and 18. Enter here and on page 1, line 29b ▶ | | | |

| Schedule E | Compensation of Officers (see instructions for page 1, line 12) |
|---|---|

Note: Complete Schedule E only if total receipts (line 1a plus lines 4 through 10 on page 1) are $500,000 or more.

| (a) Name of officer | (b) Social security number | (c) Percent of time devoted to business | Percent of corporation stock owned | | (f) Amount of compensation |
|---|---|---|---|---|---|
| | | | (d) Common | (e) Preferred | |
| 1 | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

2  Total compensation of officers ..................................................................................
3  Compensation of officers claimed on Schedule A and elsewhere on return ............................
4  Subtract line 3 from line 2. Enter the result here and on page 1, line 12 ...........................

911611
12-17-09   JWA

                                                2                                                   Form 1120 (2009)

09170902 797779 02130.27          2009.04012 NOVA GROUP, INC.                            02130_Z1

Form 1120 (2009) NOVA GROUP, INC.                                              81-0607866  Page 3

### Schedule J | Tax Computation (see instructions)

| | | |
|---|---|---|
| 1  Check if the corporation is a member of a controlled group (attach Schedule O (Form 1120)) ▶ ☐ | | |
| 2  Income tax. Check if a qualified personal service corporation (see instructions) ▶ ☐ | 2 | 0. |
| 3  Alternative minimum tax (attach Form 4626) | 3 | |
| 4  Add lines 2 and 3 | 4 | 0. |
| 5a  Foreign tax credit (attach Form 1118) ............... 5a | | |
| b  Credit from Form 8834, line 29 ......................... 5b | | |
| c  General business credit (attach Form 3800) ...... 5c | | |
| d  Credit for prior year minimum tax (attach Form 8827) ...... 5d | | |
| e  Bond credits from Form 8912 ........................... 5e | | |
| 6  Total credits. Add lines 5a through 5e | 6 | |
| 7  Subtract line 6 from line 4 | 7 | 0. |
| 8  Personal holding company tax (attach Schedule PH (Form 1120)) | 8 | |
| 9  Other taxes. Check if from:  ☐ Form 4255  ☐ Form 8611  ☐ Form 8697  ☐ Form 8866  ☐ Form 8902  ☐ Other (attach schedule) | 9 | |
| 10  Total tax. Add lines 7 through 9. Enter here and on page 1, line 31 | 10 | 0. |

### Schedule K | Other Information (see instructions)

| | Yes | No |
|---|---|---|
| 1  Check accounting method:  a ☐ Cash   b ☒ Accrual   c ☐ Other (specify) ▶ | | |
| 2  See the instructions and enter the: | | |
| a  Business activity code no. ▶ 525100 | | |
| b  Business activity ▶ PLAN ADMINISTRATION | | |
| c  Product or service ▶ BENEFIT PLANS | | |
| 3  Is the corporation a subsidiary in an affiliated group or a parent-subsidiary controlled group? | | X |
|      If "Yes," enter name and EIN of the parent corporation ▶ | | |
| 4  At the end of the tax year: | | |
| a  Did any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote? If "Yes," complete Part I of Schedule G (Form 1120) (attach Schedule G) | | X |
| b  Did any individual or estate own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote? If "Yes," complete Part II of Schedule G (Form 1120) (attach Schedule G) | | X |
| 5  At the end of the tax year, did the corporation: | Yes | No |
| a  Own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of stock entitled to vote of any foreign or domestic corporation not included on Form 851, Affiliations Schedule? For rules of constructive ownership, see instructions | | X |
|      If "Yes," complete (i) through (iv). | | |

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

JWA                                                                                            Form **1120** (2009)

Form 1120 (2009) NOVA GROUP, INC.  81-0607866  Page 4

**Schedule K** | Continued

b  Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions .......... **X**
If "Yes," complete (i) through (iv).

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Country of Organization | (iv) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

6  During this tax year, did the corporation pay dividends (other than stock dividends and distributions in exchange for stock) in excess of the corporation's current and accumulated earnings and profits? (See sections 301 and 316.) .......... **X**
If "Yes," file Form 5452, Corporate Report of Nondividend Distributions.
If this is a consolidated return, answer here for the parent corporation and on Form 851 for each subsidiary.

7  At any time during the tax year, did one foreign person own, directly or indirectly, at least 25% of (a) the total voting power of all classes of the corporation's stock entitled to vote or (b) the total value of all classes of the corporation's stock? .......... **X**
For rules of attribution, see section 318. If "Yes," enter:
(i) Percentage owned ▶ _____ and (ii) Owner's country ▶ _____
(c) The corporation may have to file Form 5472, Information Return of a 25% Foreign-Owned U.S. Corporation or a Foreign Corporation Engaged in a U.S. Trade or Business. Enter the number of Forms 5472 attached ▶ _____

8  Check this box if the corporation issued publicly offered debt instruments with original issue discount .......... ▶ ☐
If checked, the corporation may have to file Form 8281, Information Return for Publicly Offered Original Issue Discount Instruments.

9  Enter the amount of tax-exempt interest received or accrued during the tax year ▶ $ _____

10  Enter the number of shareholders at the end of the tax year (if 100 or fewer) ▶  3

11  If the corporation has an NOL for the tax year and is electing to forego the carryback period, check here .......... ▶ ☐
If the corporation is filing a consolidated return, the statement required by Regulations section 1.1502-21(b)(3) must be attached or the election will not be valid.

12  Enter the available NOL carryover from prior tax years (do not reduce it by any deduction on line 29a.) ▶ $ _____

13  Are the corporation's total receipts (line 1a plus lines 4 through 10 on page 1) for the tax year and its total assets at the end of the tax year less than $250,000? .......... **X**
If "Yes," the corporation is not required to complete Schedules L, M-1, and M-2 on page 5. Instead, enter the total amount of cash distributions and the book value of property distributions (other than cash) made during the tax year. ▶ $ _____

JWA  Form **1120** (2009)

Form 1120 (2009)  NOVA GROUP, IN                                    81-0607866  Page 5

### Schedule L — Balance Sheets per Books

| Assets | Beginning of tax year (a) | Beginning of tax year (b) | End of tax year (c) | End of tax year (d) |
|---|---|---|---|---|
| 1  Cash | | | | 793,000. |
| 2a Trade notes and accounts receivable | | | | |
|   b Less allowance for bad debts | ( ) | | ( ) | |
| 3  Inventories | | | | |
| 4  U.S. government obligations | | | | |
| 5  Tax-exempt securities | | | | |
| 6  Other current assets (att. sch.) | | | | |
| 7  Loans to shareholders | | | | |
| 8  Mortgage and real estate loans | | | | |
| 9  Other investments (att. sch.) | | | | |
| 10a Buildings and other depreciable assets | | | | |
|   b Less accumulated depreciation | ( ) | | ( ) | |
| 11a Depletable assets | | | | |
|   b Less accumulated depletion | ( ) | | ( ) | |
| 12  Land (net of any amortization) | | | | |
| 13a Intangible assets (amortizable only) | | | | |
|   b Less accumulated amortization | ( ) | | ( ) | |
| 14  Other assets (att. sch.) | | | | |
| 15  Total assets | | 0. | | 793,000. |
| **Liabilities and Shareholders' Equity** | | | | |
| 16  Accounts payable | | | | |
| 17  Mortgages, notes, bonds payable in less than 1 year | | | | |
| 18  Other current liabilities (att. sch.) STMT 1 | | | | 792,000. |
| 19  Loans from shareholders | | | | |
| 20  Mortgages, notes, bonds payable in 1 year or more | | | | |
| 21  Other liabilities (att. sch.) | | | | |
| 22  Capital stock:  a Preferred stock | | | | |
|                    b Common stock | | | | |
| 23  Additional paid-in capital | | | | |
| 24  Retained earnings - Appropriated (attach schedule) | | | | |
| 25  Retained earnings - Unappropriated | | | | 1,000. |
| 26  Adjustments to shareholders' equity (attach schedule) | | | | |
| 27  Less cost of treasury stock | | ( ) | | ( ) |
| 28  Total liabilities and shareholders' equity | | 0. | | 793,000. |

### Schedule M-1 — Reconciliation of Income (Loss) per Books With Income per Return

Note: Schedule M-3 required instead of Schedule M-1 if total assets are $10 million or more - see instructions

| 1  Net income (loss) per books | 0. | 7  Income recorded on books this year not included on this return (itemize): Tax-exempt interest $ _____ | |
|---|---|---|---|
| 2  Federal income tax per books | | | |
| 3  Excess of capital losses over capital gains | | | |
| 4  Income subject to tax not recorded on books this year (itemize): | | 8  Deductions on this return not charged against book income this year (itemize): a Depreciation $ _____ b Charitable contributions $ _____ | |
| 5  Expenses recorded on books this year not deducted on this return (itemize): a Depreciation $ _____ b Charitable contributions $ _____ c Travel and entertainment $ _____ | | | |
| | | 9  Add lines 7 and 8 | |
| 6  Add lines 1 through 5 | 0. | 10 Income (page 1, line 28) - line 6 less line 9 | 0. |

### Schedule M-2 — Analysis of Unappropriated Retained Earnings per Books (Line 25, Schedule L)

| 1  Balance at beginning of year | | 5  Distributions:  a Cash | |
|---|---|---|---|
| 2  Net income (loss) per books | 0. | b Stock | |
| 3  Other increases (itemize): _____ | | c Property | |
| | | 6  Other decreases (itemize): _____ | |
| | | 7  Add lines 5 and 6 | |
| 4  Add lines 1, 2, and 3 | 0. | 8  Balance at end of year (line 4 less line 7) | 0. |

911831
12-17-09  JWA

Form **1120** (2009)

5

NOVA GROUP, INC.                                                            81-0607866

| SCHEDULE L | OTHER CURRENT LIABILITIES | | STATEMENT 1 |
|---|---|---|---|
| DESCRIPTION | | BEGINNING OF TAX YEAR | END OF TAX YEAR |
| DUE TO FROM AFFILIATE | | 0. | 792,000. |
| TOTAL TO SCHEDULE L, LINE 18 | | 0. | 792,000. |

9/2/2010
9:13 AM

**Client:** 03249.12 - Nova Group, Inc.
**Engagement:** Nova Group, Inc.
**Period Ending:** 12/31/2009
**Trial Balance:** 3110 - Trial Balance

| Account | Description | 1st PP FINAL 12/31/2008 | <WPRef | UNADJ 12/31/2009 | JE Ref # | AJE | ADJ 12/31/2009 | JE Ref # | RJE | FINAL 12/31/2009 | <WPRef |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1000 | TD Bank Acct CASH | 0.00 | | 0.00 | AJE - 1<br>AJE - 2 | 793,000.00<br>1,501,000.00<br>(708,000.00) | 793,000.00 | | | 793,000.00 | |
| 1500 | Due to from Related Party | 0.00 | | 0.00 | AJE - 2 | 36,000.00<br>36,000.00 | 36,000.00 | | | 36,000.00 | |
| 1600 | Due to from GMC - DE | 0.00 | | 0.00 | AJE - 1 | (900,000.00)<br>(900,000.00) | (900,000.00) | | | (900,000.00) | |
| 1700 | Due to from COT | 0.00 | | 0.00 | AJE - 1<br>AJE - 2 | 72,000.00<br>(600,000.00)<br>672,000.00 | 72,000.00 | | | 72,000.00 | |
| 3500 | Capital Contribution | 0.00 | | 0.00 | AJE - 1 | (1,000.00)<br>(1,000.00) | (1,000.00) | | | (1,000.00) | |
| 3900 | Retained Earnings | 0.00 | | 0.00 | | | 0.00 | | | 0.00 | |
| 5000 | BASI on behalf of COT | 0.00 | | 0.00 | | | 0.00 | | | 0.00 | |
| Total | | 0.00 | | 0.00 | | 0.00 | 0.00 | | 0.00 | 0.00 | |
| | Net (income) Loss | 0.00 | | 0.00 | | 0.00 | 0.00 | | 0.00 | 0.00 | |

**Nova Group, Inc.**
**FYE 12/31/09**
**TD Banknorth Activity**

**Balance @ 6/1/09**                                                              $         -

**Deposits**
    6/16/2009 Paid In Capital                 1,000.00
    7/16/2009 GMC - DE                      150,000.00
    11/12/2009 GMC - DE                     750,000.00
    11/12/2009 Charter Oak Trust            600,000.00
                                             1,501,000.00

*[handwritten annotation: - WASH except for 72,000 owed from COT]*

**Disbursements**
    7/17/2009 Due to from RP                        36,000.00
    11/12/2009 BASI on Behalf of COT (expense)  672,000.00
                                                 708,000.00

**Balance @ 12/31/09**                                                        **793,000.00**


## Bank
America's Most Convenient Bank®

T

**STATEMENT OF ACCOUNT**

NOVA GROUP INC
100 GRIST MILL ROAD
SIMSBURY CT  06070

Page: 1 of 2
Statement Period: Nov 01 2009-Nov 30 2009
Cust Ref #: 4242774663-720-T-###
Primary Account #: 424-2774663

REG GG/INTERNET GAMBLING NOTIFICATION
PURSUANT TO THE UNLAWFUL INTERNET GAMBLING ENFORCEMENT ACT OF 2006 AND REGULATION GG, "RESTRICTED TRANSACTIONS" SUCH AS THOSE IN WHICH A PERSON ACCEPTS CREDIT, FUNDS, INSTRUMENTS OR OTHER PROCEEDS FROM ANOTHER PERSON IN CONNECTION WITH UNLAWFUL INTERNET GAMBLING ARE PROHIBITED FROM BEING PROCESSED THROUGH YOUR ACCOUNT OR RELATIONSHIP WITH OUR INSTITUTION.

**Business Convenience Checking**
NOVA GROUP INC

Account # 424-2774663

THE PERFECT GIFT FOR EMPLOYEES AND CUSTOMERS!
GIVE THE TD BANK VISA GIFT CARD. YOU CHOOSE THE AMOUNT AND THEY DECIDE WHERE TO USE IT. AVAILABLE FROM $25-$500. BULK ORDERS AND FREE PERSONALIZATION WITH YOUR BUSINESS NAME WHEN YOU PURCHASE 25 CARDS OR MORE. NO PURCHASE FEE FOR CUSTOMERS. ASK FOR IT TODAY AT ANY TD BANK OR CALL 1-888-751-9000.

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 115,000.00 | Average Collected Balance | 544,400.00 |
| Deposits | 1,350,000.00 | | |
| Other Withdrawals | 672,000.00 | | |
| Ending Balance | 793,000.00 | | |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | SERIAL NO. | AMOUNT |
|---|---|---|---|
| 11/12 | DEPOSIT | | 750,000.00 |
| 11/12 | DEPOSIT | | 600,000.00 |
| | | Subtotal: | 1,350,000.00 |

**Other Withdrawals**

| POSTING DATE | DESCRIPTION | SERIAL NO. | AMOUNT |
|---|---|---|---|
| 11/12 | DEBIT | | 672,000.00 |
| | | Subtotal: | 672,000.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE |
|---|---|
| 10/31 | 115,000.00 |
| 11/12 | 793,000.00 |

Call 1-800-YES-2000 for 24-hour Direct Banking service

BANK DEPOSITS FDIC INSURED        ©        WWW.TDBANK.COM

# How to Balance your Account

Page: 2 of 2

Begin by adjusting your account register as follows:

- Subtract any services charges shown on this statement.
- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.
- Add any interest earned if you have an interest-bearing account.
- Add any automatic deposit or overdraft line of credit.
- Review all withdrawals shown on this statement and check them off in your account register.
- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:
2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.
3. Subtotal by adding lines 1 and 2.
4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.
5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

① Ending Balance  793,000.00
② Total Deposits
③ Sub-Total
④ Total Withdrawals
⑤ Adjusted Balance

② DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS

Total Deposits ②

④ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS

WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS

Total Withdrawals ④

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write to us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "OOP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.