# EXHIBIT 24

4/16/15
pg 1 of 2
$44,176.13





