# EXHIBIT 26

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

----------------------------------

UNIVERSITAS EDUCATION, LLC,

          Plaintiff,      Civil Action Nos.

    vs.               11-1590-LTS-HBP

NOVA GROUP, INC., as      11-8726-LTS

Trustee, Sponsor and Fiduciary

of the CHARTER OAK TRUST

WELFARE BENEFIT PLAN,

          Defendant.

----------------------------------

DEPOSITION OF DONALD TRUDEAU

Wednesday, February 6, 2013

10:00 a.m.

Reported by:

Joan Ferrara

[Page 12]

1                    D. Trudeau

2      Q.    Do you recall the carrier who

3   issued the policy?

4      A.    I don't, but again, there are

5   only two transactions, I believe, in the

6   trust, and there was a Second-To-Die

7   policy.  I don't recall.  Sorry.

8      Q.    Okay.

9            Let's go back to your employment.

10  You testified you're currently employed by

11  BASI.

12            What is your position at BASI?

13     A.    I'm the president.

14     Q.    And for how long have you served

15  as president?

16     A.    More than 10 years.

17     Q.    Do you recall the year that you

18  were initially appointed president of BASI?

19     A.    I believe it was around 2001.

20     Q.    Do you have any ownership

21  interest in BASI?

22     A.    I have an indirect ownership

23  interest in BASI, yes.

24     Q.    What are your current duties and

25  responsibilities as president of BASI?

[Page 13]

1                   D. Trudeau

2        A.    My day-to-day duties are

3   principally in the business development

4   area.  We have two sectors of business; one

5   sector of the business is sort of a

6   diminishing sector, a diminishing component

7   of our business.  That segment provided

8   administrative services and support to

9   welfare benefit plans that had third-party

10  sponsors principally funded on an informal

11  basis with permanent life insurance.

12              Then the bigger segment of our

13  business is more of a traditional

14  third-party administrator, TBA business in

15  the healthcare sector, and specifically we

16  provide retiree healthcare outsourcing.

17              So, for example, if you retired

18  from a law firm or a municipality, we

19  provide support services for the healthcare

20  component as opposed to 401(k) or something

21  like that.

22       Q.    Approximately how many employees

23  does BASI currently employ?

24       A.    Round numbers, about 70.

25       Q.    And I think you said your office

1                    D. Trudeau

2    that's now been acquired by MetLife.

3         Q.     Other than your interest in the

4    ESOP that owns BASI, do you have an

5    interest, an ownership interest in any

6    other company?

7         A.     I do.

8         Q.     Okay.

9                Which companies?

10        A.     What period of time?

11        Q.     The period of time -- well, let's

12   start with currently.

13        A.     I'm an owner, fractional owner in

14   a company called Trek Holdings.

15        Q.     T-R-E-K?

16        A.     Uh-huh.

17        Q.     Do you currently have an

18   ownership interest in any other company?

19        A.     I am a fractional owner in a

20   company called Loge Group, which is

21   currently a non-functioning company.

22               I have a fractional interest in a

23   company called Avon Capital.

24               I have an interest in a company

25   called Benefits Advisors, Benefit Advisory

[Page 39]

1                    D. Trudeau

2        A.    CBCA Administrators.

3        Q.    CBCA Administrators?

4        A.    Correct.

5        Q.    And CBCA Administrators is out of

6    business?

7        A.    It is out of business, yes.

8        Q.    When did it go out of business?

9        A.    2011, I think, the last assets.

10        Q.    And did Mr. Carpenter have any

11    dealings with Loge Group or CBCA

12    Administrators?

13        A.    No.

14        Q.    None whatsoever?

15        A.    I mean, he didn't do any business

16    with it, as far as I know.  Did we talk

17    about it?  Probably did.  Didn't have any

18    ownership, that sort of thing, so...

19        Q.    And I think the next entity you

20    listed was Avon Capital?

21        A.    Uh-huh.

22        Q.    Is that a limited liability

23    company?

24        A.    It is.

25        Q.    And what ownership interest do

[Page 40]

1                    D. Trudeau

2    you have in that entity?

3        A.    The entity I have most of, I

4    basically control the whole entity.

5        Q.    And when was Avon Capital, LLC

6    formed?

7        A.    It was formed, I believe, in

8    2010.

9        Q.    Who formed that entity for you?

10       A.    I formed it.  I basically

11   re-formed it.  It was a, not defunct, but

12   it wasn't doing anything, and I basically

13   put some spit polish on it, reincorporated

14   it.

15       Q.    Well, tell me what you did to

16   reincorporate it.  Just describe to me the

17   spit polish.

18       A.    You know, it hadn't paid the

19   licensing fee and the incorporation,

20   whatever it was.  So the state had made it

21   dormant.  So I paid the fees and had it

22   reincorporated.

23       Q.    So Avon Capital, LLC was an

24   existing corporation that had become

25   dormant in 2010?

[Page 41]

```
 1                    D. Trudeau

 2       A.     Right.

 3       Q.     Correct?

 4       A.     Correct.

 5       Q.     Okay.

 6              How did you learn about Avon

 7   Capital, LLC?

 8       A.     How did I learn about it?

 9       Q.     Yeah, that it was dormant.

10       A.     Well, there was another Avon

11   Capital, LLC, there were two of them at

12   least, one of which had been formed to do

13   transactions with Avon Insurance Trust that

14   you referenced earlier, and had actually

15   done a couple of transactions.

16              Either before or around the same

17   time, there was a separate basically shell

18   formed, and I don't know what the intent is

19   or whatever, but at the same time, I mean,

20   that was formed and it didn't do anything,

21   and I liked the name and suggested it would

22   be a reasonable thing to use and take over

23   rather than forming something new and

24   completely different.

25       Q.     Okay.
```

[Page 42]

1                    D. Trudeau

2              So the Avon Capital, LLC that was

3    involved in the two transactions that you

4    described earlier, one involving a Canadian

5    citizen and the second involving a

6    Second-To-Die policy, do you recall that

7    testimony?

8       A.    Yes.

9       Q.    The Avon Capital, LLC that was

10   involved in those two transactions, where

11   was that entity incorporated?

12      A.    I'm sorry, which one do you want?

13      Q.    You testified earlier today about

14   an Avon Capital, LLC, correct?

15      A.    The one that was a sponsor of the

16   Avon Insurance Trust was a Connecticut

17   corporation.

18      Q.    And who formed that Connecticut

19   corporation?

20      A.    I believe it was formed, I

21   believe it was formed either by or at the

22   direction of Jack Robinson.  So it may have

23   been like Halloran & Sage did the formation

24   stuff for it or something, but I believe

25   that's how it came into existence.