# EXHIBIT 27

[Page 1]

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

----------------------------------

UNIVERSITAS EDUCATION, LLC,

        Plaintiff,     Civil Action Nos.

  vs.                 11-1590-LTS-HBP

NOVA GROUP, INC., as      11-8726-LTS

Trustee, Sponsor and Fiduciary

of the CHARTER OAK TRUST

WELFARE BENEFIT PLAN,

        Defendant.

----------------------------------

DEPOSITION OF DONALD TRUDEAU

Wednesday, February 6, 2013

10:00 a.m.

Reported by:

Joan Ferrara

[Page 22]

1          D. Trudeau

2     A.   To the board.

3     Q.   Who is currently on the board?

4     A.   Myself, Molly Carpenter, Donna

5  Wang and Jack Robinson.

6     Q.   Is Jack Robinson an employee of

7  BASI?

8     A.   He is employed by BASI.  I'm not

9  sure if he receives a W-2 or not.

10    Q.   How is Mr. Robinson compensated

11 for the services he delivers to BASI?

12    A.   He gets paid.  I'm not sure if

13 he's paid as a W-2 employee or not.

14    Q.   Is he a salaried employee?

15    A.   That's what I was saying, I don't

16 know off the top of my head.

17    Q.   And who is Donna Wang?

18    A.   She's the head of our

19 administration.

20    Q.   Is she related to anyone at the

21 company?

22    A.   I don't follow what you mean.

23    Q.   Is Donna Wang related to anyone

24 else at BASI?

25    A.   Like a blood relation or

[Page 140]

1  D. Trudeau

2  part of the management team at BASI?

3      A.    Well, I mean, the key managers,

4  as I've articulated, are myself, I'm

5  principally responsible for the business

6  development, sales, Molly Carpenter, whose

7  principal role is chief financial officer,

8  does accounting, tax, accounts payable,

9  accounts receivable, that sort of thing,

10 and Donna Wang does operations and actual

11 structural administration.

12     Q.    What does Dan Carpenter do for a

13 living?

14     A.    He's a lawyer by background and

15 has made, you know, made a living

16 historically in the life insurance space.

17           So I don't know what period of

18 time you're talking about, but he's -- when

19 I first met him, he was doing

20 corporate-owned life insurance and advanced

21 life insurance planning for companies and

22 high net worth individuals.

23     Q.    In the past three years, how has

24 he made a living?

25     A.    I think he continues to be in the