# EXHIBIT 28


**Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

CHARTER OAK TRUST
WAYNE H BURSEY TRUSTEE
AMANDA ROSSI TRUSTEE
100 GRIST MILL RD
SIMSBURY CT 06070

| | |
|---|---|
| Page: | 1 of 2 |
| Statement Period: | Dec 10 2009-Dec 31 2009 |
| Cust Ref #: | 4244042381-720-T-### |
| Primary Account #: | 424-4042381 |

Business Convenience Checking

CHARTER OAK TRUST
WAYNE H BURSEY TRUSTEE
AMANDA ROSSI TRUSTEE

Account # 424-4042381

**KEEPING YOU INFORMED**

EARLIER THIS YEAR WE COMMUNICATED TO YOU THAT WE WOULD BE CHANGING THE ORDER IN
WHICH WE POST YOUR DAILY TRANSACTIONS TO YOUR ACCOUNT. THIS CHANGE WILL NOT BE
GOING INTO EFFECT AT THIS TIME. INSTEAD, WE WILL CONTINUE TO USE OUR CURRENT
METHOD OF POSTING CREDITS FIRST, FOLLOWED BY DEBITS, WITH DEBITS SORTED FROM
LARGEST TO SMALLEST. OUR POSTING ORDER MAY CHANGE IN THE FUTURE.

**ACCOUNT SUMMARY**

| | | | |
|---|---|---|---|
| Beginning Balance | 0.00 | Average Collected Balance | 0.00 |
| Ending Balance | 0.00 | | |

**DAILY ACCOUNT ACTIVITY**

No Transactions this Statement Period

Call 1-800-YES-2000 for 24-hour Direct Banking service

BANK DEPOSITS FDIC INSURED          ©          WWW.TDBANK.COM          

# CHRISTIANA
## BANK & TRUST

300 Delaware Ave
Suite 714
Wilmington DE 19801

Account Officer: Deborah L. Lutes
Contact Phone Number: 302-888-7438

Investment Officer: Directed Account
Contact Phone Number:

## Cover Page

### Statement of Value and Activity

January 31, 2008 - December 31, 2008

Christiana Bank & Trust Company
Trustee for Avon Insurance Trust
CH125162-0

## Table of Contents

| | |
|---|---|
| *Account Summary* | 1 |
| *Asset Detail* | 2 |
| *Transaction Summary* | 3 |
| *Transaction Detail* | 4 |
| *Messages and Notices* | 5 |

**Charter Oak Trust**
ATTN: Amanda Rossi
100 Grist Mill Road
Simsbury, CT 06070

COT_WSFS000008



# CHRISTIANA
### B A N K  &  T R U S T

300 Delaware Ave
Suite 714
Wilmington DE 19801

## Account Summary

### *Statement of Value and Activity*

January 31, 2008 - December 31, 2008

### Market Value Reconciliation

|  | This Period | 1/1/08 to 12/31/08 |
| --- | --- | --- |
| Beginning Market Value | $0.00 | $0.00 |
| Additions | $0.00 | $0.00 |
| Distributions | $0.00 | $0.00 |
| Fees/Expenses/Taxes | $0.00 | $0.00 |
| Income | $0.00 | $0.00 |
| Capital Gains Distributions | $0.00 | $0.00 |
| Non Cash Asset Changes | $0.00 | $0.00 |
| Asset Transfers | $0.00 | $0.00 |
| Change in Market Value | $0.00 | $0.00 |
| **Ending Market Value** | **$0.00** | **$0.00** |
| Realized Gains/Losses (Included in Total Above) | $0.00 | $0.00 |

Page 1 of 7

Avon Insurance Trust - Account # CH125162-0

COT_WSFS000009

# Asset Detail

## Statement of Value and Activity

January 31, 2008 - December 31, 2008

### Asset Detail

| Description | Shares/Par Value | Current Price | Market Value | Unrealized G/L | Tax Cost | Est. Ann. Income |
|---|---|---|---|---|---|---|
| **Miscellaneous** | | | | | | |
| Sundry | | | | | | |
| JP PO, #JI5573516 V&S Miller | 1.00 | 0.00 | $0.00 | -$1.00 | $1.00 | $0.00 |
| CUSIP: IP3973787 | | | | | | |
| **Total Miscellaneous** | | | $0.00 | -$1.00 | $1.00 | $0.00 |
| **Total All Assets** | | | **$0.00** | **-$1.00** | **$1.00** | **$0.00** |

COT_WSFS000010

## Transaction Summary

### Statement of Value and Activity

*January 31, 2008 - December 31, 2008*

### Transaction Summary

| Transaction Category | Principal Cash | Income Cash |
|---|---|---|
| Beginning Cash Balance on 1/1/08 | $0.00 | $0.00 |
| **Receipts** | | |
| Dividend Income | $0.00 | $0.00 |
| Other Income | $0.00 | $0.00 |
| Interest Income | $0.00 | $0.00 |
| Additions | $0.00 | $0.00 |
| Capital Gains Distributions | $0.00 | $0.00 |
| Tax Exempt Dividends & Interest | $0.00 | $0.00 |
| **Total Receipts** | $0.00 | $0.00 |
| **Disbursements** | | |
| Distributions | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| Expenses | $0.00 | $0.00 |
| Taxes | $0.00 | $0.00 |
| **Total Disbursements** | $0.00 | $0.00 |
| **Purchases** | $0.00 | $0.00 |
| **Sales/Maturities** | $0.00 | $0.00 |
| **Asset Transfers** | | |
| Free Receipts | $0.00 | $0.00 |
| Free Deliveries | $0.00 | $0.00 |
| **Total Asset Transfers** | $0.00 | $0.00 |
| **Other** | $0.00 | $0.00 |
| **Ending Cash Balance on 12/31/08** | $0.00 | $0.00 |

COT_WSFS000011

## Transaction Detail

### *Statement of Value and Activity*

*January 31, 2008 - December 31, 2008*

No activity this period.

Avon Insurance Trust - Account # CH125162-0

COT_WSFS000012

## Messages and Notices

### Statement of Value and Activity

*January 31, 2008 - December 31, 2008*

#### About Your Account Statement

*Your Activity Summary:* A summary of cash flow and earnings received in your portfolio during the statement period and calendar year-to-date.

*Beginning/Ending Market Value:* The total market value of investments (including any cash balance) held by your portfolio at the end of the prior statement period and at the end of the current statement period.

*Additions:* Any contributions of cash to your portfolio.

*Withdrawals:* Any disbursements of cash from your portfolio, including charges relating to fees paid from this account for investment management or account administration services.

*Income:* The dividends and interest received from investments held by your portfolio.

*Security Transfers:* The net market value of securities transferred in or out of your portfolio and other miscellaneous non-cash investment activities.

*Change in Market Value:* The change in the total market value of your investments from the beginning to the end of the statement period. This includes corporate actions that affect your holdings.

*Your Asset Allocation Summary:* A graphical illustration of your investment allocation by asset class, accompanied by a tabular listing of your allocation by asset class, as of the end of the statement period.

*The Value of Your Portfolio Investments:* A table detailing each investment in your portfolio (including any cash balance), with subtotals by asset class and a grand total for your portfolio, as of the end of the statement period.

*Shares/Par Value:* The number of units held by your portfolio as of the end of the period.

*Current Price:* For equity securities, the price of one unit as of the end of the period. For fixed income securities, the percentage of face value as of the end of the period.

*Market Value:* The value of an asset as of the end of the period.

*Cost Basis:* The net amount of cash, including commissions and dividends received, paid for the asset.

*Unrealized Gain/Loss:* The difference between market value and the cost of the asset at acquisition.

Avon Insurance Trust - Account # CH125162-0

Page 5 of 7

COT_WSFS000013

## Messages and Notices (continued)

### Statement of Value and Activity

*January 31, 2008 - December 31, 2008*

### About Your Account Statement (continued)

***Estimated Annual Income:*** An estimate of the yearly income or dividend payments that will be made to an account for a particular security holding. Please note that the Annual Income Estimate is based off of the most recent quarterly dividend paid per security and is purely an estimate of future dividend distributions. There is no guarantee with regard to future dividend distributions and a stock may cease to distribute dividends at any time. SEI cannot guarantee the accuracy or completeness of this information.

***Individual Portfolio "(i)":*** Income transactions and Invested Income assets.

***Your Portfolio Activity Detail:*** A ledger of your portfolio transactions.

***Units:*** Based on the type of activity, either the number of units that received a cash distribution (such as a dividend or interest payment), the number of units purchased/acquired, or the number of units sold/withdrawn.

***Value/Unit:*** The purchase/sale/reinvestment price for one unit of the transaction.

***Cash Amount:*** The total amount of dollars disbursed or received from the transaction.

***Realized Gain / Loss:*** The difference between the original cost vs. the net proceeds of a sold security. If the proceeds exceed the cost, a gain is realized. If the cost exceeds the proceeds, a loss is realized.

Avon Insurance Trust - Account # CH125162-0

COT_WSFS000014

**Messages and Notices** (continued)

*Statement of Value and Activity*

*January 31, 2008 - December 31, 2008*

NOTICE OF PRIVACY PRACTICES

Important Information About the Personal Data Your Bank Collects, and How It Is Used

Christiana Bank & Trust Company
3801 Kennett Pike, Suite C-200
Greenville, DE 19807
(302) 421-5800
www.christianabank.com

To assure the continued privacy and confidentiality of your personal financial information, your bank observes these practices and procedures:

**Information We Collect**

We collect nonpublic information about you from some or all of the following sources:

* Information we receive from you on applications or other forms;
* Information about your transactions with us, our affiliates, or others; and,
* Information we receive from a consumer reporting agency.

**Information We Disclose**

We do not disclose any nonpublic personal information about our customers and former customers to affiliates or non-affiliated third parties except as permitted by law.

**Our Security Measures**

We restrict access to nonpublic information about you to those employees who need to know that information to provide products or Services to you. We maintain physical, electronic and procedural safeguards that comply with Federal regulations to guard your nonpublic Personal information.

*Customers and members of the public may receive copies of this notice of privacy practices by contacting us.*

*This notification meets the notification requirements of the joint regulatory agencies final rules on privacy of consumer information, 15 USC. 6801*

Avon Insurance Trust - Account # CH125162-0

Page 7 7

COT_WSFS000015

Form **1120**

Department of the Treasury
Internal Revenue Service

U.. **Corporation Income Tax Re .rn**

For calendar year 2004 or tax year

beginning _____ , ending _____

OMB No. 1545-0123

**2004**

**A** Check if:

1 Consolidated return (attach Form 851)
2 Personal holding co. (attach Sch. PH)
3 Personal service corp. (see instructions)
4 Schedule M-3 required (attach Sch. M-3)

Use IRS label. Otherwise, print or type.

Name

NOVA GROUP, INC.

Number, street, and room or suite no. If a P.O. box, see page 9 of instructions.

100 GRIST MILL RD

City or town, state, and ZIP code

SIMSBURY, CT 06070

**B** Employer identification number

81-0607866

**C** Date incorporated

08/30/2002

**D** Total assets (see page 8 of instr.)

$ 0.

**E** Check if: **(1)** ☐ Initial return **(2)** ☐ Final return **(3)** ☐ Name change **(4)** ☐ Address change

| | | | | | | |
|---|---|---|---|---|---|---|
| **Income** | 1 a Gross receipts or sales | | b Less returns and allowances | | c Bal ▶ | 1c | |
| | 2 Cost of goods sold (Schedule A, line 8) | | | | | 2 | |
| | 3 Gross profit. Subtract line 2 from line 1c | | | | | 3 | |
| | 4 Dividends (Schedule C, line 19) | | | | | 4 | |
| | 5 Interest | | | | | 5 | |
| | 6 Gross rents | | | | | 6 | |
| | 7 Gross royalties | | | | | 7 | |
| | 8 Capital gain net income (attach Schedule D (Form 1120)) | | | | | 8 | |
| | 9 Net gain or (loss) from Form 4797, Part II, line 17 (attach Form 4797) | | | | | 9 | |
| | 10 Other income (attach schedule) | | | | | 10 | |
| | 11 **Total income.** Add lines 3 through 10 ▶ | | | | | 11 | |
| **Deductions** | 12 Compensation of officers (Schedule E, line 4) | | | | | 12 | |
| | 13 Salaries and wages (less employment credits) | | | | | 13 | |
| | 14 Repairs and maintenance | | | | | 14 | |
| | 15 Bad debts | | | | | 15 | |
| | 16 Rents | | | | | 16 | |
| | 17 Taxes and licenses | | | | | 17 | |
| | 18 Interest | | | | | 18 | |
| | 19 Charitable contributions | | | | | 19 | |
| | 20 Depreciation (attach Form 4562) | | | 20 | | | |
| | 21 Less depreciation claimed on Schedule A and elsewhere on return | | | 21a | | 21b | |
| | 22 Depletion | | | | | 22 | |
| | 23 Advertising | | | | | 23 | |
| | 24 Pension, profit-sharing, etc., plans | | | | | 24 | |
| | 25 Employee benefit programs | | | | | 25 | |
| | 26 Other deductions (attach schedule) | | | | | 26 | |
| | 27 **Total deductions.** Add lines 12 through 26 ▶ | | | | | 27 | |
| | 28 Taxable income before net operating loss deduction and special deductions. Subtract line 27 from line 11 | | | | | 28 | 0. |
| | 29 Less: a Net operating loss deduction | | | 29a | | | |
| | b Special deductions (Schedule C, line 20) | | | 29b | | 29c | |
| **Tax and Payments** | 30 Taxable income. Subtract line 29c from line 28 | | | | | 30 | 0. |
| | 31 Total tax (Schedule J, line 11) | | | | | 31 | 0. |
| | 32 Payments: a 2003 overpayment credited to 2004 | | 32a | | | | |
| | b 2004 estimated tax payments | | 32b | | | | |
| | c Less 2004 refund applied for on Form 4466 | | 32c ( ) | d Bal ▶ | 32d | | |
| | e Tax deposited with Form 7004 | | | | 32e | | |
| | f Credit for tax paid on undistributed capital gains (attach Form 2439) | | | | 32f | | |
| | g Credit for Federal tax on fuels (attach Form 4136). See instructions | | | | 32g | 32h | |
| | 33 Estimated tax penalty (see page 17 of instructions). Check if Form 2220 is attached ▶ ☐ | | | | | 33 | |
| | 34 Tax due. If line 32h is smaller than the total of lines 31 and 33, enter amount owed | | | | | 34 | 0. |
| | 35 Overpayment. If line 32h is larger than the total of lines 31 and 33, enter amount overpaid | | | | | 35 | |
| | 36 Enter amount of line 35 you want: Credited to 2005 estimated tax ▶ | | Refunded ▶ | | | 36 | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Signature of officer _____ Date _____ Title _____

May the IRS discuss this return with the preparer shown below? ☒ Yes ☐ No

**Paid Preparer's Use Only**

| | | | | |
|---|---|---|---|---|
| Preparer's signature | *[signature]* , CPA | Date 8/31/05 | Check if self-employed ☐ | Preparer's SSN or PTIN 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 |
| Firm's name (or yours if self-employed), address, and ZIP code | SIMIONE MACCA & LARROW, LLP 175 CAPITAL BOULEVARD ROCKY HILL, CT 06067 | | EIN 06 1586075 Phone no. (860) 529-5600 | |

411601 12-22-04   JWA   For Privacy/Paperwork Reduction Act Notice, see instructions.

1

Form **1120** (2004)

Form 1120 (2004)   NOVA GROUP, INC.    81-0607866   Page 2

## Schedule A | Cost of Goods Sold (see page 17 of instructions)

| | | |
|---|---|---|
| 1 | Inventory at beginning of year | 1 | |
| 2 | Purchases | 2 | |
| 3 | Cost of labor | 3 | |
| 4 | Additional section 263A costs (attach schedule) | 4 | |
| 5 | Other costs (attach schedule) | 5 | |
| 6 | **Total.** Add lines 1 through 5 | 6 | |
| 7 | Inventory at end of year | 7 | |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on page 1, line 2 | 8 | |

9 a  Check all methods used for valuing closing inventory:
  (i) ☐ Cost as described in Regulations section 1.471-3
  (ii) ☐ Lower of cost or market as described in Regulations section 1.471-4
  (iii) ☐ Other (Specify method used and attach explanation.) ▶
  b  Check if there was a writedown of subnormal goods as described in Regulations section 1.471-2(c) ........................ ▶ ☐
  c  Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) ............ ▶ ☐
  d  If the LIFO inventory method was used for this tax year, enter percentage (or amounts) of
     closing inventory computed under LIFO .......................... | 9d | |
  e  If property is produced or acquired for resale, do the rules of section 263A apply to the corporation? ........ ☐ Yes ☐ No
  f  Was there any change in determining quantities, cost, or valuations between opening and closing inventory?
     If "Yes," attach explanation ............................ ☐ Yes ☐ No

## Schedule C | Dividends and Special Deductions (see page 18 of instructions)

| | | (a) Dividends received | (b) % | (c) Special deductions (a) x (b) |
|---|---|---|---|---|
| 1 | Dividends from less-than-20%-owned domestic corporations that are subject to the 70% deduction (other than debt-financed stock) | | 70 | |
| 2 | Dividends from 20%-or-more-owned domestic corporations that are subject to the 80% deduction (other than debt-financed stock) | | 80 | |
| 3 | Dividends on debt-financed stock of domestic and foreign corporations (section 246A) | | see instructions | |
| 4 | Dividends on certain preferred stock of less-than-20%-owned public utilities | | 42 | |
| 5 | Dividends on certain preferred stock of 20%-or-more-owned public utilities | | 48 | |
| 6 | Dividends from less-than-20%-owned foreign corporations and certain FSCs that are subject to the 70% deduction | | 70 | |
| 7 | Dividends from 20%-or-more-owned foreign corporations and certain FSCs that are subject to the 80% deduction | | 80 | |
| 8 | Dividends from wholly owned foreign subsidiaries subject to the 100% deduction (section 245(b)) | | 100 | |
| 9 | **Total.** Add lines 1 through 8 | | | |
| 10 | Dividends from domestic corporations received by a small business investment company operating under the Small Business Investment Act of 1958 | | 100 | |
| 11 | Dividends from affiliated group members and certain FSCs that are subject to the 100% deduction | | 100 | |
| 12 | Dividends from controlled foreign corporations subject to the 85% deduction (attach Form 8895) | | 85 | |
| 13 | Other dividends from foreign corporations not included on lines 3, 6, 7, 8, 11, or 12 | | | |
| 14 | Income from controlled foreign corporations under subpart F (attach Form(s) 5471) | | | |
| 15 | Foreign dividend gross-up (section 78) | | | |
| 16 | IC-DISC and former DISC dividends not included on lines 1, 2, or 3 (section 246(d)) | | | |
| 17 | Other dividends | | | |
| 18 | Deduction for dividends paid on certain preferred stock of public utilities | | | |
| 19 | **Total dividends.** Add lines 1 through 17. Enter here and on page 1, line 4 ▶ | | | |
| 20 | **Total special deductions.** Add lines 9, 10, 11, 12, and 18. Enter here and on page 1, line 29b ▶ | | | |

## Schedule E | Compensation of Officers (see instructions for page 1, line 12, on page 13 of instructions)
Note: Complete Schedule E only if total receipts (line 1a plus lines 4 through 10 on page 1) are $500,000 or more.

| (a) Name of officer | (b) Social security number | (c) Percent of time devoted to business | Percent of corporation stock owned | | (f) Amount of compensation |
|---|---|---|---|---|---|
| | | | (d) Common | (e) Preferred | |
| 1 | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| 2 | Total compensation of officers | | | | |
| 3 | Compensation of officers claimed on Schedule A and elsewhere on return | | | | |
| 4 | Subtract line 3 from line 2. Enter the result here and on page 1, line 12 | | | | |

411611
12-22-04   JWA

Form **1120** (2004)

.1140804  797779 02130.27      2004.05060 NOVA GROUP, INC.        02130_Z1

Form 1120 (2004)  NOVA GROUP, II _____    81-0607866  Page 3

## Schedule J    Tax Computation (see page 20 of instructions)

| | | | |
|---|---|---|---|
| 1 | Check if the corporation is a member of a controlled group (see sections 1561 and 1563) ............ ▶ ☐ | | |
| | **Important:** Members of a controlled group, see page 20 of instructions. | | |
| 2a | If the box on line 1 is checked, enter the corporation's share of the $50,000, $25,000, and $9,925,000 taxable | | |
| | income brackets (in that order): | | |
| | (1) $ _____    (2) $ _____    (3) $ _____ | | |
| b | Enter the corporation's share of:    (1) Additional 5% tax (not more than $11,750)    $ _____ | | |
| | (2) Additional 3% tax (not more than $100,000)    $ _____ | | |
| 3 | Income tax. Check if a qualified personal service corporation under section 448(d)(2) | | |
| | (see page 21) ........................................................ ▶ ☐ | 3 | 0. |
| 4 | Alternative minimum tax (attach Form 4626) ........................................ | 4 | |
| 5 | Add lines 3 and 4 ............................................................... | 5 | 0. |
| 6a | Foreign tax credit (attach Form 1118) .................... | 6a | |
| b | Possessions tax credit (attach Form 5735) ............... | 6b | |
| c | Check: ☐ Nonconventional source fuel credit  ☐ QEV credit (attach Form 8834) | 6c | |
| d | General business credit. Check box(es) and indicate which forms are attached: | | |
| | ☐ Form 3800  ☐ Form(s) (specify) ▶ | 6d | |
| e | Credit for prior year minimum tax (attach Form 8827) ...... | 6e | |
| f | Qualified zone academy bond credit (attach Form 8860) .... | 6f | |
| 7 | Total credits. Add lines 6a through 6f .............................................. | 7 | |
| 8 | Subtract line 7 from line 5 ........................................................ | 8 | 0. |
| 9 | Personal holding company tax (attach Schedule PH (Form 1120)) ........................ | 9 | |
| 10 | Other taxes. Check if from:  ☐ Form 4255  ☐ Form 8611  ☐ Form 8697 | | |
| | ☐ Form 8866  ☐ Other (attach schedule) ........... | 10 | |
| 11 | Total tax. Add lines 8 through 10. Enter here and on page 1, line 31 .................... | 11 | 0. |

## Schedule K    Other Information (see page 23 of instructions)

| | | Yes | No |
|---|---|---|---|
| 1 | Check accounting method:  a ☐ Cash  b ☒ Accrual | | |
| | c ☐ Other (specify) ▶ | | |
| 2 | See page 25 of the instructions and enter the: | | |
| a | Business activity code no. ▶ 525100 | | |
| b | Business activity ▶ PLAN ADMINISTRATION | | |
| c | Product or service ▶ BENEFIT PLANS | | |
| 3 | At the end of the tax year, did the corporation own, directly or indirectly, 50% or more of the voting stock of a domestic corporation? (For rules of attribution, see section 267(c).) .... | | X |
| | If "Yes," attach a schedule showing: (a) name and employer identification number (EIN), (b) percentage owned, and (c) taxable income or (loss) before NOL and special deductions of such corporation for the tax year ending with or within your tax year. | | |
| 4 | Is the corporation a subsidiary in an affiliated group or a parent-subsidiary controlled group? | | X |
| | If "Yes," enter name and EIN of the parent corporation ▶ | | |
| 5 | At the end of the tax year, did any individual, partnership, corporation, estate, or trust own, directly or indirectly, 50% or more of the corporation's voting stock? (For rules of attribution, see section 267(c).) .......................... | | X |
| | If "Yes," attach a schedule showing name and identifying number. (Do not include any information already entered in 4 above.) Enter percentage owned ▶ | | |
| 6 | During this tax year, did the corporation pay dividends (other than stock dividends and distributions in exchange for stock) in excess of the corporation's current and accumulated earnings and profits? (See sections 301 and 316.) ......... | | X |
| | If "Yes," file Form 5452, Corporate Report of Nondividend Distributions. | | |
| | If this is a consolidated return, answer here for the parent corporation and on Form 851, Affiliations Schedule, for each subsidiary. | | |

| | | Yes | No |
|---|---|---|---|
| 7 | At any time during the tax year, did one foreign person own, directly or indirectly, at least 25% of (a) the total voting power of all classes of stock of the corporation entitled to vote or (b) the total value of all classes of stock of the corporation? ...... | | X |
| | If "Yes," enter: (a) Percentage owned ▶ | | |
| | and (b) Owner's country ▶ | | |
| c | The corporation may have to file Form 5472, Information Return of a 25% Foreign-Owned U.S. Corporation or a Foreign Corporation Engaged in a U.S. Trade or Business. Enter number of Forms 5472 attached ▶ | | |
| 8 | Check this box if the corporation issued publicly offered debt instruments with original issue discount ......... ▶ ☐ | | |
| | If checked, the corporation may have to file Form 8281, Information Return for Publicly Offered Original Issue Discount Instruments. | | |
| 9 | Enter the amount of tax-exempt interest received or accrued during the tax year ▶ $ | | |
| 10 | Enter the number of shareholders at the end of the tax year (if 75 or fewer) ▶ 3 | | |
| 11 | If the corporation has an NOL for the tax year and is electing to forego the carryback period, check here ...... ▶ ☐ | | |
| | If the corporation is filing a consolidated return, the statement required by Temporary Regulations section 1.1502-21T(b)(3)(i) or (ii) must be attached or the election will not be valid. | | |
| 12 | Enter the available NOL carryover from prior tax years (Do not reduce it by any deduction on line 29a.) ▶ $ | | |
| 13 | Are the corporation's total receipts (line 1a plus lines 4 through 10 on page 1) for the tax year and its total assets at the end of the tax year less than $250,000? ...... | | X |
| | If "Yes," the corporation is not required to complete Schedules L, M-1, and M-2 on page 4. Instead, enter the total amount of cash distributions and the book value of property distributions (other than cash) made during the tax year. ▶ $    0. | | |

**Note:** If the corporation, at any time during the tax year, had assets or operated a business in a foreign country or U.S. possession, it may be required to attach Schedule N (Form 1120), Foreign Operations of U.S. Corporations, to this return. See Schedule N for details.

411021
12-27-04    JWA    3    Form **1120** (2004)

.1140804 797779 02130.27    2004.05060 NOVA GROUP, INC.    02130_Z1

Form 1120 (2004)  NOVA GROUP, II _____  81-0607866  Page 4

**Note:** The corporation is not required to complete Schedules L, M-1, and M-2 if Question 13 on Schedule K is answered "Yes."

| Schedule L | Balance Sheets per Books | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|---|
| | Assets | (a) | (b) | (c) | (d) |
| 1 | Cash | | | | |
| 2a | Trade notes and accounts receivable | | | | |
| b | Less allowance for bad debts | ( ) | | ( ) | |
| 3 | Inventories | | | | |
| 4 | U.S. government obligations | | | | |
| 5 | Tax-exempt securities | | | | |
| 6 | Other current assets (att. sch.) | | | | |
| 7 | Loans to shareholders | | | | |
| 8 | Mortgage and real estate loans | | | | |
| 9 | Other investments (att. sch.) | | | | |
| 10a | Buildings and other depreciable assets | | | | |
| b | Less accumulated depreciation | ( ) | | ( ) | |
| 11a | Depletable assets | | | | |
| b | Less accumulated depletion | ( ) | | ( ) | |
| 12 | Land (net of any amortization) | | | | |
| 13a | Intangible assets (amortizable only) | | | | |
| b | Less accumulated amortization | ( ) | | ( ) | |
| 14 | Other assets (att. sch.) | | | | |
| 15 | Total assets | | | | |
| | Liabilities and Shareholders' Equity | | | | |
| 16 | Accounts payable | | | | |
| 17 | Mortgages, notes, bonds payable in less than 1 year | | | | |
| 18 | Other current liabilities (att. sch.) | | | | |
| 19 | Loans from shareholders | | | | |
| 20 | Mortgages, notes, bonds payable in 1 year or more | | | | |
| 21 | Other liabilities (att. sch.) | | | | |
| 22 | Capital stock: a Preferred stock | | | | |
| | b Common stock | | | | |
| 23 | Additional paid-in capital | | | | |
| 24 | Retained earnings - Appropriated (attach schedule) | | | | |
| 25 | Retained earnings - Unappropriated | | | | |
| 26 | Adjustments to shareholders' equity (attach schedule) | | | | |
| 27 | Less cost of treasury stock | | ( ) | | ( ) |
| 28 | Total liabilities and shareholders' equity | | | | |

| Schedule M-1 | Reconciliation of Income (Loss) per Books With Income per Return (see page 24 of Instructions) |
|---|---|

| 1 | Net income (loss) per books | | 7 | Income recorded on books this year not |
| 2 | Federal income tax per books | | | Included on this return (itemize): |
| 3 | Excess of capital losses over capital gains | | | Tax-exempt interest  $ _____ |
| 4 | Income subject to tax not recorded on books this year (itemize): _____ | | | |
| | | | 8 | Deductions on this return not charged |
| 5 | Expenses recorded on books this year not deducted on this return (itemize): | | | against book income this year (itemize): |
| | a Depreciation  $ _____ | | | a Depreciation  $ _____ |
| | b Charitable contributions  $ _____ | | | b Charitable contributions  $ _____ |
| | c Travel and entertainment  $ _____ | | | |
| | | | 9 | Add lines 7 and 8 |
| 6 | Add lines 1 through 5 | | 10 | Income (page 1, line 28) - line 6 less line 9 |

| Schedule M-2 | Analysis of Unappropriated Retained Earnings per Books (Line 25, Schedule L) |
|---|---|

| 1 | Balance at beginning of year | | 5 | Distributions:  a Cash |
| 2 | Net income (loss) per books | | | b Stock |
| 3 | Other increases (itemize): | | | c Property |
| | _____ | | 6 | Other decreases (itemize): |
| | _____ | | 7 | Add lines 5 and 6 |
| 4 | Add lines 1, 2, and 3 | | 8 | Balance at end of year (line 4 less line 7) |

411531
12-22-04   JWA

Form **1120** (2004)

.1140804 797779 02130.27        2004.05060 NOVA GROUP, INC.        02130_Z1

Form **7004**
(Rev. September 2003)
Department of the Treasury
Internal Revenue Service

## Application for Automatic Extension of Time
## To File Corporation Income Tax Return

OMB No. 1545-0233

Name of corporation

**NOVA GROUP, INC**

Employer identification number

**81-0607866**

Number, street, and room or suite no. (if a P.O. box or outside the United States, see instructions.)

**100 GRIST MILL ROAD**

City or town, state, and ZIP code

**SIMSBURY, CT   06070**

Check type of return to be filed:

| | | | |
|---|---|---|---|
| ☐ Form 990-C | ☐ Form 1120-FSC | ☐ Form 1120-PC | ☐ Form 1120S |
| ☒ Form 1120 | ☐ Form 1120-H | ☐ Form 1120-POL | ☐ Form 1120-SF |
| ☐ Form 1120-A | ☐ Form 1120-L | ☐ Form 1120-REIT | |
| ☐ Form 1120-F | ☐ Form 1120-ND | ☐ Form 1120-RIC | |

● Form 1120-F filers: Check here if the foreign corporation does not maintain an office or place of business in the
United States ......................................................................................................................................... ▶ ☐

**1**  Request for Automatic Extension (see instructions)

**a** Extension date. I request an automatic 6-month (or, for certain corporations, 3-month) extension of time
until **OCTOBER 17** , **2005** , to file the income tax return of the corporation named above for ▶ ☐ calendar
year _____ or ▶ ☒ tax year beginning **JANUARY 31** , **2004** , and ending **JANUARY 31** , **2005** .

**b** Short tax year. If this tax year is for less than 12 months, check reason: 
☐ Initial return   ☐ Final return   ☐ Change in accounting period   ☐ Consolidated return to be filed

**2**  Members of an affiliated group of corporations filing a consolidated return (consolidated group) (see instructions).

| Name and address of each member of the affiliated group | Employer identification number |
|---|---|
| | |
| | |
| | |
| | |
| | |

| | | | |
|---|---|---|---|
| **3** Tentative tax ................................................ | | **3** | 0. |
| **4** Payments and refundable credits: | | | |
| **a** Overpayment credited from prior year | **4a** | | |
| **b** Estimated tax payments for the tax year | **4b** | | |
| **c** Less refund for the tax year applied for on Form 4466 | **4c** ( ) Bal ▶ **4d** | | |
| **e** Credit for tax paid on undistributed capital gains (Form 2439) | **4e** | | |
| **f** Credit for Federal tax on fuels (Form 4136) | **4f** | | |
| **5** Total. Add lines 4d through 4f ................................................ | | **5** | 0. |
| **6** Balance due. Subtract line 5 from line 3. Deposit this amount using the Electronic Federal Tax Payment System (EFTPS) or with a Federal Tax Deposit (FTD) Coupon .............. | | **6** | 0. |

**Signature.** Under penalties of perjury, I declare that I have been authorized by the above-named corporation to make this application, and to the best of my knowledge and belief, the statements made are true, correct, and complete.

_____     _____     _____
(Signature of officer or agent)                       (Title)                                        (Date)

For Paperwork Reduction Act Notice, see instructions.

Form **7004** (Rev. 9-2003)

JWA
419741
05-01-04

# U.S. Corporation Income Tax Return

**Form 1120**
Department of the Treasury
Internal Revenue Service

For calendar year 2004 or tax year
beginning _____ , ending _____

OMB No. 1545-0123

**2004**

**A Check if:**
1 Consolidated return (attach Form 851) ☐
2 Personal holding co. (attach Sch. PH) ☐
3 Personal service corp. (see instructions) ☐
4 Schedule M-3 required (attach Sch. M-3) ☐

Use IRS label. Otherwise, print or type.

**Name**
NOVA GROUP, INC.

**Number, street, and room or suite no. If a P.O. box, see page 9 of instructions.**
100 GRIST MILL RD

**City or town, state, and ZIP code**
SIMSBURY, CT 06070

**B Employer identification number**
81-0607866

**C Date incorporated**
08/30/2002

**D Total assets (see page 8 of instr.)**
$ 0.

**E Check if:** (1) ☐ Initial return   (2) ☐ Final return   (3) ☐ Name change   (4) ☐ Address change

## Income

| | | | |
|---|---|---|---|
| 1 a Gross receipts or sales | b Less returns and allowances | c Bal ▶ | 1c |
| 2 | Cost of goods sold (Schedule A, line 8) | | 2 |
| 3 | Gross profit. Subtract line 2 from line 1c | | 3 |
| 4 | Dividends (Schedule C, line 19) | | 4 |
| 5 | Interest | | 5 |
| 6 | Gross rents | | 6 |
| 7 | Gross royalties | | 7 |
| 8 | Capital gain net income (attach Schedule D (Form 1120)) | | 8 |
| 9 | Net gain or (loss) from Form 4797, Part II, line 17 (attach Form 4797) | | 9 |
| 10 | Other income (attach schedule) | | 10 |
| 11 | Total income. Add lines 3 through 10 | ▶ | 11 |

## Deductions

| | | | |
|---|---|---|---|
| 12 | Compensation of officers (Schedule E, line 4) | | 12 |
| 13 | Salaries and wages (less employment credits) | | 13 |
| 14 | Repairs and maintenance | | 14 |
| 15 | Bad debts | | 15 |
| 16 | Rents | | 16 |
| 17 | Taxes and licenses | | 17 |
| 18 | Interest | | 18 |
| 19 | Charitable contributions | | 19 |
| 20 | Depreciation (attach Form 4562) | 20 | |
| 21 | Less depreciation claimed on Schedule A and elsewhere on return | 21a | 21b |
| 22 | Depletion | | 22 |
| 23 | Advertising | | 23 |
| 24 | Pension, profit-sharing, etc., plans | | 24 |
| 25 | Employee benefit programs | | 25 |
| 26 | Other deductions (attach schedule) | | 26 |
| 27 | Total deductions. Add lines 12 through 26 | ▶ | 27 |
| 28 | Taxable income before net operating loss deduction and special deductions. Subtract line 27 from line 11 | | 28 | 0. |
| 29 | Less: a Net operating loss deduction | 29a | |
| | b Special deductions (Schedule C, line 20) | 29b | 29c |

## Tax and Payments

| | | | |
|---|---|---|---|
| 30 | Taxable income. Subtract line 29c from line 28 | | 30 | 0. |
| 31 | Total tax (Schedule J, line 11) | | 31 | 0. |
| 32 | Payments: a 2003 overpayment credited to 2004 | 32a | |
| | b 2004 estimated tax payments | 32b | |
| | Less 2004 refund applied for on Form 4466 | 32c ( ) | d Bal ▶ 32d |
| | e Tax deposited with Form 7004 | | 32e |
| | f Credit for tax paid on undistributed capital gains (attach Form 2439) | | 32f |
| | g Credit for Federal tax on fuels (attach Form 4136). See instructions | 32g | 32h |
| 33 | Estimated tax penalty (see page 17 of instructions). Check if Form 2220 is attached ▶ ☐ | | 33 |
| 34 | Tax due. If line 32h is smaller than the total of lines 31 and 33, enter amount owed | | 34 | 0. |
| 35 | Overpayment. If line 32h is larger than the total of lines 31 and 33, enter amount overpaid | | 35 |
| 36 | Enter amount of line 35 you want: Credited to 2005 estimated tax ▶ | Refunded ▶ | 36 |

## Sign Here

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Signature of officer _____ Date 9/14/05   Title President

May the IRS discuss this return with the preparer shown below? (see instructions) ☒ Yes ☐ No

## Paid Preparer's Use Only

Preparer's signature _____ CPA   Date 8/31/05   Check if self-employed ☐   Preparer's SSN or PTIN 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

Firm's name (or yours if self-employed), address, and ZIP code
SIMIONE MACCA & LARROW, LLP
175 CAPITAL BOULEVARD
ROCKY HILL, CT 06067

EIN 06 1586075
Phone no. (860) 529-5600

411501
12-22-04   JWA   For Privacy/Paperwork Reduction Act Notice, see instructions.   1   Form 1120 (2004)

11140804 797779 02130.27   2004.05060 NOVA GROUP, INC.   02130_Z1

(Page 1 of 1)

**TD Banknorth**

# NEW NON-PERSONAL ACCOUNT

| | | | | |
|---|---|---|---|---|
| **REGION:** | TD Banknorth CT Mid-Ati | | **DATE OPENED:** | 05/20/2009 |
| **ACCOUNT #:** | 4242774663 | **TYPE OF ACCOUNT:** IM   Business Convenience Checking | | |
| **TAX ID #:** | 810607866 | **TYPE CODE:** 720 | **CATEGORY:** | Non-Personal Checking |
| **BRANCH #:** | 507 | **BANK REPRESENTATIVE:** Carolyn M Starr | | |

**Account Officer Information** (Complete *only* if an officer will be assigned to this account)

Officer Number: _____  Officer Name: _____  Telephone: _____

| | |
|---|---|
| **BUSINESS NAME/ADDRESS:** | **TIN:** |
| NOVA GROUP INC | 810607866   **BUSINESS PHONE:** (860) 408-7000 |
| 100 GRIST MILL ROAD | |

SIMSBURY, CT          USA          06070

eFunds Verification: ____  If Existing Customer, Enter the RM Number: 50000016611420

Account Relationship:  Corporation or LLC-2 Signers

Additional Account Verification: *Certificate of Incorporation*
☒ Business/Entity Documentation: ~~State Website Report~~ & Resolution/Consent

☐ Previous Bank: _____ (Enter Name of Previous Bank)         ☐ Visual Inspection of Business

## IMPORTANT INFORMATION

Federal law requires all financial institutions to obtain, verify and record information that identifies each person who opens an account.

The undersigned acknowledge(s) receipt of the Deposit Account Agreement and Fee Schedule which govern my/our accounts with the Bank. My/our use of this account shall evidence my/our acceptance of the terms and conditions as set forth in the Deposit Account Agreement and Fee Schedule as the same may be amended from time to time.

The undersigned, both individually and on behalf of the account owner, if different, hereby authorize(s) the Bank to, from time to time, request consumer reports containing references about me/us from third parties, such as a consumer reporting agency, in connection with opening and maintaining this account. If you (the Bank) are unable to open a deposit account, you will provide me/us with an additional notice containing data regarding the consumer reporting agency.

I/We acknowledge and understand that TD Banknorth and TD Bank are trade names of TD Bank, N.A. I/We further acknowledge and understand that for FDIC Insurance purposes, my/our deposits are not separately insured from any other deposits I/we may have at TD Banknorth and/or TD Bank.

This section does not apply to U.S. non-resident aliens. Under penalty of perjury, the undersigned certify(ies) that:
1. The number shown on this form is my correct taxpayer Identification number (or I am waiting for a number to be issued to me), and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and
3. I am a U.S. person (including a U.S. resident, alien).

Certification Instructions. You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return or for any other reason. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the Certification, but you must provide your correct TIN.

The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

| | | | | |
|---|---|---|---|---|
| X _David E Carpenter_ | DANIEL E CARPENTER | 05/25/1954 | 048524417 | |
| Date Signed: _5/21/09_ | Print Name | Date of Birth | SSN | eFunds Verification |
| | | If Existing Personal Customer, Enter the RM Number: | 50000014356664 | |
| X _Amanda_ | AMANDA ROSSI | 11/07/1980 | 040601423 | |
| Date Signed: _5/24/09_ | Print Name | Date of Birth | SSN | eFunds Verification |
| | | If Existing Personal Customer, Enter the RM Number: | 50000016447064 | |
| X _____ | _____ | | | |
| Date Signed: ____ | Print Name | Date of Birth | SSN | eFunds Verification |
| | | If Existing Personal Customer, Enter the RM Number: | | |
| X _____ | _____ | | | |
| Date Signed: ____ | Print Name | Date of Birth | SSN | eFunds Verification |
| | | If Existing Personal Customer, Enter the RM Number: | | |

| For Deposit Operations Use Only | |
|---|---|
| BIC: _____ | Entered By: _____ |

Rev. 11/2008

TD-Universitas 0046

(Page 1 of 1)

## TD Banknorth

# NEW NON-PERSONAL ACCOUNT

| | | | |
|---|---|---|---|
| **REGION:** | TD Banknorth CT Mid-Atl | **DATE OPENED:** | 05/20/2009 |
| **ACCOUNT #:** | 4242774563 | **TYPE OF ACCOUNT:** IM   Business Convenience Checking | |
| **TAX ID #:** | 810607866 | **TYPE CODE:** 720 | **CATEGORY:** Non-Personal Checking |
| **BRANCH #:** | 507 | **BANK REPRESENTATIVE:** Carolyn M Starr | |

**Account Officer Information** (Complete only if an officer will be assigned to this account)

Officer Number: _____ Officer Name: _____ Telephone: _____

**BUSINESS NAME/ADDRESS:**      TIN:

NOVA GROUP INC                  810607866        **BUSINESS PHONE:** (860) 408-7000

100 GRIST MILL ROAD

SIMSBURY, CT        USA        06070

eFunds Verification:· _____      If Existing Customer, Enter the RM Number: 0000091684435

Account Relationship: Corporation or LLC-2 Signers

Additional Account Verification: *Certificate of*
☒ Business/Entity Documentation:   *Incorporation*
                                    State Website Report & Resolution/Consent

☐ Previous Bank: _____      ☐ Visual Inspection of Business
                (Enter Name of Previous Bank)

## IMPORTANT INFORMATION

Federal law requires all financial institutions to obtain, verify and record information that identifies each person who opens an account.

The undersigned acknowledge(s) receipt of the Deposit Account Agreement and Fee Schedule which govern my/our accounts with the Bank.  My/our use of this account shall evidence my/our acceptance of the terms and conditions as set forth in the Deposit Account Agreement and Fee Schedule as the same may be amended from time to time.

The undersigned, both individually and on behalf of the account owner, if different, hereby authorize(s) the Bank to, from time to time, request consumer reports containing references about me/us from third parties, such as a consumer reporting agency, in connection with opening and maintaining this account. If you (the Bank) are unable to open a deposit account, you will provide me/us with an additional notice containing data regarding the consumer reporting agency.

I/We acknowledge and understand that TD Banknorth and TD Bank are trade names of TD Bank, N.A. I/We further acknowledge and understand that for FDIC insurance purposes, my/our deposits are not separately insured from any other deposits I/we may have at TD Banknorth and/or TD Bank.

This section does not apply to U.S. non-resident aliens. Under penalty of perjury, the undersigned certify(ies) that:
1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and
3. I am a U.S. person (including a U.S. resident, alien).

Certification Instructions. You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return or for any other reason. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the Certification, but you must provide your correct TIN.

The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

| | | | | |
|---|---|---|---|---|
| X _signature_ | DANIEL E CARPENTER | 05/25/1954 | 048524417 | |
| | Print Name | Date of Birth | SSN | eFunds Verification |
| Date Signed: 5/21/09 | | If Existing Personal Customer, Enter the RM Number: | | 0000091434864 |
| X _signature_ | AMANDA ROSSI | 11/07/1980 | 040801423 | |
| | Print Name | Date of Birth | SSN | eFunds Verification |
| Date Signed: 5/24/09 | | If Existing Personal Customer, Enter the RM Number: | | 0000091544708 |
| X _____ | | | | |
| Signature | Print Name | Date of Birth | SSN | eFunds Verification |
| Date Signed: _____ | | If Existing Personal Customer, Enter the RM Number: | | |
| X _____ | | | | |
| Signature | Print Name | Date of Birth | SSN | eFunds Verification |
| Date Signed: _____ | | If Existing Personal Customer, Enter the RM Number: | | |

| For Deposit Operations Use Only | |
|---|---|
| BIC: _____ | Entered By: _____ |

Rev. 11/2008

TD-Universitas 0046

(Page 1 of 1)

**TD Banknorth**

# NEW NON-PERSONAL ACCOUNT

| | | |
|---|---|---|
| REGION: | TD Banknorth CT Mid-All | DATE OPENED: 05/20/2009 |
| ACCOUNT #: | 4242774663 | TYPE OF ACCOUNT: M   Business Convenience Checking |
| TAX ID #: | 810607866 | TYPE CODE: 720   CATEGORY: Non-Personal Checking |
| BRANCH #: | 507 | BANK REPRESENTATIVE: Carolyn M Starr |

**Account Officer Information   (Complete only if an officer will be assigned to this account)**

Officer Number: _____   Officer Name: _____   Telephone: _____

**BUSINESS NAME/ADDRESS:**   TIN:

NOVA GROUP INC        810607866        BUSINESS PHONE: (860) 408-7000

100 GRIST MILL ROAD

SIMSBURY, CT        USA        06070

eFunds Verification: _____   If Existing Customer, Enter the RM Number: 500020184691495

Account Relationship:   Corporation or LLC-2 Signers

**Additional Account Verification:** Certificate of Incorporation

☒ Business/Entity Documentation: _____ & Resolution/Consent

☐ Previous Bank: _____ (Enter Name of Previous Bank)   ☐ Visual Inspection of Business

## IMPORTANT INFORMATION

Federal law requires all financial institutions to obtain, verify and record information that identifies each person who opens an account.

The undersigned acknowledge(s) receipt of the Deposit Account Agreement and Fee Schedule which govern my/our accounts with the Bank.  My/our use of this account shall evidence my/our acceptance of the terms and conditions as set forth in the Deposit Account Agreement and Fee Schedule as the same may be amended from time to time.

The undersigned, both individually and on behalf of the account owner, if different, hereby authorize(s) the Bank to, from time to time, request consumer reports containing references about me/us from third parties, such as a consumer reporting agency, in connection with opening and maintaining this account.  If you (the Bank) are unable to open a deposit account, you will provide me/us with an additional notice containing data regarding the consumer reporting agency.

I/We acknowledge and understand that TD Banknorth and TD Bank are trade names of TD Bank, N.A.  I/We further acknowledge and understand that for FDIC insurance purposes, my/our deposits are not separately insured from any other deposits I/we may have at TD Banknorth and/or TD Bank.

This section does not apply to U.S. non-resident aliens.  Under penalty of perjury, the undersigned certify(ies) that:
1.  The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and
2.  I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and
3.  I am a U.S. person (including a U.S. resident, alien).

Certification Instructions.  You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return or for any other reason.  For real estate transactions, item 2 does not apply.  For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the Certification, but you must provide your correct TIN.

The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

| X _David E Carpenter_ | DANIEL E CARPENTER | 06/25/1954 | 048524417 | (Funds Verification) |
|---|---|---|---|---|
| Date Signed: 5/21/09 | Print Name | Date of Birth | SSN | If Existing Personal Customer, Enter the RM Number: 500020184691495 |
| X _signature_ | AMANDA ROSSI | 11/07/1980 | 040601423 | (Funds Verification) |
| Date Signed: 5-21-09 | Print Name | Date of Birth | SSN | If Existing Personal Customer, Enter the RM Number: 500020185447064 |
| X _____ | Print Name | Date of Birth | SSN | (Funds Verification) |
| Date Signed: _____ | | | | If Existing Personal Customer, Enter the RM Number: _____ |
| X _____ | Print Name | Date of Birth | SSN | (Funds Verification) |
| Date Signed: _____ | | | | If Existing Personal Customer, Enter the RM Number: _____ |

**For Deposit Operations Use Only**

SIC: _____      Entered By: _____

Rev. 11/2008

TD-Universitas 0046

(Page 1 of 1)

**TD Banknorth**

## NEW NON-PERSONAL ACCOUNT

| | |
|---|---|
| **REGION:** TD Banknorth CT Mid-Atl | **DATE OPENED:** 05/20/2009 |
| **ACCOUNT #:** 4242774655 | **TYPE OF ACCOUNT:** IM   Business Convenience Checking |
| **TAX ID #:** 262386232 | **TYPE CODE:** 720        **CATEGORY:** Non-Personal Checking |
| **BRANCH #:** 667 | **BANK REPRESENTATIVE:** Carolyn M Starr |

**Account Officer Information** (Complete only if an officer will be assigned to this account)

| Officer Number: | Officer Name: | Telephone: |
|---|---|---|

**BUSINESS NAME/ADDRESS:**             **TIN:**

GRIST MILL CAPITAL LLC             262386232

100 GRIST MILL ROAD             **BUSINESS PHONE:** (860) 408-7000

SIMSBURY, CT         USA         06070

**eFunds Verification:**             If Existing Customer, Enter the RM Number: 00000016661366

**Account Relationship:** Corporation or LLC-2 Signers

**Additional Account Verification:**

☒ Business/Entity Documentation: State Website Report & Resolution/Consent

☐ Previous Bank: _____ (Enter Name of Previous Bank)         ☐ Visual Inspection of Business

### IMPORTANT INFORMATION

Federal law requires all financial institutions to obtain, verify and record information that identifies each person who opens an account.

The undersigned acknowledge(s) receipt of the Deposit Account Agreement and Fee Schedule which govern my/our accounts with the Bank. My/our use of this account shall evidence my/our acceptance of the terms and conditions as set forth in the Deposit Account Agreement and Fee Schedule as the same may be amended from time to time.

The undersigned, both individually and on behalf of the account owner, if different, hereby authorize(s) the Bank to, from time to time, request consumer reports containing references about me/us from third parties, such as a consumer reporting agency, in connection with opening and maintaining this account. If you (the Bank) are unable to open a deposit account, you will provide me/us with an additional notice containing data regarding the consumer reporting agency.

I/we acknowledge and understand that TD Banknorth and TD Bank are trade names for TD Bank, N.A. I/We further acknowledge and understand that for FDIC insurance purposes, my/our deposits are not separately insured from any other deposits I/we may have at TD Banknorth and/or TD Bank.

This section does not apply to U.S. non-resident aliens.  Under penalty of perjury, the undersigned certify(ies) that:
1.  The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and
2.  I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and
3.  I am a U.S. person (including a U.S. resident, alien).

Certification Instructions.  You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return or for any other reason.  For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the Certification, but you must provide your correct TIN.

The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

| | | | | |
|---|---|---|---|---|
| X _signature_ | DANIEL E CARPENTER | 05/25/1954 | 048526417 | eFunds Verification |
| Date Signed: 5/4/09 | Print Name | Date of Birth | SSN | If Existing Personal Customer, Enter the RM Number: 00000034940664 |
| X _signature_ | AMANDA ROSSI | 11/07/1980 | 040801423 | eFunds Verification |
| Date Signed: 5/24/09 | Print Name | Date of Birth | SSN | If Existing Personal Customer, Enter the RM Number: 00000016474084 |
| X _signature_ | Print Name | Date of Birth | SSN | eFunds Verification |
| Date Signed: | | | If Existing Personal Customer, Enter the RM Number: | |
| X _signature_ | Print Name | Date of Birth | SSN | eFunds Verification |
| Date Signed: | | | If Existing Personal Customer, Enter the RM Number: | |

| For Deposit Operations Use Only | |
|---|---|
| SID: | Entered By: |

Rev. 1/2004

TD - Universitas  0096

(Page 2 of 5)

**TD Banknorth**

# LIMITED LIABILITY COMPANY BANKING RESOLUTION
## (For Deposit Accounts)

| Account Holder: | Financial Institution: |
|---|---|
| GRIST MILL CAPITAL LLC<br>100 GRIST MILL ROAD<br>SIMSBURY, CT 06070 | TD Bank, N.A.<br>Drake Mill Mall, 714 Hopmeadow St<br><br>Simsbury, CT 06070 |
| Account No.  4242774655 | State / Commonwealth:  CT |

In consideration of the existing or proposed banking relationship between  GRIST MILL CAPITAL LLC
a Limited Liability Company (the "Company") and TD Bank, N.A., the persons signing below jointly and severally and on behalf of the Company do hereby certify that and agree as follows:

GRIST MILL CAPITAL LLC _____ is the complete and correct name of the Account Holder.

Managers, Members and Authorized Signers:  We further certify that the following is a complete list of the names of all managers, members and authorized signers of the Company.  We agree to notify the Financial Institution of any change in the Company, including the adding of new members and leaving of current members from the Company, before the change takes effect.

| Title | Name | Signature |
|---|---|---|
| Chairman of Managing Mbr | DANIEL E CARPENTER | Daniel E Carpenter |
| Secretary | AMANDA ROSSI | Ard R. |
| | | |
| | | |

Assumed Business Names:  Excluding the name of the Company, the following is a complete list of all assumed business names under which the Company does business:

Assumed Business Name #1: _____

Assumed Business Name #2: _____

We further certify that at a meeting of the members of the Company (or by other duly authorized Company action in lieu of a meeting, duly called and held on  5/21/09 _____ , at which a quorum was present and voting, the following resolutions were adopted:

Be It Resolved, that TD Bank, N.A., at any one or more of its branches, be and it hereby is designated as the Financial Institution of and depository for the funds of this Company, which may be withdrawn on checks, drafts, advices of debit, notes or other orders for the payment of money;

Be It Further Resolved, that any one (1) of the Authorized signers ("Agents") listed above may enter into any such agreements and perform such other acts as they deem reasonably necessary in furtherance of the Company's Banking Relationship with the Financial Institution, and those agreements will bind the Company, and acting for an on behalf of the Company and as its act and deed be, and they hereby are, authorized and empowered;

Page 1 of 2

TD - Universitas  0097

**Execute Documents:** To execute and deliver to Financial Institution the form of Limited Liability Company Banking Resolution and other account opening documents submitted by Financial Institution, confirming the nature and existence of Account Holder and evidencing the terms of the agreement between Financial Institution and Account Holder.

**Agent's Authority:** Any one of such Agents is authorized to endorse all checks, drafts, notes and other items payable to or owned by this Company for deposit with the Financial Institution, or for collection or discount by the Financial Institution; and to accept draft and other items payable at the Financial Institution. The Financial Institution is hereby directed to accept and pay without further inquiry any item drawn against any of the Company's accounts with the Financial Institution bearing the signature of any one of the Agents, as authorized above or otherwise, even though drawn or endorsed to the order of Any Agent signing or tendered by such Agent for cashing or in payment of the individual obligation of such Agent or for deposit to the Agent's personal account, and the Financial Institution shall not be required or be under any obligation to inquire as to the circumstances of the issue or use of any item signed in accordance with the resolutions contained herein, or the application or disposition of such item or the proceeds of the item.

**Further Acts:** The above-named Agents are authorized and empowered to execute such other agreements, including, but not limited to, special depository agreements and arrangements regarding the manner, conditions or purposes for which funds, checks or items of Account Holder may be deposited, collected or withdrawn and to perform such other acts as they deem reasonably necessary to carry out the provisions of this resolutions.

**Be It Further Resolved,** that the authority hereby conferred upon the above-named Agents shall be and remain in full force and effect until written notice of any amendment or revocation thereof shall have been delivered and received by the Financial Institution at each location where an account is maintained. Financial Institution shall be indemnified and held harmless by the Company from any loss suffered or any liability incurred by it in continuing to act in accordance with this resolution. Any such notice shall not affect any items in process at the time notice given.

**We Further Certify** that the authorized signers name above are duly elected, appointed or employed by or for the Company, as the case may be, and occupy the positions set opposite their respective names; that the foregoing resolutions now stand of record on the books of the Company; and that the resolutions are in full force and effect and have not been modified or revoked in any manner whatsoever.

We have each read all of the provisions of this Limited Liability Company Resolution, and we each jointly and severally and on behalf of the Company certify and agree to its terms.

This Agreement is dated: 05/20/2009

Account Holder: GRIST MILL CAPITAL LLC

By: _____   By: _____

By: _____   By: _____

TD - Universitas  0098

# Delaware

PAGE 1

### The First State

I, HARRIET SMITH WINDSOR, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF FORMATION OF "GRIST MILL CAPITAL, LLC", FILED IN THIS OFFICE ON THE SEVENTEENTH DAY OF JANUARY, A.D. 2003, AT 9 O'CLOCK A.M.

*Harriet Smith Windsor*
Harriet Smith Windsor, Secretary of State

3615868  8100

030036432

AUTHENTICATION: 2218158

DATE: 01-22-03

TD - Universitas  0099

STATE OF DELAWARE
SECRETARY OF STATE
DIVISION OF CORPORATIONS
FILED 09:00 AM 01/17/2003
030036432 — 3613868

## CERTIFICATE OF FORMATION
### OF
### LIMITED LIABILITY COMPANY

FIRST:   The name of the limited liability company is: GRIST MILL CAPITAL, LLC

SECOND:   The address of its registered office in the State of Delaware is 2711 Centerville Road, Suite 400 in the City of Wilmington.   The name of its Registered Agent at such address is THE COMPANY CORPORATION.

IN WITNESS WHEREOF, the undersigned have executed this Certificate of Formation of GRIST MILL CAPITAL, LLC this 17th day of January 2003.

NAME:
Angela Norton
Authorized Person

TD - Universitas  0100

(Page 1 of 1)

**TD Banknorth**

## NEW NON-PERSONAL ACCOUNT

| | | | |
|---|---|---|---|
| REGION: | TD Banknorth CT Mid-All | DATE OPENED: | 05/20/2009 |
| ACCOUNT #: | 4242774712 | TYPE OF ACCOUNT: IM   Business Convenience Checking | |
| TAX ID #: | 810607853 | TYPE CODE:   720 | CATEGORY:   Non-Personal Checking |
| BRANCH #: | 807 | BANK REPRESENTATIVE:   Carolyn M Starr | |

**Account Officer Information**  (Complete only if an officer will be assigned to this account)

Officer Number: _____   Officer Name: _____   Telephone: _____

BUSINESS NAME/ADDRESS:   TIN:

GRIST MILL CAPITAL LLC   810607853   BUSINESS PHONE: (860) 408-4000

100 GRIST MILL ROAD

SIMSBURY , CT   USA   06070

eFunds Verification: _____   If Existing Customer, Enter the RM Number: 000000016841592

Account Relationship:   Corporation or LLC-2 Signers

Additional Account Verification:   State Website Report

☒ Business/Entity Documentation:   Certificate of Good-Standing & Resolution/Consent

☐ Previous Bank: _____ (Enter Name of Previous Bank)   ☐ Visual Inspection of Business

### IMPORTANT INFORMATION

Federal law requires all financial institutions to obtain, verify and record information that identifies each person who opens an account.

The undersigned acknowledge(s) receipt of the Deposit Account Agreement and Fee Schedule which govern my/our accounts with the Bank. My/our use of this account shall evidence my/our acceptance of the terms and conditions as set forth in the Deposit Account Agreement and Fee Schedule as the same may be amended from time to time.

The undersigned, both individually and on behalf of the account owner, if different, hereby authorize(s) the Bank to, from time to time, request consumer reports containing references about me/us from third parties, such as a consumer reporting agency, in connection with opening and maintaining this account. If you (the Bank) are unable to open a deposit account, you will provide me/us with an additional notice containing date regarding the consumer reporting agency.

I/We acknowledge and understand that TD Banknorth and TD Bank are trade names of TD Bank, N.A. I/We further acknowledge and understand that for FDIC insurance purposes, my/our deposits are not separately insured from any other deposits I/we may have at TD Banknorth and/or TD Bank.

This section does not apply to U.S. non-resident aliens.   Under penalty of perjury, the undersigned certify(ies) that:
1.   The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and
2.   I am not subject to backup withholding because:  (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and
3.   I am a U.S. person (including a U.S. resident, alien).

Certification Instructions.   You must cross out Item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return or for any other reason.  For real estate transactions, Item 2 does not apply. For mortgage interest paid, acquisition of abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the Certification, but you must provide your correct TIN.

The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

| | | | |
|---|---|---|---|
| X  *Daniel E Carpenter* | DANIEL E CARPENTER | 05/28/1954   046524417 | |
| Date Signed:  5/21/09 | First Name | Date of Birth   SSN   eFunds Verification | If Existing Personal Customer, Enter the RM Number: 000000144386084 |
| X  *Amanda Rossi* | AMANDA ROSSI | 11/07/1980   040601423 | |
| Date Signed:  5/21/09 | First Name | Date of Birth   SSN   eFunds Verification | If Existing Personal Customer, Enter the RM Number: 000000 15447684 |
| X _____ | _____ | _____ | |
| Date Signed: _____ | First Name | Date of Birth   SSN   eFunds Verification | If Existing Personal Customer, Enter the RM Number: |
| X _____ | _____ | _____ | |
| Date Signed: _____ | First Name | Date of Birth   SSN   eFunds Verification | If Existing Personal Customer, Enter the RM Number: |

**For Deposit Operations Use Only**

SIC: _____   Entered By: _____

Rev. 11/2008

TD - Universitas  0101

(Page 2 of 4)

**TD Banknorth**

## LIMITED LIABILITY COMPANY BANKING RESOLUTION
### (For Deposit Accounts)

| Account Holder: | Financial Institution: |
|---|---|
| GRIST MILL CAPITAL LLC<br>100 GRIST MILL ROAD<br>SIMSBURY , CT 06070 | TD Bank, N.A.<br>Drake Mill Mall, 714 Hopmeadow St<br><br>Simsbury, CT 06070 |
| Account No. 4242774712 | State / Commonwealth: CT |

In consideration of the existing or proposed banking relationship between  GRIST MILL CAPITAL LLC
a Limited Liability Company (the "Company") and TD Bank, N.A., the persons signing below jointly and severally and on behalf of the Company do hereby certify that and agree as follows:

GRIST MILL CAPITAL LLC _____   is the complete and correct name of the Account Holder.

Managers, Members and Authorized Signers:  We further certify that the following is a complete list of the names of all managers, members and authorized signers of the Company.  We agree to notify the Financial Institution of any change in the Company, including the adding of new members and leaving of current members from the Company, before the change takes effect.

| Title | Name | Signature |
|---|---|---|
| Chairman Mang Member | DANIEL E CARPENTER | Daniel E Carpenter |
| Secretary | AMANDA ROSSI | |
| | | |
| | | |

Assumed Business Names:  Excluding the name of the Company, the following is a complete list of all assumed business names under which the Company does business:

Assumed Business Name #1:  _____

Assumed Business Name #2:  _____

We further certify that at a meeting of the members of the Company (or by other duly authorized Company action in lieu of a meeting, duly called and held on 5/21/09 _____ , at which a quorum was present and voting, the following resolutions were adopted:

Be It Resolved, that TD Bank, N.A., at any one or more of its branches, be and it hereby is designated as the Financial Institution of and depository for the funds of this Company, which may be withdrawn on checks, drafts, advices of debit, notes or other orders for the payment of money;

Be It Further Resolved, that any one (1) of the Authorized signers ("Agents") listed above may enter into any such agreements and perform such other acts as they deem reasonably necessary in furtherance of the Company's Banking Relationship with the Financial Institution, and those agreements will bind the Company, and acting for an on behalf of the Company and as its act and deed be, and they hereby are, authorized and empowered;

Page 1 of 2

TD - Universitas  0102

(Page 3 of 4)

**Execute Documents:**   To execute and deliver to Financial Institution the form of Limited Liability Company Banking Resolution and other account opening documents submitted by Financial Institution, confirming the nature and existence of Account Holder and evidencing the terms of the agreement between Financial Institution and Account Holder.

**Agent's Authority:**  Any one of such Agents is authorized to endorse all checks, drafts, notes and other items payable to or owned by this Company for deposit with the Financial Institution, or for collection or discount by the Financial Institution; and to accept draft and other items payable at the Financial Institution. The Financial Institution is hereby directed to accept and pay without further inquiry any item drawn against any of the Company's accounts with the Financial Institution bearing the signature of any one of the Agents, as authorized above or otherwise, even though drawn or endorsed to the order of Any Agent signing or tendered by such Agent for cashing or in payment of the individual obligation of such Agent or for deposit to the Agent's personal account, and the Financial Institution shall not be required or be under any obligation to inquire as to the circumstances of the issue or use of any item signed in accordance with the resolutions contained herein, or the application or disposition of such item or the proceeds of the item.

**Further Acts:**  The above-named Agents are authorized and empowered to execute such other agreements, including, but not limited to, special depository agreements and arrangements regarding the manner, conditions or purposes for which funds, checks or items of Account Holder may be deposited, collected or withdrawn and to perform such other acts as they deem reasonably necessary to carry out the provisions of this resolutions.

**Be It Further Resolved,** that the authority hereby conferred upon the above-named Agents shall be and remain in full force and effect until written notice of any amendment or revocation thereof shall have been delivered and received by the Financial Institution at each location where an account is maintained.  Financial Institution shall be indemnified and held harmless by the Company from any loss suffered or any liability incurred by it in continuing to act in accordance with this resolution. Any such notice shall not affect any items in process at the time notice given.

**We Further Certify** that the authorized signers name above are duly elected, appointed or employed by or for the Company, as the case may be, and occupy the positions set opposite their respective names; that the foregoing resolutions now stand of record on the books of the Company; and that the resolutions are in full force and effect and have not been modified or revoked in any manner whatsoever.

We have each read all of the provisions of this Limited Liability Company Resolution, and we each jointly and severally and on behalf of the Company certify and agree to its terms.

This Agreement is dated:  05/20/2009

Account Holder:  GRIST MILL CAPITAL LLC

By: _____     By: _____

By: _____     By: _____

Rev. 06/2008   TD Banknorth is a trade name of TD Bank, N.A.

Page 2 of 2

TD - Universitas  0103

(Page 1 of 1)

## Banknorth                                    NEW NON-PERSONAL ACCOUNT

| | | | |
|---|---|---|---|
| **REGION:** | TD Banknorth CT Mid-Atl | **DATE OPENED:** | 05/20/2009 |
| **ACCOUNT #:** | 4242617135 | **TYPE OF ACCOUNT:** IM   Business Convenience Checking | |
| **TAX ID #:** | 200688307 | **TYPE CODE:** 720 | **CATEGORY:** Non-Personal Checking |
| **BRANCH #:** | 507 | **BANK REPRESENTATIVE:** Carolyn M Starr | |

**Account Officer Information** (Complete only if an officer will be assigned to this account)

**Officer Number:** _____   **Officer Name:** _____   **Telephone:** _____

**BUSINESS NAME/ADDRESS:**                    **TIN:**
GRIST MILL HOLDINGS LLC                        200688307        **BUSINESS PHONE:** (860) 408-7000
100 GRIST MILL ROAD

SIMSBURY , CT          USA          06070

**eFunds Verification:** _____   If Existing Customer, Enter the RM Number: 0000001... 

**Account Relationship:** Corporation or LLC-2 Signers

**Additional Account Verification:**
☒ Business/Entity Documentation:  Certified Formation Docs & Resolution/Consent

☐ Previous Bank: _____   ☐ Visual Inspection of Business
                    (Enter Name of Previous Bank)

### IMPORTANT INFORMATION

Federal law requires all financial institutions to obtain, verify and record information that identifies each person who opens an account.

The undersigned acknowledge(s) receipt of the Deposit Account Agreement and Fee Schedule which govern my/our accounts with the Bank. My/our use of this account shall evidence my/our acceptance of the terms and conditions as set forth in the Deposit Account Agreement and Fee Schedule as the same may be amended from time to time.

The undersigned, both individually and on behalf of the account owner, if different, hereby authorize(s) the Bank to, from time to time, request consumer reports containing references about me/us from third parties, such as a consumer reporting agency, in connection with opening and maintaining this account. If you (the Bank) are unable to open a deposit account, you will provide me/us with an additional notice containing data regarding the consumer reporting agency.

I/We acknowledge and understand that TD Banknorth and TD Bank are trade names of TD Bank, N.A. I/We further acknowledge and understand that for FDIC insurance purposes, my/our deposits are not separately insured from any other deposits I/we may have at TD Banknorth and/or TD Bank.

This section does not apply to U.S. non-resident aliens. Under penalty of perjury, the undersigned certify(ies) that:
1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and
3. I am a U.S. person (including a U.S. resident, alien).

Certification Instructions: You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return or for any other reason. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the Certification, but you must provide your correct TIN.

The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

X _Daniel E Carpenter_     DANIEL E CARPENTER        05/25/1954    048524417    eFunds Verified
  Signature          Print Name            Date of Birth   SS#    0000001646#084
Date Signed: 5-21-09                  If Existing Personal Customer, Enter the RM Number:

X _____     AMANDA ROSSI           11/07/1980    040801423    eFunds Verification
  Signature          Print Name            Date of Birth   SS#    0000001646#084
Date Signed: 5/21/09                  If Existing Personal Customer, Enter the RM Number:

X _____     _____           _____    _____    eFunds Verification
  Signature          Print Name            Date of Birth   SS#
Date Signed: _____                  If Existing Personal Customer, Enter the RM Number:

X _____     _____           _____    _____    eFunds Verification
  Signature          Print Name            Date of Birth   SS#
Date Signed: _____                  If Existing Personal Customer, Enter the RM Number:

### For Deposit Operations Use Only

S/C: _____                    Entered By: _____

Rev. 11/2006

(Page 2 of 5)

**Banknorth**

## LIMITED LIABILITY COMPANY BANKING RESOLUTION
### (For Deposit Accounts)

| Account Holder: | Financial Institution: |
|---|---|
| GRIST MILL HOLDINGS LLC | TD Bank, N.A. |
| 100 GRIST MILL ROAD | Drake Mill Mall, 714 Hopmeadow St |
| SIMSBURY , CT 06070 | Simsbury, CT 06070 |
| Account No.  4242617136 | State / Commonwealth:  CT |

In consideration of the existing or proposed banking relationship between  GRIST MILL HOLDINGS LLC
a Limited Liability Company (the "Company") and TD Bank, N.A., the persons signing below jointly and severally and on behalf of the Company do hereby certify that and agree as follows:

GRIST MILL HOLDINGS LLC _____  is the complete and correct name of the Account Holder.

Managers, Members and Authorized Signers:  We further certify that the following is a complete list of the names of all managers, members and authorized signers of the Company.  We agree to notify the Financial Institution of any change in the Company, including the adding of new members and leaving of current members from the Company, before the change takes effect.

| Title | Name | Signature |
|---|---|---|
| Chairman Managing Membr | DANIEL E CARPENTER | |
| Secretary | AMANDA ROSSI | |
| | | |
| | | |

Assumed Business Names:  Excluding the name of the Company, the following is a complete list of all assumed business names under which the Company does business:

Assumed Business Name #1:  _____

Assumed Business Name #2:  _____

We further certify that at a meeting of the members of the Company (or by other duly authorized Company action in lieu of a meeting, duly called and held on  5/21/09 _____ , at which a quorum was present and voting, the following resolutions were adopted:

Be It Resolved, that TD Bank, N.A., at any one or more of its branches, be and it hereby is designated as the Financial Institution of and depository for the funds of this Company, which may be withdrawn on checks, drafts, advices of debit, notes or other orders for the payment of money;

Be It Further Resolved, that any one (1) of the Authorized signers ("Agents") listed above may enter into any such agreements and perform such other acts as they deem reasonably necessary in furtherance of the Company's Banking Relationship with the Financial Institution, and those agreements will bind the Company, and acting for an on behalf of the Company and as its act and deed be, and they hereby are, authorized and empowered;

Page 1 of 2

**Execute Documents:**  To execute and deliver to Financial Institution the form of Limited Liability Company Banking Resolution and other account opening documents submitted by Financial Institution, confirming the nature and existence of Account Holder and evidencing the terms of the agreement between Financial Institution and Account Holder.

**Agent's Authority:**  Any one of such Agents is authorized to endorse all checks, drafts, notes and other items payable to or owned by this Company for deposit with the Financial Institution, or for collection or discount by the Financial Institution; and to accept draft and other items payable at the Financial Institution.  The Financial Institution is hereby directed to accept and pay without further inquiry any item drawn against any of the Company's accounts with the Financial Institution bearing the signature of any one of the Agents, as authorized above or otherwise, even though drawn or endorsed to the order of Any Agent signing or tendered by such Agent for cashing or in payment of the individual obligation of such Agent or for deposit to the Agent's personal account, and the Financial Institution shall not be required or be under any obligation to inquire as to the circumstances of the issue or use of any item signed in accordance with the resolutions contained herein, or the application or disposition of such item or the proceeds of the item.

**Further Acts:**  The above-named Agents are authorized and empowered to execute such other agreements, including, but not limited to, special depository agreements and arrangements regarding the manner, conditions or purposes for which funds, checks or items of Account Holder may be deposited, collected or withdrawn and to perform such other acts as they deem reasonably necessary to carry out the provisions of this resolutions.

**Be It Further Resolved,** that the authority hereby conferred upon the above-named Agents shall be and remain in full force and effect until written notice of any amendment or revocation thereof shall have been delivered and received by the Financial Institution at each location where an account is maintained.  Financial Institution shall be indemnified and held harmless by the Company from any loss suffered or any liability incurred by it in continuing to act in accordance with this resolution.  Any such notice shall not affect any items in process at the time notice given.

**We Further Certify** that the authorized signers name above are duly elected, appointed or employed by or for the Company, as the case may be, and occupy the positions set opposite their respective names; that the foregoing resolutions now stand of record on the books of the Company; and that the resolutions are in full force and effect and have not been modified or revoked in any manner whatsoever.

We have each read all of the provisions of this Limited Liability Company Resolution, and we each jointly and severally and on behalf of the Company certify and agree to its terms.

This Agreement is dated: 05/20/2009

Account Holder:  GRIST MILL HOLDINGS  LLC

By: _____     By: _____

By: _____     By: _____

TD - Universitas  0093

(Page 4 of 5)



PAGE 1

*The First State*

    I, HARRIET SMITH WINDSOR, SECRETARY OF STATE OF THE STATE OF
DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT
COPY OF THE CERTIFICATE OF FORMATION OF "GRIST MILL HOLDINGS,
LLC", FILED IN THIS OFFICE ON THE SEVENTEENTH DAY OF JANUARY,
A.D. 2003, AT 9 O'CLOCK A.M.

Harriet Smith Windsor
Harriet Smith Windsor, Secretary of State

3615870   8100

030036439

AUTHENTICATION: 2218154

DATE: 01-22-03

(Page 5 of 5)

STATE OF DELAWARE
SECRETARY OF STATE
DIVISION OF CORPORATIONS
FILED 09:00 AM 01/17/2003
030036439 - 3615870

## CERTIFICATE OF FORMATION
## OF
## LIMITED LIABILITY COMPANY

FIRST.   The name of the limited liability company is  GRIST MILL HOLDINGS, LLC

SECOND.   The address of its registered office in the State of Delaware is 2711 Centerville Road, Suite 400 in the City of Wilmington.   The name of its Registered Agent at such address is THE COMPANY CORPORATION.

IN WITNESS WHEREOF, the undersigned have executed this Certificate of Formation of GRIST MILL HOLDINGS, LLC this 17th day of January 2003.

NAME: _____
Angela Norton
Authorized Person

TD - Universitas  0095

(Page 1 of 1)

**Banknorth**

## NEW NON-PERSONAL ACCOUNT

| | |
|---|---|
| REGION: TD Banknorth CT Mid-Atl | DATE OPENED: 06/20/2009 |
| ACCOUNT #: 4242774871 | TYPE OF ACCOUNT: IM  Business Convenience Checking |
| TAX ID #: 204006871 | TYPE CODE: 720 | CATEGORY: Non-Personal Checking |
| BRANCH #: 507 | BANK REPRESENTATIVE: Carolyn M Starr |

**Account Officer Information** (Complete only if an officer will be assigned to this account)

Officer Number: _____  Officer Name: _____  Telephone: _____

BUSINESS NAME/ADDRESS:  TIN:

PHOENIX CAPITAL MANAGEMENT LLC   204006871   BUSINESS PHONE: (860) 428-7000

100 GRIST MILL ROAD

SIMSBURY, CT   USA   06070

eFunds Verification:   If Existing Customer, Enter the RM Number: 000000115681492

Account Relationship: Corporation or LLC-2 Signers

**Additional Account Verification:**

☒ Business/Entity Documentation: Certified Formation Docs & Resolution/Consent

☐ Previous Bank: _____   (Enter Name of Previous Bank)   ☐ Visual Inspection of Business

### IMPORTANT INFORMATION

Federal law requires all financial institutions to obtain, verify and record information that identifies each person who opens an account.

The undersigned acknowledge(s) receipt of the Deposit Account Agreement and Fee Schedule which govern my/our accounts with the Bank. My/our use of this account shall evidence my/our acceptance of the terms and conditions as set forth in the Deposit Account Agreement and Fee Schedule as the same may be amended from time to time.

The undersigned, both individually and on behalf of the account owner, if different, hereby authorize(s) the Bank to, from time to time, request consumer reports containing references about me/us from third parties, such as a consumer reporting agency, in connection with opening and maintaining this account. If you (the Bank) are unable to open a deposit account, you will provide me/us with an additional notice containing data regarding the consumer reporting agency.

I/We acknowledge and understand that TD Banknorth and TD Bank are trade names of TD Bank, N.A. I/We further acknowledge and understand that for FDIC insurance purposes, my/our deposits are not separately insured from any other deposits I/we may have at TD Banknorth and/or TD Bank.

This section does not apply to U.S. non-resident aliens. Under penalty of perjury, the undersigned certify(ies) that:
1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and
3. I am a U.S. person (including a U.S. resident alien).

Certification Instructions. You must cross out Item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return or for any other reason. For real estate transactions, Item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the Certification, but you must provide your correct TIN.

The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

| | | | | |
|---|---|---|---|---|
| X _Daniel E Carpenter_ | DANIEL E CARPENTER | 06/25/1954 | 048524417 | eFunds Verification |
| Signature   Print Name | | Date of Birth | SSN | |
| Date Signed: 6/2/09 | | If Existing Personal Customer, Enter the RM Number: | | 000000141536464 |
| X _Amanda Rossi_ | AMANDA ROSSI | 11/07/1980 | 040601423 | eFunds Verification |
| Signature   Print Name | | Date of Birth | SSN | |
| Date Signed: 6/2/09 | | If Existing Personal Customer, Enter the RM Number: | | 000000141447064 |
| X _____ | _____ | | | eFunds Verification |
| Signature   Print Name | | Date of Birth | SSN | |
| Date Signed: _____ | | If Existing Personal Customer, Enter the RM Number: | | |
| X _____ | _____ | | | eFunds Verification |
| Signature   Print Name | | Date of Birth | SSN | |
| Date Signed: _____ | | If Existing Personal Customer, Enter the RM Number: | | |

### For Deposit Operations Use Only

BIC: _____   Entered By: _____

Rev. 11/2008

TD - Universitas  0086

(Page 2 of 5)

**TD Banknorth**

# LIMITED LIABILITY COMPANY BANKING RESOLUTION
## (For Deposit Accounts)

| Account Holder: | Financial Institution: |
|---|---|
| PHOENIX CAPITAL MANAGEMENT LLC<br>100 GRIST MILL ROAD<br>SIMSBURY , CT 06070 | TD Bank, N.A.<br>Drake Mill Mall, 714 Hopmeadow St<br><br>Simsbury, CT  06070 |
| Account No.  4242774671 | State / Commonwealth:  CT |

In consideration of the existing or proposed banking relationship between PHOENIX CAPITAL MANAGEMENT LLC a Limited Liability Company (the "Company") and TD Bank, N.A., the persons signing below jointly and severally and on behalf of the Company do hereby certify that and agree as follows:

PHOENIX CAPITAL MANAGEMENT LLC _____ is the complete and correct name of the Account Holder.

**Managers, Members and Authorized Signers:**  We further certify that the following is a complete list of the names of all managers, members and authorized signers of the Company.  We agree to notify the Financial Institution of any change in the Company, including the adding of new members and leaving of current members from the Company, before the change takes effect.

| Title | Name | Signature |
|---|---|---|
| Chairman Managing Member | DANIEL E CARPENTER | *[signature]* |
| Secretary | AMANDA ROSSI | *[signature]* |
| | | |
| | | |

**Assumed Business Names:**  Excluding the name of the Company, the following is a complete list of all assumed business names under which the Company does business:

Assumed Business Name #1: _____

Assumed Business Name #2: _____

We further certify that at a meeting of the members of the Company (or by other duly authorized Company action in lieu of a meeting, duly called and held on  5/21/09 , at which a quorum was present and voting, the following resolutions were adopted:

**Be It Resolved,** that TD Bank, N.A., at any one or more of its branches, be and it hereby is designated as the Financial Institution of and depository for the funds of this Company, which may be withdrawn on checks, drafts, advices of debit, notes or other orders for the payment of money;

**Be It Further Resolved,** that any one (1) of the Authorized signers ("Agents") listed above may enter into any such agreements and perform such other acts as they deem reasonably necessary in furtherance of the Company's Banking Relationship with the Financial Institution, and those agreements will bind the Company, and acting for an on behalf of the Company and as its act and deed be, and they hereby are, authorized and empowered;

TD - Universitas  0087

(Page 3 of 5)

**Execute Documents:** To execute and deliver to Financial Institution the form of Limited Liability Company Banking Resolution and other account opening documents submitted by Financial Institution, confirming the nature and existence of Account Holder and evidencing the terms of the agreement between Financial Institution and Account Holder.

**Agent's Authority:** Any one of such Agents is authorized to endorse all checks, drafts, notes and other items payable to or owned by this Company for deposit with the Financial Institution, or for collection or discount by the Financial Institution; and to accept draft and other items payable at the Financial Institution. The Financial Institution is hereby directed to accept and pay without further inquiry any item drawn against any of the Company's accounts with the Financial Institution bearing the signature of any one of the Agents, as authorized above or otherwise, even though drawn or endorsed to the order of Any Agent signing or tendered by such Agent for cashing or in payment of the individual obligation of such Agent or for deposit to the Agent's personal account, and the Financial Institution shall not be required or be under any obligation to inquire as to the circumstances of the issue or use of any item signed in accordance with the resolutions contained herein, or the application or disposition of such item or the proceeds of the item.

**Further Acts:** The above-named Agents are authorized and empowered to execute such other agreements, including, but not limited to, special depository agreements and arrangements regarding the manner, conditions or purposes for which funds, checks or items of Account Holder may be deposited, collected or withdrawn and to perform such other acts as they deem reasonably necessary to carry out the provisions of this resolutions.

**Be it Further Resolved,** that the authority hereby conferred upon the above-named Agents shall be and remain in full force and effect until written notice of any amendment or revocation thereof shall have been delivered and received by the Financial Institution at each location where an account is maintained. Financial Institution shall be indemnified and held harmless by the Company from any loss suffered or any liability incurred by it in continuing to act in accordance with this resolution. Any such notice shall not affect any items in process at the time notice given.

**We Further Certify** that the authorized signers name above are duly elected, appointed or employed by or for the Company, as the case may be, and occupy the positions set opposite their respective names; that the foregoing resolutions now stand of record on the books of the Company; and that the resolutions are in full force and effect and have not been modified or revoked in any manner whatsoever.

We have each read all of the provisions of this Limited Liability Company Resolution; and we each jointly and severally and on behalf of the Company certify and agree to its terms.

This Agreement is dated:  05/20/2009

Account Holder:       PHOENIX CAPITAL MANAGEMENT LLC

By: _____    By: _____

By: _____    By: _____

TD - Universitas  0088

(Page 4 of 5)

# Delaware

PAGE 1

## The First State

I, HARRIET SMITH WINDSOR, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF FORMATION OF "PHOENIX CAPITAL MANAGEMENT GROUP, LLC", FILED IN THIS OFFICE ON THE THIRTIETH DAY OF DECEMBER, A.D. 2005, AT 1 O'CLOCK P.M.

4086984  8100
051076651

Harriet Smith Windsor, Secretary of State

AUTHENTICATION: 4417328

DATE: 01-03-06

TD - Universitas  0089

(Page 5 of 5)

State of Delaware
Secretary of State
Division of Corporations
Delivered 02:01 PM 12/30/2005
FILED 01:00 PM 12/30/2005
SRV 051076651 - 4086984 FILE

## CERTIFICATE OF FORMATION
### OF
### LIMITED LIABILITY COMPANY

FIRST.   The name of the limited liability company is PHOENIX CAPITAL MANAGEMENT GROUP, LLC.

SECOND.   The address of its registered office in the State of Delaware is 2711 Centerville Road, Suite 400, Wilmington, Delaware, 19808. The name of its registered agent at such address is The Company Corporation.

IN WITNESS WHEREOF, the undersigned have executed this Certificate of Formation of PHOENIX CAPITAL MANAGEMENT GROUP, LLC this 30th day of December, 2005.

NAME:
Keith R. Jones
Authorized Person