# EXHIBIT 29

SEP-01-2009 17:00      BENEFITS                                                          P.01

Grist Mill Plaza
100 Grist Mill Road
Simsbury, CT 06070
Phone: 860-408-7000
Fax: 860-408-7022


**Charter Oak Trust**

# Fax

| | | | |
|---|---|---|---|
| **To:** | Heather Sammon | **From:** | Wayne H. Bursey |
| **Fax:** | 816-221-9674 | **Date:** | September 1, 2009 |
| **Phone:** | | **Pages:** | 3 inc. cover |
| **Re:** | Disclosure Authorizations | **CC:** | |

☐ **Urgent**    ☐ **For Review**    ☐ **Please Comment**    ☐ **Please Reply**    ☐ **Please Recycle**

Hello Heather,

As per your phone message, the people who can access information for any of the policies owned by the Charter Oak Trust or the Grist Mill Trust are as follows :

Wayne H. Bursey, Kathy Kehoe, Luanne Pinkham, Donna Dawson, Shawndrika Stevens, Erik Schneider, Joe Castagno, Ineke Murphy, Barbara Korfel, Stefan Cherneski, Guy Newman, Ron Lanza, Kevin Slattery, Amanda Rossi.

If you should have any questions or require any further information regarding this correction, please contact Luanne Pinkham at 860-408-7000, ext 244.

Best Regards,

Wayne H. Bursey   Trustee

**CONFIDENTIAL**                               **UNISUB 000020**



**NOVA GROUP INC.**

GRIST MILL PLAZA
100 GRIST MILL ROAD
SIMSBURY, CT 06070

March 29, 2013

Policyholder Services
Sun Life Financial
One Sun Life Executive Park
Wellesley Hills, MA 02481

Re: Ownership & Beneficiary Change Request

To Whom It May Concern:

Please find enclosed Change of Ownership and Beneficiary Change Forms for the following individual:

Judith Amsterdam    Policy# 020158601

I have also enclosed the new owner's Corporate Resolution. If you have any questions or require additional information, please feel free to contact me. Thank you.

Kindest Regards,

Ineke Murphy
Plan Administrator

TEL. (860) 408-7000  •  FAX (860) 408-7022



**NOVA GROUP INC.**

GRIST MILL PLAZA
100 GRIST MILL ROAD
SIMSBURY, CT 06070

November 18, 2010

Phoenix Life Insurance Co.
30 Dan Road, Ste. 8027
Canton, MA  02021-2809

    Re:   **Authorization to Release Information**
               **Charter Oak Trust**

To Whom It May Concern:

    Please allow the following administrators access to all non-medical information pertaining the policies indicated on the authorization attached:

Kathleen Kehoe
Luanne Pinkham
Donna Dawson
Shawndrika Stevens
Barbara Korfel
Ineke Murphy

    If you have any questions or require additional information, please feel free to contact me at (860) 408-7000 ext. 257. Thank you for your assistance.

Best regards,

Wayne H. Bursey
As Trustee

TEL: (860) 408-7000  •  FAX: (860) 408-7015

**CONFIDENTIAL**          **UNISUB 000065**