# EXHIBIT 32

10/8/14 at 09:33:58.83                                              Page: 3

# GRIST MILL TRUST - CURRENT
## Cash Disbursements Journal
### For the Period From Jan 1, 2013 to Oct 8, 2014

Filter Criteria includes: Report order is by Date. Report is printed in Detail Format.

| Date | Check # | Account ID | Line Description | Debit Amount | Credit Amount |
|---|---|---|---|---|---|
| 2/28/13 |  | 20000 | Invoice: LAQUINTA2/13 | 5,700.00 |  |
|  |  | 10000 | FIDELITY & GUARANTY |  | 5,700.00 |
| 3/4/13 | 1327 | 14500 | POLICY #9206793 | 50,000.00 |  |
|  |  | 14500 | JKH MEDICAL |  |  |
|  |  | 10000 | DR.JOHN HAYES |  | 50,000.00 |
| 3/6/13 |  | 20000 | Invoice: HENRY2/13 | 15,000.00 |  |
|  |  | 10000 | THE HARTFORD |  | 15,000.00 |
| 3/7/13 |  | 20000 | Invoice: MCCARTY2/13 | 18,486.00 |  |
|  |  | 10000 | LINCOLN/JEFFERSON PILOT |  | 18,486.00 |
| 3/7/13 |  | 20000 | Invoice: AMIGO2/13 | 9,257.50 |  |
|  |  | 10000 | LINCOLN/JEFFERSON PILOT |  | 9,257.50 |
| 3/15/13 |  | 67000 | ASSETS OF THE TRUST FOREFEITURE ACCOUNT | 115,600.00 |  |
|  |  | 10000 | PHOENIX LIFE INSURANCE COMPANY |  | 115,600.00 |
| 3/15/13 |  | 62000 |  | 21.81 |  |
|  |  | 10600 | BANK FEES |  | 21.81 |
| 3/15/13 | 1002 | 23100 |  | 100,000.00 |  |
|  |  | 10600 | PAUL C. ROSASCO |  | 100,000.00 |
| 3/20/13 |  | 20000 | Invoice: SUPERIORMET3/13 | 4,750.00 |  |
|  |  | 10000 | JOHN HANCOCK |  | 4,750.00 |
| 3/20/13 |  | 20000 | Invoice: D.R.KINCAID3/13 | 1,900.00 |  |
|  |  | 10000 | AMERUS LIFE INSURANCE |  | 1,900.00 |
| 3/20/13 | 1328 | 68500 |  | 100,000.00 |  |
|  |  | 10000 | AUDIT RISK INDEMNITY ASSOCIATION |  | 100,000.00 |
| 3/20/13 | 1328V | 68500 |  |  | 100,000.00 |
|  |  | 10000 | AUDIT RISK INDEMNITY ASSOCIATION | 100,000.00 |  |
| 3/21/13 | 1329 | 90001 |  | 2,500.00 |  |
|  |  | 10000 | NOVA BENEFIT PLANS, LLC |  | 2,500.00 |
| 3/26/13 |  | 20000 | Invoice: KEYBENEFIT3/13 | 22,876.34 |  |
|  |  | 10000 | LINCOLN/JEFFERSON PILOT |  | 22,876.34 |
| 3/28/13 | 1051 | 60000 |  |  | 10,000.00 |

GMT-000581