# EXHIBIT 34

9/24/2015                                                C.O.N.C.O.R.D



## Business Inquiry

🏠 HOME   ❓ HELP

### Business Details

| | | | |
|---|---|---|---|
| Business Name: | **BIRCH HILL PARTNERS, LLC** | Citizenship/State Inc: | **Domestic/CT** |
| Business ID: | **1006910** | Last Report Filed Year: | **2011** |
| Business Address: | **35 TOWER LANE, AVON, CT, 06001** | Business Type: | **Domestic Limited Liability Company** |
| Mailing Address: | **35 TOWER LANE, AVON, CT, 06001** | Business Status: | **Active** |
| Date Inc/Registration: | **Jun 08, 2010** | | |

### Principals Details

| Name/Title | Business Address | Residence Address |
|---|---|---|
| CAROLINE FINANCIAL GROUP, INC.  MANAGING MEMBER | 35 TOWER LANE, AVON, CT, 06001 | 35 TOWER LANE, AVON, CT, 06001 |

### Agent Summary

Agent Name **HALLORAN & SAGE LLP**

Agent Business Address **225 ASYLUM STREET, HARTFORD, CT, 06103**

Agent Residence Address **NONE**

[Back]   [View Filing History]   [View Name History]   [View Shares]