# EXHIBIT 35







Account: 10781270 Check: 95 Amount: $280.00

Account: 10781270 Check: 95 Amount: $280.00

Account: 10781270 Check: 91 Amount: $380.00

Account: 10781270 Check: 91 Amount: $380.00

Account: 10781270 Check: 92 Amount: $380.00

Account: 10781270 Check: 92 Amount: $380.00

Account: 10781270 Check: 93 Amount: $450.00

Account: 10781270 Check: 93 Amount: $450.00

Posting Date 2010 Oct 06

Block 7563

Seq 5356396605

Amount $5,000.00

Account 0000000010200104

Check 000000550093



Page 1 of 1

Account: 10781270 Check: 0 Amount: $10,000.00

Account: 10535725 Check: 1012 Amount: $10,000.00

http://nbdrimawv1/inquiry/servlet/inquiry

COT_WEBSTER00190

12/17/2012

CHECKING/MONEY MARKET Withdrawal

WebsterBank

10781270

$ 5000.00

OTC 10/16/2010

10781270

Account 10781270 Check 0 Amount $5,000.00

Birch Hill Partners LLC 175254

094

PAY TO THE ORDER OF Mark Hourdajian $200.00

Two Hundred and 00/100 DOLLARS

WebsterBank

FOR Elec

New Alliance
>211170130< East Hartford
2010-11-17 055199534





BIRCH HILL PARTNERS, LLC.

1012

Nov 3, 2010

$10,000.00

PAY TO THE ORDER OF: Ten Thousand and 00/100 Dollars

BIRCH HILL PARTNERS, LLC - OPERATING

For deposit only
Birch Hill Partners

Account: 10535725 Check: 1012 Amount: $10,000.00

Account: 10535725 Check: 1012 Amount: $10,000.00

BIRCH HILL PARTNERS, LLC.

1013

Nov 3, 2010

$27.69

PAY TO THE ORDER OF: Twenty-Seven and 69/100 Dollars

CL&P
P.O. BOX 150493
HARTFORD, CT 06115-0493

4570831776

Account: 10535725 Check: 1013 Amount: $27.69

Account: 10535725 Check: 1013 Amount: $27.69



CHECKING/MONEY MARKET Withdrawal
WebsterBank
10535725
OTC $2,000.00
10535725
Oct 4 2010
2000.
Cash

Account: 10535725 Check: 0 Amount: $2,000.00

Account: 10535725 Check: 0 Amount: $2,000.00

BIRCH HILL PARTNERS, LLC.
1011
Oct 13, 2010
Eight Hundred Fifty-Three and 75/100 Dollars
$853.75
PAY TO THE ORDER OF: FOREMOST INSURANCE COMPANY P.O. BOX 0915 CAROL STREAM, IL 60132-0915

Account: 10535725 Check: 1011 Amount: $853.75

Account: 10535725 Check: 1011 Amount: $853.75

COT_WEBSTER00171





BIRCH HILL PARTNERS, LLC.
GRIST MILL PLAZA
100 GRIST MILL ROAD
SIMSBURY, CT 06070
(860) 408-7000 X0298

WEBSTERBANK
51-7010-2111

1009

DATE
Sep 13, 2010

Four Hundred Ninety and 00/100 Dollars

AMOUNT
$ *****************$490.00

PAY TO THE ORDER OF: GREAT PRO-SPECTS, LLC

#8470

⑈001009⑈ ⑆211170101⑆10 0010535725⑈

Webster Bank 09282010 124397767H
>211170101<

PAY TO THE ORDER OF
WEBSTER BANK
211170101
FOR DEPOSIT ONLY
GREAT PRO-SPECTS, LLC
10000977674

Account: 10535725 Check: 1009 Amount: $490.00

Account: 10535725 Check: 1009 Amount: $490.00

BIRCH HILL PARTNERS, LLC.
GRIST MILL PLAZA
100 GRIST MILL ROAD
SIMSBURY, CT 06070
(860) 408-7000 X0298

WEBSTERBANK
51-7010-2111

1010

DATE
Sep 21, 2010

One Hundred Twenty-Five and 00/100 Dollars

AMOUNT
$ *****************$125.00

PAY TO THE ORDER OF: GREAT PRO-SPECTS, LLC

* 8470

Radon test at 41 Church Street

⑈001010⑈ ⑆211170101⑆10 0010535725⑈

Webster Bank
>211170101<

PAY TO THE ORDER OF
WEBSTER BANK
211170101
FOR DEPOSIT ONLY
GREAT PRO-SPECTS, LLC
10000977674

Account: 10535725 Check: 1010 Amount: $125.00

Account: 10535725 Check: 1010 Amount: $125.00

CHECKING/MONEY MARKET Withdrawal

Please write ACCOUNT NUMBER clearly starting here, leaving unused boxes blank.

10535725

BirchHill P. LLC

Webster Bank

$ 170000.00

OTC $170,000.00

10535725

06108 54 09/30/2010 0

⑆5260101⑆

Name

Signature

0088

Webster Bank
>211170101<

Account: 10535725 Check: 0 Amount: $170,000.00

Account: 10535725 Check: 0 Amount: $170,000.00

BIRCH HILL PARTNERS, LLC.
GRIST MILL PLAZA
100 GRIST MILL ROAD
SIMSBURY, CT 06070
(860) 408-7000 X0298

WEBSTERBANK
51-7010-2111

1007

DATE
Sep 8, 2010

Two Thousand and 00/100 Dollars

AMOUNT
$ *****************$2,000.00

PAY TO THE ORDER OF: LANDWORKS REALTY

⑈001007⑈ ⑆211170101⑆10 0010535725⑈

PAY TO THE ORDER OF
WEBSTER BANK
FOR DEPOSIT ONLY
LANDWORKS REALTY LLC
ESCROW ACCOUNT

Account: 10535725 Check: 1007 Amount: $2,000.00

Account: 10535725 Check: 1007 Amount: $2,000.00

BIRCH HILL PARTNERS, LLC.
GRIST MILL PLAZA
100 GRIST MILL ROAD
SIMSBURY, CT 06070
(860) 408-7000 X0298

WEBSTERBANK
51-7010-2111

1008

DATE
Sep 15, 2010

Eight Hundred Twenty-Five and 00/100 Dollars

AMOUNT
$ *****************$825.00

PAY TO THE ORDER OF: JOHN DAVIS

⑈001008⑈ ⑆211170101⑆10 0010535725⑈

ON-US CK $825.00

10535725

06108 33 09/15/2010 0

BIRCH HILL PARTNERS, LLC.

1006

DATE
Aug 10, 2010

AMOUNT

Two Thousand Six Hundred Thirty-Nine and 54/100 Dollars

$ ****************$2,639.54

PAY
TO THE
ORDER
OF:

COLLECTOR OF REVENUE
P.O. BOX 387
VERNON, CT 06066

Account: 10535725 Check: 1006 Amount: $2,639.54

Account: 10535725 Check: 1006 Amount: $2,639.54

Birch Hill Partners, LLC REC'D 62 091
JUN 3 0 2010
NAB B S DATE 6/28/10
PAY TO THE ORDER OF Country Town Builders $ 300.00
Three hundred 00/100 DOLLARS
WebsterBank
FOR Carpentry – Birch Hill Partners, LLC
⑈000091⑈ ⑆211170101⑆ 0010535725⑈

Account: 10535725 Check: 91 Amount: $300.00

New Alliance
>211170130< Columbia
2010-06-30 063125524

Account: 10535725 Check: 91 Amount: $300.00

Birch Hill Partners, LLC 092
DATE 6/28/10
PAY TO THE ORDER OF LaCasse Electric LLC $ 2000.00
Two thousand 00/100 DOLLARS
WebsterBank
FOR Birch Hill Partners, LLC
⑈000092⑈ ⑆211170101⑆ 0010535725⑈

Account: 10535725 Check: 92 Amount: $2,000.00

Account: 10535725 Check: 92 Amount: $2,000.00

GRIST MILL PLAZA
100 GRIST MILL ROAD
SIMSBURY, CT 06070
WEBSTERBANK
51-7010-2111
DATE Jul 27, 2010
Three Thousand Five Hundred Five and 12/100 Dollars
AMOUNT $ $3,505.12
PAY TO THE ORDER OF: PERFECT RIDES, LLC
ALPINE FURNACE
⑈001005⑈ ⑆211170101⑆ 0010535725⑈

Account: 10535725 Check: 1005 Amount: $3,505.12

For deposit Perfect Rides Operating acct 0876

Account: 10535725 Check: 1005 Amount: $3,505.12