# EXHIBIT 37

[Page 1]

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

---------------------------------X

UNIVERSITAS EDUCATION, LLC,

                                        Case No. 11-1590-LTS-HBP

        Plaintiffs.

v.

NOVA GROUP, INC., as trustee,
sponsor and fiduciary of
THE CHARTER OAK TRUST WELFARE
BENEFIT PLAN,

        Defendants.

---------------------------------X

Volume I                            October 19, 2012

                                         New York, New York

    Videotaped deposition of DANIEL CARPENTER, taken at the Southern District of New York Courthouse, 500 Pearl Street, New York, New York 10007, on Friday, October 19, 2012, at 10:11 a.m., before Anthony Armstrong, a Certified Court Reporter, Certified Realtime Reporter, Realtime Administrator, and Notary Public of the State of New York.

```
 1         Mill Road, Simsbury Connecticut?
 2                  MR. SIANO:   I'm going to advise
 3            Mr. Carpenter not to answer that question
 4            based upon his rights under the Fifth
 5            Amendment of the Constitution.
 6          A.    Upon the advice counsel, I decline to
 7     answer that question.
 8  BY MS. COLBATH:
 9          Q.    Have you ever heard of an entity
10     known as TPG Group?
11                  MR. SIANO:   TPG, is that what you are
12            saying?
13                  MS. COLBATH:   Yes.  Tom, Peter,
14            George.
15                  MR. SIANO:   I'm going to advise
16            Mr. Carpenter not to answer that question
17            based upon his rights under the Fifth
18            Amendment to the Constitution.
19          A.    Same response, please.
20  BY MS. COLBATH:
21          Q.    What is your relationship with TPG
22     Group?
23                  MR. SIANO:   And I'm going to advise
24            Mr. Carpenter not to answer that question
25            based upon his rights under the Fifth
```

1            Amendment to the Constitution.
2       A.   Same response, please.
3  BY MS. COLBATH:
4       Q.   What is Grist Mill Capital, LLC's
5  relationship with TPG Group?
6            MR. SIANO:  I'm going to advise
7       Mr. Carpenter not to answer that question
8       based upon his rights under the Fifth
9       Amendment to the Constitution.
10      A.   Same response, please.
11 BY MS. COLBATH:
12      Q.   Am I correct, sir, that Mr. Bursey is
13 financially dependent on you?
14           MR. SIANO:  I'm going to advise
15      Mr. Carpenter not to answer that question
16      based upon his rights under the Fifth
17      Amendment to the Constitution.
18      A.   Same response, please.
19 BY MS. COLBATH:
20      Q.   Am I correct that you control
21 Carpenter Financial Group?
22           MR. SIANO:  I'm going to advise
23      Mr. Carpenter not to answer that question
24      based upon his rights under the Fifth
25      Amendment to the Constitution.