**EXHIBIT 38**

Commercial Recording Division

## Business Inquiry

 HOME   HELP

**Business Details**

| | | | |
|---|---|---|---|
| Business Name: | GREYHOUND PARTNERS LLC | Citizenship/State Inc: | Domestic/CT |
| Business ID: | 1024173 | Last Report Filed Year: | NONE |
| Business Address: | 100 GRIST MILL RD., SIMSBURY, CT, 06070 | Business Type: | Domestic Limited Liability Company |
| Mailing Address: | NONE | Business Status: | Active |
| Date Inc/Registration: | Dec 30, 2010 | | |

**Principals Details**

| Name/Title | Business Address | Residence Address |
|---|---|---|
| GREYHOUND MANAGEMENT INC. MANAGING MEMBER | 100 GRIST MILL RD., SIMSBURY, CT, 06070 | NONE |

**Agent Summary**

| | |
|---|---|
| Agent Name | HALLORAN & SAGE LLP |
| Agent Business Address | 225 ASYLUM ST., HARTFORD, CT, 06103 |
| Agent Residence Address | NONE |

[Back]   [View Filing History]   [View Name History]   [View Shares]

http://www.concord-sots.ct.gov/CONCORD/PublicInquiry?eid=9744&businessID=1024173    2/13/2015