# EXHIBIT 40

[Page 1]

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

------------------------------X

UNIVERSITAS EDUCATION, LLC,

                                         Case No. 11-1590-LTS-HBP

         Plaintiffs.

v.

NOVA GROUP, INC., as trustee,

sponsor and fiduciary of

THE CHARTER OAK TRUST WELFARE

BENEFIT PLAN,

                 Defendants.

------------------------------X

Volume I                      October 19, 2012

                           New York, New York

    Videotaped deposition of DANIEL CARPENTER, taken at the Southern District of New York Courthouse, 500 Pearl Street, New York, New York 10007, on Friday, October 19, 2012, at 10:11 a.m., before Anthony Armstrong, a Certified Court Reporter, Certified Realtime Reporter, Realtime Administrator, and Notary Public of the State of New York.

[Page 156]

```
 1              MR. SIANO:  I'm going to advise
 2         Mr. Carpenter not to answer that question
 3         based upon his rights under the Fifth
 4         Amendment of the Constitution of the United
 5         States.
 6         A.   Upon the advice of counsel, I decline
 7    to answer that question.
 8    BY MS. COLBATH:
 9         Q.   Do you have any objection to
10    Universitas subpoenaing financial records
11    relating to Audit Indemnity Risk Association,
12    Inc.?
13              MR. SIANO:  Could you repeat that
14         entity, please.
15              MS. COLBATH:  Audit Indemnity Risk
16         Association, Inc., otherwise known at 100
17         Grist Mill Road as ARIA.  A-R-I-A.
18              MR. SIANO:  I'm going to advise
19         Mr. Carpenter not to answer your question
20         based upon his rights under the Fifth
21         Amendment to the Constitution of the United
22         States.
23         A.   Upon the advice of counsel, I decline
24    to answer that question.
25    BY MS. COLBATH:
```

[Page 157]

1        Q.    Do you have any objection,
2    Mr. Carpenter, to my subpoenaing financial
3    records relating to Birch Hill Partners, LLC?
4              MR. SIANO:  I'm going to advise
5         Mr. Carpenter not to answer that question
6         based upon his rights under the Fifth
7         Amendment of the Constitution of the United
8         States.
9         A.    Same response, please.
10   BY MS. COLBATH:
11        Q.    Describe -- tell me what response you
12   got, if any, to the letter sent to TD Bank which
13   we have marked as Carpenter Exhibit 6.
14             MR. SIANO:  I'm going to advise
15        Mr. Carpenter not to answer that question
16        based upon his rights under the Fifth
17        Amendment of the Constitution of the United
18        States.
19        A.    Upon the advice of counsel, I'm going
20   to decline to answer that question.
21   BY MS. COLBATH:
22        Q.    Do you -- do you or Grist Mill
23   Capital have any intention in complying with the
24   subpoena that you refer to -- strike that.?
25             MR. SIANO:  There's no question