# EXHIBIT B


**Bank**
America's Most Convenient Bank®

NOVA GROUP INC
100 GRIST MILL ROAD
SIMSBURY CT 06070

STATEMENT OF ACCOUNT

Page: 1 of 2
Statement Period:  Jun 01 2010-Jun 09 2010
Cust Ref #: 4242774663-720-0-###
Primary Account #:

Business Convenience Checking
NOVA GROUP INC

Account:

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 94,009.58 | Average Collected Balance | 10,445.96 |
| | | Annual Percentage Yield Earned | 0.00% |
| Electronic Payments | 94,009.00 | Days in Period | 9 |
| Other Withdrawals | 0.58 | | |
| Ending Balance | 0.00 | | |

### DAILY ACCOUNT ACTIVITY

**Electronic Payments**

| POSTING DATE | DESCRIPTION | SERIAL NO. | AMOUNT |
|---|---|---|---|
| 6/2 | eTransfer Debit<br>Online Xfer<br>Transfer to CK 4242774655 | | 94,009.00 |
| | | Subtotal: | 94,009.00 |

**Other Withdrawals**

| POSTING DATE | DESCRIPTION | SERIAL NO. | AMOUNT |
|---|---|---|---|
| 6/9 | ACCOUNT CLOSED | | 0.58 |
| | | Subtotal: | 0.58 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 5/31 | 94,009.58 | 6/9 | 0.00 |
| 6/2 | 0.58 | | |

Call 1-800-YES-2000 for 24-hour Direct Banking service

BANK DEPOSITS FDIC INSURED       ©       WWW.TDBANK.COM