# EXHIBIT C

| Form **1120**<br>Department of the Treasury<br>Internal Revenue Service | | **U.S. Corporation Income Tax Return**<br>For calendar year 2011 or tax year<br>beginning _____, ending _____ | | | OMB No. 1545-0123<br>**2011** |
|---|---|---|---|---|---|
| **A** Check if:<br>1a Consolidated return (attach Form 851) ☐<br>b Life/nonlife consolidated return ☐<br>2 Personal holding co. (attach Sch. PH) ☐<br>3 Personal service corp. (see instructions) ☐<br>4 Schedule M-3 attached ☐ | TYPE OR PRINT | Name<br>NOVA GROUP, INC.<br>Number, street, and room or suite no. If a P.O. box, see instructions.<br>100 GRIST MILL ROAD<br>City or town, state, and ZIP code<br>SIMSBURY, CT 06070 | | | **B** Employer identification number<br>**C** Date incorporated<br>08/30/2002<br>**D** Total assets (see instructions)<br>$ 0. |
| | | E Check if: (1) ☐ Initial return (2) ☐ Final return (3) ☐ Name change (4) ☐ Address change | | | |

### Income

| | | | |
|---|---|---|---|
| 1a | Merchant card and third-party payments. For 2011, enter -0- | 1a | 0. |
| b | Gross receipts or sales not reported on line 1a (see instructions) | 1b | |
| c | Total. Add lines 1a and 1b | 1c | |
| d | Returns and allowances plus any other adjustments (see instructions) | 1d | |
| e | Subtract line 1d from line 1c | 1e | |
| 2 | Cost of goods sold from Form 1125-A, line 8 (attach Form 1125-A) | 2 | |
| 3 | Gross profit. Subtract line 2 from line 1e | 3 | |
| 4 | Dividends (Schedule C, line 19) | 4 | |
| 5 | Interest | 5 | |
| 6 | Gross rents | 6 | |
| 7 | Gross royalties | 7 | |
| 8 | Capital gain net income (attach Schedule D (Form 1120)) | 8 | |
| 9 | Net gain or (loss) from Form 4797, Part II, line 17 (attach Form 4797) | 9 | |
| 10 | Other income (attach schedule) | 10 | |
| 11 | **Total income.** Add lines 3 through 10 | 11 | |

### Deductions (See instructions for limitations on deductions.)

| | | | |
|---|---|---|---|
| 12 | Compensation of officers from Form 1125-E, line 4 (attach Form 1125-E) | 12 | |
| 13 | Salaries and wages (less employment credits) | 13 | |
| 14 | Repairs and maintenance | 14 | |
| 15 | Bad debts | 15 | |
| 16 | Rents | 16 | |
| 17 | Taxes and licenses | 17 | |
| 18 | Interest | 18 | |
| 19 | Charitable contributions | 19 | |
| 20 | Depreciation from Form 4562 not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | 20 | |
| 21 | Depletion | 21 | |
| 22 | Advertising | 22 | |
| 23 | Pension, profit-sharing, etc., plans | 23 | |
| 24 | Employee benefit programs | 24 | |
| 25 | Domestic production activities deduction (attach Form 8903) | 25 | |
| 26 | Other deductions (attach schedule) | 26 | |
| 27 | **Total deductions.** Add lines 12 through 26 | 27 | |
| 28 | Taxable income before net operating loss deduction and special deductions. Subtract line 27 from line 11 | 28 | 0. |
| 29a | Net operating loss deduction (see instructions) | 29a | |
| b | Special deductions (Schedule C, line 20) | 29b | |
| c | Add lines 29a and 29b | 29c | |

### Tax, Refundable Credits, and Payments

| | | | |
|---|---|---|---|
| 30 | **Taxable income.** Subtract line 29c from line 28 (see instructions) | 30 | 0. |
| 31 | Total tax (Schedule J, Part I, line 11) | 31 | 0. |
| 32 | Total payments and refundable credits (Schedule J, Part II, line 21) | 32 | |
| 33 | Estimated tax penalty (see instructions). Check if Form 2220 is attached ☐ | 33 | |
| 34 | Amount owed. If line 32 is smaller than the total of lines 31 and 33, enter amount owed | 34 | 0. |
| 35 | Overpayment. If line 32 is larger than the total of lines 31 and 33, enter amount overpaid | 35 | |
| 36 | Enter amount from line 35 you want: Credited to 2012 estimated tax ▶ _____ Refunded ▶ | 36 | |

**Sign Here**
Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Signature of officer: *[signed]*  Date: _____  Title: President & Secretary

May the IRS discuss this return with the preparer shown below? ☒ Yes ☐ No

| Paid Preparer Use Only | | | | |
|---|---|---|---|---|
| Print/Type preparer's name<br>MATTHEW WESTCOTT | Preparer's signature<br>*[signed]* | Date<br>7/2/12 | Check if self-employed ☒ | PTIN |
| Firm's name ▶ WESTCOTT & ASSOCIATES, LLC | | | Firm's EIN ▶ | |
| Firm's address ▶ 117 VINEYARD ROAD<br>BURLINGTON, CT 06013 | | | Phone no. (860) 404-____ | |

111601 12-12-11  JWA  For Paperwork Reduction Act Notice, see instructions.    1    Form 1120 (2011)

13550627 144936 NOVAGROUPINC   2011.03060 NOVA GROUP, INC.   NOVAGR11