# EXHIBIT C

# CAROLINE FINANCIAL GROUP, INC.

## Business Entity Information

| | | | |
|---:|---|---:|---|
| Status: | Permanently Revoked | File Date: | 12/21/2001 |
| Type: | Domestic Corporation | Entity Number: | C34300-2001 |
| Qualifying State: | NV | List of Officers Due: | 12/31/2004 |
| Managed By: | | Expiration Date: | |
| NV Business ID: | NV20011519029 | Business License Exp: | |

## Registered Agent Information

| | | | |
|---:|---|---:|---|
| Name: | CSC SERVICES OF NEVADA, INC. | Address 1: | 2215-B RENAISSANCE DR |
| Address 2: | | City: | LAS VEGAS |
| State: | NV | Zip Code: | 89119 |
| Phone: | | Fax: | |
| Mailing Address 1: | | Mailing Address 2: | |
| Mailing City: | | Mailing State: | NV |
| Mailing Zip Code: | | | |
| Agent Type: | Commercial Registered Agent - Corporation | | |
| Jurisdiction: | NEVADA | Status: | Active |

## Financial Information

| | | | |
|---:|---|---:|---|
| No Par Share Count: | 1,500.00 | Capital Amount: | $ 0 |

No stock records found for this company

## Officers                                     ☐ Include Inactive Officers

**President - DANIEL E CARPENTER**

| | | | |
|---:|---|---:|---|
| Address 1: | 100 GRIST MILL RD | Address 2: | |
| City: | SIMSBURY | State: | CT |
| Zip Code: | 06070 | Country: | |
| Status: | Active | Email: | |

**Secretary - DANIEL E CARPENTER**

| | | | |
|---:|---|---:|---|
| Address 1: | 100 GRIST MILL RD | Address 2: | |
| City: | SIMSBURY | State: | CT |
| Zip Code: | 06070 | Country: | |
| Status: | Active | Email: | |

**Treasurer - DANIEL E CARPENTER**

| | | | |
|---:|---|---:|---|
| Address 1: | 100 GRIST MILL RD | Address 2: | |
| City: | SIMSBURY | State: | CT |
| Zip Code: | 06070 | Country: | |

| | | | |
|---|---|---|---|
| Status: | Active | Email: | |

## Actions\Amendments

| | |
|---|---|
| Action Type: | Articles of Incorporation |
| Document Number: | C34300-2001-001 |
| # of Pages: | 3 |
| File Date: | 12/21/2001 |
| Effective Date: | |

(No notes for this action)

| | |
|---|---|
| Action Type: | Amendment |
| Document Number: | C34300-2001-003 |
| # of Pages: | 2 |
| File Date: | 4/9/2003 |
| Effective Date: | |

REINSTATED/REVOKED 1-1-03 DMM

| | |
|---|---|
| Action Type: | Annual List |
| Document Number: | C34300-2001-002 |
| # of Pages: | 1 |
| File Date: | 5/7/2004 |
| Effective Date: | |

List of Officers for 2003 to 2004

Case 1:11-cv-08726-LTS-HBP   Document 380-3   Filed 11/18/16   Page 3 of 6

## Business Inquiry  HOME    HELP

**Business Details**

| | | | |
|---|---|---|---|
| Business Name: | **BESTCO BENEFIT PLANS, LLC** | Citizenship/State Inc: | **Foreign/DE** |
| Business ID: | **0755676** | Last Report Filed Year: | **NONE** |
| Business Address: | **BENISTAR PLAZA, 100 GIRST MILL ROAD, SIMSBURY, CT, 06070** | Business Type: | **Foreign Limited Liability Company** |
| Mailing Address: | **NONE** | Business Status: | **Active** |
| Date Inc/Registration: | **Jul 28, 2003** | Name in State of INC: | **BESTCO BENEFIT PLANS, LLC** |
| Commence Business Date: | **May 01, 2003** | | |

**Principals Details**

| Name/Title | Business Address | Residence Address |
|---|---|---|
| CAROLINE FINANCIAL GROUP, INC. MANAGER | BENISTAR PLAZA, 100 GRIST MILL RD, SIMSBURY, CT, 06070 | NONE |

**Agent Summary**

| | |
|---|---|
| Agent Name | **H. PAUL DOUCETTE** |
| Agent Business Address | **100 GRIST MILL RD, SIMSBURY, CT, 06070** |
| Agent Residence Address | **18 POND SIDE LANE, WEST SIMSBURY, CT, 06092** |

**OTHER ADDRESSES:**

[Back]  [View Filing History]  [View Name History]  [View Shares]

# Business Inquiry

 HOME     HELP

## Business Details

| | | | |
|---|---|---|---|
| Business Name: | **BENEFIT CONCEPTS, INC.** | Citizenship/State Inc: | **Domestic/CT** |
| Business ID: | **0786846** | Last Report Filed Year: | **NONE** |
| Business Address: | **GRIST MILL PLAZA, 100 GRIST MILL RD., SIMSBURY, CT, 06070** | Business Type: | **Stock** |
| Mailing Address: | **NONE** | Business Status: | **Active** |
| Date Inc/Registration: | **Jun 07, 2004** | | |

## Principals Details

| Name/Title | Business Address | Residence Address |
|---|---|---|
| DANIEL E. CARPENTER  PRES. | GRIST MILL PLAZA, 100 GRIST MILL RD., SIMSBURY, CT, 06070 | 1009 CAPTAIN'S COURT, AMELIA ISLAND PLANTATION, AMELIA ISLAND, FL, 32034 |
| DANIEL E. CARPENTER  CHAIRMAN | GRIST MILL PLAZA, 100 GRIST MILL RD., SIMSBURY, CT, 06070 | 1009 CAPTAIN'S COURT, AMELIA ISLAND PLANTATION, AMELIA ISLAND, FL, 32034 |
| DANIEL E. CARPENTER  SEC. | GRIST MILL PLAZA, 100 GRIST MILL RD., SIMSBURY, CT, 06070 | 1009 CAPTAIN'S COURT, AMELIA ISLAND PLANTATION, AMELIA ISLAND, FL, 32034 |

**IMPORTANT:** There are more principals for this business that are not shown here.

## Agent Summary

| | |
|---|---|
| Agent Name | **UPDIKE, KELLY & SPELLACY, P.C.** |
| Agent Business Address | **1 STATE ST., SUITE 2400, HARTFORD, CT, 06103** |
| Agent Residence Address | **NONE** |

[ Back ]    [ View Filing History ]    [ View Name History ]    [ View Shares ]

## Business Inquiry

 HOME   HELP

**Business Details**

| | |
|---|---|
| Business Name: | **GREYHOUND MANAGEMENT INC.** |
| Business ID: | **1024171** |
| Business Address: | **100 GRIST MILL RD., SIMSBURY, CT, 06070** |
| Mailing Address: | **NONE** |
| Date Inc/Registration: | **Dec 30, 2010** |
| Citizenship/State Inc: | **Domestic/CT** |
| Last Report Filed Year: | **NONE** |
| Business Type: | **Stock** |
| Business Status: | **Active** |

**Principals Details**

| Name/Title | Business Address | Residence Address |
|---|---|---|
| CONSTANCE ANN CARPENTER PRESIDENT/DIRECTOR | 100 GRIST MILL RD., SIMSBURY, CT, 06070 | 84 LAWTON RD., CANTON, CT, 06019 |
| DANIEL E. CARPENTER SECRETARY/DIRECTOR | 100 GRIST MILL RD., SIMSBURY, CT, 06070 | 18 PONDSIDE LANE, WEST SIMSBURY, CT, 06092 |
| CONSTANCE LUKAS CARPENTER DIRECTOR | 100 GRIST MILL RD., SIMSBURY, CT, 06070 | 84 LAWTON RD., CANTON, CT, 06019 |

**Agent Summary**

| | |
|---|---|
| Agent Name | **HALLORAN & SAGE LLP** |
| Agent Business Address | **225 ASYLUM ST., HARTFORD, CT, 06103** |
| Agent Residence Address | **NONE** |

[Back]  [View Filing History]  [View Name History]  [View Shares]