# EXHIBIT J

Ameritas Life Insurance Corp.
5900 O Street / Lincoln, NE 68510



Ameritas.
*fulfilling life*

May 17, 2016

<u>**VIA EMAIL DELIVERY ONLY**</u>

Mr. Alex Young
Loeb & Loeb, LLP
ayoung@loeb.com

RE:   Tuccinardi, Lorrie

Dear Mr. Young:

In response to your emails, below is the information you requested from Ameritas Life Insurance Corp. ("Ameritas").

There are three (3) policies in force:

- U000018424  -  $406,000.00
- U000018425  -  $706,000.00
- U000018426  -  $706,000.00

Grist Mill Trust is listed as the beneficiary or collateral assignee for all three (3) policies. However, other parties or entities could have claims as well.

Ameritas received notice of a death claim on April 4, 2016. However, the claim process has been frozen. Please provide Ameritas with any and all information about persons or entities who may or could make a claim to these proceeds. Please also provide the relevant pleadings in the interpleader matter that involves apparently similar issues.

I look forward to hearing from you. If you have any questions, please feel free to contact me directly at (402) 467-7852 or dwilliams@ameritas.com.

Sincerely,

David M. Williams
Attorney for Ameritas Life Insurance Corp.

V:\LAW\NORTH\ACTIVE LITIGATION(10)\SUBPOENA\2015\CARPENTER-ETAL\YOUNG-LTR.DOCX