UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------X

UNIVERSITAS EDUCATION, LLC,

        Judgment Creditor,         :

      -against-            :    Case Nos. 11 CV 1590-LTS-HBP and
                                      11-8726-LTS

NOVA GROUP, INC., as trustee, sponsor and   :
fiduciary of THE CHARTER OAK TRUST
WELFARE BENEFIT PLAN,            :

        Judgment Debtor.

--------------------------------------------------------------X

**[PROPOSED] ORDER**

    This matter having come before the Court on (i) Universitas Education, LLC's
("Universitas") Motion to Extend Duration of Restraining Notices Issued to Third Party
Garnishees, (ii) The Penn Mutual Life Insurance Company's and Interested Party Gerald H.
Williams' objections to Universitas' Motion, (iii) Williams' motion for attorneys' fees and
sanctions against Universitas, and (iv) Universitas' motion for sanctions against Williams, NOW
for the reasons stated below and on the record at the Order to Show Cause hearing held on
December 21, 2016, and pursuant to Fed. R. Civ. P. 69(1)(1) and N.Y. C.P.L.R. § 5240, it is
hereby ORDERED that:

1.    Effective immediately, all restraining notices previously issued by Universitas to
       the following third-party garnishees are hereby EXTENDED and shall remain in
       full force and effect through and including **NOVEMBER 30, 2019**:

           Lincoln Financial Group and Lincoln National Life Insurance Company;
           United Services Automobile Association; Webster Bank; People's United
           Bank; AXA Equitable Life Insurance/MONY Life Insurance; John
           Hancock Insurance; Sun Life Financial and Sun Life Assurance Co. of
           Canada; PHL Variable Insurance Co. and PHL Variable Life Insurance
           Co.; American National Insurance Company of New York; Benistar
           Admin Services, Inc.; Molly Carpenter; Donald Trudeau; Kathy Kehoe;
           Donna Wayne; Amanda Rossi; Ineke Murphy; Donna Dawson; Westcott
           & Associates; Matt Westcott; National Life Insurance Co. and Life
           Insurance Co. of the Southwest; the SADI Trust; Hanover Benefit Plans,
           LLC; Birch Hill Partners, LLC; Grist Mill Partners, LLC; Security Life of
           Denver Insurance Co.; Audit Risk Indemnity Association; Aviva Risk
           Indemnity Assoc.; MassMutual Financial Group and MassMutual Life
           Insurance Co.; American General Life Insurance Co.; Union Central Life
           Insurance Co.; Fidelity and Guaranty Life Insurance Co.; Transamerica
           Financial Life Insurance Company; Carpenter Charitable Remainder

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED 1-5-2017

Trust; TPG Group; Nova Benefit Plans; MetLife; Simsbury Bank and Trust Company; Seir Hill Partners, LLC; and Greyhound Partners, LLC; Benistar; Benistar 419 Plan & Trust; Benistar Admin Services Employee Stock Ownership Plan; Benistar Employer Services Trust Corporation; Benistar Group Ltd.; Boston Property Exchange Trust Company; BPETCO Litigation Group, Inc.; Caroline Financial Group, Inc.; Bestco Benefit Plans, LLC; Carpenter Group, Ltd.; American Fiduciary Services, Inc.; Grist Mill Revocable Trust; Perfect Rides LLC; Benefit Concepts, Inc.; Greenwich Bay Management, LLC; Greyhound Management, Inc.; Wormser, Kiely, Galef & Jacobs LLP; Foley & Lardner LLP; Asset Servicing Group; SDM Holdings, LLC; Ameritas Life Insurance; and The Penn Mutual Life Insurance Company.

2.    All restraining notices issued by Universitas to third-party garnishees shall be effective against and apply to any property or assets in which any Judgment Debtor has an interest. The Judgment Debtors are as follows:

### JUDGMENT DEBTORS:

(1) Daniel E. Carpenter;

(2) Nova Group, Inc.;

(3) Grist Mill Trust Welfare Benefit Plan and any trustees and plan sponsors thereof insofar as they hold Grist Mill Trust assets;

(4) Grist Mill Capital, LLC;

(5) Grist Mill Holdings, LLC;

(6) Carpenter Financial Group;

(7) Avon Capital, LLC;

(8) Phoenix Capital Management, LLC; and

(9) Hanover Trust Company.

3.    All restraining notices issued by Universitas to third-party garnishees shall be effective against and apply to any property or assets in which an adjudicated alter ego of the Judgment Debtor has an interest. The adjudicated alter egos of the Judgment Debtors are as follows:

### ENTITIES ADJUDICATED AS ALTER EGOS OF A JUDGMENT DEBTOR:

(1) Carpenter Financial Group, LLC;

(2) Benistar Admin Services, Inc.;

(3) Benistar 419 Plan Services, Inc.;

(4) Benistar Employer Services Trust Corporation;

(5) Benistar, Ltd.;

(6) Benistar Ltd.;

(7) Benistar Property Exchange Trust Company, Inc.;

(8) Benistar Property Exchange Trust Company;

(9) Boston Property Exchange Trust Company;

(10) Boston Property Exchange Transfer Company;

(11) Boston Property Exchange Transfer Company, Inc.;

(12) Step Plan Services, Inc.; and

(13) U.S. Property Exchange.

4.    Universitas (or its counsel) shall provide written notice to third-party garnishees to the extent additional entities (other than those set forth in paragraph 3 herein), have been or are, at a future date, adjudicated to be alter egos of any Judgment Debtor. Upon receipt of such written notice, the third-party garnishees shall add and include said entity to the list of alter ego entities enumerated above in paragraph 3 of this Order and any property or asset(s) of such alter ego entity shall be subject to the restraining notices.

5.    Interested Party Gerald H. Williams' objections to Universitas' motion for extension of restraining notices and Williams' motion for attorneys' fees and sanctions against Universitas are both hereby denied. The Penn Mutual Life Insurance Company's objections to Universitas' motion for extension of restraining notices are hereby denied. Universitas' request for sanctions against Williams is hereby denied without prejudice.

SO ORDERED.

Dated:    New York, New York
          January 5, 2017

LAURA TAYLOR SWAIN, U.S.D.J