

**LOEB & LOEB LLP**

LEILY LASHKARI

345 Park Avenue
New York, NY 10154

Direct  212.407.4962
Main    212.407.4000
llashkari@loeb.com

BY ECF

November 1, 2017

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-2-2017
```

The Hon. Laura Taylor Swain
United States District Judge
United States District Court
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re: *Universitas Education, LLC v. Nova Group, Inc.*, Case No. 11-1590-LTS-HBP (S.D.N.Y.)

Dear Judge Swain:

We represent Plaintiff/Judgment Creditor Universitas Education, LLC ("Universitas"). Pursuant to the Court's request, we have attached a joint proposed order with Mr. LaBelle, counsel for Judgment Debtor Grist Mill Trust Welfare Benefit Plan, and Non-Parties Benistar 419 Plan and Trust and Survivorship Plan and Trust. The attached proposed order includes within its purview the outstanding matters before the Court at this time; to wit, (1) a resolution of the Ralph S. policy that was the subject of Mr. LaBelle's proposed order filed yesterday with the Court (Docket 641), (2) the extension of the restraining notices that is the subject of Universitas' pending Order to Show Cause (Docket 631), and (3) the specific policies identified in paragraphs 8 and 14 of Ms. Kehoe's declaration for which she sought an Order authorizing certain life insurance policy transactions (Docket 635).

Since the attached proposed order takes into account the pending motions currently before the Court, we suggest that there is no longer a need for a Hearing tomorrow at 3 pm. We have conferred with Mr. LaBelle and with attorney Robert Mancuso, counsel for The Penn Mutual Life Insurance Company, who have both agreed that there is no further need for a Hearing.

As such, we await the Court's instructions as to whether the Court would like the Hearing to go forward as scheduled at 3 pm tomorrow. As always, we thank the Court for its time and attention to this matter.

Respectfully submitted,

Leily Lashkari

Attachment

*The joint proposed order will be entered. Since no objections or other responses to the Order to Show Cause have been received, the hearing scheduled for November 2, 2017 at 3pm is CANCELLED.*

SO ORDERED:

11/2/17
HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

15321705

Los Angeles  New York  Chicago  Nashville  Washington, DC  Beijing  Hong Kong  www.loeb.com

For the United States offices, a limited liability partnership including professional corporations. For Hong Kong office, a limited liability partnership.