UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
UNIVERSITAS EDUCATION, LLC,

                                                                   No. 11 CV 1590-LTS-HBP
                                                                   No. 11 CV 8726-LTS-RLE

                        Plaintiff,

      -against-

NOVA GROUP, INC., as trustee, sponsor,
and fiduciary of the CHARTER OAK
TRUST WELFARE BENEFIT PLAN,

                        Defendant.
--------------------------------------------------------x

ORDER

        The Court has received and reviewed in its entirety Joseph Manson's Motion to Appear Pro Hac Vice.  (Docket Entry No. 395.)  In the Southern District of New York, applicants for admission pro hac vice must submit a motion "accompanied by a certificate of the court for each of the states in which the applicant is a member of the bar, which has been issued within thirty (30) days of filing and states that the applicant is a member in good standing of the bar of that state court…."  Local Rule 1.3(c).  Mr. Manson states he is an attorney in good standing of the bars of the District of Columbia and Virginia.  However, the motion is not accompanied by a certificate pertaining to his bar standing in Virginia.  In addition, the date on the certificate of good standing for the District of Columbia is not legible.

Accordingly, the motion is **DENIED** without prejudice to reopening upon prompt filing of a certificate from Virginia and a legibly dated copy of the certificate from the District of Columbia.

The Clerk of Court is directed to docket this order in both of the above captioned cases.

SO ORDERED.

Dated: New York, New York
February 13, 2020

 /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge