# Law Offices of Joseph L. Manson III

Benjamin Chernow, Esq.
600 Cameron St.
Alexandria, VA 22314

March 23, 2020

<u>VIA ECF</u>

The Honorable Laura T. Swain
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    *Universitas Educ., LLC v. Nova Group, Inc.*, Case Nos. 11-civ-1590 (LTS)(HBP)
             and 11-civ-8726 (LTS)(HBP)

Dear Judge Swain,

We represent petitioner Universitas Education, LLC ("Universitas") in the above-captioned action. We write to respectfully request that this Court enter judgment against Moonstone Partners, LLC ("Moonstone").

Moonstone was previously the subject of a turnover motion concerning insurance proceeds related to damage on the property located at 392B Cards Pond Road, South Kingston, RI (hereinafter the "Property"). *See Universitas Educ., LLC v. Nova Group, Inc.*, Case Nos. 11-civ-1590 (LTS)(HBP) and 11-civ-8726 (LTS)(HBP), 2013 U.S. Dist. LEXIS 165803 (S.D.N.Y. Nov. 20, 2013). Universitas demonstrated to this Court that Moonstone purchased the Property for $1,100,000.00 with money that was fraudulently taken from Universitas. (*See* Reyhani Decl., dated Mar. 5, 2013, Exs. 15-26, ECF Nos. 223-1–223-2.) The Court's Opinion stated, in part, that "Petitioner's interest in the Property and any insurance proceeds is superior to those of the insurance company, USAA, and those of all of the Moonstone Respondents." *Universitas Educ.*, 2013 U.S. Dist. LEXIS 165803 at *40. The Court subsequently entered judgment against every entity involved in the fraudulent transfer of Universitas' money. (*See* J., ECF No. 475.) However, judgment was never entered against Moonstone.

Universitas is still in the process of enforcing its judgment against its judgment debtors and would like to enforce its aforementioned rights in the Property. The Property is still owned by Moonstone. (*See* Exhibit A.) However, because no judgment was entered against Moonstone, Universitas cannot seek relief from the Property that Moonstone purchased with Universitas' money. Accordingly, Universitas respectfully requests that this Court enter judgment against Moonstone Partners, LLC in the amount of $1,100,00.00. We have included with this letter a Proposed Order providing such judgment. Universitas is trying to proceed with the project. The Carpenter entities have done nothing but continue their practice of obfuscation and delay, preventing Universitas from any meaningful recovery of the stolen funds that was contemplated by Your Honor's rulings.

We have made our best efforts to speak with opposing counsel about this request, including letter correspondence and phone calls. Opposing counsel indicated that they would get back to us no later than March 20th. Universitas has not heard from counsel, and accordingly seeks relief from the Court.

        Respectfully Submitted,

        /s/ Benjamin Chernow
        Benjamin Chernow
        600 Cameron St.
        Alexandria, VA 22314
        (301) 633-2163
        bchernow@jmansonlaw.com

        *Counsel for Petitioner*

Cc: All Interested Counsel (by ECF)