## CONCLUSION SHEET

LOCATION:   392B CARDS POND ROAD, SOUTH KINGSTOWN

EXAMINED FROM:            7/16/09         DOWN TO:   1/5/20 8AM

ASSESSOR PLAT:       92-4          LOT: 10

RECORDED PLAT:              N/A         LOT:

TITLE VESTED IN:

    MOONSTONE PARTNERS LLC- DEED 1364/13

RESTRICTIONS: NONE

EASEMENTS: WELL RIGHTS, ROW- 51/146, ON TITLE DEEDS

AGREEMENTS: ZONING- 1518/602

ATTACHMENTS,LIENS, ETC.:   NONE

MORTGAGES:

    RED FLAG- NONE FOUND OPEN- CHEKC WITH OWNER

START FROM: PO RUNDOWN PER REQUEST

REQUESTING ATTY: R & C

REMARKS:      NONE

Witness: South Kingstown Town Clerk

Bk L1364 Pg13 #76
07-16-2009 @ 03:34p

## DEED

Bank of America, N.A., successor in interest to Rhode Island Hospital Trust National Bank as Trustee of the Frederic H. Bontecou, Jr. Trust u/t/a dated July 28, 1972, in consideration of One Million One Hundred Thousand and 00/100 dollars ($1,100,000.00) paid, does hereby grant, bargain, and sell unto **Moonstone Partners LLC**, a Delaware limited liability company, with a mailing address of 100 Grist Mill Road, Simsbury, CT 06070, the following real estate with the buildings and improvements located in the Town of South Kingstown and bounded and described as follows:

See Exhibit A attached hereto and incorporated herein by reference.

Meaning and intending to convey that certain property conveyed by deed from Katharine H. Noyes to Frederic H. Bontecou and Cornelia M. Bontecou dated November 29, 1938 and recorded in Book 51, Page 146.

Subject to real estate taxes assessed December 31, 2008.

IN WITNESS WHEREOF, we have hereunto set our hands this 15th day of July, 2009.

TAX $ 4400
DATE 7-16-09
RECORDER TOWN OF SOUTH KINGSTOWN
012699
REAL ESTATE CONVEYANCE TAX

Bank of America, N.A., successor in interest to Rhode Island Hospital Trust National Bank as Trustee of the Frederic H. Bontecou, Jr. Trust u/t/a dated July 28, 1972

By: _____
James Potter, Vice President

STATE OF RHODE ISLAND
COUNTY OF Washington

In Wakefield on the 15th day of July, 2009, before me personally appeared, James Potter, Vice President of Bank of America, N.A., to me known and known by me to be the party executing the foregoing instrument, and he acknowledged said instrument, by him so executed, to be his free act and deed, the free act and deed of Bank of America, N.A., as Trustee, and in his capacity aforesaid.

Notary Public: _____
My Commission Expires:

JOHN V. McCLOSKEY
Notary Public
State of Rhode Island
My Commission Expires: 6-18-2013

Bk L1364 Pg14 #76

EXHIBIT A
(Legal Description)

That certain lot or parcel of land, with all the buildings and other improvements thereon, situated in said Town of South Kingstown, County of Washington and State of Rhode Island, and bounded and described as follows: Beginning at a stone bound set in the ground at the southwesterly corner of lot or parcel of land hereby conveyed, which point is the southeasterly corner of land now or formerly of Marion W. Dawley; thence running in a general northerly direction, one hundred fifty-four and eighty-three one-hundredths (154.83) feet, more or less, to a stone bound set in the southerly side of a right of way or driftway twenty-five (25) feet wide, more or less; thence turning and running in a general easterly direction bounded northerly by said right of way or driftway, one hundred fifty-four and fourteen one-hundredths (154.14) feet, more or less, to land now or formerly of Alice J. Tyler; thence turning and running in a general southerly direction one hundred fifty-five and three one-hundredths (155.03) feet, more or less, bounded easterly by said Tyler land to a drill hole in a white rock; thence continuing in the same line to the Atlantic Ocean at mean high water line; thence turning and running in a general westerly direction following the line of mean high water, bounded southerly by the Atlantic Ocean, to the continuation of the line first mentioned; thence turning and running in a general northerly direction to the stone bound first above mentioned and the point and place of beginning. Said lot or parcel is bounded southerly by the Atlantic Ocean, westerly by land now or formerly of Marion W. Dawley, northerly by said right of way or driftway and easterly by said land now or formerly of Alice J. Tyler. However otherwise described being the same premises designated "Mrs. K.H. Noyes" on that certain plat entitled "Plat of Land owned by Heirs of George N. Browning in the Town of South Kingstown, R.I. also showing Adjacent Lands, Scale 1" = 100', Sept. 1915, Leon L. Holland, Civil Engineer," which said plat is duly recorded in the Town Clerk's Office in the said Town of South Kingstown. However otherwise described, being the same premises conveyed by four certain deeds, as follows: (a) Deed from George N. Browning to Katharine H. Noyes, dated February 21, 1894, and recorded in the records of Land Evidence in said Town of South Kingstown in Book of Deeds No. 33 at Page 144. (b) Deed from George N. Browning to Katharine H. Noyes dated September 21, 1896, and recorded in the Records of Land Evidence in said Town of South Kingstown in Book of Deeds No. 34 at Page 52. (c) Deed from George N. Browning to Katharine H. Noyes dated June 9, 1905 and recorded in the Records of Land Evidence in said Town of South Kingstown in Book of Deeds No. 36 at Page 271. (d) Deed from Harriet A. Webster to Katharine H. Noyes, dated September 4, 1915, and recorded in the Records of Land Evidence in said Town of South Kingstown in Book of Deeds No. 39 at Page 425. As appurtenant to the lot or parcel above described and herein designated "1", there is hereby granted the right to pass and repass to and from said granted premises and the public highway by the right of way theretofore used for that purpose.

Together with well rights and rights of access thereto as setforth in Book 51 at Page 146.

All right, title, and interest in and to land lying within the lines of the right of way hereinbefore mentioned twenty-five (25) feet wide and running in a general easterly and westerly direction.

Meaning and intending to convey and describe the same premises conveyed by deed from Katharine H. Noyes to Frederic H. Bontecou and Cornelia M. Bontecou dated November 29, 1938 recorded in the Land Evidence Records of the said Town of South Kingstown in Book 51 at Page 146.

MOONSTONE