UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNIVERSITAS EDUCATION, LLC,

               Plaintiff,

v.

NOVA GROUP, INC., et al.,

               Defendants.

Case Nos. 11-1590-LTS and
11-8726-LTS

---

### Declaration of Benjamin Chernow in Support of his Motion for Leave to Withdraw Appearance

Benjamin Chernow, an attorney admitted *pro hac vice* to practice law in this Court, declares under penalty of perjury pursuant to 28 U.S.C. §1746:

1.      I am an associate at the Law Offices of Joseph L. Manson III, attorneys for Universitas Education, LLC ("Universitas") in the above-captioned proceedings.

2.      As of January 1, 2022, I will no longer be employed at the Law Offices of Joseph L. Manson III.

3.      The Law Offices of Joseph L. Manson III will remain counsel of record to Universitas.

4.      I am not asserting a charging lien and/or a retaining lien.

5.      In accordance with Local Rule 1.4, I am concurrently serving a copy of this Motion to Withdraw upon Universitas. Pursuant to this Court's Individual Practice Rules, I have attached to this Declaration a true and complete copy of a Declaration provided by Sharon Siebert, a member of Universitas, acknowledging and consenting to my withdrawal.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

1

Dated: Alexandria, Virginia
  December 29, 2021

              /s/ Benjamin Chernow
              Benjamin Chernow

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNIVERSITAS EDUCATION, LLC,

            Plaintiff,

v.

NOVA GROUP, INC., et al.,

            Defendants.

Case Nos. 11-1590-LTS and
11-8726-LTS

---

## Declaration of Sharon Siebert

Sharon Siebert declares the following under penalty of perjury pursuant to 28 U.S.C. §1746:

1.    I am a member of Universitas Education, LLC ("Universitas"), the Plaintiff/Judgment Creditor in the above-captioned proceedings.

2.    I understand that Benjamin Chernow, an associate at the Law Offices of Joseph L. Manson III, is withdrawing from this case because he will no longer be employed with the Law Offices of Joseph L. Manson III.

3.    I consent to Mr. Chernow's withdrawal as an attorney of record for Universitas, with the understanding that the Law Offices of Joseph L. Manson III, and in particular firm principal Joseph L. Manson III, will continue to represent Universitas in the above-captioned actions.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: West Palm Beach, FL
        December 29 , 2021

Rick J Katz
Comm.:HH 186819
Expires: Oct. 14, 2025
Notary Public - State of Florida

1

Sharon Siebert

Rick J Katz
Comm.:HH 186819
Expires: Oct. 14, 2025
Notary Public - State of Florida

2